UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.:**

INCLAN PAINTING AND WATERPROOFING,
CORP., a Florida corporation,

      Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE
COMPANY, a Pennsylvania corporation,

     Defendant.

_____/

## **COMPLAINT**

Plaintiff, INCLAN PAINTING AND WATERPROOFING, CORP. ("Plaintiff"), hereby

sues Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("Defendant"), and

states:

### **PARTIES, JURISDICTION & VENUE**

1.    This is an action for payment pursuant to a Fla. Stat. 255.05 payment bond. The

damages sought are in an amount that exceeds Seventy Five Thousand Dollars ($75,000.00)

exclusive of interest, costs and attorneys' fees, for which this Court has jurisdiction.

2.    This Court has jurisdiction over the parties pursuant to 28 U.S.C. § 1332(a) because

Plaintiff and Defendants are citizens of different states.

3.    The cause of action alleged herein falls within the jurisdictional limits of the Court

because Plaintiff seeks to recover more than $75,000.00 from the Defendant.

- 1 -

4.     Plaintiff is a for-profit corporation organized and existing under the laws of the State of Florida and with its principal office and place of business located in Miami, Florida, making it a citizen of Florida

5.     Defendant is a foreign for-profit corporation organized and existing under the laws of the State of Pennsylvania with its principal office and place of business located in Bala Cynwyd, Pennsylvania, making it a citizen of Pennsylvania.

6.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to Plaintiff's claims occurred in this district; the construction services were rendered by Plaintiff in this district; and all payments were due to Plainitff in this district.

## GENERAL ALLEGATIONS

7.     Non-party Miami-Dade County entered into a construction contract with non-party Lynx Construction Management, LLC ("Lynx") for the performance of construction services and improvements on a public project known as New MDC Empowerment Center (the "Project"). Plaintiff is not in possession of a copy of this contract.

8.     Pursuant to section 255.05, Florida Statutes, Lynx, as principal, and Defendant, as surety, executed and delivered a payment bond for the Project. A true and correct copy of the bond is attached hereto as Exhibit "A."

9.     On or about May 7, 2020, Plaintiff entered into a subcontract agreement with Lynx to provide certain painting and resinous flooring work, which constitutes a portion of Lynx's work under its construction contract with Miami Dade County, for a total amount of $151,866.00 (the "Subcontract"). A true and correct copy of the Subcontract is attached hereto as Exhibit "B."

10.     Despite performing its contractual obligations, Plaintiff has not been fully compensated under the Subcontract.

11.     Plaintiff has retained the undersigned attorney for representation in these proceedings and is obligated to pay said attorney a reasonable fee for services rendered.

12.     All conditions precedent have occurred, been performed, or have been waived.

## COUNT I: CLAIM AGAINST PAYMENT BOND

13.     Plaintiff realleges paragraphs 1 through 12 as fully set forth herein.

14.     Plaintiff and Defendant entered into a Subcontract, pursuant to which Plaintiff agreed to provide certain painting and resinous flooring work, which constitutes a portion of Lynx's work under its construction contract with Miami Dade County.

15.     Accordingly, Plaintiff is in direct privity with Lynx.

16.     Plaintiff has fully performed all its obligations under the Subcontract with Lynx.

17.     Despite performing its contractual obligations, Plaintiff has not been fully compensated under the Subcontract.

18.     Lynx materially breached its obligations under the Subcontract by failing to pay amounts due and owing to Plaintiff for the work performed under the Subcontract and the ticket work performed.

19.     Defendant, as surety, is also in material breach of its obligations under the terms of the Bond by failing to pay amounts due and owing to Plaintiff for the work performed under the Subcontract.

20.     Specifically, Defendant is liable to Plaintiff under the terms of the Bond for the full amount due and owing to Plaintiff plus interest and reasonable fees and costs.

21.     As a result of the aforementioned material breaches, Plaintiff has suffered damages in the form of monetary compensation that is owed for its work under the Subcontract.

22.     There remains due and owing $111,123.27 plus an additional $13,061.00 of ticket work at the rate agreed to by the parties, for a total of $124,184.24. A true and correct copy of Plaintiff's Applications for Payment and Additional Work Authorizations are attached hereto as Exhibits "C" and "D" respectively.

23.     Plaintiff has fully complied with the terms of the Bond and Florida Statutes.

24.     In order to assert this lawsuit, Plaintiff was required to retain the services of the undersigned and is obligated to pay a reasonable fee.

25.     Plaintiff's suit has been timely filed within one (1) year of Plaintiff's furnishing materials or labor on the Project.

26.     Plaintiff has retained the undersigned counsel to prosecute this action and is obligated to pay its counsel a reasonable fee. Plaintiff is entitled to recover its reasonable attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, together with attorneys' fees, interest and costs, and such other and further relief this Court may deem just and proper.

## **JURY DEMAND**

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: February 2, 2021

Respectfully Submitted,

**LAW OFFICES OF CHRISTOPHER F. ZACARIAS, P.A.**
*Counsel for Plaintiff*
8660 W. Flagler St, Suite 100
Miami, Florida 33144
Tel.: (305) 403-2000
Fax: (305) 459-3964

By: /s/ Christopher F. Zacarias
       Christopher F. Zacarias, Esq.
       Florida Bar No. 85609
       czacarias@zacariaslaw.com
       pleadings@zacariaslaw.com
       Rosendo A. Forns, Esq.
       Florida Bar No. 125391
       rosendo@zacariaslaw.com



# EXHIBIT A

CFN: 20190694623 BOOK 31677 PAGE 1747
DATE:11/05/2019  10:33:08 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

# FRONT PAGE OF
# PUBLIC PAYMENT BOND
Florida Statute 255.05

### BOND NO. PB12270900199

**CONTRACTOR:** Lynx Construction Management, LLC
45 Almeria Avenue
Coral Gables, FL 33134
305-523-3656

**SURETY:** Philadelphia Indemnity Insurance Company
One Bala Plaza East, Suite 100
Bala Cynwyd, PA 19004-1403
610-206-7836

**AGENT:** Nielson, Rosenhaus & Associates, Inc.
220 Congress Park Drive, Suite 100
Delray Beach, FL 33445
561-454-8210

**OBLIGEE:** Miami-Dade County
111 N.W. 1st Street, Suite 2420
Miami, FL 33128
305-375-5242

---

**PROJECT:** **Construction of the New Empowerment Center
ISD Contract No. W130069-C**

**LOCATION:** **Confidential**

Bond No. PB12270900199                                    CFN: 20190694623 BOOK 31677 PAGE 1748

# CONSTRUCTION OF THE NEW EMPOWERMENT CENTER
# ISD CONTRACT NO. W130069-C
# SECTION 00615 - SURETY PERFORMANCE AND PAYMENT BOND

By this Bond, We  Lynx Construction Management, LLC  as Principal, whose principal business address is  45 Almeria Avenue, Coral Gables, FL 33134 , as Contractor under the contract dated  September 18 , 20 19 , between Principal and Miami-Dade County for the construction of the Empowerment Center, ISD Project No. W130069 ESP (herein after referred to as "Contract"), the terms of which Contract are incorporated by reference in its entirety into this Bond, and  Philadelphia Indemnity Insurance Company , a corporation, whose principal business address is  One Bala Plaza East, Suite 100, Bala Cynwyd, PA 19004-1403  as Surety, are bound to Miami-Dade County (hereinafter referred to as "County") in the sum of  Twelve Million Three Hundred Fifty Thousand Forty-Seven & 00/100  U.S. dollars ($ 12,350,047.00 ), for payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if Principal:

1. Performs all the work under the Contract, including but not limited to guarantees, warranties and the curing of latent defects, said Contract being made a part of this bond by reference, and in the times and in the manner prescribed in the Contract, including any and all damages for delay; and

2. Promptly makes payments to all claimants, as defined in Section 255.05(1), Florida Statutes, supplying Principal with labor, materials, or supplies, used directly or indirectly by Principal in the prosecution of the work provided for in the contract; and

3. Pays County all losses, damages, including damages for delay, expenses, costs and attorney's fees, including appellate proceedings, that County sustains because of a default by Principal under the Contract, including but not limited to a failure to honor all guarantees and warranties or to cure latent defects in its work or materials within five (5) years after completion of the work under the Contract; and

4. Performs the guarantee of all work and materials furnished under the contract for the time specified in the Contract, including all warranties and curing all latent defects within five (5) years after completion of the work under the Contract;

Then this bond is void; otherwise it remains in full force.

If no specific periods of warranty are stated in the Contract for any particular item or work, material or equipment, the warranty shall be deemed to be a period of one (1) year from the date of final acceptance by the County. This Bond does not limit the County's ability to pursue suits directly with the Principal seeking damages for latent defects in materials or workmanship, such actions being subject to the limitations found in Section 95.11(3)(c), Florida Statutes.

Any changes in or under the Contract Documents and compliance or noncompliance with any formalities connected with the Contract or the changes does not affect Surety's obligation under this Bond.

**IN WITNESS WHEREOF**, the above bounden parties have caused this Bond to be executed by their appropriate officials as of the 18th day of ___October___, 2019 .

ATTEST:
Contractor:

Lynx Construction Management, LLC
Contractor's Full Name

By:

President, Managing Partner or
Joint Venturer

Legal Name of Contractor

Signature

Corporate Seal

COUNTERSIGNED BY RESIDENT FLORIDA
AGENT OF SURETY:

Brett Rosenhaus, Florida Licensed Agent
(Copy of Agent's current Identification Card as
issued by the State of Florida Insurance
Commissioner must be attached)

SURETY:

Philadelphia Indemnity Insurance Company

By:

Attorney-In-Fact Brett Rosenhaus

Corporate Seal (Power of Attorney
must be attached)

Construction of the New Empowerment Center
ISD Project No. W130069 ESP
ISD Contract No. W130069-C

00615 Surety Performance and Payment Bond - Page 2 of 2
Prepared by DCS
Revised 08/20/18

322

## PHILADELPHIA INDEMNITY INSURANCE COMPANY
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004-0950

### Power of Attorney

KNOW ALL PERSONS BY THESE PRESENTS: That **PHILADELPHIA INDEMNITY INSURANCE COMPANY** (the Company), a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, does hereby constitute and appoint **Brett Rosenhaus, Richard Zimmerman and Dale Allison Belis of Nielson,Rosenhaus & Associates ,** its true and lawful Attorney-in-fact with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an amount not to exceed **$50,000,000**.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of PHILADELPHIA INDEMNITY INSURANCE COMPANY on the 14th of November, 2016.

**RESOLVED:** That the Board of Directors hereby authorizes the President or any Vice President of the Company: (1) Appoint Attorney(s) in Fact and authorize the Attorney(s) in Fact to execute on behalf of the Company bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and to attach the seal of the Company thereto; and (2) to remove, at any time, any such Attorney-in-Fact and revoke the authority given. And, be it

**FURTHER RESOLVED:** That the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

IN TESTIMONY WHEREOF, PHILADELPHIA INDEMNITY INSURANCE COMPANY HAS CAUSED THIS INSTRUMENT TO BE SIGNED AND ITS CORPORATE SEALTO BE AFFIXED BY ITS AUTHORIZED OFFICE THIS 27TH DAY OF OCTOBER, 2017.

(Seal)

Robert D. O'Leary Jr., President & CEO
Philadelphia Indemnity Insurance Company

On this 27th day of October, 2017, before me came the individual who executed the preceding instrument, to me personally known, and being by me duly sworn said that he is the therein described and authorized officer of the **PHILADELPHIA INDEMNITY INSURANCE COMPANY**; that the seal affixed to said instrument is the Corporate seal of said Company; that the said Corporate Seal and his signature were duly affixed.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Morgan Knapp Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires Sept. 25, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

(Notary Seal)

Notary Public:     Morgan Knapp

residing at:     Bala Cynwyd, PA

My commission expires:     September 25, 2021

I, Edward Sayago, Corporate Secretary of PHILADELPHIA INDEMNITY INSURANCE COMPANY, do hereby certify that the foregoing resolution of the Board of Directors and the Power of Attorney issued pursuant thereto on the 27th day of October, 2017 are true and correct and are still in full force and effect. I do further certify that Robert D. O'Leary Jr., who executed the Power of Attorney as President, was on the date of execution of the attached Power of Attorney the duly elected President of PHILADELPHIA INDEMNITY INSURANCE COMPANY.

In Testimony Whereof I have subscribed my name and affixed the facsimile seal of each Company this 18th day of _____ October _____ , 20 19 .



Edward Sayago, Corporate Secretary
**PHILADELPHIA INDEMNITY INSURANCE COMPANY**



# EXHIBIT B



## SUBCONTRACT AGREEMENT

THIS SUBCONTRACT AGREEMENT ("Subcontract") is made this 7th day of May 2020 by and between Lynx Construction Management, LLC ("Contractor"), and Inclan Painting and Waterproofing, Corp. (the "Subcontractor"), whose Florida contractor's License number is ___03BS00456___ and whose Florida license permits the contractor to perform Painting & Resinous flooring Contracting.

### PRELIMINARY STATEMENTS

A.      Contractor has contracted to construct improvements at the project known as New MDC Empowerment Center ("Project").  In conjunction therewith, Contractor desires the Subcontractor to furnish labor, materials, supplies, tools, equipment and/or supervision as set forth in Exhibit "A" attached hereto.  (the "Work").

B.      The Subcontractor represents that it has personally inspected, or caused to be inspected, the Project including the land, buildings and improvements thereon, if any, and the conditions existing on or adjacent to the Project, as well as reviewed this Subcontract, including all exhibits hereto and construction documents referenced herein, all conditions affecting construction in location of the Project, the Project plans, specifications, Project Schedule, including any updates thereto and lender requirements, applicable codes and statutes and drawings, plans and revisions thereof, and the plan log and alternates, amendments and addenda to any of the foregoing (collectively, the "Subcontract Documents") and has examined the same with particular regard to the Work required to be furnished under this Subcontract.

C.      In addition thereto, the Subcontractor represents that the Subcontractor is satisfied as to the nature and location of the Work contracted for hereunder, the general and local conditions, particularly those bearing upon storage of materials, availability of labor, water, electricity, roads, weather conditions, underground water or similar physical conditions, the compaction and condition of the ground, the character of equipment and facilities needed preliminary to and during prosecution of the work, the possibility and probability of increases in the cost of materials and wage rates, and all other matters upon which information is reasonably obtainable and which in any way can affect the Work under this Subcontract, or the cost thereof.

D. The Subcontractor understands and agree to comply with the Terms of the attached Non-Disclosure Agreement, the Prevailing Wages and SBD Hiring requirements.

### AGREEMENT

For and in consideration of the mutual covenants, conditions and promises herein contained by each of the parties hereto to be kept and performed, and intending to be legally bound hereby, it is agreed as follows:

1.      Subcontractor's Obligation.

1.1      Generally.  The Subcontractor agrees to furnish all labor, materials, supplies, tools, transportation, equipment, and/or supervision and all other facilities and things

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page 1 of 42

LCM_____ SUB_____



necessary to complete the Work set forth in Exhibit "A" hereto and agrees to perform all of said Work in the best and most workmanlike, prompt and diligent manner and to furnish materials of the most suitable grade of their respective kind for the purpose intended, all in exact accordance with the terms, provisions and conditions of this Subcontract, the Subcontract Documents, all applicable building codes and requirements.

      1.2   <u>Description of Subcontract Work</u>. The Subcontractor hereby agrees to furnish all material, necessary equipment, permits, delivery and labor to complete the Work.  The Work is hereby further subject to the following:

      (a)   The Subcontractor shall furnish and be responsible for all shop and field measurements, lines, grades, dimensions, layouts, colors, qualities, quantities, tests, approvals, operating manuals, guarantees, cutting, removals, openings, channels, chases, flues, sleeves, inserts, dowels, hangers, patching, scaffolds, runways, protective paper, tarpaulins, polyethylene protection and clean-up that may be necessary to perform the Subcontract Work.

      (b)   The Subcontractor shall be responsible for all dimensions pertaining to the fitting of the Subcontract Work with all surrounding contiguous and adjacent work. If the performance and completion of any portion of the Subcontractor's work depends on the proper execution of the work of any other contractor or subcontractor, Subcontractor shall inspect and report in writing to the Contractor any defects in sch other work that affect or hinder in any manner the proper execution of the Subcontractor's work. Such written report shall be made to the Contractor no later than forty-eight (48) hours after discovery of the defect. Failure of the Subcontractor to inspect and promptly report any such defect shall constitute an acceptance on the Subcontractor's part of all other contiguous or adjacent work as fit and proper for the performance of every portion of the Subcontractor's work. The Subcontractor shall do nothing that will interfere with the coordination of the Subcontract Work with the work of other subcontractors. In the event of the failure for any reason of the Subcontractor and other contiguous or adjacent trades to agree as to the extent of cooperation or the extent of work to be done by any or either, in order to ensure proper completion of items of contiguous work and/or to ensure performance of their respective subcontracts, such disagreement shall be determined by the Contractor whose decision shall be final and conclusive. In the event the Subcontractor sustains damage or loss through any delay, default, act or omission of any other subcontractor and/or other contractors, their servants, agents or employees, the Subcontractor understands and agrees that the Contractor shall not be liable therefore inasmuch as the Contractor does not assume any responsibility for actions or omissions of other subcontractors and/or contractors, but nothing herein contained shall be construed to limit the Subcontractor from pursuing the Subcontractor's legal remedies against any such offending party.

      (c)   In the event the Contractor furnishes any basic reference lines and benchmarks to the Subcontractor, such basic reference lines and benchmarks must be used by the Subcontractor and the finished Subcontract Work shall agree therewith. The Subcontractor shall provide all field layouts for the Subcontract Work from benchmarks and baselines established by the Contractor.

      (d)   The Subcontractor shall protect all Subcontract Work and that of other subcontractors during installation of the Subcontract Work.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **2** of **42**

LCM_____ SUB



(e)      Each day, the Subcontractor shall remove all rubbish and debris caused in the performance of the Subcontract Work and shall dispose of said rubbish and debris in the Contractor's container or by other acceptable means. The Subcontractor shall keep the Project, Site, and surrounding areas, including storage areas used by it, at all times free from the Subcontractor's rubbish, waste material, excess material, equipment and debris, and each day shall remove from the Site any such rubbish, waste material and debris, and prior to completion of work shall remove all tools, scaffolding equipment and materials used by the Subcontractor and not incorporated into the completed work and shall leave the Subcontract Work "broom clean" and free and clear of all obstruction and hindrance. If the Subcontractor fails to so remove the Subcontractor's equipment, materials, rubbish, waste material and debris after twenty-four (24) hours' notice, then the Contractor shall have the right to remove same and charge the cost thereof against monies due or to become due the Subcontractor. If the Subcontractor uses the Contractor's Container the prorated portion of the disposal Costs shall be credited from Subcontractor retainage when distributed.

(f)      The Subcontract Work shall be performed only within the daily hours mandated by the Contractor at the Project.  In the event the Subcontractor desires to perform the Subcontract Work other than during the hours mandated by the Contractor in order to comply with the Schedule of Construction (the "Project Schedule"), the Subcontractor shall give notice to and obtain written permission from the Contractor to work at times other than those specified to enable the Subcontract Work to be completed in accordance with the Project Schedule.

(g)      The Subcontractor shall provide the Contractor with a set of lay-out drawings indicating the proposed location of all Subcontract Work so that the Contractor may coordinate the Subcontract Work with other adjacent work and/or trades, and make necessary adjustments for any discrepancies, conflicts, or interferences. No portion of the Subcontract Work is to be performed until all conflicts and/or interferences pertaining to the mechanical, electrical, structural and architectural work have been resolved.

(h)      The Subcontractor shall at its own expense furnish within ten (10) days after request by the Contractor any number of samples of materials, certificates, prints of Subcontractor's shop drawings, erection drawings, material schedules, reports, affidavits or any other written or physical data that may be necessary in the opinion of the Contractor for proper prosecution of the Subcontract Work and/or necessary to comply with the provisions of the Subcontract. The Subcontractor agrees that the cost of any Subcontract Documents, required by the Subcontractor shall be paid for by the Subcontractor.

(i)      Intentionally Omitted.

(j)      The Subcontractor will provide adequate facilities for inspecting the labor and material either on the Site or elsewhere at all times requested by the Contractor, its employees and representatives, Contractor, Lender and its agents and representatives and all governmental authorities.

(k)      At the request of the Contractor, Subcontractor shall submit a list of all vendors and subcontractors providing any services to the Subcontractor with regards to the Subcontract Work.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **3** of **42**

LCM_____ SUB



(l)      The Subcontractor shall handle, transport and install at the Subcontractor's sole cost and expense all property, supplies, materials and equipment furnished by the Contractor for use on the Project, but only insofar as same applies to the Subcontract Work.

(m)      The Subcontractor shall provide and maintain an effective quality control program in accordance with the intent of the Subcontract Documents and perform all requirements of inspection insofar as it pertains to the Subcontract Work. Quality control inspection will be provided by the Subcontractor for materials delivered and work installed as required to insure proper performance, fit, and finish; however, final decisions as to quality control and compliance shall, at all times, remain with the Contractor and Owner and any agents specifically designated by them.

(n)      The Subcontractor, at its own expense, shall be responsible for obtaining all permits, licenses or conditions required to be obtained or complied with by the Contractor or Subcontractor which relate to or are necessary for the performance and completion of the Subcontract Work. Permit cost shall be reimbursed by the County upon submittal of invoice by the subcontractor via pay application.

(o)      All incidental work reasonably necessary to complete this Subcontract shall be done by Subcontractor, notwithstanding that such incidental work may have been omitted from the Subcontract Documents and the conditions referenced therein.   If the Subcontract Documents are not complete as to any detail of a required construction system, such detail shall be deemed to an implied requirement of the Subcontract Documents. The Subcontractor expressly agrees to perform all such work entailed at no additional cost.  If the Subcontract Documents fail to describe the material or kind of goods to be used with regard to any particular aspect of the Subcontract Work, then it is the duty of the Subcontractor to inquire as to proper material or goods to be used.

(p)      Subcontractor hereby warrants it holds the Florida Contractor's license number set forth on page 1 of this Subcontract that said license is in good standing.  At any time during the duration of this Subcontract should this license become invalid for any reason, or should a Complaint be filed with the Florida Division of Construction Licensing with regard to the license, Subcontractor shall advise Contractor within twenty four hours of the change in Subcontractor's license status or Complaint.  At Contractor's sole discretion, Contractor may elect to terminate this Subcontract. Failure to notify Contractor as set forth above will amount to a material breach of the Subcontract.

2.      <u>Progress of the Subcontractor Work</u>.

2.1      <u>Completion of Subcontract Work; Time is of the Essence</u>. The Subcontractor will perform and progress the Subcontract Work in a prompt and diligent manner and without delay or interference to the completion of the Project and shall coordinate and commence the several parts of the Subcontract Work at such times and in such order as the Contractor may direct, and shall finish the several parts and the whole of the Subcontract Work at such times, in conjunction with work of other trades engaged on the Project as will ensure the uninterrupted progress of the entire work on the Project.   THE SUBCONTRACTOR RECOGNIZES THAT COMPLETION OF THE PROJECT WITHIN THE TIME ALLOWED IS OF THE ESSENCE, and therefore agrees to promptly procure and prepare materials and manufacture products, satisfying the specifications and submit samples thereof, if required, so as to be ready to begin and to prosecute the final completion of the Subcontract Work when and as directed by the Contractor. The Subcontractor recognizes that the Contractor has the right to coordinate all work under the Project, and that directives by the Contractor

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **4** of **42**

LCM_____ SUB



as to the time when the Subcontract Work shall begin and the manner in which it shall be progressed and completed in connection with other work involved in the Project shall be fully and promptly complied with. Subcontractor agrees that notwithstanding any change to the start date for Subcontractor's performance of the Subcontract Work or any part thereof, the Subcontract Work or part thereof shall be performed in the amount of time set forth in the attached Exhibit "B", Project Schedule, and any subsequent schedule update provided by the Contractor and/or discussed in the weekly subcontractors project site meetings. The Contractor shall have the right to inspect the progress of the Subcontract Work required to be performed in the Subcontractor's shop or places other than the Site. Subcontractor accepts the schedule in Exhibit "B".

　　　　2.2　　　　Ordering Materials. The Subcontractor shall immediately upon the execution of this Subcontract place all required purchase orders and prepare all samples, shop drawings and other items requiring the Contractor's approvals so that the Subcontractor's vendors will immediately proceed with preparation and timely delivery of the materials needed for this Subcontract. The subcontractor shall provide proof of ordering Trees, Palms, Sod, Grass, Mulch, Soil, Hoover Centrifugal Pump, Well, Irrigation lines and accessories, and any other items with lead time exceeding 10 days.

　　　　2.3　　　　Delays. If the Subcontract Work has not sufficiently progressed in the shop or elsewhere, as a result of which any work at the Site is likely to be delayed, the Contractor shall have all the rights set forth in Section 15, regardless of the condition of the work at the Site. In addition, if the Subcontractor fails to install, perform and/or supply the Subcontract Work at the Site in a timely manner so that the ensuing operations by others are delayed or interfered with, and continues such failure for a period of twenty-four (24) hours after being given notice to commence performance, the Contractor may permit such operations by others to proceed even though the performance thereof will result in the Subcontractor being required to expend additional funds or labor not contemplated in the bid for the Subcontract Work in order to install the Subcontract Work, the cost of which, along with the cost of any damage to other work caused by such the Subcontractor, shall be borne solely by the Subcontractor.

　　　　2.4　　　　Modification of Progress Schedules. The Contractor at all times reserves the right to alter and modify progress schedules in determining and coordinating the progress of the Subcontract Work with that of others and the Subcontractor agrees and agrees to comply with said schedule update and to make no claims against the Contractor based on this cause.

　　　　2.5　　　　Compliance by Subcontractor. In the event that the critical path method or any other Project progress planning and control technique is used, the Subcontractor shall comply with all requirements resulting from the use of such technique as to start, completion and phasing of the Subcontract Work.

　　　　2.6　　　　Discrepancies. In case of a discrepancy or difference between any figures, drawings or specifications, the matter shall be immediately submitted in writing to the Contractor, whose decision shall be final and conclusive and without whose decision said discrepancy or difference shall not be adjusted by the Subcontractor, save only at the Subcontractor's own risk and expense.

　　　　3.　　　　Errors in Subcontractor's Work, Deviations and Documents. The Subcontractor shall be responsible for the full and correct performance of the Subcontract Work, including work of

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **5** of **42**

LCM_____   SUB



Subcontractor's subcontractors and suppliers, and any errors therein shall be corrected at the Subcontractor's sole cost and expense and in addition thereto, the Subcontractor shall indemnify the Contractor for any costs or expenses attributable to errors in performance by the Subcontractor or the Subcontractor's subcontractors and suppliers. The Subcontractor's obligation hereunder shall include taking field measurements for all of the Subcontract Work. It shall not be incumbent upon the Contractor to discover any mistakes, errors, omissions or deviations from the requirements of this Subcontract in the quality or kind of material used by the Subcontractor or in the shop drawings, schedules and reports submitted by the Subcontractor and the Contractor's approval of same shall not relieve the Subcontractor from responsibility for unauthorized changes, deviations, omissions or for errors of any sort therein. Performance by the Subcontractor of the Subcontract Work before the required approvals therefore have been issued shall be at the Subcontractor's sole risk and expense.

4.      Damage to Work and Equipment. The Subcontractor agrees that the Subcontractor will protect and prevent damage to all Subcontract Work provided for under this Subcontract, whether or not the same may be erected in place, and for all its tools, equipment, material or plant of the Subcontractor's employees and agents, for finished work of adjacent and contiguous trades, for all adjoining private and public property, and all existing work on the Site, and that in no event shall the Contractor be liable to the Subcontractor for loss or pilferage or damage to any of the same. Subcontractor agrees and acknowledges that Subcontractor shall be responsible for al risk of loss to Subcontractor's Work, whether caused by any casualty, until the Project is fully completed and accepted by Owner and Final Payment is issued to Subcontractor.  In the event of fire damage and subsequent recovery from any insurance company or companies carrying fire loss, the Contractor, after first reimbursing itself for the full amount of its claimed loss, will allocate to the Subcontractor such proportion of the remaining fire damage loss recovery as the specific amount allocated by the insurance company or companies for the Subcontract Work bears to the total of all amounts allowed by said insurance company or companies for the work of all subcontractors making claim in connection with the same fire incident. The Subcontractor's responsibility to the Contractor in the event of fire shall be deemed personal to the Contractor and not for the benefit in any manner of any insurance company.

5.      Protection of Materials. All materials, if any, to be sent to the Site under this Subcontract or which are to be furnished by others, including Owner and/or Contractor, shall be unloaded, received, sorted properly, protected and stored by the Subcontractor, who shall carefully inspect the materials upon their delivery and assume all responsibility for any shortages and defects which are not promptly reported to the Contractor.  Subcontractor shall further assume liability for any loss of, pilferage, theft or damage to the same whether stored on the Site or erected in place until final acceptance of the Project by the Contractor.  The Subcontractor hereby assumes all risk of shortages, loss or damage in connection with shipment to and storage on the Site of its materials, supplies, equipment, etc., and hereby relieves the Contractor and Owner of any responsibility therefore.  Should Contractor elect to retain security personnel at the Project, Subcontractor hereby acknowledges that such security personnel are not being retained to guard or protect the materials referenced herein, and Contractors retention of security personnel shall not be deemed a waiver by Contractor of Subcontractor's obligations and assumption of risk under this section.

6.      Subcontractor's Work Force. The Subcontractor shall staff the job and shall keep the job adequately supplied with labor and materials at all times to the complete satisfaction of the Contractor. In that regard, the Subcontractor agrees to have present at the Site at all times a qualified English-speaking representative who shall have authority to act as the Subcontractor's agent in all matters concerning the Subcontract Work.  At the request of Contractor, Subcontractor shall provide

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **6** of **42**

LCM_____  SUB



written notice of the name and contact information, including office and mobile telephone numbers and email address, for the qualified representative.   (In the absence of such representative, the Subcontractor hereby requests and authorizes the Contractor to direct the Subcontractor's work forces and to accept shipments of its materials, supplies, equipment, etc., and to store same at the Site). The Subcontractor shall work such hours as directed by the Contractor without additional cost to the Contractor as may be necessary to ensure prosecution and completion of the Subcontract Work in a skillful and expeditious manner within the time limitations of this Subcontract as may be modified.  In the event the Contractor deems an employee of the Subcontractor incompetent, careless, insubordinate or otherwise objectionable, the Contractor shall provide written notice to the Subcontractor of such employee and the Subcontractor shall permanently remove such employee from the Project. Under no circumstances shall the Subcontractor be permitted to remove its project manager or superintendent without authorization from the Contractor.

7.    <u>Strikes, Labor Stoppages</u>. The Subcontractor shall not employ any persons or means that may cause labor disturbances or stoppages in the Subcontract Work, or the work of the Contractor, other subcontractors employed by the Contractor, the Contractor or other subcontractors employed by the Contractor. The Subcontractor shall conform to prevailing local labor conditions, and any provision of any union contract to which the Subcontractor is a party.  If for any reason labor employed by the Subcontractor strikes or if the labor employed by others strikes because of disputes connected with the Subcontract Work, the Contractor shall have the right to exercise its remedies set forth in Section 15.

8.    <u>Equal Opportunity, OSHA, Safety</u>. The Subcontractor shall not commence work hereunder, or once started continue same, until the Subcontractor has complied with the requirements of this Subcontract and all applicable laws with regard to safety and accident prevention, licenses, patents, progress charts, changed conditions, samples, shop drawings and descriptive data, labor reports, security measures, rates of wages, the eight-hour law, non-rebate of wages, non-discrimination, overtime compensation, all applicable federal and state anti-kickback and anti-bribery statutes and laws and any and all other matters required by this Subcontract and all pertinent laws and regulations. The Subcontractor agrees that it will conform to all federal, state and local statutes, laws and ordinances, and any regulations thereunder, to provide equal employment opportunity for all individuals without regard to race, creed, color, national origin, religion, sex or age. Without limiting the generality of this Section 8 and other provisions of this Subcontract relating to safety and accident prevention, the Subcontractor agrees to observe and comply with all provisions and requirements of the Federal Occupational Safety and Health Act of 1970, and amendments thereto (OSHA), and all other safety requirements of this Subcontract in the performance of the Subcontract Work and to indemnify and hold the Contractor harmless from all liability, claims, penalties and damages including attorneys' fees and expenses, resulting from the failure of the Subcontractor in the performance of this Subcontract to comply with OSHA or any other pertinent statutes, laws or regulations. The Subcontractor shall designate a responsible member of its organization whose duties shall include loss and accident prevention and who shall have the responsibility and full authority to enforce the programs. All onsite employees are required to have a OSHA 10 Certification, and if this is not accomplished, they are subject to Fines by County staff.

9.    <u>Changes to the Subcontract Work</u>.

9.1    <u>Generally</u>.   Minor variations that do not affect the contract time or subcontract sum, in the underlying Subcontract Work, where such variations are in accordance with

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **7** of **42**

LCM_____  SUB _____



good construction practice, shall be approved and performed by the Subcontractor at no additional cost to the Contractor. Adjustment of the subcontract amount, as set forth in Section 11.1 hereof, as a result of changes to the Subcontract Documents will be calculated on the basis of the current wage scale and fringes and material prices at the time of change, plus five percent (5%) overhead and five percent (5%) profit.

   9.2   <u>Changes to Work; Additions, Deletions, Claims</u>. The Contractor may, without invalidating this Subcontract, issue written orders to the Subcontractor making changes in, adding to, or subtracting from the Subcontract Work. The Subcontractor shall not deviate from, add to, delete from, or make changes in the Subcontract Work unless so directed by prior written order of the Contractor signed by a representative of Contractor who, at the time of signing, is authorized to approve the authorization.  A list of said authorized representatives of Contractor shall be available to Subcontractor upon request to Contractor and may be posted at the main construction office ("Authorized Representative List").  Subcontractor will not be compensated for any additional work, unless the written order is expressly approved in writing by an individual on the Authorized Representative List. This provision requiring signed written authorization for changes may not be modified or amended through any course of conduct between the parties.  Upon receipt of a written order from the Contractor signed as aforesaid, making changes in, or adding to the Subcontract Work, or a direction to proceed with disputed work pursuant to Section 14 hereof, the Subcontractor shall within seventy-two (72) hours notify the Contractor in writing if the Subcontractor claims that such order entitled Subcontractor to additional compensation or extension of time for performance stating the reasons for same and furnishing a detailed breakdown of the estimated increased costs and/or time. Upon receipt of a written order from the Contractor signed as aforesaid, subtracting from or deleting work undertaken hereunder, the Subcontractor shall promptly and in any event within seventy-two (72) hours thereafter notify the Contractor in writing the amount of credit, including the costs of insurance, which the Subcontractor estimates the Contractor should receive by reason thereof setting forth a detailed breakdown of the costs estimated for such deleted work. For the purpose of checking such claims or credit, as the case may be, the Subcontractor shall and hereby agrees to produce any and all data which the Contractor may request, including, but not limited to, time sheets, payrolls, foremen's reports, daily reports, bills and vouchers of material suppliers and subcontractors, receiving documents, freight and trucking receipts, and shall permit the Contractor to check directly with all suppliers of labor and material. The Contractor and Subcontractor shall negotiate and endeavor to agree in writing to any changes in time of performance or in the amounts to be paid or the credit to be allowed under this Subcontract. In the event the Subcontractor and Contractor are unable to agree, the Subcontractor nevertheless shall, and hereby agrees to proceed with performance as ordered and the question of change in the amount to be paid will either be agreed upon at a subsequent date or resolved by a court of competent jurisdiction. If no additional time or compensation is requested by the Subcontractor in writing within seventy-two (72) hours after receipt of a particular order from the Contractor making changes in, or adding to the Subcontract Work, or after a dispute as to the Subcontract Work, it shall be construed that there is no additional time or compensation requested or required and that the order will be fully complied with and/or work performed by the Subcontractor without any extension of time or additional compensation, but failure of the Subcontractor to notify the Contractor in writing of the estimated credit to be given within seventy-two (72) hours after receipt or an order deleting or adding Subcontract Work shall, and hereby is authorized from the Subcontractor to the Contractor to estimate the credit to be taken and to deduct the amount so determined from monies due or to become due to the Subcontractor hereunder.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **8** of **42**

LCM_____ SUB _____



   9.3   <u>Work Directives as Change Orders</u>. Any direction or order of any kind whatsoever which may be given by the Contractor to the Subcontractor after the date of this Subcontract and which direction or order, regardless of the form or manner in which given, whether as a formal change order, letter agreement, time and materials order or otherwise, shall call for additional work to be performed by the Subcontractor on the Project, shall be deemed to have given as a change order to this Subcontract and shall be subject to all the terms and conditions of this Subcontract. The scope of work under this contract shall comply with all work depicted, specifically or diagrammatically, in the drawings and specifications and the subcontractor is required to provide a complete and functioning system. No change orders will be contemplated to add work to make the scope complete. Only additional scope requested by the Owner shall be contemplated as acceptable change orders.

   10.   <u>Delivery of Work</u>.

   10.1   <u>Partial Possession; Delivery of Work; Guaranties</u>. Upon completion of this Subcontract, the Subcontractor shall deliver the Subcontract Work complete and undamaged. Nevertheless, the Contractor shall have the right to take possession of or use any completed or partially completed part of the Subcontract Work but such possession or use shall not be deemed an acceptance of any Subcontract Work not completed in accord with this Subcontract. In that regard, the Subcontractor agrees to furnish all guaranties for the Subcontract Work required by the Contractor and will execute such guaranties to the Contractor for the benefit of the Contractor. Prior to the acceptance of the Subcontract Work, the Subcontractor and the Contractor shall prepare a punch list of workmanship and materials that are required to be corrected to conform the Subcontract Work with the Subcontract Documents. The Subcontractor shall complete the punch list work within 15 days of receipt of the punch list from Contractor. In addition, the Contractor shall retain from the amounts payable to the Subcontractor an amount equal to the cost to repair any punch list items to the extent that the amounts payable to the Subcontractor exceed fifty percent (50%) of the amount of retention being withheld for such repairs.

   10.2   <u>Transfer of Title</u>. All materials, supplies, appliances, etc., which have been made the basis of partial payments, as aforesaid, or have been incorporated in the Subcontract Work, shall be and become the property of the Contractor upon delivery at the Site or upon being specially adapted for use in or as part of the Subcontract Work, whichever may occur first, free and clear of any liens or encumbrances, subject, however, to replacements by the Contractor at the Subcontractor's cost and expense if any such materials, supplies, appliances, etc., shall be defective or unsatisfactory and the Subcontractor has failed or refused to replace any such defective or unsatisfactory materials within forty-eight (48) hours after notice thereof and subject to the provisions of Section 4 hereof.  The Subcontractor shall furnish to the Contractor such bills of sale or other instruments of title and Release of Liens as may be required, properly executed, acknowledged and delivered, assuring title to any such materials, supplies, appliances, etc., free of liens and/or other encumbrances and shall mark or otherwise identify all such materials, supplies, appliances, etc., as the property of the Contractor. In the event of a breach by the Subcontractor of this covenant against a lien, and a lien is nevertheless filed by any materialmen, suppliers or by labor, then the Subcontractor hereby agrees to bond said lien within twenty-four (24) hours after same is filed and to cause its discharge or recordation of the bond.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **9** of **42**

LCM_____   SUB



11.    <u>Payment of the Subcontract</u>.

11.1    <u>Generally</u>. For the full, complete and proper performance of all of its obligations under this Subcontract, the Subcontractor hereby agrees to furnish all labor and material to complete the Subcontract Work for the total price as shown in Exhibit "A", all applicable taxes included, subject to authorized additions, deductions or adjustments as herein provided payable as herein below set forth. All payments made to the Subcontractor by the Contractor under this Subcontract shall constitute a trust fund in the hands of the Subcontractor for the benefit of all persons, firms or corporations having performed work or labor, supplied services or supplied materials, equipment or transportation for the Subcontractor and for the benefit of federal, state and city tax authorities in connection with the Subcontractor's obligations under this Subcontract, and for the payment of union benefits, dues and other indebtedness of labor and the Subcontractor agrees that no such payment or any part thereof shall be diverted to or used by the Subcontractor to repay the Subcontractor's own expenditures or for any other purpose until all such claims have been fully paid. The amount of this Subcontract shall include and therefore shall not be increased on account of any changes in the cost of any materials or labor and/or account of any taxes which are now in existence or may hereafter be imposed by any federal, state or city governments including, without limitation, sales, use, gross receipts and personal property taxes. Monthly pay applications shall be submitted for review no later than every 20th of the month. Failure to adhere to this date may cause payment delays or it may not be included in the month's application to the owner; in such case the subcontractor shall submit the following month.

11.2    <u>Estimates/Guarantees</u>. Upon execution of this Subcontract, the Subcontractor shall furnish to the Contractor a detailed estimate of quantities and prices of material and labor Broken-down by Building Area and/or Phase as approved by Contractor (the "Schedule of Values") which shall aggregate the Subcontract price and which shall fairly reflect the costs of each item of the Subcontract Work, which estimate may be modified by the Contractor, in its discretion for partial payment purposes, and as so modified shall bind the Subcontractor.

11.3    <u>Partial Payments</u>. Partial payments for or on account of the Subcontract Work shall be made by the Contractor to Subcontractor as the Subcontract Work progresses, in accordance with the payment schedule set forth in this Section. The Subcontractor shall request partial payments in accordance with the Schedule of Values.  Subcontractor shall supply with its Request for Partial Payment all back up materials as required herein, or as may reasonably requested by Contractor.  No Request for Partial Payment/Subcontractor Application form shall be complete until satisfactory proof of payment is submitted to Contractor, pursuant to Section 11.5 of this Subcontract. In making any partial payments, there shall be retained ten percent (10%) of the estimate on which partial payment is made until ninety (90) days after the final completion of the Project. The Contractor's payment schedule, as set forth in this Section establishes the following: (a) requests for partial payment must be submitted to the Contractor not later than the 24th day of the month for the Subcontract Work; and (b) payment for the approved Subcontract Work will be made the following month after payment from Owner. The Request for Partial Payment may not be fully approved, and partial payment may be made based on deductions for the following items: (a) retainage, as provided above; (b) the sum of (i) any work or labor that has not been performed in accordance with the Subcontract Documents, (ii) the amount of materials or equipment not furnished for which payment is being sought, (iii) cost and expenses reasonably necessary to correct or repair any work which is not materially in compliance with

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **10** of 42

LCM_____ SUB



the Subcontract; and (iv) any amount required to be paid for unpaid wages or benefits of the Subcontractor's employees, laborers, or independent contractors, (c) Percentage of Completion more than Approved by Owner and Architect, (d) Fines / Assessments or penalties form the Owner to GC or Subcontractor. If Contractor intends to withhold or deduct amounts from partial payments, Contractor will provide a written notice to Subcontractor on or before the date payment is due, which specifies (a) the amount of the requested payment that will be withheld, and (b) an explanation for the reason for withholding.    Subcontractor must provide written notice to the Contractor of the correction of the condition described in the notice. Such notice of correction must be sufficient to identify the scope and manner of the correction and must be signed by an authorized representative of Subcontractor.  At its option, Contractor may pay the amount withheld for that condition on or before the date next payment is due, pursuant to the payment schedule, or object to the scope and manner of the correction of the condition on or before the date next payment is due, in a written statement setting forth the reason for the objection. Contractor will pay to the Subcontractor the amount withheld for the correction of all conditions to which Contractor no longer objects.

   11.4   <u>Payment of Taxes, Material and Labor</u>. The Subcontractor agrees to pay promptly all federal, state, county and city taxes, union benefits, union dues and other indebtedness of labor, and all amounts due any of its subcontractors, materialmen, equipment suppliers, employees or others rendering services or supplying material, labor or equipment to the Subcontractor in connection with performance of this Subcontract and hereby agrees to and does indemnify and hold harmless the Contractor and its surety from any and all damages resulting from any failure so to do and from any liens on the Project or any part thereof, and the Subcontractor agrees to pay the Contractor or its surety any amount which the Contractor or its surety may pay in consequence of the foregoing. In the event the Subcontractor shall fail to pay promptly any taxes or other amounts due any of the Subcontractor's subcontractors, materialmen, equipment suppliers, employees or others as aforesaid or in the event of the existence of any claim against the Subcontractor or by any supplier of labor or material or by another subcontractor or one which has given or could give rise to a lien against the Project or any part thereof, the Contractor is hereby authorized and directed by the Subcontractor to pay same for the amount of the Subcontractor and the Subcontractor hereby agrees to promptly pay the Contractor the amount so paid by the Contractor may at its option retain out of any money then due or thereafter to become due to the Subcontractor an amount sufficient in the opinion of the Contractor to satisfy such claim or lien, then the Subcontractor agrees to pay the deficiency forthwith to the Contractor. In the event that any law is or has been passed or any rule or regulation pursuant thereto which requires the Contractor to pay, either directly or indirectly, the amount of any such tax assessment or charge by reason of the Subcontractor's employees or should any such law, rule or regulation direct the Contractor to collect the same, or make the Contractor liable for the collection thereof, or make the Contractor responsible therefore, it is understood and agreed that the Subcontractor shall fully and completely make all payments therefore, and shall fully and completely indemnify and save the Contractor harmless from any and all such taxes, assessments and charges. At the request of the Contractor, the Subcontractor shall immediately post a bond in favor of the Contractor in an amount sufficient to cover the estimated or actual amount of any such taxes, assessments and charges. The Contractor shall give forty-eight (48) hours written notice to the Subcontractor of the existence of said claims or liens prior to initiating any action against the Subcontractor as to allow the Subcontractor to satisfy said claims or liens.

   11.5   <u>Proof of Payments</u>. In exchange for any partial or final payment from Contractor, Subcontractor shall supply an original executed Unconditional Partial or Unconditional Final Release of Lien on the form satisfactory to Contractor. After the initial payment to Subcontractor and

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **11** of 42

LCM_____ SUB



prior to the Subcontractor receiving any subsequent partial payment under the terms of this Subcontract, as part of the payment application, the Subcontractor shall first submit, evidence satisfactory to the Contractor that everything in connection with the Subcontract Work, whether or not the same may have been furnished at the site or elsewhere, has been fully paid for through the date of the immediately preceding prior payment, including Unconditional Partial or Unconditional Final release of liens, on form approved by Contractor, executed by Subcontractor's subcontractors, suppliers and vendors and evidencing that there are no unsatisfied claims for federal, state or local taxes, union dues, benefits and other indebtedness of labor, labor performed, materials furnished, services rendered, equipment and supplies furnished, or other obligations incurred by the Subcontractor by all persons engaged in the prosecution of the Subcontract Work, whether or not such persons are agents, servants or employees of the Subcontract and regardless of any contractual relationship between the Subcontractor and other persons furnishing labor, materials or equipment in performance of the Subcontract Work. The Subcontractor must, as a condition precedent to final payment hereunder, submit satisfactory evidence of payments of, final waivers of, and/or releases from any and all claimants, persons, firms or corporations having performed work, labor, services, or supplied materials, supplies, equipment, or appliances to the Subcontractor, the form and substance of which are attached Lien Release documents. Along with the application for final payment, the Subcontractor shall furnish an unconditional waiver and release duly executed and in form required by the Contractor and under Florida Lien laws.

In the event any such persons furnishing anything in connection with the Subcontract Work herein are unpaid as aforesaid or should such persons notify the Contractor of any unpaid amount therefore, the Contractor, in addition to all the rights granted herein shall have the right to withhold such unpaid amount or claim or claims out of the payments next becoming due to the Subcontractor and the Contractor shall have the right to make payment of said unpaid amounts and/or said claims and deduct the amount thereof out of the next payment which may become due to the Subcontractor. The Subcontractor further agrees that in the event any suit be brought by anyone against the Contractor under the terms of any bonds (if any) furnished by the Contractor or Contractor, then to the extent of any Subcontract Work completed by the Subcontractor hereunder for which the Subcontractor has been paid or for which it has a claim, and in that event the Subcontractor agrees to fully indemnify and hold harmless the Contractor from any and all claims, liability, loss, suits, actions, costs, counsel fees, expenses, damages, judgments or decrees by reason thereof irrespective of whether or not the persons aforementioned had any contractual relationship with the Subcontractor. In lieu of furnishing such evidence as may be required by the Contractor, the Subcontractor may, at its option, furnish the Contractor with a surety company bond, satisfactory as to form, amount and surety company, which shall fully indemnify the Contractor against any loss or liability in connection with any of the foregoing matters. Whenever the term "persons" is used in this or any other Section of this Subcontract, it shall be deemed to mean persons, firms, corporations or other legal entities.

11.6     List of Suppliers. As a condition precedent to any partial or final payment and prior to the submission of a request for payment, the Subcontractor shall provide (on a form acceptable to the contractor) the Contractor with the names and addresses of all the Subcontractor's material suppliers, subcontractors or vendors for whom payment was made from the prior application for payment with proof of payment to each said supplier, subcontractor or vendor in a form acceptable to the Contractor. The Subcontractor shall give written notice to the Contractor within five (5) days of a change of a material supplier, subcontractor or vendor.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **12** of **42**

LCM_____ SUB



11.7     Payroll Records. On the request of the Contractor, the Subcontractor shall furnish the Contractor with the Subcontractor's complete field payroll expended or incurred up to and including the time that any partial or final payment hereunder may be made. Failure to furnish such payrolls shall be sufficient reason for withholding any payment hereunder.

11.8     Storage of Materials and Payment. The Subcontractor shall not be entitled to any payment for material stored on-site, or off-site, unless agreed to in writing by the Contractor at the time of delivery of said materials. However, in no event will such payment be made by the Contractor unless the following requirements are completed:

(a)     The Subcontractor has filed with the Contractor insurance policies in form satisfactory to the Contractor and Owner covering the said materials;

(b)     The Subcontractor has complied with all other requirements of the Contractor and Owner;

(c)     A Bill of Sale shall have been delivered to the Contractor covering the materials acceptable to the Contractor and Owner; and

(d)     The Subcontractor shall have submitted a notarized title agreement, bonded warehouse receipt, and a certificate of insurance and/or any such other document as may be required by Contractor and Owner, Contractor or their respective lenders. An executed warehouse agreement may be accepted in lieu of a bonded warehouse receipt.

(e)     No Payment shall be made without Approval of the Owner.

11.9     Materials to be Delivered to Contractor. Prior to the date on which final payment is made by the Contractor, Subcontractor shall deliver to Contractor all Project-specific materials, including, but not limited to, all labor, material, spare materials, warehouse stock, and equipment warranties, O&M manuals, as-builts, plans and specifications, and contractor letters. The delivery of such materials to the Contractor is a condition precedent to the release of final payment to Subcontractor.

11.10     Acceptance of Final Payment. The acceptance of final payment by the Subcontractor shall constitute a waiver and release of all claims against the Contractor in connection with or arising from any aspect of the Subcontract Work, including, but not limited to, every act of alleged neglect of the Contractor arising out of the Subcontract Work, excepting only claims for retained percentages withheld by the Contractor as provided for herein.

11.11     Job-site Progress Meetings. Subcontractor is required to attend weekly subcontractor coordination and scheduling meetings. Attendance by a representative with authority of making decisions and commitments on behalf of the company is required.

12.     Insurance Requirements.

Prior to commencement of any Work under this Subcontract Agreement and until final completion and acceptance of the Work, Subcontractor shall take out, maintain, and pay all premiums for the following

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **13** of **42**

LCM_____ SUB



insurance in a form acceptable and satisfactory to Contractor with a company or companies acceptable to Contractor (ISO's CG 20 10 and CG 20 37 or equivalent):

**Workmen's Compensation:**           **As required by law.**
**Contractor's Commercial General Liability:**    **$1,000,000 per occurrence.**
(Including products and completed operations,   independent contractors and contractual liability coverage)
**Umbrella**:                                     **$1,000,000**
**Employer Liability:**                   **$500,000**
**Automobile Bodily Injury:**         **$1,000,000 Combined Single Limit**
(Including hired and non-owned automobiles)

Provide a waiver of subrogation endorsement on GL, Property, Workman's Compensation, and Employer Liability policy.
Any other insurance coverages required by law.

All such insurance coverages shall name Contractor as an additional named insured, using broad form language, shall provide additional insured coverage for both on-going and completed operations, shall provide that such coverages are primary and noncontributory, and shall contain policy provisions and exclusions satisfactory to Contractor. Coverage maintained by the contractor shall be excess over any coverage provided to them as additional insured under the subcontractors' policy.

Subcontractor will furnish a suitable in force certificate, which shall be kept in force during the course of the work. If a worker's comp exemption certificate is used, only the person exempt can be on site. The subcontractor must provide workers comp certificate of its subs.

Subcontractor shall name **Lynx Construction Management, LLC** as certificate holder and additional insured as applicable, as well as the **Miami-Dade County,** both as additional insured as applicable.

**Certificate Holder & Additional Insured:**

**Lynx Construction Management LLC**
45 Almeria Avenue
Coral Gables, FL 33134

**Miami-Dade County**
Contract #W130069-C
Title of Contract: Construction of the New Empowerment Center
111 NW 1st Street
Suite 2340
Miami, FL 33128

     13.        <u>Indemnity</u>.

        13.1        To the fullest extent permitted by law, the sub-contractor expressly agrees to indemnity and hold harmless the Contractor, the project owner, the architect, and the engineer and their respective officers, directors, agents, and employees herein called the "indemnitees" from any and all liability for damages, including, if allowed by law, reasonable attorney's fees and court

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **14** of **42**

LCM_____ SUB



costs, such legal expenses to include costs incurred in establishing the indemnification and other rights agreed to in this Paragraph, to person or property caused in whole or in part by any act, omission, or default by the sub-contractor or its sub-subcontractors, materialmen, or agents of any tier or their employees, arising out of this Agreement or its performance, including any such damages caused in whole or in part by any act, omission, or default of any indemnitee, but specifically excluding any claims of, or damages against an indemnitee resulting from such indemnities' gross negligence, or the willful, wanton or intentional misconduct of such indemnitee or for statutory violation or punitive damages except and to the extent the statutory violation or punitive damages are caused by or result from the acts or omissions of the sub-contractor or its sub-subcontractors, materialmen, or agents of any tier or their respective employees.

Provided however that any claim for indemnification for damages caused in whole or in part by any act, omission or default by indemnitee(s) shall be limited to the amount of the sub-contractor's insurance or $1 million per occurrence whichever is greater.  The parties acknowledge that the amount of the indemnity required hereunder bears a reasonable commercial relationship to this Agreement and it part of the project specifications or the bid documents.

The indemnification obligations under the Agreement shall not be restricted in any way by any limitation on the amount of type of damages, compensation, or benefits payable by or for the sub-contractor under workers' compensation acts, disability benefits acts, or other employee benefits acts, and shall extend to and include any actions brought by or in the name of any employee of the sub-contractor or of any third party to whom sub-contractor may subcontract a part or all of the work.

13.2       The indemnification obligations of Subcontractor under this Paragraph and elsewhere in this Subcontract shall not be limited by the amounts or types of insurance (or the deductibles or self-insured retention amounts of such insurance) which Subcontractor is required to carry under this Contract.  The Indemnified Parties' right to indemnification by Subcontractor under this Paragraph shall be independent of the Indemnified Parties' rights under the insurance to be provided by Subcontractor under this Contract.

13.3       Subcontractor's duty to defend the Indemnified Parties is entirely separate from, independent of, and free-standing from Subcontractor's duty to indemnify the Indemnified Parties, including, without limitation, the defense of the Indemnified Parties against claims for which the Indemnified Parties (or any of them) may be strictly liable and applies whether the issue of Subcontractor's liability, breach of this Subcontract or other obligation, or Subcontractor's responsibility has been determined and whether the Indemnified Parties (or any of them) have paid any sums or incurred any detriment, arising out of or resulting directly or indirectly from Subcontractor's performance of the Subcontract Work.  Such defense obligation shall arise immediately upon presentation of a Claim by any party which arises out of or is connected to the work performed by Subcontractor and written notice of such Claim being provided to Subcontractor.

13.4       Subcontractor's indemnification and defense obligations hereunder shall extend to Claims occurring after this Subcontract is terminated as well as while it is in force and shall continue until it is determined by final judgment that any and all actions against the Indemnified Parties for such matters which are indemnified hereunder are fully and finally barred by applicable Law.

13.5       Subcontractor's liability for indemnification and defense hereunder is in addition to any liability Subcontractor may have to the Indemnified Parties for a breach by

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page 15 of 42

LCM_____ SUB



Subcontractor of any of the provisions of this Subcontract.  The indemnification obligations shall not be construed to negate, abridge, or otherwise reduce any other right or obligation of indemnity which otherwise exists as to any Indemnified Party.

13.6      Subcontractor understands that Contractor and/or Owner may borrow funds from lenders to enable it to complete the construction.  Subcontractor's liability to Contractor under this section includes, in addition to those more particularly defined in other provisions of this Subcontract, interest charged to Contractor and/or Owner on borrowed funds during any delay caused by Subcontractor.

13.7      Subcontractor shall reimburse Contractor and/or Owner for any Claims or losses incurred by them within five (5) business days of notification from Contractor/Owner.  Contractor and/or Owner may deduct payments made from any monies due or to become due to Subcontractor pursuant to this Subcontract or from any other agreement then existing between Subcontractor and the party seeking reimbursement.  Contractor and/or Owner may withhold from any monies due or to become due Subcontractor such sums as shall are reasonably necessary to protect Contractor/Owner from any Claims under Section 13.

13.8      The provisions of Sections 13.1 through 13.7 shall not apply to any Claims which arise out of the sole negligence or willful misconduct of the Indemnified Parties.

14.      <u>Work Under Protest</u>. If the Contractor directs the Subcontractor to perform work as part of this Subcontract, which work the Subcontractor believes is not Subcontract Work, the Subcontractor shall advise the Contractor in writing setting forth in detail the reasons for the Subcontractor's contention. Pending further advice from the Contractor, the Subcontractor shall not proceed with the work in dispute. After the Contractor has investigated the reasons for the Subcontractor's contention and the Contractor still believes the disputed work shall be performed by the Subcontractor as Subcontract Work, the Contractor will so advise the Subcontractor. Upon receipt of such advice from the Contractor, the Subcontractor shall proceed with the disputed work forthwith, but the Subcontractor may at the same time advise the Contractor that it is doing so under protest. In the event the Subcontractor proceeds under protest, the matter shall be determined by the negotiation between the parties involved.

15.      <u>Contractor's Options in Event of Breach, Default or Bankruptcy</u>. In the event the Subcontractor fails to perform the Subcontract Work or comply with the notices provided for in this Subcontract or in the event of any other breach by the Subcontractor of the terms of this Subcontract or in the event that a petition under any of the provisions of the bankruptcy laws of the United States of America or any state or other jurisdiction is filed by or against the Subcontractor or in the event any of the provisions of any of the said bankruptcy laws are invoked by or against the Subcontractor or in the event the Subcontractor admits in writing its inability to pay its debts or makes an assignment for the benefit of creditors or in the event the Subcontractor is adjudicated a bankrupt or insolvent or a receiver, trustee or liquidator is appointed for any of its properties or its properties pass into the hands of any legal representative, the Contractor, without further notice to the Subcontractor, shall have the right to any one or any combination of the following remedies:

(a)      Supply such number of workers and quantity of material, equipment, etc., as the Contractor deems advisable in and about the completion of such work and charge the cost thereof together with all other reasonable expenses to the Subcontractor.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **16** of **42**

LCM_____ SUB



(b)     Terminate the Subcontractor's right to proceed with any part of the Subcontract Work or any part of the labor and materials hereby sublet and after such termination to relet such work and supply the same through its own forces or through other subcontractors or any other means and to charge the cost thereof and all expenses incident thereto against the within Subcontract price, and if the said Subcontract price shall be insufficient the Subcontractor shall pay the excess cost to the Contractor. If the Contractor exercises this right, it may take possession of and utilize in completing any part of such work, such materials, appliances and plant as may be on the Site, whether supplied by the Subcontractor or not.

(c)     Terminate this Subcontract entirely and the Subcontractor shall be entitled to no monies of any kind, but shall nevertheless remain liable for any damage that the Contractor has suffered or may suffer.

(d)     Relet the work covered under this Subcontract to any other persons by one or more contracts, in addition to any labor and material, etc., furnished by the Contractor and the actual contract prices plus the cost of such labor and material, etc., furnished by the Contractor, plus reasonable expenses and overhead of the Contractor and its attorneys' fees shall be charged against the Subcontractor, and unless a notice is sent by the Contractor to the Subcontractor to the effect that it is releting the labor and material provided for herein for and on behalf of the Subcontractor and that the Contractor expects to pay any surplus of the unpaid balance of this Subcontract price over such completion cost and said expenses to the Subcontractor, neither the Subcontractor, nor anyone claiming under it or through it or on its behalf shall be entitled to any compensation or payment of any kind whatsoever, regardless of what saving may have been effected by the Contractor and regardless of whether there is any surplus, but this, however, shall not relieve the Subcontractor from the obligation to pay all damages or loss that the Contractor has suffered or may suffer.

(e)     If the Contractor is of the opinion that the Subcontractor is not performing any part of the Subcontract Work properly or on a timely basis or is performing the Subcontract Work in such a way that in the opinion of the Contractor, the Subcontractor is (i) causing delay to the other trades performing work on the Project, or (ii) causing the Contractor to alter its scheduling sequence of other trades performing work on the Project, the Contractor may terminate the right of the Subcontractor to proceed with any separate parts of the work without terminating the entire Subcontract ("Partial Termination"). The Contractor may exercise such right upon giving two (2) days written notice to the Subcontractor, whereupon the Contractor may after the said two (2) days take whatever steps it may deem necessary to perform those parts of the Subcontract Work so terminated, and the Contractor shall charge the cost thereof, together with all reasonable expenses to the Subcontractor. Without limiting the generality of this Section 15(e), in the event of a Partial Termination, the Contractor may, at the Contractor's sole discretion and at the Subcontractor's sole expense retain additional subcontractors to complete any Subcontract Work which has been the object of any Partial Termination and set off any expense so incurred against any and all amounts due the Subcontractor hereunder, and/or at no additional cost to the Contractor, permit the Subcontractor the option to temporarily increase its workforce and/or to work whatever hours are necessary until such time as the Contractor determines the Subcontract Work has been completed in accordance with the Contractor's scheduling sequence of other trades performing work on the Project.

(f)     If this Subcontract is terminated by the Contractor pursuant to the provisions hereof, all materials at the Site shall belong to the Contractor and all tools and equipment of the Subcontractor shall remain upon the Site premises and the Contractor shall have the right to use

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page 17 of 42

LCM_____ SUB



the same without expense to the Contractor, but after the principal Subcontract Work has been fully completed and accepted by the Contractor, the Subcontractor may remove such of the tools and equipment as still remain, but the Contractor shall not be liable for anything that has been lost, worn out or destroyed.

(g) If any of the events listed in this Section 15 occurs and a legal representative of the Subcontractor is appointed by any court, whether such representative be a trustee, receiver assigned for the benefit of creditors, debtor in possession or whatever the designation may be, the said legal representative shall have no right whatsoever to assume the performance of this Subcontract unless the Contractor agrees to the same in writing, and in the absence of such writing, the legal representative shall have no rights with respect to this Subcontract whatsoever.

16.     Extensions of Time; Suspension; Delay; Termination for Convenience.

16.1     Delay. In the event the Subcontract Work is delayed without fault of the Subcontractor, the Subcontractor agrees that the Subcontractor will notify the Contractor in writing of the nature and cause of such delay within forty-eight (48) hours of the arising of the cause for claims of delay. Should the Subcontractor fail to strictly comply with the provisions of this Section 16, the Subcontractor shall waive all rights the Subcontractor may have for extension of time in performance of this work. Subject to Section 15(e), the Subcontractor's rights with respect to delay are hereby specifically limited to an extension of time, and Subcontractor shall have no claim for damages against the Contractor arising out of delay from any cause whatsoever.  Acceptable grounds for consideration of an extension of time due to delay beyond the Subcontractor's control are limited to labor disputes not within the Subcontractor's control and which cannot be overcome by the retention of alternative labor; unusually adverse weather conditions (unusually adverse weather shall be defined by rain which exceeds the 50 year average), or actions by governmental or civil authorities which are beyond the Subcontractor's control.

16.2     Suspension. The Contractor may order the Subcontractor to suspend all or any part of the Subcontract Work for such period of time as may be determined by it to be necessary or desirable for the convenience of the Contractor.

16.3     No Liability.  Any provision in this Subcontract to the contrary notwithstanding, the Contractor shall not be liable to the Subcontractor for any delay caused by the Contractor or by other contractors employed by the Contractor.

16.4     Damage.  The Subcontractor agrees that if it shall delay the progress of the Subcontract Work so as to cause any damage for which the Contractor shall suffer or become liable, it shall make good to the Contractor all such damage and should it finish the Subcontract Work after the time herein provided for completion, the assent or permission of the Contractor to such delayed finishing shall not be construed as a waiver of the Subcontractor's obligation to make good any damage caused by such delay or default.

16.5     Reimbursement of Damages. In the event any acts or omissions of the Subcontractor cause or contribute to any failure on the part of the Contractor to complete all Subcontract Work within the time scheduled for the completion of the Project, the Subcontractor shall upon demand of the Contractor promptly pay to, and reimburse the Contractor for the amount of any

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page 18 of 42

LCM_____  SUB_____



damages caused or contributed by the Subcontractor or apportioned to it in the event such delay is caused by more than one (1) subcontractor.

16.6     Termination for Convenience.     Contractor reserved the right to terminate this Subcontract and all rights and obligations hereunder, without cause, and at Contractor's sole discretion and convenience.  In the event of a termination pursuant to this section, Subcontractor shall be entitled to recover its partial and final payment for all Subcontract Work performed through the date of termination, as well as costs incurred due to the termination (demobilization) but in no event shall be entitled to payment for any Subcontract Work not performed, including profit that would have been realized on the Work not yet performed,

17.     Non-waiver of Contract. Failure by the Contractor in any instance to insist upon observance or performance by the Subcontractor of all the terms, conditions or provisions of this Subcontract shall not be deemed a waiver by the Contractor of any such observance or performance, no waiver shall be binding upon the Contractor unless in writing signed by an individual on the Authorized Representative List of Contractor and shall then be for the particular instance only waiver of any one breach shall not be deemed a waiver of any other breach; payment of any sum by the Contractor to the Subcontractor with the knowledge of any breach shall not be deemed to be a waiver of any such breach or any other breach.

18.     Salvage. All salvage shall belong to the Contractor and shall be delivered by the Subcontractor to a point or points on the Site designated by the Contractor and the Subcontractor shall have no right or claim thereto whatsoever.

19.     Lien Law. The Subcontractor further agrees that if any time, either during the performance of the Subcontract Work or after the conclusion and completion thereof, it commences any action based on any controversy or claim arising out of, or relating to this Subcontract, or under any lien law in which the Contractor is named as a party, then, and in that event, said action shall be brought in the courts of the State of Florida, and in no other place.

20.     Performance and Payment Bonds. Required for any contract valued over (Two-Hundred Thousand Dollars) $200,000.00. Bonds shall be provided prior to Mobilization, and from a Surety approved by Contractor.

21.     Increases in Labor and Materials. It is understood that at the time of the execution of this Subcontract the parties hereto are aware of the possibility of increases in the prices of labor and materials necessary to perform this Subcontract and/or the difficulty in obtaining same. It is accordingly understood that no claim shall be made by the Subcontractor for an increase in the Subcontract price herein referred to even though it may be necessary to obtain materials from local warehouse stocks or otherwise in order to perform within the Subcontract time. The Subcontractor shall at no time claim that the Subcontract price was predicated on obtaining materials from any particular or unusual source or supply. If it be thereafter claimed that the Subcontractor finds that the price of labor and materials herein provided for is increased to any extent, for any reason whatsoever, including (but without limiting the generality of the source of causes of such possible increase) strikes, forced or voluntary agreements between employer and employee, present or future federal, state or municipal regulations, enactments, statutes, decrees, present or future codes, trade association agreements, whether the same be brought by statute, agreement or otherwise, freight rates or any change of economic conditions whatsoever, it is understood that any and all risks of increase in price of labor or materials

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page 19 of 42

LCM_____ SUB



have been contemplated by the Subcontract and have been taken into full consideration in arriving at the Subcontract price. The Subcontractor shall at no time claim such increase even though the Subcontractor has been brought into a period of increased labor and material costs by reason of any delays of the Contractor, and of its other subcontractors, the Contractor or its representatives, of other independent subcontractors employed by the Contractor, or for any other cause whatsoever.  The Subcontractor shall pay any and all adjustments, fines by any authority related to its workforce.

22.    <u>Claims by Other Subcontractors</u>. If other independent subcontractors on the Project hold the Contractor and/or Owner responsible for any damages sustained through any act or omission of any of its subcontractors, then the Subcontractor accordingly agrees to indemnify and hold harmless the Contractor and Owner by reason of any claims, demands, judgments, liabilities, etc., which may be made against the Contractor and/or Owner by any other independent contractor on the Project and which arise out of any act or omission of the Subcontractor.

23.    <u>Breach</u>. Should one or more other subcontracts now or hereafter exist between the Subcontractor and the Contractor or with any affiliated corporation or company of the Contractor concerning this or any other construction project, then a breach by the Subcontractor of any subcontract may, at the option of the Contractor, be considered a breach of all subcontracts, and in that event the Contractor may terminate any or all of the subcontracts so breached or may withhold monies due or to become due on any such subcontracts and apply the same toward payment of any damages suffered on that or any other such subcontracts.

24.    <u>Patent/Copyright Infringement</u>. In the performance of the Subcontract Work, the Subcontractor shall not infringe on any patents or copyrights and agrees to indemnify and hold the Contractor and/or Owner harmless against any and all losses and liabilities, including expenses arising out of any such infringements and actions for damages because of such infringements.

25.    <u>Notice</u>. Unless otherwise specified herein, all notices given within the terms of the agreement shall be in writing and will be delivered personally or through electronic mail (email) or sent by confirmed facsimile transmission, overnight letter or United States certified mail, proper postage prepaid at the addresses provided in this section.  Either party may change the person or the address to which notices are directed by giving written notice to the other party. Personally delivered, confirmed facsimile and email notices will be deemed given when delivered. Notices sent by United States certified mail, return receipt requested, will be deemed given three (3) business days after dispatch. Notices sent by overnight letter will be deemed given on the next business day after dispatch. Notwithstanding the foregoing, notices of change of address will be deemed given only upon receipt by the party to whom it is delivered.

If to Contractor:

<u>Christopher Moran</u>                           (Representative)
<u>Lynx Construction Management, LLC</u>          (Company Name)
<u>45 Almeria Avenue</u>                          (Street Address)
<u>Coral Gables, FL 33134</u>                      (City & State)
<u>305-523-3656</u>                               (Telephone Number)
<u>888-499-1748</u>                               (Facsimile Number)
<u>cmoran@lynxcs.com</u>                          (Email)

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **20** of **42**

LCM_____ SUB_____



If to Subcontractor:
Luis Inclan                                              (Representative)
Inclan Painting and Waterproofing, Corp.    (Company Name)
12252 SW 128th St                                   (Street Address)
Miami, FL  33186                                      (City & State)
305-992-8712                                           (Telephone Number)
786-293-7430                                           (Facsimile Number)
info@inclanpainting.net                            (Emails)

26.     Governing Law; Jurisdiction. The rights of the parties and the terms and conditions of this Subcontract shall be construed in accordance with the laws of the State of Florida. The Subcontractor agrees that it will not commence any action, whether in law or in equity, against the Contractor or its sureties on bonds, if any, because of any matter whatsoever arising out of the alleged breach of performance of this Subcontract in any courts other than the appropriate state or federal court located in Florida, and the Subcontractor expressly waives any and all rights the Subcontractor might have by reason of the aforesaid bond provisions, if any, or by reason of any other cause whatsoever to bring said action in any other court.  The rights herein given the Contractor shall also be deemed for the direct benefit of the aforesaid sureties, if any, with the same force and effect as if they were parties hereto.  In the event any dispute, including, but not limited to any legal action and appeal thereof, arising out of this Subcontract or the performance of the Subcontract Work, the prevailing party in such dispute shall be entitled to recover from the other party its costs and reasonable attorneys' fees incurred.    THE   PARTIES   HERETO   EXPRESSLY,   KNOWINGLY,   VOLUNTARILY,   AND INTENTIONALLY WAIVE ANY AND ALL RIGHT OR ENTITLEMENT TO A TRIAL BY JURY.

27.     Entire Agreement. Each of the parties hereto agrees and represents that this writing, together with the Exhibits attached hereto or referenced herein, comprise the full and entire agreement between the parties affecting the Subcontract Work and no other agreement or undertaking of any nature concerning same has been entered into or will be recognized and that all acts, work performed or payments made prior to the execution hereof shall be deemed merged in, and superseded by, this Subcontract, and the Subcontractor expressly acknowledges that no representations have been made by either side with respect to the subject matter of this Subcontract other than those which appear in this Subcontract, and that neither party hereto will claim reliance on any representations of any kind whatsoever other than those set forth herein.  No modification of this Subcontract shall be effective unless it is in writing signed by the Project Executive of Contractor.  This Subcontract shall be binding upon and inure to the benefit of the parties hereto and their respective successors, legal representatives and assigns. Notwithstanding the foregoing, the Subcontractor shall not assign this Subcontract or any part thereof or any sums due hereunder or sublet, assign or subcontract any part thereof or any sums due hereunder, or sublet, assign or subcontract any part or all of the work to be performed hereunder or the proceeds hereof without the prior written consent of the Contractor.

28.     Non-execution of Subcontract. In the event Subcontractor fails to execute and return this Subcontract to the Contractor within ten (10) days from the date hereof, it shall be deemed canceled, null and void and inoperative at the option of the Contractor.

29.     Section Headings. The Section headings are for the convenience of reference only and shall not be deemed to affect, alter or be utilized in the interpretation of any of the provisions hereof.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page 21 of 42

LCM_____ SUB_____



30.  <u>Warranty</u>. Subcontractor warrants and guarantees that all Subcontractor's and its Agent's Work shall be free from defect.  Unless applicable laws or equipment warranties provide for a longer warranty period, Subcontractor warrants and guarantees, from the issuance of the final certificate of occupancy for the Project (i) All material and workmanship for one (1) year for all non-structural or mechanical Work, and (ii) All material, workmanship and performance of mechanical and structural systems for two (2) years from date of Subcontractors completion.  Mechanical and structural systems shall include, by way of illustration and not exclusion, electrical, communication, plumbing, fire protection, heating, cooling, ventilation, foundation, framing, thermal and moisture protection and items of equipment.  If Contractor is notified in writing or otherwise becomes aware of a nonconformance within the warranty period set forth above but cannot reasonably notify Subcontractor until after the warranty expires, Subcontractor shall remain obligated to correct or repair the problem at no charge to Contractor or the third-party purchaser.

It shall be a condition precedent of receipt of Final Payment that the Subcontractor assign to Contractor or Owner all manufacturer warranties for any materials or goods incorporated into the Subcontract Work, and any warranties of subcontractors or suppliers otherwise performing any portion of the Subcontract Work.

31.  <u>Independent Contractor</u>. Subcontractor, in the performance of the Work hereunder, is an independent contractor, solely responsible for the employment, acts, omissions, control and directing of its agents.  Nothing contained in this Subcontract shall authorize or empower Subcontractor to assume or create any obligation or responsibility whatsoever, express or implied, on behalf of or in the name of Contractor or Owner or to bind Contractor or Owner in any manner or make any representation, warranty or commitment on behalf of Contractor or Owner.

32.  <u>Assignment</u>. Subcontractor shall not assign or transfer this Subcontract, or any part hereof, or make an assignment or transfer or any monies payable to Subcontractor pursuant to this Subcontract, without the prior written authorization of Contractor and Owner.  Contractor and/or Owner may assign this Subcontract and their respective rights and obligations hereunder to any Person or entity without Subcontractor's consent.  This Subcontract may be assumed by and shall insure to the benefit of Contractor's successors and assigns without the consent of Subcontractor.

33.  <u>Subcontractor deliverables.</u> Within one week of receipt of contract, subcontractor shall submit to Contractor for approval:

1- Detailed schedule of values, this will be the basis for all subsequent payment applications.

2- Full set of submittals, shop drawings, samples and calculations as required by the scope of work.

**IN WITNESS WHEREOF**, the parties hereto have caused this Subcontract to be duly signed and executed, and their respective seals affixed hereto by their respective duly authorized officers as of the day and year first above written.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **22** of **42**

LCM_____ SUB

| CONTRACTOR: | SUBCONTRACTOR: |
|---|---|
| Lynx Construction Management, LLC | Inclan Painting and Waterproofing, Corp. |
| BY: | BY: |
| ITS: | ITS: President |
| DATE: | DATE: 06/12/2020 |

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **23** of **42**

LCM_____ SUB



# Exhibit A

## MDC EMPOWERMENT CENTER

**Project Number: 182344**                                **Subcontract Number: 09-900**

### PAINTING & RESINOUS FLOORING WORK

This Subcontractor shall furnish all services, materials, permits (if required), equipment, testing, tools, hoisting, scaffolding, temporary storage, labor, supervision, layout, and field measurements as required to install all of the work required for the completion of all **PAINTING & RESINOUS FLOORING WORK**, for the project in accordance with the plans, specifications and addendums.

## SCOPE OF WORK

### GENERAL

1. Provide all supervision, labor, materials & equipment to complete the **Painting & Resinous Flooring Work** per contract documents.
2. All **general requirements of Division 1 of the contract specifications, along with Division 9 Painting and all related divisions apply** to this Subcontract Agreement.
3. Provide and install all **Painting** as outlined in contract documents including, specifications for division **033000, 093013, 099000, 092400, 092900, 081113** and related divisions, plans, and manufacturer's written specifications.
4. Provide and apply **all materials meeting the standards and requirements set forth** in contract documents for intended use, if discrepancies exist, the highest standard will govern this work.
5. It shall be the responsibility of the Subcontractor to thoroughly review the Contract Documents and provide a complete and functional system in accordance with the guidelines set forth in the Contract Documents and according to the governing building code requirements.
6. The Subcontractor shall be bound by the terms of this agreement as well as the contract agreement between Lynx and the Owner. The contract with the Owner shall be made available upon written request from the Subcontractor.
7. **Responsible Wages 2020** rates are to be adhered to as indicated in "Exhibit H" of the Contract. **Certified Payroll records** are to be maintained and submitted with each monthly pay application **prior to 23rd of each month** and precedent to Lynx funding the corresponding pay application to the subcontractor.
8. Subcontractor shall be required, **prior to receiving payment for work completed, to submit certified payroll** to validate labor costs in connection with the work performed by this Subcontract Agreement.
9. Subcontractor acknowledges that it has been informed that the **2020 Prevailing Wage rates** for labor apply to this project. It shall be the responsibility of the Subcontractor to ensure that its payroll labor rates meet the minimum standards set for each of the respective trades listed and defined by Exhibit "H" herein attached. Subcontractor shall issue weekly labor reports (original documents and submitted for review through LCP Tracker to Owner) to Contractor.
10. The Subcontractor shall schedule & perform a **project site inspection** with the Contractor prior to commencing any of the work delineated by this Subcontract Agreement.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **24** of **42**

LCM_____ SUB



11. Provide **Submittals** as required by Miami-Dade County Building Department.
12. Provide one (1) digital and four (4) hard copies of all **Close-out documents** including but not limited to the following:
    a. Warranty letter guaranteeing all work for a period of one year from date of completion
    b. One (1) set of red-lined drawings reflecting any changes
    c. All O&M manuals as applicable
    d. Cut sheets and/or approved submittals/shop drawings reflecting all products used
    e. Contact information for principals of company
13. Provide **Submittals per Specifications within (1) week** of receipt of this contract.
14. All products and components shall be listed by Underwriters Laboratories (UL).
15. Provide **electronic files of all submittals** including; **product data, samples for verification, certifications, warranties, guarantees, maintenance data, material certificates, test reports, and shop drawings for acrylic coatings.**
16. Provide **Certificate of installation, Certificate of Inspection and Operating Instructions, Record Drawings in a Maintenance manual** as specified in contract documents and per Contractor's requirements.
17. **Verify that site conditions are ready to receive work** and opening dimensions are correct as instructed by manufacturer's written specifications.
18. This Subcontractor is responsible to **coordinate, control, manage, and supervise all material orders and delivery of materials** to the jobsite in accordance with the project schedule and space limitations of the jobsite.
19. Provide renting of cranes, forklifts, scaffolding, stages, lifts, ladders, hoisting, rigging, equipment, **temporary conveying systems and manpower required for the purpose of loading, setting in place, etc. is the responsibility of the subcontractor** and is included in this contract. Provide all to complete the scope of work delineated by this Subcontract Agreement.
20. Subcontractor is responsible for **transportation of all materials from delivery to installation, and platform equipment** required for a complete installation of this scope of work.
21. Subcontractor will be responsible for parking non-company vehicle offsite, Lynx will try and designate an area for personnel vehicles onsite, but site conditions may restrict these efforts.
22. **Store materials** on elevated platforms in dry location and provide cover, protect all materials supplied to project.
23. This Subcontractor acknowledges the space limitations of the project site and recognizes the **need to relocate his staging area from time to time** as directed by the Contractor. This Subcontractor also recognizes limitations to stock piling unnecessary materials and equipment on site and will **remove unnecessary items from site** in a timely manner and per directive from Contractor.
24. The Subcontractor **shall implement and put into effect all safety requirements, standards and governing regulations** as may be applicable to the entire scope of the work defined by this Subcontract Agreement including those set by the Occupational Safety & Health Administration (OSHA).
25. Subcontractor will provide **all personal protective equipment** for their employees.
26. Provide **OSHA certified personnel** for the project with a minimum of 10 Hours OSHA Course Certified.
27. Provide a written project **specific safety plan for work** on the project. Lynx will follow the three-strike policy, subsequent the third safety violation issued by a Lynx representative to the authorized company representative, an immediate $500 penalty and deductive change order will be issued for each occurrence thereafter. This is clause non-negotiable.
28. When called, **attend mandatory weekly subcontractors' meetings** for coordination and scheduling.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **25** of **42**

LCM_____ SUB_____



29. Attend **pre-installation meeting** with Contractor for each separate system installation.
30. **Attend all Contractor's weekly Coordination & Safety Meetings while performing work on site**. Failure of an authorized company representative to attend and sign in will result in an immediate $500 penalty and deductive change order. This is clause non-negotiable.
31. Subcontractor **shall layout their work**.
32. All **materials and methods provided shall be in accordance** with applicable ASTM, NFPA, AWS, ACI, Miami Dade Code Approval, and meet Florida Building Code requirements.
33. All materials provided shall be in accordance with applicable Building Codes and all applicable statutes.
34. Price includes **all insurance, taxes, license, deliveries, sales and use fees** and all permit processing related to this scope of work.
35. **Permits** for this scope of work, if applicable, shall be provided by Subcontractor as required by Miami Dade building department.
    a. Subcontractor is required to request inspections with the governing municipality/inspecting agency.
36. **Permit Fees** resulting of Miami Dade receipts shall be reimbursed to this Subcontractor via Payment Application. Municipality Receipts shall be provided to Contractor for reimbursing such paid fees.
37. Provide **full time supervisor** for this project while performing work onsite.
38. Subcontractor **to provide a qualified and competent representative to meet with inspector** for each inspection associated with this scope of work.
39. Schedule, coordinate and **attend all required government mandated field inspections** as may be applicable for the scope of work delineated by this Subcontract Agreement.
40. It shall be the responsibility of the Subcontractor to meet inspection dates with "Special Inspector" and pay for all re-inspection fees as a result of incomplete work by the Subcontractor.
41. Coordinate all Subcontractors work with other trades and **make connections with adjacent surfaces** in a clean and neat manner as to provide complete system interface and prevent premature deterioration.
42. Properly clean and prepare surface prior to installation of systems per manufacturer's written instructions.
43. Install items **plumb and level, accurately fitted, and free from distortion or defects**.
44. Coordination with all trades and plans of other disciplines.
45. **Daily cleanup of debris** and organization of the subcontractor's materials is required while performing work onsite, shall the subcontractor fail to perform these requirements, a Lynx representative will notify the authorized company representative in writing, and if said condition is not corrected within 24 hours, Lynx will provide a deductive change order to correct the condition.
46. This Subcontractor acknowledges & agrees that from time to time it may be necessary to work overtime, non-standard hours work and weekends at no additional cost to the Contractor to meet the schedule.
47. Subcontractor shall be responsible for **Sealing, Grouting, Firestopping, Caulking and Sealants of all Penetrations** due to this scope of Work. Seal all penetrations as specified or as required by code and to maintain fire rating of assembly being penetrated. To avoid cutting and patching this subcontractor is responsible to plan ahead and coordinate his work with all other trades.
48. Includes accurate detailed **As-built Plans** indicating all the changes or deviations from the Contract Documents and noting the exact location(s) of corresponding appurtenances.
49. This Subcontractor shall **correct** any errors **and/or omissions** by this subcontractor implementing this scope of work, at his expense, using material and methods approved by the Structural Engineer/Threshold Inspector.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **26** of **42**

LCM_____ SUB_____



50. Repair all damaged or scratched surfaces to new conditions and turn over all exposed material and equipment wiped down and free of debris.
51. **Remove all excess debris** from site upon completion of work.
52. **Operation and Maintenance Manual (O&M Manuals)** per Manufacturer recommendations shall be submitted as part of the Closeout Submittals.
53. Do not proceed with utility interruptions without written **authorization from Contractor and/or Owner**.
54. **Protect all materials and work** until final acceptance by Owner.
55. This Subcontractor acknowledges that portions of the work will be started, tested, run and otherwise utilized prior to the start of the warranty period. This Subcontractor will include all costs required to ensure that **all warranty periods commence at date of Substantial Completion.**
56. This subcontract is lump sum, the **actual square footage and elements quantity** (plus or minus) is the responsibility of this subcontractor for the scope of work required by the project contract documents.
57. Provide a **Schedule of values (SOV) for review** and approval within one (1) week of date of this contract.
58. Provide **all Products submittals within one (1) week** of date of receipt this contract.


**SPECIFIC**


1. **Specifications required per Project Manual Volume #2: Division 9 Finishes**
   - 096723 Resinous flooring
   - 099000 Painting
2. **Addendum from #1 to #8** are acknowledged.
3. Provide all required document, letters, certificates to comply with the **LEED specifications per Exhibit "A.1":**
   - Provide product having **Recycled content** and documentation indicating percentages and costs by weight of postconsumer and pre-consumer recycled content.
   - Provide documentation for products of **Regional materials**, identifying each one and source, cost and the fraction by weight that is considered regional. Provide manufacturing and Extraction locations.
   - Provide documentation showing **Cost of Materials**. Material costs do not include costs associated with labor and equipment.
   - Provide Product Data **Submittals for Low Emitting Materials corresponding to Sealants, Adhesives, Paints, Coatings, Composite Wood and Agrifiber Products** including statements of **VOC content** for each product applied.

**RESINOUS FLOORING**

4. Furnish and apply a Cementitious Urethane-based **Self-leveling Seamless Flooring System with decorative chip broadcast and Epoxy broadcast and topcoats** with a nominal thickness of 3/16 inch.
5. Provide and install **all high-performance coatings** such as **epoxy coating** as indicated on contract documents.
6. Manufacturer of Approved System shall be **single source and made in the USA.**
7. Provide **electronic copies of all shop drawings and submittals** and (6) copies of selection pamphlets or catalogs for Owner selection, per the contract document requirements. Provide

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **27** of **42**

LCM_____ SUB



**product data, shop drawings, color selections, material samples, warranties, guarantees, maintenance data, approval drawings, certificate of installation, and operating manual/instructions**.

8. Provide **products in color selected by Architect** from manufacturer's full range catalogue.

9. **Product Data Submittals** shall include:
   - Latest edition of Manufacturer's literature including performance data and installation procedures.
   - Manufacturer's Material Safety Data Sheet (MSDS) for each product being used.

10. **Provide Samples:** A 3 x 3-inch square sample of the proposed system. Color, texture, and thickness shall be representative of overall appearance of finished system subject to normal tolerances.

11. **Products requirements:**
   - **Topping** Poly-Crete SL: **VOC content 0 g/L**
   - **Broadcast Coat** Dur-A-Glaze #4 Resin: **VOC content <4 g/L**
   - **Topcoat** Armor Top **VOC content 0 g/L**

12. This Subcontractor shall perform a **Mechanical surface preparation**. Shot blast all surfaces to receive flooring system with a mobile steel shot, dust recycling machine.

13. All surface and embedded accumulations of paint, toppings hardened concrete layers, laitance, power trowel finishes and other similar surface characteristics shall be completely removed.

14. **Floor areas inaccessible** to the mobile blast machines **shall be mechanically abraded** to the same degree of cleanliness, soundness and profile using diamond grinders, needle guns, bush hammers, or other suitable equipment.

15. The **system shall be applied in five distinct steps** as listed below:
a. Substrate preparation
b. Topping/overlay application with chip broadcast.
c. Resin application with chip broadcast.
d. Topcoat application
e. and Second topcoat application.

17. The following **tests** shall be conducted by the Applicator:
   - **Temperature:** Air, substrate temperatures and, if applicable, dew point.
   - **Coverage Rates:** Rates for all layers shall be monitored by checking quantity of material used against the area covered.

16. Install all materials in compliance with the manufacturer's written instructions for installation.

17. A **pre-installation conference** shall be held between Applicator, General Contractor and the Owner to review and clarification of this specification, application procedure, quality control, inspection and acceptance criteria and production schedule.

18. New **Concrete slab shall be moisture cured for a minimum of 3 days** and have fully cured a minimum of 5 days prior to the application of the coating system pending moisture tests.

19. **Remove all temporary protection and labels** at time of final release to Owner.

20. **Touch up all factory applied finishes to restore damaged areas** before final acceptance by Owner and Contractor.

21. **Closeout Submittal**s shall include a Maintenance Data

22. **Warranty Period:** Provide a **one-year** warranty covering materials and workmanship.

23. After final application, and for **cleaning and protection** purposes, remove masking and perform detail cleaning at floor termination, to leave cleanable surface for subsequent work of other sections.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **28** of **42**

LCM_____ SUB



**PAINTING**

24.    Provide and install **all Acrylic Paint** over stucco surfaces per contract documents.

25.    Finish painting work will be conducted by this Subcontractor per contract schedule or as directed by Superintendent.

26.    **Provide Submittals per the following:**
    a. **Product Data:**
-    **Material List** indicating each material and cross-reference specific coating, finish system, and application. Identify each material by manufacturer's catalog number and general classification.
-    **Manufacturer's technical information**, including label analysis and instructions for handling, storing, and applying each coating material.
-    **Low Emitting Materials**: Submit manufacturer's Material Safety Data Sheet Indicating **VOC limits of all products**.
    b. **Samples for Verification**: For each color and material to be applied, with texture to simulate actual conditions, on representative Samples of the actual substrate:
-    Provide stepped Samples, defining each separate coat, including block fillers and primers. Use representative colors when preparing Samples for review.  Resubmit until required sheen, color, and texture are achieved.
-    Provide a list of materials and applications for each coat of each Sample.  Label each Sample for location and application.
    c. **LEED Submittal:** Product Data for **Credit EQ 4.2**: For paints, including printed statement of **VOC content** and chemical components.

27.    Provide products that comply with the following limits for **VOC Content for all Field-Applied Interior Paints and Coatings**:
-    Flat Paints, Coatings, and Primers: VOC content of not more than 50 g/L.
-    Nonflat Paints, Coatings, and Primers: VOC content of not more than 150 g/L.
-    Anti-Corrosive and Anti-Rust Paints Applied to Ferrous Metals: VOC not more than 250 G/L.
-    Floor Coatings: VOC not more than 100 g/L.
-    Shellacs, Clear: VOC not more than 730 g/L.
-    Shellacs, Pigmented: VOC not more than 550 g/L.
-    Flat Topcoat Paints: VOC content of not more than 150 g/L.
-    Primers, Sealers, and Under coaters: VOC content of not more than 200 g/L.
-    Dry-Fog Coatings: VOC content of not more than 400 g/L.
-    Zinc-Rich Industrial Maintenance Primers: VOC content of not more than 340 g/L.
-    Pre-Treatment Wash Primers: VOC content of not more than 420 g/L.

28.    Provide **Interior Gypsum Board Primer**: Factory-formulated latex-based primer for interior application. **Sherwin-Williams; Promar 200 Low VOC Interior Latex Primer** (B26W02600).

29.    Provide a full-coat benchmark finish sample (**mockup**) for each type of coating and substrate required.

30.    **Final approval** of colors will be **from benchmark samples**.

31.    **Single Source** Responsibility:  Provide primers, paints, stains and other coatings for exterior and interior items and surfaces by the same manufacturer.

32.    **Deliver materials to Project site in manufacturer's original, unopened packages** and containers bearing manufacturer's name and label.

33.    **Allow sufficient time for stucco and plaster to moist cure** in accordance with Section 09220Portland Cement Plaster (Stucco).

34.    **The pH factor and moisture level of all areas to receive primer or paint shall be tested and**

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **29** of **42**

LCM_____ SUB



**confirmed.** pH factor shall be below 10. Moisture content shall be below 80. Provide a written record of each such test. "Hot" primer shall not be permitted until the pH is below 10.

35.    **Do not paint** prefinished items, concealed surfaces, finished metal surfaces, operating parts, and labels.

36.    Paint all **exposed surfaces** unless noted in specifications as a surface not to be painted or remain natural.

37. **Architect or Interior Design Consultant to select colors and finishes** from samples provided by Subcontractor.

38.    Before painting, **provide ample protection to hardware**, accessories, plates, lighting fixtures, floors and similar items.

39.    **Before applying paint** or other surface treatments, **clean substrates** of substances that could impair bond of the various coatings.  Remove oil and grease before cleaning.

40.    Examine **substrates, surfaces, and conditions** for compliance with installation requirements before starting work.  Areas must be acceptable per paint manufacturer's written specifications, prior to installation of materials.

41.    Coordinate work to ensure compatibility of the complete painting system in regard to **surface conditions, primers, and finish of product**.

42.    **Clean all substrates** of substances that could impair bond of coatings.

43.    **Clean surfaces of dirt**, chalk, dust, release agents, chalks, efflorescence, scaling paint, oil, grease, and other contaminants which adversely affect adhesion of paint or appearance of finish.

44.    **Prepare surfaces** according to manufacturer's written instructions for each particular application and condition as specified.

45.    **Sand all surfaces** exposed to view to produce a smooth finish and dust off before painting per painting manufacturer's written specifications. Sand painted area after each coat of paint.

46.    **Prepare all doors and frames** prior to painting/staining according to manufacturer's written recommendations.

47.    **Paint pipes to follow color coding** per contract documents and per governing code requirements.

48.    **Protect door and door frame fired rated labels, equipment shields, and any markings** that identify the purpose of the material containing labeling.

49.    Provide and install paint on **entire door area,** including door tops, bottoms, and side edges to match exterior faces.  Cover and protect door glazing during paint installation.

50.    Apply coats of painting as necessary to completely **cover primer coats, stains**, and other conditions that may show through.

51.    Coating shall consist of a **minimum of primer coat or block primer and two finish** coats.

52.    Provide **minimum coating thickness** as required by contract documents.

53.    Do not apply succeeding coats until **previous coat has cured** as recommended by manufacturer and sanded.

54.    **Paint exposed mechanical and electrical equipment** including **un-insulated metal & plastic piping, pipe hangers and supports, tanks without factory final finishes, visible sections of metal ducts, behind air inlets & outlets, duct, equipment, and pipe insulation having paintable jacket material, mechanical equipment**, indicated as factory primed for field painting, if required.

55.    **Clean all work and storage areas** at the end of each workday properly disposing of waste material in area designated by Contractor.

56.    **Protect work of other trades** from painting overspray and spattering; correct all damage by cleaning, repairing, or replacing, and repainting.

57.    Provide signage labeled **"Wet Paint",** to indicate areas that have received fresh coatings.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **30** of **42**

LCM_____ SUB_____

Remove signage when dry time has concluded.

58. **Paint dampers, plenums, and inside of duct** that is **visible through grills**, registers, and diffusers flat black.

59. Provide **mockup area** for each type of finished ceiling to allow for Architect's approval prior to production application of acoustical ceiling system.

60. **Protect all adjacent work** of other Subcontractors from damage or harm.

61. Provide and install protective plastic film at windows, inside and outside prior to start of painting work. All door frames and window frames and glazing must be covered by protective plastic film.

62. Provide **documentation to Contractor of Manufacturer's site visit** during initial applications of products.

63. **Store materials** under cover and keep dry, protected from weather, direct sunlight, surface contamination, construction traffic, etc. Discard and remove at Subcontractor's cost any and all materials that show signs of contamination or imperfections.

64. **Coordinate final installation of painting materials with installations of other Subcontractors** to insure smooth, continuous operations and timely inspections from the inspection agencies.

65. **Coordinate installation** with the Mechanical, Electrical, Fire Suppression, Plumbing, and Security Subcontractors.

66. **Touch up paint** walls and ceilings after completion of all trades work.

67. Provide **extra paint materials** for each type and color of paint used on the project as attic stock as required by the specifications. Turnover supplies to Contractor and Owner upon final acceptance of work.

68. **Maintain Inventory** to prevent delays in schedule.

69. Supply and install all **caulking, putty, and sealants** for interior and exterior painted areas, around windows and door frames, cabinetry, accessories, etc. and leave joints with a smooth, neat, and clean appearance.

70. **Material Quality:** Provide manufacturer's best-quality paint material of the various coating types specified that are factory formulated and recommended by manufacturer for application indicated.

71. **Apply all products** according to manufacturer's written instructions using applicators and techniques best suited for each system or product.

72. **Repair all cracks, holes, and other surface imperfections** using manufacturer approved products and per painting manufacturer's written specifications.

73. **Repair any surfaces** where differences occur in coverage, or where surfaces contain rugs, sags, brush marks, and air bubbles.

74. Provide **warranty from Applicator and Manufacturer** that covers interior and exterior painting for a period as stated in contract documents.

75. **Store all painting and primer materials** in tightly covered containers and in a well-ventilated area.

76. Provide **painting products from single source** and by a single manufacturer.

77. **Identify all material containers** for products stored on jobsite, labels must be intact, and manufacturer applied.

78. Provide all **MSDS** materials to Contractor per OSHA safety requirements.

79. Supply **EPA registered fungicide** designed for use as paint additive, which is free of mercury, arsenic, or lead and compatible with all types of interior and exterior paint.

80. Provide and install **all paint, mildew inhibitors, block fillers, exterior primers, interior primers, exterior finish coats, acrylic coatings, interior finish coats, and interior wood stains, intumescent paint**, per contract documents and according to manufacturer's written specifications.

81. **Furnish extra materials** that match products installed and that are packaged with protective covering for storage.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **31** of **42**

LCM_____ SUB_____



82.   **Warranty**: Provide a **written guarantee**, co-signed jointly and severalty by the Contractor, painting subcontractor, and materials manufacturers, against cracking, peeling flaking, chalking and mildew on interior surfaces, and additionally against erosion and unreasonable fading or exterior surfaces, **for 6 years**, agreeing to repair and repaint surfaces affected by such defects, at no cost to the Owner, including necessary removal or protection of other work, without limit, within 30 days after notification by the Owner, and to perform such work based on the provisions of this section, including extension of the guarantee to cover new work.

83.   Provide **five (5) one-gallon containers of each color** and surface texture of respective finish paints used on the project. Deliver and store extra stock at the time of substantial completion.

84.   Provide **Maintenance Data** to include in maintenance manuals.


**Attachments:**
Exhibit "A" – Scope of Work
Exhibit "A.1" – LEED Specifications for Division 9 "Paints and Coatings"
Exhibit "B" – Project Schedule
Exhibit "C" – Drawings Log / Addenda and Specifications
Exhibit "D" – Sample Pay Application / Supplier List
Exhibit "E" – Safety Agreement
Exhibit "F" – SBD Requirements
Exhibit "G" – Confidentiality Agreement
Exhibit "H" – Responsible Wages and Benefits 2020: Building
Exhibit "I" – Data Base Indemnity Agreement

Insurance Certificates (to be provided by Subcontractor)
Occupational License (to be provided by Subcontractor)
Building Trade License (to be provided by Subcontractor)
List of Sub-tier Vendor & Subcontractor (to be provided by Subcontractor)


**COSTS/PRICE:**
Total Contract: **$152,000.00**
(One Hundred Fifty-two Thousand dollars and Zero Cents)

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **32** of **42**

LCM_____ SUB



# Exhibit "A.1"

## LEED Specifications for Division 9 "Paints and Coatings"

***Paints and Coatings; Drywall and Accessories; Tiling; ACT Tiles and Suspension Systems; Cork, Stone, Wood, Resilient, VCT, Carpet Flooring; Access Flooring; Wall Coverings; Sound-Absorbing Materials; etc.***

1. Product Data for **MR credit 4 Recycled Content and MR credit 5 Regional Materials**, where applicable:

a. Identify post-consumer and/or pre-consumer recycled content of products.

b. Manufacturing and Extraction locations

c. Cost of Materials. **Note: Material costs only, DO NOT include costs associated with labor and equipment.**

2. Product Data for **MR credit 7 Certified Wood**, where applicable:

a. Must use a minimum of 50% of wood-based materials and products, which are certified in accordance with the Forest Stewardship Council's (FSC). These components include, but are not limited to, structural framing and general dimensional framing, flooring, subflooring, wood doors, wood blocking, and finishes.

b. **FSC Documentation:** Provide FSC invoice showing Chain of Custody tracking number, cost, and FSC percentage of all wood products. Note: FSC products that are identified as "FSC Pure" or "FSC Mixed Credit" are considered to be 100% FSC by cost. Wood products identified as "FSC Mixed xx%" should be valued at the specified percentage of the cost.

c. **Cost Documentation:** Invoice(s) showing total cost of wood products. FSC or not.

3. Product Data for **IEQ credit 4.1-Low Emitting Materials:** Adhesives and Sealants showing VOC content of any sealants and adhesives applied onsite, within the weatherproofing system, where applicable.

4. Product Data for **IEQ credit 4.2 Low Emitting Materials:** Paints and Coatings showing VOC content of any sealants paints and coatings applied onsite, within the weatherproofing system, where applicable.

5. Product Data for **IEQ credit 4.3 Low Emitting Materials:** Flooring Systems showing products meet the following standards:

a. Carpet: CRI Green Label Plus

b. Floor Coatings, Sealers: Waterproofing/Concrete, Stains: SCAQMD Rule 1113

c. Ceramic, Laminate, Linoleum, Rubber, Vinyl, Wood, Rubber Wall Base, Other Hard Surfaces: Floor Score.

6. Product Data for **IEQ credit 4.4 Low Emitting Materials:** Composite Wood and Agrifiber Products showing finished products are free of urea-formaldehyde / No Added Urea-Formaldehyde (NAUF)

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **33** of **42**

LCM_____ SUB



# Exhibit "B"

**Project Schedule**

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **34** of **42**

LCM_____ SUB



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| **Empowerment Center - PS0513 - 30Apr20 Update** | | 402 | 18-Sep-19 | 08-Dec-20 | 18-Sep-19 A | 01-Apr-21 | -82 |
| **Summary** | | 511 | 08-Nov-19 | 08-Dec-20 | 08-Nov-19 A | 01-Apr-21 | -114 |
| A00010 | NTP to Project Completion | 511 | 08-Nov-19 | 08-Dec-20 | 08-Nov-19 A | 01-Apr-21 | -114 |
| A00020 | NTP to Substantial Completion | 449 | 08-Nov-19 | 06-Nov-20 | 08-Nov-19 A | 29-Jan-21 | -84 |
| A00100 | CLOSEOUT | 63 | 09-Nov-20 | 08-Dec-20 | 29-Jan-21 | 01-Apr-21 | -114 |
| **Pre-Installation Meetings MIlestones** | | 260 | | | 20-Dec-19 A | 21-Dec-20 | |
| A00110 | SITE CLEARING, MEETING | 0 | | | | 20-Dec-19 A | |
| A00120 | TERMITE CONTROL, MEETING | 0 | | | | 30-Apr-20 | |
| A00170 | ALUMINUM-FRAMED STOREFRONTS, MEETING | 0 | | | | 07-May-20 | |
| A00190 | GLAZING- sections 081113; 085113, MEETING | 0 | | | | 09-Jun-20 | |
| A00210 | GLAZING, MEETING | 0 | | | | 19-Jun-20 | |
| A00130 | LIGHTWEIGHT INSULATING CONCRETE, MEETING | 0 | | | | 22-Jun-20 | |
| A00140 | SHEET METAL FLASHING AND TRIM, MEETING | 0 | | | | 08-Jul-20 | |
| A00150 | FACILITY FIRE-SUPPRESSION WATER-SERVICE PIPING, MEETING | 0 | | | | 03-Aug-20 | |
| A00160 | FIRE-SUPPRESSION STANDPIPES, MEETING | 0 | | | | 03-Aug-20 | |
| A00200 | PLUMBING EQUIPMENT, MEETING | 0 | | | | 11-Aug-20 | |
| A00180 | FOODSERVICE EQUIPMENT, MEETING | 0 | | | | 17-Aug-20 | |
| A00230 | FOLDING PANEL PARTITIONS, MEETING | 0 | | | | 26-Aug-20 | |
| A00220 | PLASTIC-LAMINATE-FACED ARCHITECTURAL CABINETS, MEETING | 0 | | | | 07-Sep-20 | |
| A00240 | CABLE TRAYS FOR ELECTRICAL SYSTEMS, MEETING | 0 | | | | 17-Sep-20 | |
| A00250 | LOW-VOLTAGE ELECTRICAL SERVICE ENTRANCE, MEETING | 0 | | | | 25-Sep-20 | |
| A00260 | TRANSFER SWITCHES, MEETING | 0 | | | | 02-Oct-20 | |
| A00310 | ACOUSTICAL PANEL CEILINGS, MEETING | 0 | | | | 08-Oct-20 | |
| A00270 | LIGHTNING PROTECTION FOR STRUCTURES, MEETING | 0 | | | | 09-Oct-20 | |
| A00280 | STRUCTURED CABLING FOR VOICE AND DATA - INSIDE-PLANT, MEETING | 0 | | | | 16-Oct-20 | |
| A00300 | FLUSH WOOD DOORS, MEETING | 0 | | | | 03-Nov-20 | |
| A00290 | CERAMIC TILING, MEETING | 0 | | | | 17-Nov-20 | |
| A00320 | RESIDENTIAL APPLIANCES, MEETING | 0 | | | | 21-Dec-20 | |
| **Pre-Construction** | | 358 | 18-Sep-19 | 06-Nov-20 | 18-Sep-19 A | 29-Jan-21 | -60 |
| **Notice of Commencement** | | 358 | 18-Sep-19 | 06-Nov-20 | 18-Sep-19 A | 29-Jan-21 | -60 |
| B00020 | SIGN CONTRACT | 0 | 18-Sep-19 | | 18-Sep-19 A | | 0 |
| B00030 | ISSUE P&P ISSUE BOND (LYNX) | 1 | 18-Sep-19 | 18-Sep-19 | 18-Sep-19 A | 18-Sep-19 A | 0 |
| B00010 | NOTICE OF AWARD (COUNTY) | 0 | 23-Sep-19 | | 23-Sep-19 A | | 0 |
| B00120 | TIME TO ISSUE NTP | 46 | 23-Sep-19 | 07-Nov-19 | 23-Sep-19 A | 25-Nov-19 A | -12 |
| B00060 | NOTICE TO PROCEED (COUNTY) | 0 | 08-Nov-19 | | 08-Nov-19 A | | 0 |
| B00040 | BUILDING PERMIT (COUNTY) | 1 | 08-Nov-19 | 08-Nov-19 | 26-Nov-19 A | 26-Nov-19 A | -12 |
| B00050 | PRE CONSTRUCTION MEETING (COUNTRY) | 1 | 08-Nov-19 | 08-Nov-19 | 26-Nov-19 A | 26-Nov-19 A | -12 |
| B00100 | BUILDERS RISK INSURANCE | 1 | 08-Nov-19 | 08-Nov-19 | 26-Nov-19 A | 26-Nov-19 A | -12 |
| B00070 | LEED CONSULTANT | 284 | 08-Nov-19 | 06-Nov-20 | 31-Dec-19 A | 29-Jan-21 | -60 |
| B00080 | NOTICE OF COMMENCEMENT (COUNTY) | 0 | 08-Nov-19 | | 31-Dec-19 A | | -37 |
| B00090 | CONTRACTOR'S OVERHEAD AND PROFIT | 284 | 08-Nov-19 | 06-Nov-20 | 31-Dec-19 A | 29-Jan-21 | -60 |
| B00110 | GENERAL CONDITIONS | 284 | 08-Nov-19 | 06-Nov-20 | 31-Dec-19 A | 29-Jan-21 | -60 |
| **Submittals** | | 192 | 08-Nov-19 | 09-Apr-20 | 26-Nov-19 A | 19-Aug-20 | -94 |
| C00010 | BEGIN SUBMITTALS | 0 | 08-Nov-19 | | 26-Nov-19 A | | -12 |
| A1030 | COMPLETE SUBMITTALS | 5 | | | 12-Aug-20 | 19-Aug-20 | |
| **Sitework** | | 20 | 08-Nov-19 | 05-Mar-20 | 03-Dec-19 A | 30-Dec-19 A | 48 |
| **Storm Sewer** | | 20 | 08-Nov-19 | 09-Jan-20 | 03-Dec-19 A | 30-Dec-19 A | 8 |
| C00020 | SHOP DRAWINGS & SUBMITTALS - STORM SEWER | 1 | 08-Nov-19 | 14-Nov-19 | 03-Dec-19 A | 03-Dec-19 A | -13 |
| C00030 | A/E REVIEW & APPROVAL - STORM SEWER | 13 | 15-Nov-19 | 28-Nov-19 | 04-Dec-19 A | 20-Dec-19 A | -16 |
| C00040 | FAB & DELIVER -STORM SEWER | 6 | 29-Nov-19 | 09-Jan-20 | 23-Dec-19 A | 30-Dec-19 A | 8 |
| **Sanitary Sewer** | | 20 | 08-Nov-19 | 09-Jan-20 | 03-Dec-19 A | 30-Dec-19 A | 8 |

Legend: Remaining Level of Effort; Baseline Milestone; Target Schedule; Actual Level of Effort; Actual Work; Remaining Work; Critical Remaining Work; Milestone; summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C00050 | SHOP DRAWINGS & SUBMITTALS - SANITARY SEWER | 1 | 08-Nov-19 | 14-Nov-19 | 03-Dec-19 A | 03-Dec-19 A | -13 |
| C00060 | A/E REVIEW & APPROVAL - SANITARY SEWER | 13 | 15-Nov-19 | 28-Nov-19 | 04-Dec-19 A | 20-Dec-19 A | -16 |
| C00070 | FAB & DELIVER - SANITARY SEWER | 6 | 29-Nov-19 | 09-Jan-20 | 23-Dec-19 A | 30-Dec-19 A | 8 |
| **Water Main** | | 20 | 08-Nov-19 | 09-Jan-20 | 03-Dec-19 A | 30-Dec-19 A | 8 |
| C00080 | SHOP DRAWINGS & SUBMITTALS - WATER MAIN | 1 | 08-Nov-19 | 14-Nov-19 | 03-Dec-19 A | 03-Dec-19 A | -13 |
| C00090 | A/E REVIEW & APPROVAL - WATER MAIN | 13 | 15-Nov-19 | 28-Nov-19 | 04-Dec-19 A | 20-Dec-19 A | -16 |
| C00100 | FAB & DELIVER - WATER MAIN | 6 | 29-Nov-19 | 09-Jan-20 | 23-Dec-19 A | 30-Dec-19 A | 8 |
| **Fire Hydrant** | | 20 | 08-Nov-19 | 05-Mar-20 | 03-Dec-19 A | 30-Dec-19 A | 48 |
| C00140 | SHOP DRAWINGS & SUBMITTALS - FIRE HYDRANT | 1 | 08-Nov-19 | 14-Nov-19 | 03-Dec-19 A | 03-Dec-19 A | -13 |
| C00150 | A/E REVIEW & APPROVAL - FIRE HYDRANT | 13 | 15-Nov-19 | 12-Dec-19 | 04-Dec-19 A | 20-Dec-19 A | -6 |
| C00160 | FAB & DELIVER - FIRE HYDRANT | 6 | 13-Dec-19 | 05-Mar-20 | 23-Dec-19 A | 30-Dec-19 A | 48 |
| **Lightweight Insulating Concrete-035216** | | 1 | 08-Nov-19 | 28-Nov-19 | 13-Mar-20 A | 13-Mar-20 A | -76 |
| C00170 | SHOP DRAWINGS & SUBMITTALS - LIGHTWEIGHT INSULATING CONCRETE | 1 | 08-Nov-19 | 14-Nov-19 | 13-Mar-20 A | 13-Mar-20 A | -86 |
| C00180 | A/E REVIEW & APPROVAL - LIGHTWEIGHT INSULATING CONCRETE | 1 | 15-Nov-19 | 28-Nov-19 | 13-Mar-20 A | 13-Mar-20 A | -76 |
| **Masonry** | | 10 | 08-Nov-19 | 28-Nov-19 | 26-Dec-19 A | 08-Jan-20 A | -29 |
| C00190 | SHOP DRAWINGS & SUBMITTALS - MASONRY | 2 | 08-Nov-19 | 14-Nov-19 | 26-Dec-19 A | 27-Dec-19 A | -31 |
| C00200 | A/E REVIEW & APPROVAL - MASONRY | 9 | 15-Nov-19 | 28-Nov-19 | 27-Dec-19 A | 08-Jan-20 A | -29 |
| **Simulated Stone Veneer** | | 24 | 08-Nov-19 | 09-Jan-20 | 30-Apr-20 | 02-Jun-20 | -103 |
| C00210 | SHOP DRAWINGS & SUBMITTALS - SIMULATED STONE VENEER | 5 | 08-Nov-19 | 14-Nov-19 | 30-Apr-20 | 06-May-20 | -124 |
| C00220 | A/E REVIEW & APPROVAL - SIMULATED STONE VENEER | 10 | 15-Nov-19 | 28-Nov-19 | 07-May-20 | 20-May-20 | -124 |
| C00230 | FAB & DELIVER - SIMULATED STONE VENEER | 9 | 29-Nov-19 | 09-Jan-20 | 21-May-20 | 02-Jun-20 | -103 |
| **Plastic-Laminate-Faced Architectural Cabinets** | | 75 | 15-Nov-19 | 27-Feb-20 | 30-Apr-20 | 12-Aug-20 | -119 |
| C00270 | SHOP DRAWINGS & SUBMITTALS - CABINET & CASEWORK | 5 | 15-Nov-19 | 21-Nov-19 | 30-Apr-20 | 06-May-20 | -119 |
| C00280 | A/E REVIEW & APPROVAL - CABINET & CASEWORK | 10 | 22-Nov-19 | 05-Dec-19 | 07-May-20 | 20-May-20 | -119 |
| C00290 | FAB & DELIVER - CABINET & CASEWORK | 60 | 06-Dec-19 | 27-Feb-20 | 21-May-20 | 12-Aug-20 | -119 |
| **Structure Steel Shop Drawings** | | 99 | 08-Nov-19 | 09-Jan-20 | 26-Nov-19 A | 13-Apr-20 A | -66 |
| **Roof Framing (Metal Deck & Steel Joists)** | | 99 | 08-Nov-19 | 09-Jan-20 | 26-Nov-19 A | 13-Apr-20 A | -66 |
| C03980 | SHOP DRAWINGS & SUBMITTALS - ROOF FRAMING (METAL DECK & STEEL JOISTS) | 19 | 08-Nov-19 | 14-Nov-19 | 26-Nov-19 A | 20-Dec-19 A | -26 |
| C04000 | A/E REVIEW & APPROVAL - ROOF FRAMING (METAL DECK & STEEL JOISTS) | 50 | 15-Nov-19 | 28-Nov-19 | 23-Dec-19 A | 02-Mar-20 A | -66 |
| C04010 | FAB & DELIVER - ROOF FRAMING (METAL DECK & STEEL JOISTS) | 11 | 29-Nov-19 | 09-Jan-20 | 02-Mar-20 A | 16-Mar-20 A | -47 |
| C04015 | COVID-19 DELAY (STEEL JOISTS DELIVERY) | 20 | | | 17-Mar-20 A | 13-Apr-20 A | |
| **Beams** | | 65 | 08-Nov-19 | 09-Jan-20 | 26-Nov-19 A | 24-Feb-20 A | -32 |
| C03950 | SHOP DRAWINGS & SUBMITTALS - BEAMS | 19 | 08-Nov-19 | 14-Nov-19 | 26-Nov-19 A | 20-Dec-19 A | -26 |
| C03960 | A/E REVIEW & APPROVAL - BEAMS | 11 | 15-Nov-19 | 28-Nov-19 | 23-Dec-19 A | 06-Jan-20 A | -27 |
| C03970 | FAB & DELIVER - BEAMS | 36 | 29-Nov-19 | 09-Jan-20 | 06-Jan-20 A | 24-Feb-20 A | -32 |
| **Columns** | | 65 | 08-Nov-19 | 09-Jan-20 | 26-Nov-19 A | 24-Feb-20 A | -32 |
| C03920 | SHOP DRAWINGS & SUBMITTALS - COLUMNS | 19 | 08-Nov-19 | 14-Nov-19 | 26-Nov-19 A | 20-Dec-19 A | -26 |
| C03930 | A/E REVIEW & APPROVAL - COLUMNS | 11 | 15-Nov-19 | 28-Nov-19 | 23-Dec-19 A | 06-Jan-20 A | -27 |
| C03940 | FAB & DELIVER - COLUMNS | 36 | 29-Nov-19 | 09-Jan-20 | 06-Jan-20 A | 24-Feb-20 A | -32 |
| **Perimeter Precast Concrete Wall** | | 82 | 08-Nov-19 | 16-Dec-19 | 07-Feb-20 A | 01-Jun-20 | -120 |
| C04020 | SHOP DRAWINGS & SUBMITTALS - PERIMETER PRECAST CONCRETE WALL | 1 | 08-Nov-19 | 14-Nov-19 | 07-Feb-20 A | 07-Feb-20 A | -61 |
| C04030 | A/E REVIEW & APPROVAL - PERIMETER PRECAST CONCRETE WALL | 18 | 15-Nov-19 | 28-Nov-19 | 10-Feb-20 A | 04-Mar-20 A | -69 |
| C04040 | FAB & DELIVER - PERIMETER PRECAST CONCRETE WALL | 63 | 29-Nov-19 | 16-Dec-19 | 05-Mar-20 A | 01-Jun-20 | -120 |
| **Exterior Walls Insulation (Thermal & Sound)** | | 15 | 08-Nov-19 | 28-Nov-19 | 30-Apr-20 | 20-May-20 | -124 |
| C04050 | SHOP DRAWINGS & SUBMITTALS - EXTERIOR WALLS INSULATION (THERMAL & SOUND) TBD | 5 | 08-Nov-19 | 14-Nov-19 | 30-Apr-20 | 06-May-20 | -124 |
| C04060 | A/E REVIEW & APPROVAL - EXTERIOR WALLS INSULATION (THERMAL & SOUND) | 10 | 15-Nov-19 | 28-Nov-19 | 07-May-20 | 20-May-20 | -124 |
| **Interior Partitions Insulation (Thermal & Sound)** | | 45 | 08-Nov-19 | 09-Jan-20 | 30-Apr-20 | 01-Jul-20 | -124 |
| C04080 | SHOP DRAWINGS & SUBMITTALS - INTERIOR PARTITIONS INSULATION (THERMAL & SOUND) | 5 | 08-Nov-19 | 14-Nov-19 | 30-Apr-20 | 06-May-20 | -124 |
| C04090 | A/E REVIEW & APPROVAL - INTERIOR PARTITIONS INSULATION (THERMAL & SOUND) | 10 | 15-Nov-19 | 28-Nov-19 | 07-May-20 | 20-May-20 | -124 |
| C04100 | FAB & DELIVER - INTERIOR PARTITIONS INSULATION (THERMAL & SOUND) | 30 | 29-Nov-19 | 09-Jan-20 | 21-May-20 | 01-Jul-20 | -124 |
| **Light Gauge Metal Trusses** | | 24 | 08-Nov-19 | 09-Jan-20 | 14-Apr-20 A | 15-May-20 | -91 |
| C04110 | SHOP DRAWINGS & SUBMITTALS - LIGHT GAUGE METAL TRUSSES | 2 | 08-Nov-19 | 14-Nov-19 | 14-Apr-20 A | 15-Apr-20 A | -109 |
| C04120 | A/E REVIEW & APPROVAL - LIGHT GAUGE METAL TRUSSES | 13 | 15-Nov-19 | 28-Nov-19 | 15-Apr-20 A | 01-May-20 | -111 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
30-Dec-19 A, Water Main
30-Dec-19 A, Fire Hydrant
13-Mar-20 A, Lightweight Insulating Concrete-035216
08-Jan-20 A, Masonry
02-Jun-20, Simulated Stone Veneer
12-Aug-20, Plastic-Laminate-Faced Architectural Cabinets
13-Apr-20 A, Structure Steel Shop Drawings
13-Apr-20 A, Roof Framing (Metal Deck & Steel Joists)
COVID-19 DELAY (STEEL JOISTS DELIVERY)
DELAY AFFECTING THE MOST CRITICAL PATH
24-Feb-20 A, Beams
24-Feb-20 A, Columns
01-Jun-20, Perimeter Precast Concrete Wall
20-May-20, Exterior Walls Insulation (Thermal & Sound)
01-Jul-20, Interior Partitions Insulation (Thermal & Sound)
15-May-20, Light Gauge Metal Trusses

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C04130 | FAB & DELIVER - LIGHT GAUGE METAL TRUSSES | 10 | 29-Nov-19 | 09-Jan-20 | 04-May-20 | 15-May-20 | -91 |
| **Aluminum Canopy Above Bike Racks** | | 55 | 08-Nov-19 | 09-Jan-20 | 30-Apr-20 | 15-Jul-20 | -134 |
| C04140 | SHOP DRAWINGS & SUBMITTALS - ALUMINUM CANOPY ABOVE BIKE RACKS | 15 | 08-Nov-19 | 14-Nov-19 | 30-Apr-20 | 20-May-20 | -134 |
| C04150 | A/E REVIEW & APPROVAL - ALUMINUM CANOPY ABOVE BIKE RACKS | 10 | 15-Nov-19 | 28-Nov-19 | 21-May-20 | 03-Jun-20 | -134 |
| C04160 | FAB & DELIVER - ALUMINUM CANOPY ABOVE BIKE RACKS | 30 | 29-Nov-19 | 09-Jan-20 | 04-Jun-20 | 15-Jul-20 | -134 |
| **Bike Racks** | | 45 | 08-Nov-19 | 09-Jan-20 | 30-Apr-20 | 01-Jul-20 | -124 |
| C04170 | SHOP DRAWINGS & SUBMITTALS - BIKE RACKS | 5 | 08-Nov-19 | 14-Nov-19 | 30-Apr-20 | 06-May-20 | -124 |
| C04180 | A/E REVIEW & APPROVAL - BIKE RACKS | 10 | 15-Nov-19 | 28-Nov-19 | 07-May-20 | 20-May-20 | -124 |
| C04190 | FAB & DELIVER - BIKE RACKS | 30 | 29-Nov-19 | 09-Jan-20 | 21-May-20 | 01-Jul-20 | -124 |
| **Wood Trusses-061753** | | 33 | 08-Nov-19 | 26-Dec-19 | 27-Feb-20 A | 13-Apr-20 A | -77 |
| C04200 | SHOP DRAWINGS & SUBMITTALS - WOOD TRUSSES | 1 | 08-Nov-19 | 14-Nov-19 | 27-Feb-20 A | 27-Feb-20 A | -75 |
| C04210 | A/E REVIEW & APPROVAL - WOOD TRUSSES | 6 | 15-Nov-19 | 28-Nov-19 | 27-Feb-20 A | 05-Mar-20 A | -70 |
| C04220 | FAB & DELIVER - WOOD TRUSSES | 6 | 29-Nov-19 | 26-Dec-19 | 06-Apr-20 A | 13-Apr-20 A | -77 |
| **Penetration Firestopping** | | 15 | 15-Nov-19 | 05-Dec-19 | 20-May-20 | 09-Jun-20 | -133 |
| C00330 | SHOP DRAWINGS & SUBMITTALS - PENETRATION FIRESTOPPING | 5 | 15-Nov-19 | 21-Nov-19 | 20-May-20 | 26-May-20 | -133 |
| C00340 | A/E REVIEW & APPROVAL - PENETRATION FIRESTOPPING | 10 | 22-Nov-19 | 05-Dec-19 | 27-May-20 | 09-Jun-20 | -133 |
| **Joint Sealants** | | 35 | 15-Nov-19 | 16-Jan-20 | 30-Apr-20 | 17-Jun-20 | -109 |
| C00350 | SHOP DRAWINGS & SUBMITTALS - JOINT SEALANT | 5 | 15-Nov-19 | 21-Nov-19 | 30-Apr-20 | 06-May-20 | -119 |
| C00360 | A/E REVIEW & APPROVAL - JOINT SEALANT | 10 | 22-Nov-19 | 05-Dec-19 | 07-May-20 | 20-May-20 | -119 |
| C00370 | FAB & DELIVER - JOINT SEALANT | 20 | 06-Dec-19 | 16-Jan-20 | 21-May-20 | 17-Jun-20 | -109 |
| **Doors** | | 46 | 15-Nov-19 | 16-Jan-20 | 22-Apr-20 A | 24-Jun-20 | -114 |
| **Flush Wood Doors** | | 46 | 15-Nov-19 | 16-Jan-20 | 22-Apr-20 A | 24-Jun-20 | -114 |
| C00380 | SHOP DRAWINGS & SUBMITTALS - FLUSH WOOD DOORS | 4 | 15-Nov-19 | 21-Nov-19 | 22-Apr-20 A | 27-Apr-20 A | -112 |
| C00390 | A/E REVIEW & APPROVAL - FLUSH WOOD DOORS | 13 | 22-Nov-19 | 05-Dec-19 | 27-Apr-20 A | 13-May-20 | -114 |
| C00400 | FAB & DELIVER - FLUSH WOOD DOORS | 30 | 06-Dec-19 | 16-Jan-20 | 14-May-20 | 24-Jun-20 | -114 |
| **Hollow Metal Doors & Frames** | | 11 | 15-Nov-19 | 16-Jan-20 | 22-Apr-20 A | 06-May-20 | -79 |
| C00410 | SHOP DRAWINGS & SUBMITTALS - HOLLOW METAL DOORS & FRAMES | 4 | 15-Nov-19 | 21-Nov-19 | 22-Apr-20 A | 27-Apr-20 A | -112 |
| C00420 | A/E REVIEW & APPROVAL - HOLLOW METAL DOORS & FRAMES | 5 | 22-Nov-19 | 05-Dec-19 | 27-Apr-20 A | 01-May-20 | -106 |
| C00430 | FAB & DELIVER - HOLLOW METAL DOORS & FRAMES | 3 | 06-Dec-19 | 16-Jan-20 | 04-May-20 | 06-May-20 | -79 |
| **Door Hardware** | | 46 | 15-Nov-19 | 16-Jan-20 | 22-Apr-20 A | 24-Jun-20 | -114 |
| C00440 | SHOP DRAWINGS & SUBMITTALS - DOOR HARDWARE | 4 | 15-Nov-19 | 21-Nov-19 | 22-Apr-20 A | 27-Apr-20 A | -112 |
| C00450 | A/E REVIEW & APPROVAL - DOOR HARDWARE | 13 | 22-Nov-19 | 05-Dec-19 | 27-Apr-20 A | 13-May-20 | -114 |
| C00460 | FAB & DELIVER - DOOR HARDWARE | 30 | 06-Dec-19 | 16-Jan-20 | 14-May-20 | 24-Jun-20 | -114 |
| **Aluminum-Framed Storefronts** | | 48 | 15-Nov-19 | 16-Jan-20 | 20-Apr-20 A | 24-Jun-20 | -114 |
| C00470 | SHOP DRAWINGS & SUBMITTALS - ALUMINUM-FRAMED STOREFRONTS | 3 | 15-Nov-19 | 21-Nov-19 | 20-Apr-20 A | 22-Apr-20 A | -109 |
| C00480 | A/E REVIEW & APPROVAL - ALUMINUM-FRAMED STOREFRONTS | 16 | 22-Nov-19 | 05-Dec-19 | 22-Apr-20 A | 13-May-20 | -114 |
| C00490 | FAB & DELIVER - ALUMINUM-FRAMED STOREFRONTS | 30 | 06-Dec-19 | 16-Jan-20 | 14-May-20 | 24-Jun-20 | -114 |
| **Windows** | | 48 | 15-Nov-19 | 16-Jan-20 | 20-Apr-20 A | 24-Jun-20 | -114 |
| C00500 | SHOP DRAWINGS & SUBMITTALS - WINDOWS | 3 | 15-Nov-19 | 21-Nov-19 | 20-Apr-20 A | 22-Apr-20 A | -109 |
| C00510 | A/E REVIEW & APPROVAL - WINDOWS | 16 | 22-Nov-19 | 05-Dec-19 | 22-Apr-20 A | 13-May-20 | -114 |
| C00520 | FAB & DELIVER - WINDOWS | 30 | 06-Dec-19 | 16-Jan-20 | 14-May-20 | 24-Jun-20 | -114 |
| **Cement Plastering (Stucco)-092400** | | 41 | 15-Nov-19 | 16-Jan-20 | 30-Apr-20 | 25-Jun-20 | -115 |
| C00620 | SHOP DRAWINGS & SUBMITTALS - CEMENT PLASTERING (STUCCO) | 1 | 15-Nov-19 | 21-Nov-19 | 30-Apr-20 | 30-Apr-20 | -115 |
| C00630 | A/E REVIEW & APPROVAL - CEMENT PLASTERING (STUCCO) | 10 | 22-Nov-19 | 05-Dec-19 | 01-May-20 | 14-May-20 | -115 |
| C00640 | FAB & DELIVER - CEMENT PLASTERING (STUCCO) | 30 | 06-Dec-19 | 16-Jan-20 | 15-May-20 | 25-Jun-20 | -115 |
| **Gypsum Board** | | 16 | 15-Nov-19 | 12-Dec-19 | 30-Apr-20 | 21-May-20 | -115 |
| C00650 | SHOP DRAWINGS & SUBMITTALS - GYPSUM BOARD | 1 | 15-Nov-19 | 21-Nov-19 | 30-Apr-20 | 30-Apr-20 | -115 |
| C00660 | A/E REVIEW & APPROVAL - GYPSUM BOARD | 10 | 22-Nov-19 | 05-Dec-19 | 01-May-20 | 14-May-20 | -115 |
| C00670 | FAB & DELIVER - GYPSUM BOARD | 5 | 06-Dec-19 | 12-Dec-19 | 15-May-20 | 21-May-20 | -115 |
| **Ceramic Tiling** | | 20 | 15-Nov-19 | 12-Dec-19 | 30-Apr-20 | 27-May-20 | -119 |
| C00680 | SHOP DRAWINGS & SUBMITTALS - CERAMIC TILING | 5 | 15-Nov-19 | 21-Nov-19 | 30-Apr-20 | 06-May-20 | -119 |
| C00690 | A/E REVIEW & APPROVAL - CERAMIC TILING | 10 | 22-Nov-19 | 05-Dec-19 | 07-May-20 | 20-May-20 | -119 |
| C00700 | FAB & DELIVER - CERAMIC TILING | 5 | 06-Dec-19 | 12-Dec-19 | 21-May-20 | 27-May-20 | -119 |
| **Acoustical Panel Ceiling** | | 45 | 15-Nov-19 | 16-Jan-20 | 05-May-20 | 06-Jul-20 | -122 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
15-Jul-20, Aluminum Canopy Above Bike Racks
01-Jul-20, Bike Racks
13-Apr-20 A, Wood Trusses-061753
09-Jun-20, Penetration Firestopping
17-Jun-20, Joint Sealants
24-Jun-20, Doors
24-Jun-20, Flush Wood Doors
06-May-20, Hollow Metal Doors & Frames
24-Jun-20, Door Hardware
24-Jun-20, Aluminum-Framed Storefronts
24-Jun-20, Windows
25-Jun-20, Cement Plastering (Stucco)-092400
21-May-20, Gypsum Board
27-May-20, Ceramic Tiling
06-Jul-20, Acoustical Panel Ceiling

Remaining Level of Effort · Baseline Milestone · Target Schedule · Actual Level of Effort · Actual Work · Remaining Work · Critical Remaining Work · Milestone · summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C00710 | SHOP DRAWINGS & SUBMITTALS - ACOUSTICAL PANEL CEILING | 5 | 15-Nov-19 | 21-Nov-19 | 05-May-20 | 11-May-20 | -122 |
| C00720 | A/E REVIEW & APPROVAL - ACOUSTICAL PANEL CEILING | 10 | 22-Nov-19 | 05-Dec-19 | 12-May-20 | 25-May-20 | -122 |
| C00730 | FAB & DELIVER - ACOUSTICAL PANEL CEILING | 30 | 06-Dec-19 | 16-Jan-20 | 26-May-20 | 06-Jul-20 | -122 |
| **Flooring** | | 45 | 15-Nov-19 | 16-Jan-20 | 12-May-20 | 13-Jul-20 | -127 |
| **Resilient Base and Accessories** | | 45 | 15-Nov-19 | 16-Jan-20 | 12-May-20 | 13-Jul-20 | -127 |
| C00740 | SHOP DRAWINGS & SUBMITTALS - RESILIENT BASE AND ACCESSORIES | 5 | 15-Nov-19 | 21-Nov-19 | 12-May-20 | 18-May-20 | -127 |
| C00750 | A/E REVIEW & APPROVAL - RESILLIENT BASE AND ACCESSORIES | 10 | 22-Nov-19 | 05-Dec-19 | 19-May-20 | 01-Jun-20 | -127 |
| C00760 | FAB & DELIVER - RESILLIENT BASE AND ACCESSORIES | 30 | 06-Dec-19 | 16-Jan-20 | 02-Jun-20 | 13-Jul-20 | -127 |
| **Resinous Flooring** | | 45 | 15-Nov-19 | 16-Jan-20 | 12-May-20 | 13-Jul-20 | -127 |
| C00770 | SHOP DRAWINGS & SUBMITTALS - RESINOUS FLOORING | 5 | 15-Nov-19 | 21-Nov-19 | 12-May-20 | 18-May-20 | -127 |
| C00780 | A/E REVIEW & APPROVAL - RESINOUS FLOORING | 10 | 22-Nov-19 | 05-Dec-19 | 19-May-20 | 01-Jun-20 | -127 |
| C00790 | FAB & DELIVER - RESINOUS FLOORING | 30 | 06-Dec-19 | 16-Jan-20 | 02-Jun-20 | 13-Jul-20 | -127 |
| **Resilient Tile Flooring** | | 45 | 15-Nov-19 | 16-Jan-20 | 12-May-20 | 13-Jul-20 | -127 |
| C00800 | SHOP DRAWINGS & SUBMITTALS - RESILIENT TILE FLOORING | 5 | 15-Nov-19 | 21-Nov-19 | 12-May-20 | 18-May-20 | -127 |
| C00810 | A/E REVIEW & APPROVAL - RESILIENT TILE FLOORING | 10 | 22-Nov-19 | 05-Dec-19 | 19-May-20 | 01-Jun-20 | -127 |
| C00820 | FAB & DELIVER - RESILIENT TILE FLOORING | 30 | 06-Dec-19 | 16-Jan-20 | 02-Jun-20 | 13-Jul-20 | -127 |
| **Painting** | | 45 | 15-Nov-19 | 16-Jan-20 | 30-Apr-20 | 01-Jul-20 | -119 |
| C00830 | SHOP DRAWINGS & SUBMITTALS - PAINTING | 5 | 15-Nov-19 | 21-Nov-19 | 30-Apr-20 | 06-May-20 | -119 |
| C00840 | A/E REVIEW & APPROVAL - PAINTING | 10 | 22-Nov-19 | 05-Dec-19 | 07-May-20 | 20-May-20 | -119 |
| C00850 | FAB & DELIVER - PAINTING | 30 | 06-Dec-19 | 16-Jan-20 | 21-May-20 | 01-Jul-20 | -119 |
| **Panel Signage** | | 45 | 15-Nov-19 | 16-Jan-20 | 26-May-20 | 27-Jul-20 | -137 |
| C00890 | SHOP DRAWINGS & SUBMITTALS - PANEL SIGNAGE | 5 | 15-Nov-19 | 21-Nov-19 | 26-May-20 | 01-Jun-20 | -137 |
| C00900 | A/E REVIEW & APPROVAL - PANEL SIGNAGE | 10 | 22-Nov-19 | 05-Dec-19 | 02-Jun-20 | 15-Jun-20 | -137 |
| C00910 | FAB & DELIVER - PANEL SIGNAGE | 30 | 06-Dec-19 | 16-Jan-20 | 16-Jun-20 | 27-Jul-20 | -137 |
| **Bathroom Accessories** | | 45 | 08-Nov-19 | 16-Jan-20 | 09-Jun-20 | 10-Aug-20 | -147 |
| **Shower Enclosures** | | 45 | 08-Nov-19 | 09-Jan-20 | 09-Jun-20 | 10-Aug-20 | -152 |
| C00920 | SHOP DRAWINGS & SUBMITTALS - SHOWER ENCLOSURES | 5 | 08-Nov-19 | 14-Nov-19 | 09-Jun-20 | 15-Jun-20 | -152 |
| C00930 | A/E REVIEW & APPROVAL - SHOWER ENCLOSURES | 10 | 15-Nov-19 | 28-Nov-19 | 16-Jun-20 | 29-Jun-20 | -152 |
| C00940 | FAB & DELIVER - SHOWER ENCLOSURES | 30 | 29-Nov-19 | 09-Jan-20 | 30-Jun-20 | 10-Aug-20 | -152 |
| **Phenolic-Core Toilet Compartments** | | 45 | 08-Nov-19 | 09-Jan-20 | 09-Jun-20 | 10-Aug-20 | -152 |
| C00950 | SHOP DRAWINGS & SUBMITTALS - PHENOLIC-CORE TOILET COMPARTMENTS | 5 | 08-Nov-19 | 14-Nov-19 | 09-Jun-20 | 15-Jun-20 | -152 |
| C00960 | A/E REVIEW & APPROVAL - PHENOLIC-CORE TOILET COMPARTMENTS | 10 | 15-Nov-19 | 28-Nov-19 | 16-Jun-20 | 29-Jun-20 | -152 |
| C00970 | FAB & DELIVER - PHENOLIC-CORE TOILET COMPARTMENTS | 30 | 29-Nov-19 | 09-Jan-20 | 30-Jun-20 | 10-Aug-20 | -152 |
| **Toilet, Bath, and Laundry Accessories** | | 45 | 15-Nov-19 | 16-Jan-20 | 09-Jun-20 | 10-Aug-20 | -147 |
| C00980 | SHOP DRAWINGS & SUBMITTALS - TOILET, BATH, AND LAUNDRY ACCESSORIES | 5 | 15-Nov-19 | 21-Nov-19 | 09-Jun-20 | 15-Jun-20 | -147 |
| C00990 | A/E REVIEW & APPROVAL - TOILET, BATH, AND LAUNDRY ACCESSORIES | 10 | 22-Nov-19 | 05-Dec-19 | 16-Jun-20 | 29-Jun-20 | -147 |
| C01000 | FAB & DELIVER - TOILET, BATH, AND LAUNDRY ACCESSORIES | 30 | 06-Dec-19 | 16-Jan-20 | 30-Jun-20 | 10-Aug-20 | -147 |
| **Fire Protection Specialties (Fire Extinguishers, Cabinets, Brackets)-104400** | | 45 | 15-Nov-19 | 16-Jan-20 | 30-Apr-20 | 01-Jul-20 | -119 |
| C01010 | SHOP DRAWINGS & SUBMITTALS - FIRE PROTECTION SPECIALTIES | 5 | 15-Nov-19 | 21-Nov-19 | 30-Apr-20 | 06-May-20 | -119 |
| C01020 | A/E REVIEW & APPROVAL - FIRE PROTECTION SPECIALTIES | 10 | 22-Nov-19 | 05-Dec-19 | 07-May-20 | 20-May-20 | -119 |
| C01030 | FAB & DELIVER - FIRE PROTECTION SPECIALTIES | 30 | 06-Dec-19 | 16-Jan-20 | 21-May-20 | 01-Jul-20 | -119 |
| **Parking Control Gate** | | 45 | 22-Nov-19 | 23-Jan-20 | 30-Apr-20 | 01-Jul-20 | -114 |
| C01040 | SHOP DRAWINGS & SUBMITTALS - PARKING CONTROL GATE | 5 | 22-Nov-19 | 28-Nov-19 | 30-Apr-20 | 06-May-20 | -114 |
| C01050 | A/E REVIEW & APPROVAL - PARKING CONTROL GATE | 10 | 29-Nov-19 | 12-Dec-19 | 07-May-20 | 20-May-20 | -114 |
| C01060 | FAB & DELIVER - PARKING CONTROL GATE | 30 | 13-Dec-19 | 23-Jan-20 | 21-May-20 | 01-Jul-20 | -114 |
| **Residential Appliances** | | 45 | 22-Nov-19 | 23-Jan-20 | 09-Jun-20 | 10-Aug-20 | -142 |
| C01070 | SHOP DRAWINGS & SUBMITTALS - RESIDENTIAL APPLIANCES | 5 | 22-Nov-19 | 28-Nov-19 | 09-Jun-20 | 15-Jun-20 | -142 |
| C01080 | A/E REVIEW & APPROVAL - RESIDENTIAL APPLIANCES | 10 | 29-Nov-19 | 12-Dec-19 | 16-Jun-20 | 29-Jun-20 | -142 |
| C01090 | FAB & DELIVER - RESIDENTIAL APPLIANCES | 30 | 13-Dec-19 | 23-Jan-20 | 30-Jun-20 | 10-Aug-20 | -142 |
| **Foodservice Equipment** | | 45 | 22-Nov-19 | 23-Jan-20 | 12-May-20 | 13-Jul-20 | -122 |
| C01100 | SHOP DRAWINGS & SUBMITTALS - FOODSERVICE EQUIPMENT | 5 | 22-Nov-19 | 28-Nov-19 | 12-May-20 | 18-May-20 | -122 |
| C01110 | A/E REVIEW & APPROVAL - FOODSERVICE EQUIPMENT | 10 | 29-Nov-19 | 12-Dec-19 | 19-May-20 | 01-Jun-20 | -122 |
| C01120 | FAB & DELIVER - FOODSERVICE EQUIPMENT | 30 | 13-Dec-19 | 23-Jan-20 | 02-Jun-20 | 13-Jul-20 | -122 |
| **Roller Window Shades** | | 45 | 22-Nov-19 | 23-Jan-20 | 30-Apr-20 | 01-Jul-20 | -114 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
SHOP DRAWINGS & SUBMITTALS - ACOUSTICAL PANEL CEILING
A/E REVIEW & APPROVAL - ACOUSTICAL PANEL CEILING
FAB & DELIVER - ACOUSTICAL PANEL CEILING
13-Jul-20, Flooring
13-Jul-20, Resilient Base and Accessories
SHOP DRAWINGS & SUBMITTALS - RESILIENT BASE AND ACCESSORIES
A/E REVIEW & APPROVAL - RESILLIENT BASE AND ACCESSORIES
FAB & DELIVER - RESILLIENT BASE AND ACCESSORIES
13-Jul-20, Resinous Flooring
SHOP DRAWINGS & SUBMITTALS - RESINOUS FLOORING
A/E REVIEW & APPROVAL - RESINOUS FLOORING
FAB & DELIVER - RESINOUS FLOORING
13-Jul-20, Resilient Tile Flooring
SHOP DRAWINGS & SUBMITTALS - RESILIENT TILE FLOORING
A/E REVIEW & APPROVAL - RESILIENT TILE FLOORING
FAB & DELIVER - RESILIENT TILE FLOORING
01-Jul-20, Painting
SHOP DRAWINGS & SUBMITTALS - PAINTING
A/E REVIEW & APPROVAL - PAINTING
FAB & DELIVER - PAINTING
27-Jul-20, Panel Signage
SHOP DRAWINGS & SUBMITTALS - PANEL SIGNAGE
A/E REVIEW & APPROVAL - PANEL SIGNAGE
FAB & DELIVER - PANEL SIGNAGE
10-Aug-20, Bathroom Accessories
10-Aug-20, Shower Enclosures
SHOP DRAWINGS & SUBMITTALS - SHOWER ENCLOSURES
A/E REVIEW & APPROVAL - SHOWER ENCLOSURES
FAB & DELIVER - SHOWER ENCLOSURES
10-Aug-20, Phenolic-Core Toilet Compartments
SHOP DRAWINGS & SUBMITTALS - PHENOLIC-CORE TOILET COMPARTMENTS
A/E REVIEW & APPROVAL - PHENOLIC-CORE TOILET COMPARTMENTS
FAB & DELIVER - PHENOLIC-CORE TOILET COMPARTMENTS
10-Aug-20, Toilet, Bath, and Laundry Accessories
SHOP DRAWINGS & SUBMITTALS - TOILET, BATH, AND LAUNDRY ACCESSORIES
A/E REVIEW & APPROVAL - TOILET, BATH, AND LAUNDRY ACCESSORIES
FAB & DELIVER - TOILET, BATH, AND LAUNDRY ACCESSORIES
01-Jul-20, Fire Protection Specialties (Fire Extinguishers, Cabinets, Brackets)-104400
SHOP DRAWINGS & SUBMITTALS - FIRE PROTECTION SPECIALTIES
A/E REVIEW & APPROVAL - FIRE PROTECTION SPECIALTIES
FAB & DELIVER - FIRE PROTECTION SPECIALTIES
01-Jul-20, Parking Control Gate
SHOP DRAWINGS & SUBMITTALS - PARKING CONTROL GATE
A/E REVIEW & APPROVAL - PARKING CONTROL GATE
FAB & DELIVER - PARKING CONTROL GATE
10-Aug-20, Residential Appliances
SHOP DRAWINGS & SUBMITTALS - RESIDENTIAL APPLIANCES
A/E REVIEW & APPROVAL - RESIDENTIAL APPLIANCES
FAB & DELIVER - RESIDENTIAL APPLIANCES
13-Jul-20, Foodservice Equipment
SHOP DRAWINGS & SUBMITTALS - FOODSERVICE EQUIPMENT
A/E REVIEW & APPROVAL - FOODSERVICE EQUIPMENT
FAB & DELIVER - FOODSERVICE EQUIPMENT
01-Jul-20, Roller Window Shades

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C01130 | SHOP DRAWINGS & SUBMITTALS - ROLLER WINDOW SHADES | 5 | 22-Nov-19 | 28-Nov-19 | 30-Apr-20 | 06-May-20 | -114 |
| C01140 | A/E REVIEW & APPROVAL - ROLLER WINDOW SHADES | 10 | 29-Nov-19 | 12-Dec-19 | 07-May-20 | 20-May-20 | -114 |
| C01150 | FAB & DELIVER - ROLLER WINDOW SHADES | 30 | 13-Dec-19 | 23-Jan-20 | 21-May-20 | 01-Jul-20 | -114 |
| **Entrance Floor Mats and Frames** | | 41 | 22-Nov-19 | 23-Jan-20 | 09-Jun-20 | 04-Aug-20 | -138 |
| C01160 | SHOP DRAWINGS & SUBMITTALS - ENTRANCE FLOOR MATS AND FRAMES | 1 | 22-Nov-19 | 28-Nov-19 | 09-Jun-20 | 09-Jun-20 | -138 |
| C01170 | A/E REVIEW & APPROVAL - ENTRANCE FLOOR MATS AND FRAMES | 10 | 29-Nov-19 | 12-Dec-19 | 10-Jun-20 | 23-Jun-20 | -138 |
| C01180 | FAB & DELIVER - ENTRANCE FLOOR MATS AND FRAMES | 30 | 13-Dec-19 | 23-Jan-20 | 24-Jun-20 | 04-Aug-20 | -138 |
| **Fire Sprinklers-211300** | | 66 | 22-Nov-19 | 23-Jan-20 | 11-Mar-20 A | 10-Jun-20 | -99 |
| C01190 | SHOP DRAWINGS & SUBMITTALS - COMMON WORK RESULTS FIRE SUPPRESION | 3 | 22-Nov-19 | 28-Nov-19 | 11-Mar-20 A | 13-Mar-20 A | -76 |
| C01200 | A/E REVIEW & APPROVAL - COMMON WORK RESULTS FIRE SUPPRESION | 11 | 29-Nov-19 | 12-Dec-19 | 13-Mar-20 A | 27-Mar-20 A | -76 |
| C01210 | FAB & DELIVER - COMMON WORK RESULTS FIRE SUPPRESION | 54 | 13-Dec-19 | 23-Jan-20 | 27-Mar-20 A | 10-Jun-20 | -99 |
| **Plumbing** | | 83 | 22-Nov-19 | 23-Jan-20 | 09-Mar-20 A | 01-Jul-20 | -114 |
| **Plumbing Fixtures** | | 83 | 22-Nov-19 | 23-Jan-20 | 09-Mar-20 A | 01-Jul-20 | -114 |
| C01370 | SHOP DRAWINGS & SUBMITTALS - PLUMBING FIXTURES | 2 | 22-Nov-19 | 28-Nov-19 | 13-Mar-20 A | 16-Mar-20 A | -77 |
| C01380 | A/E REVIEW & APPROVAL - PLUMBING FIXTURES | 6 | 29-Nov-19 | 12-Dec-19 | 16-Mar-20 A | 23-Mar-20 A | -72 |
| C01390 | FAB & DELIVER - PLUMBING FIXTURES | 58 | 13-Dec-19 | 23-Jan-20 | 23-Mar-20 A | 10-Jun-20 | -99 |
| **Plumbing Equipment-223000** | | 70 | 22-Nov-19 | 23-Jan-20 | 09-Mar-20 A | 12-Jun-20 | -101 |
| C01400 | SHOP DRAWINGS & SUBMITTALS - PLUMBING EQUIPMENT | 14 | 22-Nov-19 | 28-Nov-19 | 09-Mar-20 A | 26-Mar-20 A | -85 |
| C01410 | A/E REVIEW & APPROVAL - PLUMBING EQUIPMENT | 27 | 29-Nov-19 | 12-Dec-19 | 26-Mar-20 A | 01-May-20 | -101 |
| C01420 | FAB & DELIVER - PLUMBING EQUIPMENT | 30 | 13-Dec-19 | 23-Jan-20 | 04-May-20 | 12-Jun-20 | -101 |
| **Plumbing Piping Specialties-221006** | | 38 | 22-Nov-19 | 23-Jan-20 | 11-Mar-20 A | 01-May-20 | -71 |
| C01430 | SHOP DRAWINGS & SUBMITTALS - PLUMBING PIPING SPECIALTIES | 4 | 22-Nov-19 | 28-Nov-19 | 11-Mar-20 A | 16-Mar-20 A | -77 |
| C01440 | A/E REVIEW & APPROVAL - PLUMBING PIPING SPECIALTIES | 26 | 29-Nov-19 | 12-Dec-19 | 16-Mar-20 A | 20-Apr-20 A | -92 |
| C01450 | FAB & DELIVER - PLUMBING PIPING SPECIALTIES | 10 | 13-Dec-19 | 23-Jan-20 | 20-Apr-20 A | 01-May-20 | -71 |
| **Plumbing Piping-221005** | | 68 | 22-Nov-19 | 23-Jan-20 | 11-Mar-20 A | 12-Jun-20 | -101 |
| C01460 | SHOP DRAWINGS & SUBMITTALS - PLUMBING PIPING | 4 | 22-Nov-19 | 28-Nov-19 | 11-Mar-20 A | 16-Mar-20 A | -77 |
| C01470 | A/E REVIEW & APPROVAL - PLUMBING PIPING - PLUMBING PIPING | 35 | 29-Nov-19 | 12-Dec-19 | 16-Mar-20 A | 01-May-20 | -101 |
| C01480 | FAB & DELIVER - PLUMBING PIPING | 30 | 13-Dec-19 | 23-Jan-20 | 04-May-20 | 12-Jun-20 | -101 |
| **Plumbing Systems Commissioning** | | 5 | 22-Nov-19 | 28-Nov-19 | 30-Apr-20 | 06-May-20 | -114 |
| C01490 | SHOP DRAWINGS & SUBMITTALS - PLUMBING SYSTEMS COMISSIONING TBD | 5 | 22-Nov-19 | 28-Nov-19 | 30-Apr-20 | 06-May-20 | -114 |
| **Plumbing Piping Insulation-220719** | | 13 | 22-Nov-19 | 23-Jan-20 | 13-Mar-20 A | 31-Mar-20 A | -48 |
| C01520 | SHOP DRAWINGS & SUBMITTALS - PLUMBING PIPING INSULATION | 2 | 22-Nov-19 | 28-Nov-19 | 13-Mar-20 A | 16-Mar-20 A | -77 |
| C01530 | A/E REVIEW & APPROVAL - PLUMBING PIPING INSULATION | 6 | 29-Nov-19 | 12-Dec-19 | 16-Mar-20 A | 23-Mar-20 A | -72 |
| C01540 | FAB & DELIVER - PLUMBING PIPING INSULATION | 6 | 13-Dec-19 | 23-Jan-20 | 24-Mar-20 A | 31-Mar-20 A | -48 |
| **Identification for Plumbing Piping and Equipment-220553** | | 38 | 22-Nov-19 | 23-Jan-20 | 11-Mar-20 A | 01-May-20 | -71 |
| C01550 | SHOP DRAWINGS & SUBMITTALS - IDENTIFICATION FOR PLUMBING PIPING AND EQUIPMENT | 4 | 22-Nov-19 | 28-Nov-19 | 11-Mar-20 A | 16-Mar-20 A | -77 |
| C01560 | A/E REVIEW & APPROVAL - IDENTIFICATION FOR PLUMBING PIPING AND EQUIPMENT | 15 | 29-Nov-19 | 12-Dec-19 | 16-Mar-20 A | 03-Apr-20 A | -81 |
| C01570 | FAB & DELIVER - IDENTIFICATION FOR PLUMBING PIPING AND EQUIPMENT | 21 | 13-Dec-19 | 23-Jan-20 | 03-Apr-20 A | 01-May-20 | -71 |
| **Vibration and Seismic Controls for Plumbing Piping and Equipment-22054** | | 45 | 22-Nov-19 | 23-Jan-20 | 30-Apr-20 | 01-Jul-20 | -114 |
| C01580 | SHOP DRAWINGS & SUBMITTALS - VIBRATION/SEISMIC CONTROLS PLUMBING PIPING | 5 | 22-Nov-19 | 28-Nov-19 | 30-Apr-20 | 06-May-20 | -114 |
| C01590 | A/E REVIEW & APPROVAL - VIBRATION/SEISMIC CONTROLS PLUMBING PIPING | 10 | 29-Nov-19 | 12-Dec-19 | 07-May-20 | 20-May-20 | -114 |
| C01600 | FAB & DELIVER - VIBRATION/SEISMIC CONTROLS PLUMBING PIPING | 30 | 13-Dec-19 | 23-Jan-20 | 21-May-20 | 01-Jul-20 | -114 |
| **Meters and Gages for Plumbing Piping-220519** | | 69 | 22-Nov-19 | 23-Jan-20 | 11-Mar-20 A | 15-Jun-20 | -102 |
| C01610 | SHOP DRAWINGS & SUBMITTALS - METERS AND GAGES FOR PLUMBING PIPING | 4 | 22-Nov-19 | 28-Nov-19 | 11-Mar-20 A | 16-Mar-20 A | -77 |
| C01620 | A/E REVIEW & APPROVAL - METERS AND GAGES FOR PLUMBING PIPING | 36 | 29-Nov-19 | 12-Dec-19 | 16-Mar-20 A | 04-May-20 | -102 |
| C01630 | FAB & DELIVER - METERS AND GAGES FOR PLUMBING PIPING | 30 | 13-Dec-19 | 23-Jan-20 | 05-May-20 | 15-Jun-20 | -102 |
| **HVAC** | | 96 | 29-Nov-19 | 30-Jan-20 | 21-Feb-20 A | 03-Jul-20 | -111 |
| **Duct Insulation, HVAC fans, controls piping, chillers, AHU's** | | 96 | 29-Nov-19 | 30-Jan-20 | 21-Feb-20 A | 03-Jul-20 | -111 |
| C01670 | SHOP DRAWINGS & SUBMITTALS - DUCT INSULATION | 2 | 29-Nov-19 | 05-Dec-19 | 25-Feb-20 A | 26-Feb-20 A | -59 |
| C01680 | A/E REVIEW & APPROVAL - DUCT INSULATION | 13 | 06-Dec-19 | 19-Dec-19 | 26-Feb-20 A | 13-Mar-20 A | -61 |
| C01690 | FAB & DELIVER - DUCT INSULATION | 64 | 20-Dec-19 | 30-Jan-20 | 13-Mar-20 A | 10-Jun-20 | -94 |
| **HVAC Ducts and Casings** | | 40 | 29-Nov-19 | 30-Jan-20 | 17-Apr-20 A | 11-Jun-20 | -95 |
| C01700 | SHOP DRAWINGS & SUBMITTALS - HVAC DUCTS AND CASINGS | 4 | 29-Nov-19 | 05-Dec-19 | 17-Apr-20 A | 22-Apr-20 A | -99 |
| C01710 | A/E REVIEW & APPROVAL - HVAC DUCTS AND CASINGS | 4 | 06-Dec-19 | 19-Dec-19 | 22-Apr-20 A | 27-Apr-20 A | -92 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
04-Aug-20, Entrance Floor Mats and Frames
10-Jun-20, Fire Sprinklers-211300
01-Jul-20, Plumbing
01-Jul-20, Plumbing Fixtures
12-Jun-20, Plumbing Equipment-223000
01-May-20, Plumbing Piping Specialties-221006
12-Jun-20, Plumbing Piping-221005
06-May-20, Plumbing Systems Commissioning
31-Mar-20 A, Plumbing Piping Insulation-220719
01-May-20, Identification for Plumbing Piping and Equipment-220553
01-Jul-20, Vibration and Seismic Controls for Plumbing Piping and Equipment-220548
15-Jun-20, Meters and Gages for Plumbing Piping-220519
03-Jul-20, HVAC
03-Jul-20, Duct Insulation, HVAC fans, controls piping, chillers, AHU's
11-Jun-20, HVAC Ducts and Casings

| | | |
|---|---|---|
| Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work |
| Baseline Milestone | Actual Work | Milestone |
| Target Schedule | Remaining Work | summary |

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C01720 | FAB & DELIVER - HVAC DUCTS AND CASINGS | 34 | 20-Dec-19 | 30-Jan-20 | 27-Apr-20 A | 11-Jun-20 | -95 |
| **Centrifugal HVAC Fans** | | 67 | 29-Nov-19 | 30-Jan-20 | 11-Mar-20 A | 11-Jun-20 | -95 |
| C01730 | SHOP DRAWINGS & SUBMITTALS - CENTRIFUGAL HVACS FANS | 3 | 29-Nov-19 | 05-Dec-19 | 11-Mar-20 A | 13-Mar-20 A | -71 |
| C01740 | A/E REVIEW & APPROVAL - CENTRIFUGAL HVACS FANS | 27 | 06-Dec-19 | 19-Dec-19 | 13-Mar-20 A | 20-Apr-20 A | -87 |
| C01750 | FAB & DELIVER - CENTRIFUGAL HVACS FANS | 34 | 20-Dec-19 | 30-Jan-20 | 27-Apr-20 A | 11-Jun-20 | -95 |
| **HVAC Water Treatment** | | 67 | 29-Nov-19 | 30-Jan-20 | 11-Mar-20 A | 11-Jun-20 | -95 |
| C01760 | SHOP DRAWINGS & SUBMITTALS - HVAC WATER TREATMENT | 3 | 29-Nov-19 | 05-Dec-19 | 11-Mar-20 A | 13-Mar-20 A | -71 |
| C01770 | A/E REVIEW & APPROVAL - HVAC WATER TREATMENT | 27 | 06-Dec-19 | 19-Dec-19 | 13-Mar-20 A | 20-Apr-20 A | -87 |
| C01780 | FAB & DELIVER - HVAC WATER TREATMENT | 39 | 20-Dec-19 | 30-Jan-20 | 20-Apr-20 A | 11-Jun-20 | -95 |
| **Direct-Digital Control System for HVAC** | | 76 | 29-Nov-19 | 30-Jan-20 | 27-Feb-20 A | 11-Jun-20 | -95 |
| C01790 | SHOP DRAWINGS & SUBMITTALS - DIRECT-DIGITAL CONTROL SYSTEM FOR HVAC | 1 | 29-Nov-19 | 05-Dec-19 | 27-Feb-20 A | 27-Feb-20 A | -59 |
| C01810 | FAB & DELIVER - DIRECT-DIGITAL CONTROL SYSTEM FOR HVAC | 75 | 20-Dec-19 | 30-Jan-20 | 28-Feb-20 A | 11-Jun-20 | -95 |
| C01800 | A/E REVIEW & APPROVAL - DIRECT-DIGITAL CONTROL SYSTEM FOR HVAC | 44 | 06-Dec-19 | 19-Dec-19 | 28-Feb-20 A | 30-Apr-20 | -94 |
| **HVAC Piping Insulation** | | 26 | 29-Nov-19 | 30-Jan-20 | 21-Feb-20 A | 27-Mar-20 A | -41 |
| C01850 | SHOP DRAWINGS & SUBMITTALS - HVAC PIPING INSULATION | 5 | 29-Nov-19 | 05-Dec-19 | 21-Feb-20 A | 27-Feb-20 A | -60 |
| C01860 | A/E REVIEW & APPROVAL - HVAC PIPING INSULATION | 12 | 06-Dec-19 | 19-Dec-19 | 27-Feb-20 A | 13-Mar-20 A | -61 |
| C01870 | FAB & DELIVER - HVAC PIPING INSULATION | 11 | 20-Dec-19 | 30-Jan-20 | 13-Mar-20 A | 27-Mar-20 A | -41 |
| **HVAC Equipment Insulation** | | 80 | 29-Nov-19 | 30-Jan-20 | 21-Feb-20 A | 11-Jun-20 | -95 |
| C01880 | SHOP DRAWINGS & SUBMITTALS - HVAC EQUIPMENT INSULATION | 5 | 29-Nov-19 | 05-Dec-19 | 21-Feb-20 A | 27-Feb-20 A | -60 |
| C01890 | A/E REVIEW & APPROVAL - HVAC EQUIPMENT INSULATION | 12 | 06-Dec-19 | 19-Dec-19 | 27-Feb-20 A | 13-Mar-20 A | -61 |
| C01900 | FAB & DELIVER - HVAC EQUIPMENT INSULATION | 65 | 20-Dec-19 | 30-Jan-20 | 13-Mar-20 A | 11-Jun-20 | -95 |
| **Testing, Adjusting, and Balancing for HVAC** | | 47 | 29-Nov-19 | 30-Jan-20 | 30-Apr-20 | 03-Jul-20 | -111 |
| C01910 | SHOP DRAWINGS & SUBMITTALS - TESTING, ADJUSTING, AND BALANCING FOR HVAC | 1 | 29-Nov-19 | 05-Dec-19 | 30-Apr-20 | 30-Apr-20 | -105 |
| C01920 | A/E REVIEW & APPROVAL - TESTING, ADJUSTING, AND BALANCING FOR HVAC | 15 | 06-Dec-19 | 19-Dec-19 | 01-May-20 | 21-May-20 | -110 |
| C01930 | FAB & DELIVER - TESTING, ADJUSTING, AND BALANCING FOR HVAC | 31 | 20-Dec-19 | 30-Jan-20 | 22-May-20 | 03-Jul-20 | -111 |
| **Identification for HVAC Piping and Equipment** | | 47 | 29-Nov-19 | 30-Jan-20 | 30-Apr-20 | 03-Jul-20 | -111 |
| C01940 | SHOP DRAWINGS & SUBMITTALS - IDENTIFICATION FOR HVAC PIPING AND EQUIPMENT | 1 | 29-Nov-19 | 05-Dec-19 | 30-Apr-20 | 30-Apr-20 | -105 |
| C01950 | A/E REVIEW & APPROVAL - IDENTIFICATION FOR HVAC PIPING AND EQUIPMENT | 15 | 06-Dec-19 | 19-Dec-19 | 01-May-20 | 21-May-20 | -110 |
| C01960 | FAB & DELIVER - IDENTIFICATION FOR HVAC PIPING AND EQUIPMENT | 31 | 20-Dec-19 | 30-Jan-20 | 22-May-20 | 03-Jul-20 | -111 |
| **Meters and Gages for HVAC Piping** | | 47 | 29-Nov-19 | 30-Jan-20 | 30-Apr-20 | 03-Jul-20 | -111 |
| C02000 | SHOP DRAWINGS & SUBMITTALS - METERS AND GAGES FOR HVAC PIPING | 1 | 29-Nov-19 | 05-Dec-19 | 30-Apr-20 | 30-Apr-20 | -105 |
| C02010 | A/E REVIEW & APPROVAL - METERS AND GAGES FOR HVAC PIPING | 15 | 06-Dec-19 | 19-Dec-19 | 01-May-20 | 21-May-20 | -110 |
| C02020 | FAB & DELIVER - METERS AND GAGES FOR HVAC PIPING | 31 | 20-Dec-19 | 30-Jan-20 | 22-May-20 | 03-Jul-20 | -111 |
| **Vibration and Seismic Controls for HVAC Piping and Equipment** | | 47 | 29-Nov-19 | 30-Jan-20 | 30-Apr-20 | 03-Jul-20 | -111 |
| C02030 | SHOP DRAWINGS/SUBMITTALS - VIBRATION/SEISMIC CONTROLS FOR HVAC PIPING/EQUIPMENT | 1 | 29-Nov-19 | 05-Dec-19 | 30-Apr-20 | 30-Apr-20 | -105 |
| C02040 | A/E REVIEW/APPROVAL - VIBRATION/SEISMIC CONTROLS FOR HVAC PIPING/EQUIPMENT | 15 | 06-Dec-19 | 19-Dec-19 | 01-May-20 | 21-May-20 | -110 |
| C02050 | FAB & DELIVER - VIBRATION/SEISMIC CONTROLS FOR HVAC PIPING/EQUIPMENT | 31 | 20-Dec-19 | 30-Jan-20 | 22-May-20 | 03-Jul-20 | -111 |
| **Expansion Fittings and loops for HVAC Piping** | | 47 | 29-Nov-19 | 30-Jan-20 | 30-Apr-20 | 03-Jul-20 | -111 |
| C01970 | SHOP DRAWINGS & SUBMITTALS - EXPANSION FITTINGS AND LOOPS FOR HVAC PIPING | 1 | 29-Nov-19 | 05-Dec-19 | 30-Apr-20 | 30-Apr-20 | -105 |
| C01980 | A/E REVIEW & APPROVAL - EXPANSION FITTINGS AND LOOPS FOR HVAC PIPING | 15 | 06-Dec-19 | 19-Dec-19 | 01-May-20 | 21-May-20 | -110 |
| C01990 | FAB & DELIVER - EXPANSION FITTINGS AND LOOPS FOR HVAC PIPING | 31 | 20-Dec-19 | 30-Jan-20 | 22-May-20 | 03-Jul-20 | -111 |
| **Common Motor Requirements for HVAC Equipment** | | 47 | 29-Nov-19 | 30-Jan-20 | 30-Apr-20 | 03-Jul-20 | -111 |
| C02070 | SHOP DRAWINGS & SUBMITTALS - COMMON MOTOR REQUIREMENTS HVAC EQUIPMENT | 1 | 06-Dec-19 | 19-Dec-19 | 30-Apr-20 | 30-Apr-20 | -95 |
| C02080 | A/E REVIEW & APPROVAL - COMMON MOTOR REQUIREMENTS HVAC EQUIPMENT | 15 | 20-Dec-19 | 30-Jan-20 | 01-May-20 | 21-May-20 | -80 |
| C02060 | FAB & DELIVER - COMMON MOTOR REQUIREMENTS HVAC EQUIPMENT | 31 | 29-Nov-19 | 05-Dec-19 | 22-May-20 | 03-Jul-20 | -151 |
| **Electrical** | | 123 | 06-Dec-19 | 06-Feb-20 | 24-Feb-20 A | 12-Aug-20 | -134 |
| **Television System-275132** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02090 | SHOP DRAWINGS & SUBMITTALS - TELEVISION SYSTEM | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02100 | A/E REVIEW & APPROVAL - TELEVISION SYSTEM | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02110 | FAB & DELIVER - TELEVISION SYSTEM | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Structured Cabling for Voice and Data - Inside - Plant-271005** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02120 | SHOP DRAWINGS & SUBMITTALS - STRUCTURED CABLING FOR VOICE/DATA | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02130 | A/E REVIEW & APPROVAL - STRUCTURED CABLING FOR VOICE/DATA | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02140 | FAB & DELIVER - STRUCTURED CABLING FOR VOICE/DATA | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
11-Jun-20, Centrifugal HVAC Fans
11-Jun-20, HVAC Water Treatment
11-Jun-20, Direct-Digital Control System for HVAC
27-Mar-20 A, HVAC Piping Insulation
11-Jun-20, HVAC Equipment Insulation
03-Jul-20, Testing, Adjusting, and Balancing for HVAC
03-Jul-20, Identification for HVAC Piping and Equipment
03-Jul-20, Meters and Gages for HVAC Piping
03-Jul-20, Vibration and Seismic Controls for HVAC Piping and Equipment
03-Jul-20, Expansion Fittings and loops for HVAC Piping
03-Jul-20, Common Motor Requirements for HVAC Equipment
12-Aug-20, Electrical
01-Jul-20, Television System-275132
01-Jul-20, Structured Cabling for Voice and Data - Inside - Plant-271005

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| **Exterior Lighting-265600** | | 78 | 06-Dec-19 | 06-Feb-20 | 24-Feb-20 A | 10-Jun-20 | -89 |
| C02150 | SHOP DRAWINGS & SUBMITTALS - EXTERIOR LIGHTING | 5 | 06-Dec-19 | 12-Dec-19 | 24-Feb-20 A | 28-Feb-20 A | -56 |
| C02160 | A/E REVIEW & APPROVAL - EXTERIOR LIGHTING | 36 | 13-Dec-19 | 26-Dec-19 | 28-Feb-20 A | 17-Apr-20 A | -81 |
| C02170 | FAB & DELIVER - EXTERIOR LIGHTING | 39 | 27-Dec-19 | 06-Feb-20 | 17-Apr-20 A | 10-Jun-20 | -89 |
| **Interior Lighting-265100** | | 78 | 06-Dec-19 | 06-Feb-20 | 24-Feb-20 A | 10-Jun-20 | -89 |
| C02180 | SHOP DRAWINGS & SUBMITTALS - INTERIOR LIGHTING | 5 | 06-Dec-19 | 12-Dec-19 | 24-Feb-20 A | 28-Feb-20 A | -56 |
| C02190 | A/E REVIEW & APPROVAL - INTERIOR LIGHTING | 36 | 13-Dec-19 | 26-Dec-19 | 28-Feb-20 A | 17-Apr-20 A | -81 |
| C02200 | FAB & DELIVER - INTERIOR LIGHTING | 39 | 27-Dec-19 | 06-Feb-20 | 17-Apr-20 A | 10-Jun-20 | -89 |
| **Surge Prospective Devices-264300** | | 70 | 06-Dec-19 | 06-Feb-20 | 19-Mar-20 A | 24-Jun-20 | -99 |
| C02210 | SHOP DRAWINGS & SUBMITTALS - SURGE PROSPECTIVE DEVICES | 2 | 06-Dec-19 | 12-Dec-19 | 19-Mar-20 A | 20-Mar-20 A | -71 |
| C02220 | A/E REVIEW & APPROVAL - SURGE PROSPECTIVE DEVICES | 39 | 13-Dec-19 | 26-Dec-19 | 20-Mar-20 A | 13-May-20 | -99 |
| C02230 | FAB & DELIVER - SURGE PROSPECTIVE DEVICES | 30 | 27-Dec-19 | 06-Feb-20 | 14-May-20 | 24-Jun-20 | -99 |
| **Lightning Protection for Structures-264113** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02240 | SHOP DRAWINGS & SUBMITTALS - LIGHTNING PROTECTION FOR STRUCTURES | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02250 | A/E REVIEW & APPROVAL - LIGHTNING PROTECTION FOR STRUCTURES | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02260 | FAB & DELIVER - LIGHTNING PROTECTION FOR STRUCTURES | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Transfer Switches-263600** | | 64 | 06-Dec-19 | 06-Feb-20 | 27-Mar-20 A | 24-Jun-20 | -99 |
| C02270 | SHOP DRAWINGS & SUBMITTALS - TRANSFER SWITCHES | 4 | 06-Dec-19 | 12-Dec-19 | 27-Mar-20 A | 01-Apr-20 A | -79 |
| C02280 | A/E REVIEW & APPROVAL - TRANSFER SWITCHES | 13 | 13-Dec-19 | 26-Dec-19 | 01-Apr-20 A | 17-Apr-20 A | -81 |
| C02290 | FAB & DELIVER - TRANSFER SWITCHES | 49 | 27-Dec-19 | 06-Feb-20 | 17-Apr-20 A | 24-Jun-20 | -99 |
| **Radiator Mounted Resistive Load Bank-263214** | | 55 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 15-Jul-20 | -114 |
| C02300 | SHOP DRAWINGS & SUBMITTALS - RADIATOR MOUNTED RESISTIVE LOAD BANK | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02310 | A/E REVIEW & APPROVAL - RADIATOR MOUNTED RESISTIVE LOAD BANK | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02320 | FAB & DELIVER - RADIATOR MOUNTED RESISTIVE LOAD BANK | 40 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 15-Jul-20 | -114 |
| **Engine Generators-263213** | | 34 | 06-Dec-19 | 06-Feb-20 | 27-Mar-20 A | 13-May-20 | -69 |
| C02330 | SHOP DRAWINGS & SUBMITTALS - ENGINE GENERATORS | 4 | 06-Dec-19 | 12-Dec-19 | 27-Mar-20 A | 01-Apr-20 A | -79 |
| C02340 | A/E REVIEW & APPROVAL - ENGINE GENERATORS | 13 | 13-Dec-19 | 26-Dec-19 | 01-Apr-20 A | 17-Apr-20 A | -81 |
| C02350 | FAB & DELIVER - ENGINE GENERATORS | 19 | 27-Dec-19 | 06-Feb-20 | 17-Apr-20 A | 13-May-20 | -69 |
| **Enclosed Controllers-262913** | | 75 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 12-Aug-20 | -134 |
| C02360 | SHOP DRAWINGS & SUBMITTALS - ENCLOSED CONTROLLERS | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02370 | A/E REVIEW & APPROVAL - ENCLOSED CONTROLLERS | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02380 | FAB & DELIVER - ENCLOSED CONTROLLERS | 60 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 12-Aug-20 | -134 |
| **Enclosed Switches-262818** | | 60 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 22-Jul-20 | -119 |
| C02390 | SHOP DRAWINGS & SUBMITTALS - ENCLOSED SWITCHES | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02400 | A/E REVIEW & APPROVAL - ENCLOSED SWITCHES | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02410 | FAB & DELIVER - ENCLOSED SWITCHES | 45 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 22-Jul-20 | -119 |
| **Enclosed Circuit Breakers-262817** | | 60 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 22-Jul-20 | -119 |
| C02420 | SHOP DRAWINGS & SUBMITTALS - ENCLOSED CIRCUIT BREAKERS | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02430 | A/E REVIEW & APPROVAL - ENCLOSED CIRCUIT BREAKERS | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02440 | FAB & DELIVER - ENCLOSED CIRCUIT BREAKERS | 45 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 22-Jul-20 | -119 |
| **Fuses-262813** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02450 | SHOP DRAWINGS & SUBMITTALS - FUSES | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02460 | A/E REVIEW & APPROVAL - FUSES | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02470 | FAB & DELIVER - FUSES | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Wiring Devices** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02480 | SHOP DRAWINGS & SUBMITTALS - WIRING DEVICES | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02490 | A/E REVIEW & APPROVAL - WIRING DEVICES | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02500 | FAB & DELIVER - WIRING DEVICES | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Equipment Wiring** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02510 | SHOP DRAWINGS & SUBMITTALS - EQUIPMENT WIRING | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02520 | A/E REVIEW & APPROVAL - EQUIPMENT WIRING | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02530 | FAB & DELIVER - EQUIPMENT WIRING | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Panelboards-262416** | | 85 | 06-Dec-19 | 06-Feb-20 | 19-Mar-20 A | 15-Jul-20 | -114 |
| C02540 | SHOP DRAWINGS & SUBMITTALS - PANELBOARDS | 2 | 06-Dec-19 | 12-Dec-19 | 19-Mar-20 A | 20-Mar-20 A | -71 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
10-Jun-20, Exterior Lighting-265600
10-Jun-20, Interior Lighting-265100
24-Jun-20, Surge Prospective Devices-264300
01-Jul-20, Lightning Protection for Structures-264113
24-Jun-20, Transfer Switches-263600
15-Jul-20, Radiator Mounted Resistive Load Bank-263214
13-May-20, Engine Generators-263213
12-Aug-20, Enclosed Controllers-262913
22-Jul-20, Enclosed Switches-262818
22-Jul-20, Enclosed Circuit Breakers-262817
01-Jul-20, Fuses-262813
01-Jul-20, Wiring Devices
01-Jul-20, Equipment Wiring
15-Jul-20, Panelboards-262416

Remaining Level of Effort — Actual Level of Effort — Critical Remaining Work
Baseline Milestone — Actual Work — Milestone
Target Schedule — Remaining Work — summary

Variance Report - WBS
Project Finish: 01-Apr-21





LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C02550 | A/E REVIEW & APPROVAL - PANELBOARDS | 39 | 13-Dec-19 | 26-Dec-19 | 20-Mar-20 A | 13-May-20 | -99 |
| C02560 | FAB & DELIVER - PANELBOARDS | 45 | 27-Dec-19 | 06-Feb-20 | 14-May-20 | 15-Jul-20 | -114 |
| **Low-Voltage Electrical Service Entrance-260519** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02570 | SHOP DRAWINGS & SUBMITTALS - LOW-VOLTAGE ELECTRICAL SERVICE ENTRANCE | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02580 | A/E REVIEW & APPROVAL - LOW-VOLTAGE ELECTRICAL SERVICE ENTRANCE | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02590 | FAB & DELIVER - LOW-VOLTAGE ELECTRICAL SERVICE ENTRANCE | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Lighting Control Devices** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02600 | SHOP DRAWINGS & SUBMITTALS - LIGHTING CONTROL DEVICES | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02610 | A/E REVIEW & APPROVAL - LIGHTING CONTROL DEVICES | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02620 | FAB & DELIVER - LIGHTING CONTROL DEVICES | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Enclosed Contactors-260919** | | 70 | 06-Dec-19 | 06-Feb-20 | 19-Mar-20 A | 24-Jun-20 | -99 |
| C02630 | SHOP DRAWINGS & SUBMITTALS - ENCLOSED CONTRACTORS | 2 | 06-Dec-19 | 12-Dec-19 | 19-Mar-20 A | 20-Mar-20 A | -71 |
| C02640 | A/E REVIEW & APPROVAL - ENCLOSED CONTRACTORS | 39 | 13-Dec-19 | 26-Dec-19 | 20-Mar-20 A | 13-May-20 | -99 |
| C02650 | FAB & DELIVER - ENCLOSED CONTRACTORS | 30 | 27-Dec-19 | 06-Feb-20 | 14-May-20 | 24-Jun-20 | -99 |
| **Power System Studies-260573** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02690 | SHOP DRAWINGS & SUBMITTALS - POWER SYSTEM STUDIES | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02700 | A/E REVIEW & APPROVAL - POWER SYSTEM STUDIES | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02710 | FAB & DELIVER - POWER SYSTEM STUDIES | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Identification for Electrical Systems-260553** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02720 | SHOP DRAWINGS & SUBMITTALS - IDENTIFICATION FOR ELECTRICAL SYSTEMS | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02730 | A/E REVIEW & APPROVAL - IDENTIFICATION FOR ELECTRICAL SYSTEMS | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02740 | FAB & DELIVER - IDENTIFICATION FOR ELECTRICAL SYSTEMS | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Boxes-260537** | | 50 | 06-Dec-19 | 06-Feb-20 | 16-Apr-20 A | 24-Jun-20 | -99 |
| C02750 | SHOP DRAWINGS & SUBMITTALS - BOXES | 5 | 06-Dec-19 | 12-Dec-19 | 16-Apr-20 A | 22-Apr-20 A | -93 |
| C02760 | A/E REVIEW & APPROVAL - BOXES | 16 | 13-Dec-19 | 26-Dec-19 | 22-Apr-20 A | 13-May-20 | -99 |
| C02770 | FAB & DELIVER - BOXES | 30 | 27-Dec-19 | 06-Feb-20 | 14-May-20 | 24-Jun-20 | -99 |
| **Cable Trays for Electrical Systems-260536** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02780 | SHOP DRAWINGS & SUBMITTALS - CABLE TRAYS FOR ELECTRICAL SYSTEMS | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02790 | A/E REVIEW & APPROVAL - CABLE TRAYS FOR ELECTRICAL SYSTEMS | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02800 | FAB & DELIVER - CABLE TRAYS FOR ELECTRICAL SYSTEMS | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Conduits-260534** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02810 | SHOP DRAWINGS & SUBMITTALS - CONDUIT | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02820 | A/E REVIEW & APPROVAL - CONDUIT | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02830 | FAB & DELIVER - CONDUIT | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Hangers and Supports for Electrical Systems-260529** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02840 | SHOP DRAWINGS & SUBMITTALS - HANGERS AND SUPPORTS FOR ELECTRICAL SYSTEMS | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02850 | A/E REVIEW & APPROVAL - HANGERS AND SUPPORTS FOR ELECTRICAL SYSTEMS | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02860 | FAB & DELIVER - HANGERS AND SUPPORTS FOR ELECTRICAL SYSTEMS | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Grounding and Bonding for Electrical System-260526** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02870 | SHOP DRAWINGS & SUBMITTALS - GROUNDING AND BONDING FOR ELECTRICAL SYSTEM | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02880 | A/E REVIEW & APPROVAL - GROUNDING AND BONDING FOR ELECTRICAL SYSTEM | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02890 | FAB & DELIVER - GROUNDING AND BONDING FOR ELECTRICAL SYSTEM | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Low-Voltage Electrical Power Conductors and Cables** | | 45 | 06-Dec-19 | 06-Feb-20 | 30-Apr-20 | 01-Jul-20 | -104 |
| C02900 | SHOP DRAWINGS & SUBMITTALS - LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES | 5 | 06-Dec-19 | 12-Dec-19 | 30-Apr-20 | 06-May-20 | -104 |
| C02910 | A/E REVIEW & APPROVAL - LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES | 10 | 13-Dec-19 | 26-Dec-19 | 07-May-20 | 20-May-20 | -104 |
| C02920 | FAB & DELIVER - LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES | 30 | 27-Dec-19 | 06-Feb-20 | 21-May-20 | 01-Jul-20 | -104 |
| **Folding Panel Partitions-102239** | | 69 | 13-Dec-19 | 13-Feb-20 | 06-Mar-20 A | 10-Jun-20 | -84 |
| C02930 | SHOP DRAWINGS & SUBMITTALS - FOLDING PANEL PARTITIONS | 5 | 13-Dec-19 | 19-Dec-19 | 06-Mar-20 A | 12-Mar-20 A | -60 |
| C02940 | A/E REVIEW & APPROVAL - FOLDING PANEL PARTITIONS | 7 | 20-Dec-19 | 02-Jan-20 | 12-Mar-20 A | 20-Mar-20 A | -56 |
| C02950 | FAB & DELIVER - FOLDING PANEL PARTITIONS | 59 | 03-Jan-20 | 13-Feb-20 | 20-Mar-20 A | 10-Jun-20 | -84 |
| **Roofing** | | 45 | 08-Nov-19 | 13-Feb-20 | 30-Apr-20 | 01-Jul-20 | -99 |
| **Thermal Insulation** | | 45 | 13-Dec-19 | 13-Feb-20 | 30-Apr-20 | 01-Jul-20 | -99 |
| C02960 | SHOP DRAWINGS & SUBMITTALS - THERMAL INSULATION | 5 | 13-Dec-19 | 19-Dec-19 | 30-Apr-20 | 06-May-20 | -99 |
| C02970 | A/E REVIEW & APPROVAL - THERMAL INSULATION | 10 | 20-Dec-19 | 02-Jan-20 | 07-May-20 | 20-May-20 | -99 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
A/E REVIEW & APPROVAL - PANELBOARDS
FAB & DELIVER - PANELBOARDS
01-Jul-20, Low-Voltage Electrical Service Entrance-260519
SHOP DRAWINGS & SUBMITTALS - LOW-VOLTAGE ELECTRICAL SERVICE ENTRANCE
A/E REVIEW & APPROVAL - LOW-VOLTAGE ELECTRICAL SERVICE ENTRANCE
FAB & DELIVER - LOW-VOLTAGE ELECTRICAL SERVICE ENTRANCE
01-Jul-20, Lighting Control Devices
SHOP DRAWINGS & SUBMITTALS - LIGHTING CONTROL DEVICES
A/E REVIEW & APPROVAL - LIGHTING CONTROL DEVICES
FAB & DELIVER - LIGHTING CONTROL DEVICES
24-Jun-20, Enclosed Contactors-260919
SHOP DRAWINGS & SUBMITTALS - ENCLOSED CONTRACTORS
A/E REVIEW & APPROVAL - ENCLOSED CONTRACTORS
FAB & DELIVER - ENCLOSED CONTRACTORS
01-Jul-20, Power System Studies-260573
SHOP DRAWINGS & SUBMITTALS - POWER SYSTEM STUDIES
A/E REVIEW & APPROVAL - POWER SYSTEM STUDIES
FAB & DELIVER - POWER SYSTEM STUDIES
01-Jul-20, Identification for Electrical Systems-260553
SHOP DRAWINGS & SUBMITTALS - IDENTIFICATION FOR ELECTRICAL SYSTEMS
A/E REVIEW & APPROVAL - IDENTIFICATION FOR ELECTRICAL SYSTEMS
FAB & DELIVER - IDENTIFICATION FOR ELECTRICAL SYSTEMS
24-Jun-20, Boxes-260537
SHOP DRAWINGS & SUBMITTALS - BOXES
A/E REVIEW & APPROVAL - BOXES
FAB & DELIVER - BOXES
01-Jul-20, Cable Trays for Electrical Systems-260536
SHOP DRAWINGS & SUBMITTALS - CABLE TRAYS FOR ELECTRICAL SYSTEMS
A/E REVIEW & APPROVAL - CABLE TRAYS FOR ELECTRICAL SYSTEMS
FAB & DELIVER - CABLE TRAYS FOR ELECTRICAL SYSTEMS
01-Jul-20, Conduits-260534
SHOP DRAWINGS & SUBMITTALS - CONDUIT
A/E REVIEW & APPROVAL - CONDUIT
FAB & DELIVER - CONDUIT
01-Jul-20, Hangers and Supports for Electrical Systems-260529
SHOP DRAWINGS & SUBMITTALS - HANGERS AND SUPPORTS FOR ELECTRICAL SYSTEMS
A/E REVIEW & APPROVAL - HANGERS AND SUPPORTS FOR ELECTRICAL SYSTEMS
FAB & DELIVER - HANGERS AND SUPPORTS FOR ELECTRICAL SYSTEMS
01-Jul-20, Grounding and Bonding for Electrical System-260526
SHOP DRAWINGS & SUBMITTALS - GROUNDING AND BONDING FOR ELECTRICAL SYSTEM
A/E REVIEW & APPROVAL - GROUNDING AND BONDING FOR ELECTRICAL SYSTEM
FAB & DELIVER - GROUNDING AND BONDING FOR ELECTRICAL SYSTEM
01-Jul-20, Low-Voltage Electrical Power Conductors and Cables
SHOP DRAWINGS & SUBMITTALS - LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES
A/E REVIEW & APPROVAL - LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES
FAB & DELIVER - LOW-VOLTAGE ELECTRICAL POWER CONDUCTORS AND CABLES
10-Jun-20, Folding Panel Partitions-102239
SHOP DRAWINGS & SUBMITTALS - FOLDING PANEL PARTITIONS
A/E REVIEW & APPROVAL - FOLDING PANEL PARTITIONS
FAB & DELIVER - FOLDING PANEL PARTITIONS
01-Jul-20, Roofing
01-Jul-20, Thermal Insulation
SHOP DRAWINGS & SUBMITTALS - THERMAL INSULATION
A/E REVIEW & APPROVAL - THERMAL INSULATION

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21

LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C02980 | FAB & DELIVER - THERMAL INSULATION | 30 | 03-Jan-20 | 13-Feb-20 | 21-May-20 | 01-Jul-20 | -99 |
| **Standing-Seam Metal Roof Panels** | | 45 | 29-Nov-19 | 30-Jan-20 | 30-Apr-20 | 01-Jul-20 | -109 |
| C02990 | SHOP DRAWINGS & SUBMITTALS - STANDING-SEAM METAL ROOF PANEL | 5 | 29-Nov-19 | 05-Dec-19 | 30-Apr-20 | 06-May-20 | -109 |
| C03000 | A/E REVIEW & APPROVAL - STANDING-SEAM METAL ROOF PANEL | 10 | 06-Dec-19 | 19-Dec-19 | 07-May-20 | 20-May-20 | -109 |
| C03010 | FAB & DELIVER - STANDING-SEAM METAL ROOF PANEL | 30 | 20-Dec-19 | 30-Jan-20 | 21-May-20 | 01-Jul-20 | -109 |
| **Modified Bituminous Roofing** | | 45 | 08-Nov-19 | 09-Jan-20 | 30-Apr-20 | 01-Jul-20 | -124 |
| C03020 | SHOP DRAWINGS & SUBMITTALS - MODIFIED BITUMINOUS ROOFING | 5 | 08-Nov-19 | 14-Nov-19 | 30-Apr-20 | 06-May-20 | -124 |
| C03030 | A/E REVIEW & APPROVAL - MODIFIED BITUMINOUS ROOFING | 10 | 15-Nov-19 | 28-Nov-19 | 07-May-20 | 20-May-20 | -124 |
| C03040 | FAB & DELIVER - MODIFIED BITUMINOUS ROOFING | 30 | 29-Nov-19 | 09-Jan-20 | 21-May-20 | 01-Jul-20 | -124 |
| **Sheet Metal Flashing and Trim** | | 45 | 08-Nov-19 | 09-Jan-20 | 30-Apr-20 | 01-Jul-20 | -124 |
| C03050 | SHOP DRAWINGS & SUBMITTALS - SHEET METAL FLASHING AND TRIM | 5 | 08-Nov-19 | 14-Nov-19 | 30-Apr-20 | 06-May-20 | -124 |
| C03060 | A/E REVIEW & APPROVAL - SHEET METAL FLASHING AND TRIM | 10 | 15-Nov-19 | 28-Nov-19 | 07-May-20 | 20-May-20 | -124 |
| C03070 | FAB & DELIVER - SHEET METAL FLASHING AND TRIM | 30 | 29-Nov-19 | 09-Jan-20 | 21-May-20 | 01-Jul-20 | -124 |
| **Asphalt** | | 20 | 13-Dec-19 | 09-Jan-20 | 30-Apr-20 | 27-May-20 | -99 |
| C03080 | SHOP DRAWINGS & SUBMITTALS - ASPHALT | 10 | 13-Dec-19 | 26-Dec-19 | 30-Apr-20 | 13-May-20 | -99 |
| C03090 | A/E REVIEW & APPROVAL - ASPHALT | 10 | 27-Dec-19 | 09-Jan-20 | 14-May-20 | 27-May-20 | -99 |
| **Non-Structural Metal Framing** | | 45 | 13-Dec-19 | 13-Feb-20 | 30-Apr-20 | 01-Jul-20 | -99 |
| C03100 | SHOP DRAWINGS & SUBMITTALS - NON-STRUCTURAL METAL FRAMING | 5 | 13-Dec-19 | 19-Dec-19 | 30-Apr-20 | 06-May-20 | -99 |
| C03110 | A/E REVIEW & APPROVAL - NON-STRUCTURAL METAL FRAMING | 10 | 20-Dec-19 | 02-Jan-20 | 07-May-20 | 20-May-20 | -99 |
| C03120 | FAB & DELIVER - NON-STRUCTURAL METAL FRAMING | 30 | 03-Jan-20 | 13-Feb-20 | 21-May-20 | 01-Jul-20 | -99 |
| **Facility Fuel-Oil Piping** | | 62 | 13-Dec-19 | 13-Feb-20 | 17-Mar-20 A | 10-Jun-20 | -84 |
| C03130 | SHOP DRAWINGS & SUBMITTALS - FACILITY FUEL-OIL PIPING | 2 | 13-Dec-19 | 19-Dec-19 | 17-Mar-20 A | 18-Mar-20 A | -64 |
| C03140 | A/E REVIEW & APPROVAL - FACILITY FUEL-OIL PIPING | 5 | 20-Dec-19 | 02-Jan-20 | 18-Mar-20 A | 24-Mar-20 A | -58 |
| C03150 | FAB & DELIVER - FACILITY FUEL-OIL PIPING | 57 | 03-Jan-20 | 13-Feb-20 | 24-Mar-20 A | 10-Jun-20 | -84 |
| **Hydronic Piping** | | 86 | 13-Dec-19 | 13-Feb-20 | 12-Feb-20 A | 10-Jun-20 | -84 |
| C03160 | SHOP DRAWINGS & SUBMITTALS - HYDRONIC PIPING | 2 | 13-Dec-19 | 19-Dec-19 | 12-Feb-20 A | 13-Feb-20 A | -40 |
| C03170 | A/E REVIEW & APPROVAL - HYDRONIC PIPING | 9 | 20-Dec-19 | 02-Jan-20 | 13-Feb-20 A | 25-Feb-20 A | -38 |
| C03180 | FAB & DELIVER - HYDRONIC PIPING | 30 | 03-Jan-20 | 13-Feb-20 | 30-Apr-20 | 10-Jun-20 | -84 |
| **Hydronic Specialties** | | 79 | 13-Dec-19 | 13-Feb-20 | 21-Feb-20 A | 10-Jun-20 | -84 |
| C03190 | SHOP DRAWINGS & SUBMITTALS - HYDRONIC SPECIALTIES | 5 | 13-Dec-19 | 19-Dec-19 | 21-Feb-20 A | 27-Feb-20 A | -50 |
| C03200 | A/E REVIEW & APPROVAL - HYDRONIC SPECIALTIES | 11 | 20-Dec-19 | 02-Jan-20 | 27-Feb-20 A | 12-Mar-20 A | -50 |
| C03210 | FAB & DELIVER - HYDRONIC SPECIALTIES | 65 | 03-Jan-20 | 13-Feb-20 | 12-Mar-20 A | 10-Jun-20 | -84 |
| **Hydronic Pumps-23123** | | 45 | 13-Dec-19 | 13-Feb-20 | 30-Apr-20 | 01-Jul-20 | -99 |
| C03220 | SHOP DRAWINGS & SUBMITTALS - HYDRONIC PUMPS | 5 | 13-Dec-19 | 19-Dec-19 | 30-Apr-20 | 06-May-20 | -99 |
| C03230 | A/E REVIEW & APPROVAL - HYDRONIC PUMPS | 10 | 20-Dec-19 | 02-Jan-20 | 07-May-20 | 20-May-20 | -99 |
| C03240 | FAB & DELIVER - HYDRONIC PUMPS | 30 | 03-Jan-20 | 13-Feb-20 | 21-May-20 | 01-Jul-20 | -99 |
| **Refrigerant Piping-232300** | | 45 | 13-Dec-19 | 13-Feb-20 | 30-Apr-20 | 01-Jul-20 | -99 |
| C03250 | SHOP DRAWINGS & SUBMITTALS - REFRIGERANT PIPING | 5 | 13-Dec-19 | 19-Dec-19 | 30-Apr-20 | 06-May-20 | -99 |
| C03260 | A/E REVIEW & APPROVAL - REFRIGERANT PIPING | 10 | 20-Dec-19 | 02-Jan-20 | 07-May-20 | 20-May-20 | -99 |
| C03270 | FAB & DELIVER - REFRIGERANT PIPING | 30 | 03-Jan-20 | 13-Feb-20 | 21-May-20 | 01-Jul-20 | -99 |
| **Air Duct Accessories-233300** | | 45 | 13-Dec-19 | 13-Feb-20 | 30-Apr-20 | 01-Jul-20 | -99 |
| C03280 | SHOP DRAWINGS & SUBMITTALS - AIR DUCT ACCESSORIES | 5 | 13-Dec-19 | 19-Dec-19 | 30-Apr-20 | 06-May-20 | -99 |
| C03290 | A/E REVIEW & APPROVAL - AIR DUCT ACCESSORIES | 10 | 20-Dec-19 | 02-Jan-20 | 07-May-20 | 20-May-20 | -99 |
| C03300 | FAB & DELIVER - AIR DUCT ACCESSORIES | 30 | 03-Jan-20 | 13-Feb-20 | 21-May-20 | 01-Jul-20 | -99 |
| **Air Terminal Units** | | 89 | 13-Dec-19 | 13-Feb-20 | 07-Feb-20 A | 10-Jun-20 | -84 |
| C03310 | SHOP DRAWINGS & SUBMITTALS - AIR TERMINAL UNITS | 1 | 13-Dec-19 | 19-Dec-19 | 07-Feb-20 A | 07-Feb-20 A | -36 |
| C03320 | A/E REVIEW & APPROVAL - AIR TERMINAL UNITS | 13 | 20-Dec-19 | 02-Jan-20 | 07-Feb-20 A | 25-Feb-20 A | -38 |
| C03330 | FAB & DELIVER - AIR TERMINAL UNITS | 77 | 03-Jan-20 | 13-Feb-20 | 25-Feb-20 A | 10-Jun-20 | -84 |
| **Air Outlets and Inlets-233700** | | 66 | 13-Dec-19 | 13-Feb-20 | 11-Mar-20 A | 10-Jun-20 | -84 |
| C03340 | SHOP DRAWINGS & SUBMITTALS - AIR OUTLETS AND INLETS | 3 | 13-Dec-19 | 19-Dec-19 | 11-Mar-20 A | 13-Mar-20 A | -61 |
| C03350 | A/E REVIEW & APPROVAL - AIR OUTLETS AND INLETS | 11 | 20-Dec-19 | 02-Jan-20 | 13-Mar-20 A | 27-Mar-20 A | -61 |
| C03360 | FAB & DELIVER - AIR OUTLETS AND INLETS | 54 | 03-Jan-20 | 13-Feb-20 | 27-Mar-20 A | 10-Jun-20 | -84 |
| **Packaged Air-Cooled Refrigerant Compressor and Condenser Units** | | 90 | 13-Dec-19 | 13-Feb-20 | 21-Feb-20 A | 25-Jun-20 | -95 |
| C03370 | SHOP DRAWINGS & SUBMITTALS - PACKAGED AIR-COOLED REFRIGERANT COMPRESSOR | 1 | 13-Dec-19 | 19-Dec-19 | 21-Feb-20 A | 21-Feb-20 A | -46 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
01-Jul-20, Standing-Seam Metal Roof Panels
01-Jul-20, Modified Bituminous Roofing
01-Jul-20, Sheet Metal Flashing and Trim
27-May-20, Asphalt
01-Jul-20, Non-Structural Metal Framing
10-Jun-20, Facility Fuel-Oil Piping
10-Jun-20, Hydronic Piping
10-Jun-20, Hydronic Specialties
01-Jul-20, Hydronic Pumps-23123
01-Jul-20, Refrigerant Piping-232300
01-Jul-20, Air Duct Accessories-233300
10-Jun-20, Air Terminal Units
10-Jun-20, Air Outlets and Inlets-233700
25-Jun-20, Packaged Air-Cooled Refrigerant Compressor and Condenser Units

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C03380 | A/E REVIEW & APPROVAL - PACKAGED AIR-COOLED REFRIGERANT COMPRESSOR | 59 | 20-Dec-19 | 02-Jan-20 | 24-Feb-20 A | 14-May-20 | -95 |
| C03390 | FAB & DELIVER - PACKAGED AIR-COOLED REFRIGERANT COMPRESSOR | 30 | 03-Jan-20 | 13-Feb-20 | 15-May-20 | 25-Jun-20 | -95 |
| **Scroll Water Chillers** | | 90 | 20-Dec-19 | 20-Feb-20 | 07-Feb-20 A | 11-Jun-20 | -80 |
| C03400 | SHOP DRAWINGS & SUBMITTALS - SCROLL WATER CHILLERS | 1 | 20-Dec-19 | 26-Dec-19 | 07-Feb-20 A | 07-Feb-20 A | -31 |
| C03410 | A/E REVIEW & APPROVAL - SCROLL WATER CHILLERS | 13 | 27-Dec-19 | 09-Jan-20 | 10-Feb-20 A | 26-Feb-20 A | -34 |
| C03420 | FAB & DELIVER - SCROLL WATER CHILLERS | 77 | 10-Jan-20 | 20-Feb-20 | 26-Feb-20 A | 11-Jun-20 | -80 |
| **Modular Central-Station Air-Handling Units-237313** | | 77 | 20-Dec-19 | 20-Feb-20 | 25-Feb-20 A | 10-Jun-20 | -79 |
| C03430 | SHOP DRAWINGS & SUBMITTALS - MODULAR CENTRAL-STATION AIR-HANDLING | 2 | 20-Dec-19 | 26-Dec-19 | 25-Feb-20 A | 26-Feb-20 A | -44 |
| C03440 | A/E REVIEW & APPROVAL - MODULAR CENTRAL-STATION AIR-HANDLING | 13 | 27-Dec-19 | 09-Jan-20 | 26-Feb-20 A | 13-Mar-20 A | -46 |
| C03450 | FAB & DELIVER - MODULAR CENTRAL-STATION AIR-HANDLING | 64 | 10-Jan-20 | 20-Feb-20 | 13-Mar-20 A | 10-Jun-20 | -79 |
| **Fire Detection and Alarm-293100** | | 75 | 20-Dec-19 | 02-Apr-20 | 30-Apr-20 | 12-Aug-20 | -94 |
| C03460 | SHOP DRAWINGS & SUBMITTALS - FIRE DETECTION AND ALARM | 5 | 20-Dec-19 | 26-Dec-19 | 30-Apr-20 | 06-May-20 | -94 |
| C03470 | A/E REVIEW & APPROVAL - FIRE DETECTION AND ALARM | 10 | 27-Dec-19 | 09-Jan-20 | 07-May-20 | 20-May-20 | -94 |
| C03480 | FAB & DELIVER - FIRE DETECTION AND ALARM | 60 | 10-Jan-20 | 02-Apr-20 | 21-May-20 | 12-Aug-20 | -94 |
| **Earthwork-312000** | | 0 | 08-Nov-19 | 28-Nov-19 | 30-Apr-20 | 30-Apr-20 | -109 |
| C03490 | SHOP DRAWINGS & SUBMITTALS - EARTHWORK | 0 | 08-Nov-19 | 14-Nov-19 | 30-Apr-20 | 30-Apr-20 | -119 |
| C03500 | A/E REVIEW & APPROVAL - EARTHWORK | 0 | 15-Nov-19 | 28-Nov-19 | 30-Apr-20 | 30-Apr-20 | -109 |
| **Termite Control-313116** | | 4 | 08-Nov-19 | 28-Nov-19 | 06-Jan-20 A | 09-Jan-20 A | -30 |
| C03510 | SHOP DRAWINGS & SUBMITTALS - TERMITE CONTROL | 2 | 08-Nov-19 | 14-Nov-19 | 06-Jan-20 A | 07-Jan-20 A | -38 |
| C03520 | A/E REVIEW & APPROVAL - TERMITE CONTROL | 3 | 15-Nov-19 | 28-Nov-19 | 07-Jan-20 A | 09-Jan-20 A | -30 |
| **Electric Gate Operators-323105** | | 45 | 20-Dec-19 | 20-Feb-20 | 30-Apr-20 | 01-Jul-20 | -94 |
| C03530 | SHOP DRAWINGS & SUBMITTALS - ELECTRIC GATE OPERATORS | 5 | 20-Dec-19 | 26-Dec-19 | 30-Apr-20 | 06-May-20 | -94 |
| C03540 | A/E REVIEW & APPROVAL - ELECTRIC GATE OPERATORS | 10 | 27-Dec-19 | 09-Jan-20 | 07-May-20 | 20-May-20 | -94 |
| C03550 | FAB & DELIVER - ELECTRIC GATE OPERATORS | 30 | 10-Jan-20 | 20-Feb-20 | 21-May-20 | 01-Jul-20 | -94 |
| **Chain Link Fences and Gates** | | 75 | 20-Dec-19 | 02-Apr-20 | 30-Apr-20 | 12-Aug-20 | -94 |
| C03560 | SHOP DRAWINGS & SUBMITTALS - CHAIN LINK FENCES AND GATES | 5 | 20-Dec-19 | 26-Dec-19 | 30-Apr-20 | 06-May-20 | -94 |
| C03570 | A/E REVIEW & APPROVAL - CHAIN LINK FENCES AND GATES | 10 | 27-Dec-19 | 09-Jan-20 | 07-May-20 | 20-May-20 | -94 |
| C03580 | FAB & DELIVER - CHAIN LINK FENCES AND GATES | 60 | 10-Jan-20 | 02-Apr-20 | 21-May-20 | 12-Aug-20 | -94 |
| **Heavy Industrial Aluminum Ornamental Fence (Gates)** | | 45 | 20-Dec-19 | 20-Feb-20 | 30-Apr-20 | 01-Jul-20 | -94 |
| C03590 | SHOP DRAWINGS & SUBMITTALS - HEAVY INDUSTRIAL ALUMINUM ORNAMENTAL FENCE | 5 | 20-Dec-19 | 26-Dec-19 | 30-Apr-20 | 06-May-20 | -94 |
| C03600 | A/E REVIEW & APPROVAL - HEAVY INDUSTRIAL ALUMINUM ORNAMENTAL FENCE | 10 | 27-Dec-19 | 09-Jan-20 | 07-May-20 | 20-May-20 | -94 |
| C03610 | FAB & DELIVER - HEAVY INDUSTRIAL ALUMINUM ORNAMENTAL FENCE | 30 | 10-Jan-20 | 20-Feb-20 | 21-May-20 | 01-Jul-20 | -94 |
| **Concrete / Reinforcing** | | 46 | 08-Nov-19 | 28-Nov-19 | 27-Dec-19 A | 02-Mar-20 A | -66 |
| **Concrete** | | 46 | 08-Nov-19 | 28-Nov-19 | 27-Dec-19 A | 02-Mar-20 A | -66 |
| C03640 | SHOP DRAWINGS & SUBMITTALS - CONCRETE | 46 | 08-Nov-19 | 14-Nov-19 | 27-Dec-19 A | 02-Mar-20 A | -76 |
| C03650 | A/E REVIEW & APPROVAL - CONCRETE | 46 | 15-Nov-19 | 28-Nov-19 | 27-Dec-19 A | 02-Mar-20 A | -66 |
| **Reinforcing** | | 46 | 08-Nov-19 | 28-Nov-19 | 27-Dec-19 A | 02-Mar-20 A | -66 |
| C03660 | SHOP DRAWINGS & SUBMITTALS - REINFORCING | 46 | 08-Nov-19 | 14-Nov-19 | 27-Dec-19 A | 02-Mar-20 A | -76 |
| C03670 | A/E REVIEW & APPROVAL - REINFORCING | 46 | 15-Nov-19 | 28-Nov-19 | 27-Dec-19 A | 02-Mar-20 A | -66 |
| **Framing & Drywall** | | 45 | 27-Dec-19 | 13-Feb-20 | 30-Apr-20 | 01-Jul-20 | -99 |
| C03740 | SHOP DRAWINGS & SUBMITTALS - FRAMING & DRYWALL | 5 | 27-Dec-19 | 02-Jan-20 | 30-Apr-20 | 06-May-20 | -89 |
| C03750 | A/E REVIEW & APPROVAL - FRAMING & DRYWALL | 10 | 03-Jan-20 | 16-Jan-20 | 07-May-20 | 20-May-20 | -89 |
| C03760 | FAB & DELIVER - FRAMING & DRYWALL | 30 | 17-Jan-20 | 13-Feb-20 | 21-May-20 | 01-Jul-20 | -99 |
| **Chillers** | | 89 | 27-Dec-19 | 09-Apr-20 | 07-Feb-20 A | 10-Jun-20 | -44 |
| C03770 | SHOP DRAWINGS & SUBMITTALS - CHILLERS | 1 | 27-Dec-19 | 02-Jan-20 | 07-Feb-20 A | 07-Feb-20 A | -26 |
| C03780 | A/E REVIEW & APPROVAL - CHILLERS | 13 | 03-Jan-20 | 16-Jan-20 | 10-Feb-20 A | 26-Feb-20 A | -29 |
| C03790 | FAB & DELIVER - CHILLERS | 76 | 17-Jan-20 | 09-Apr-20 | 26-Feb-20 A | 10-Jun-20 | -44 |
| **Irrigation/Landscaping** | | 54 | 27-Dec-19 | 09-Apr-20 | 11-May-20 | 23-Jul-20 | -75 |
| C03800 | SHOP DRAWINGS & SUBMITTALS - IRRIGATION/LANDSCAPING | 5 | 27-Dec-19 | 02-Jan-20 | 11-May-20 | 15-May-20 | -96 |
| C03810 | A/E REVIEW & APPROVAL - IRRIGATION/LANDSCAPING | 10 | 03-Jan-20 | 16-Jan-20 | 18-May-20 | 29-May-20 | -96 |
| C03820 | FAB & DELIVER - IRRIGATION/LANDSCAPING | 39 | 17-Jan-20 | 09-Apr-20 | 01-Jun-20 | 23-Jul-20 | -75 |
| **Roof Hatches /Ladders** | | 25 | 29-Nov-19 | 30-Jan-20 | 30-Apr-20 | 03-Jun-20 | -89 |
| C03830 | SHOP DRAWINGS & SUBMITTALS - ROOF HATCHES/LADDERS | 5 | 29-Nov-19 | 05-Dec-19 | 30-Apr-20 | 06-May-20 | -109 |
| C03840 | A/E REVIEW & APPROVAL - ROOF HATCHES/LADDERS | 10 | 06-Dec-19 | 19-Dec-19 | 07-May-20 | 20-May-20 | -109 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
A/E REVIEW & APPROVAL - PACKAGED AIR-COOLED REFRIGERANT COMPRESSOR
FAB & DELIVER - PACKAGED AIR-COOLED REFRIGERANT COMPRESSOR
11-Jun-20, Scroll Water Chillers
SHOP DRAWINGS & SUBMITTALS - SCROLL WATER CHILLERS
A/E REVIEW & APPROVAL - SCROLL WATER CHILLERS
FAB & DELIVER - SCROLL WATER CHILLERS
10-Jun-20, Modular Central-Station Air-Handling Units-237313
SHOP DRAWINGS & SUBMITTALS - MODULAR CENTRAL-STATION AIR-HANDLING
A/E REVIEW & APPROVAL - MODULAR CENTRAL-STATION AIR-HANDLING
FAB & DELIVER - MODULAR CENTRAL-STATION AIR-HANDLING
12-Aug-20, Fire Detection and Alarm-293100
SHOP DRAWINGS & SUBMITTALS - FIRE DETECTION AND ALARM
A/E REVIEW & APPROVAL - FIRE DETECTION AND ALARM
FAB & DELIVER - FIRE DETECTION AND ALARM
30-Apr-20, Earthwork-312000
SHOP DRAWINGS & SUBMITTALS - EARTHWORK
A/E REVIEW & APPROVAL - EARTHWORK
09-Jan-20 A, Termite Control-313116
SHOP DRAWINGS & SUBMITTALS - TERMITE CONTROL
A/E REVIEW & APPROVAL - TERMITE CONTROL
01-Jul-20, Electric Gate Operators-323105
SHOP DRAWINGS & SUBMITTALS - ELECTRIC GATE OPERATORS
A/E REVIEW & APPROVAL - ELECTRIC GATE OPERATORS
FAB & DELIVER - ELECTRIC GATE OPERATORS
12-Aug-20, Chain Link Fences and Gates
SHOP DRAWINGS & SUBMITTALS - CHAIN LINK FENCES AND GATES
A/E REVIEW & APPROVAL - CHAIN LINK FENCES AND GATES
FAB & DELIVER - CHAIN LINK FENCES AND GATES
01-Jul-20, Heavy Industrial Aluminum Ornamental Fence (Gates)
SHOP DRAWINGS & SUBMITTALS - HEAVY INDUSTRIAL ALUMINUM ORNAMENTAL FENCE
A/E REVIEW & APPROVAL - HEAVY INDUSTRIAL ALUMINUM ORNAMENTAL FENCE
FAB & DELIVER - HEAVY INDUSTRIAL ALUMINUM ORNAMENTAL FENCE
02-Mar-20 A, Concrete / Reinforcing
02-Mar-20 A, Concrete
SHOP DRAWINGS & SUBMITTALS - CONCRETE
A/E REVIEW & APPROVAL - CONCRETE
02-Mar-20 A, Reinforcing
SHOP DRAWINGS & SUBMITTALS - REINFORCING
A/E REVIEW & APPROVAL - REINFORCING
01-Jul-20, Framing & Drywall
SHOP DRAWINGS & SUBMITTALS - FRAMING & DRYWALL
A/E REVIEW & APPROVAL - FRAMING & DRYWALL
FAB & DELIVER - FRAMING & DRYWALL
10-Jun-20, Chillers
SHOP DRAWINGS & SUBMITTALS - CHILLERS
A/E REVIEW & APPROVAL - CHILLERS
FAB & DELIVER - CHILLERS
23-Jul-20, Irrigation/Landscaping
SHOP DRAWINGS & SUBMITTALS - IRRIGATION/LANDSCAPING
A/E REVIEW & APPROVAL - IRRIGATION/LANDSCAPING
FAB & DELIVER - IRRIGATION/LANDSCAPING
03-Jun-20, Roof Hatches /Ladders
SHOP DRAWINGS & SUBMITTALS - ROOF HATCHES/LADDERS
A/E REVIEW & APPROVAL - ROOF HATCHES/LADDERS

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| C03850 | FAB & DELIVER - ROOF HATCHES/LADDERS | 10 | 20-Dec-19 | 30-Jan-20 | 21-May-20 | 03-Jun-20 | -89 |
| **Fire Sprinkler** | | 66 | 27-Dec-19 | 13-Feb-20 | 11-Mar-20 A | 10-Jun-20 | -84 |
| C03860 | SHOP DRAWINGS & SUBMITTALS - FIRE SPRINKLER | 3 | 27-Dec-19 | 02-Jan-20 | 11-Mar-20 A | 13-Mar-20 A | -51 |
| C03870 | A/E REVIEW & APPROVAL - FIRE SPRINKLER | 11 | 03-Jan-20 | 16-Jan-20 | 13-Mar-20 A | 27-Mar-20 A | -51 |
| C03880 | FAB & DELIVER - FIRE SPRINKLER | 54 | 17-Jan-20 | 13-Feb-20 | 27-Mar-20 A | 10-Jun-20 | -84 |
| **Playground Equipments** | | 54 | 27-Dec-19 | 09-Apr-20 | 11-May-20 | 23-Jul-20 | -75 |
| C03890 | SHOP DRAWINGS & SUBMITTALS - PLAYGROUND EQUIPMENTS | 5 | 27-Dec-19 | 02-Jan-20 | 11-May-20 | 15-May-20 | -96 |
| C03900 | A/E REVIEW & APPROVAL - PLAYGROUND EQUIPMENTS | 10 | 03-Jan-20 | 16-Jan-20 | 18-May-20 | 29-May-20 | -96 |
| C03910 | FAB & DELIVER - PLAYGROUND EQUIPMENTS | 39 | 17-Jan-20 | 09-Apr-20 | 01-Jun-20 | 23-Jul-20 | -75 |
| **Dade County Buildign Department Permit Holds** | | 47 | | | 26-Feb-20 A | 30-Apr-20 | |
| C04250 | Wood trusses shop drawings Dade County Approval | 12 | | | 26-Feb-20 A | 12-Mar-20 A | |
| C04230 | Roof Joists shop drawings Dade County Approval | 8 | | | 15-Mar-20 A | 25-Mar-20 A | |
| C04240 | Doors & Hardware shop drawings Dade County Approval | 1 | | | 30-Apr-20 | 30-Apr-20 | |
| **Construction** | | 327 | 08-Nov-19 | 06-Nov-20 | 27-Nov-19 A | 25-Feb-21 | -79 |
| **Site Work** | | 154 | 08-Nov-19 | 23-Apr-20 | 27-Nov-19 A | 29-Jun-20 | -47 |
| **Demolition** | | 5 | 08-Nov-19 | 14-Nov-19 | 27-Nov-19 A | 03-Dec-19 A | -13 |
| D00010 | DEMOLITION OF EXISTING DEMO EXISTING INFRASTRUCTURE | 3 | 08-Nov-19 | 12-Nov-19 | 27-Nov-19 A | 29-Nov-19 A | -13 |
| D00020 | SURVEY/TREE REMOVAL/ TREE PROTECTION | 5 | 08-Nov-19 | 14-Nov-19 | 27-Nov-19 A | 03-Dec-19 A | -13 |
| **Mobilization** | | 9 | 15-Nov-19 | 10-Dec-19 | 10-Dec-19 A | 20-Dec-19 A | -8 |
| D00030 | MOBILIZATION | 5 | 15-Nov-19 | 21-Nov-19 | 10-Dec-19 A | 16-Dec-19 A | -17 |
| D00040 | SET LINE AND GRADE BENCHMARKS | 2 | 05-Dec-19 | 06-Dec-19 | 17-Dec-19 A | 18-Dec-19 A | -8 |
| D00050 | PREPARE SITE - CONSTRUCTION ENTRANCE AND SILT FENCE | 4 | 05-Dec-19 | 10-Dec-19 | 17-Dec-19 A | 20-Dec-19 A | -8 |
| **Building Excavation and Utilities** | | 109 | 11-Dec-19 | 23-Apr-20 | 20-Dec-19 A | 20-May-20 | -19 |
| **Building Excavation** | | 22 | 11-Dec-19 | 25-Dec-19 | 23-Dec-19 A | 21-Jan-20 A | -19 |
| D00060 | SITE CLEARING | 1 | 11-Dec-19 | 11-Dec-19 | 23-Dec-19 A | 23-Dec-19 A | -8 |
| D00070 | BUILDING EXCAVATION | 10 | 12-Dec-19 | 25-Dec-19 | 08-Jan-20 A | 21-Jan-20 A | -19 |
| **Drainage** | | 49 | 26-Dec-19 | 18-Feb-20 | 20-Dec-19 A | 26-Feb-20 A | -6 |
| D00140 | LAYOUT / GRADE/ STAKES SEWAGE SYSTEM | 5 | 12-Feb-20 | 18-Feb-20 | 20-Dec-19 A | 26-Dec-19 A | 38 |
| D00080 | DRAINAGE EXCAVATION | 25 | 26-Dec-19 | 01-Jan-20 | 26-Dec-19 A | 29-Jan-20 A | -20 |
| D00090 | INSTALL STORM DRAINAGE 6" | 40 | 02-Jan-20 | 14-Jan-20 | 02-Jan-20 A | 26-Feb-20 A | -31 |
| D00100 | INSTALL CATCH BASINS | 28 | 15-Jan-20 | 20-Jan-20 | 20-Jan-20 A | 26-Feb-20 A | -27 |
| D00110 | INSTALL FRENCH DRAIN | 6 | 21-Jan-20 | 28-Jan-20 | 21-Jan-20 A | 28-Jan-20 A | 0 |
| D00120 | INSTALL SAND FILTERED FRENCH DRAIN | 24 | 29-Jan-20 | 31-Jan-20 | 24-Jan-20 A | 26-Feb-20 A | -18 |
| D00130 | INSTALL STORM DRAINAGE 10" | 14 | 03-Feb-20 | 14-Feb-20 | 07-Feb-20 A | 26-Feb-20 A | -8 |
| **Sewage** | | 47 | 19-Feb-20 | 17-Mar-20 | 03-Mar-20 A | 06-May-20 | -36 |
| D00150 | EXCAVATE SEWAGE SYSTEM (ONSITE) | 7 | 19-Feb-20 | 03-Mar-20 | 03-Mar-20 A | 11-Mar-20 A | -6 |
| D00160 | EXCAVATE SEWAGE SYSTEM (OFFSITE) | 5 | 04-Mar-20 | 17-Mar-20 | 30-Apr-20 | 06-May-20 | -36 |
| **Water Service** | | 60 | 17-Feb-20 | 27-Mar-20 | 20-Feb-20 A | 13-May-20 | -33 |
| D00170 | INSTALL WATER SERVICE, WATER SERVICE | 17 | 17-Feb-20 | 28-Feb-20 | 20-Feb-20 A | 13-Mar-20 A | -10 |
| D00180 | INSTALL UNDERGROUND FIRE SERVICE PIPE, WATER SERVICE | 17 | 02-Mar-20 | 13-Mar-20 | 20-Feb-20 A | 13-Mar-20 A | 0 |
| D00190 | INSTALL NEW WATER METER, WATER SERVICE | 10 | 16-Mar-20 | 27-Mar-20 | 30-Apr-20 | 13-May-20 | -33 |
| **Fire Hydrant** | | 65 | 27-Dec-19 | 23-Apr-20 | 20-Feb-20 A | 20-May-20 | -19 |
| F00410 | PREPARE AREA FIRE HYDRANTS | 65 | 27-Dec-19 | 16-Jan-20 | 20-Feb-20 A | 20-May-20 | -89 |
| F00420 | INSTALL FIRE HYDRANTS/COMPLETE ASSEMBLY | 65 | 03-Apr-20 | 23-Apr-20 | 20-Feb-20 A | 20-May-20 | -19 |
| **Precast Perimeter Wall** | | 20 | 25-Dec-19 | 31-Dec-19 | 02-Jun-20 | 29-Jun-20 | -129 |
| E00210 | INSTALL PRECAST WALL, BLDG. A | 20 | 25-Dec-19 | 31-Dec-19 | 02-Jun-20 | 29-Jun-20 | -129 |
| **Building** | | 276 | 22-Nov-19 | 27-Oct-20 | 09-Jan-20 A | 29-Jan-21 | -67 |
| **Startup** | | 6 | 22-Nov-19 | 29-Nov-19 | 09-Jan-20 A | 16-Jan-20 A | -34 |
| E00010 | BEGIN CONSTRUCTION | 0 | 22-Nov-19 | | 09-Jan-20 A | | -34 |
| E00020 | LAYOUT BUILDING & UTILITY | 6 | 22-Nov-19 | 29-Nov-19 | 09-Jan-20 A | 16-Jan-20 A | -34 |
| **Building Pad & Structure** | | 142 | 02-Dec-19 | 01-Apr-20 | 14-Jan-20 A | 30-Jul-20 | -85 |
| **BLDG. A** | | 133 | 02-Dec-19 | 03-Feb-20 | 14-Jan-20 A | 16-Jul-20 | -118 |
| **Foundation Construction BLDG. A** | | 11 | 02-Dec-19 | 16-Dec-19 | 14-Jan-20 A | 28-Jan-20 A | -31 |
| E00030 | EXCAVATE CONTINUOUS FOOTINGS, BLDG. A | 6 | 02-Dec-19 | 09-Dec-19 | 14-Jan-20 A | 21-Jan-20 A | -31 |
| E00050 | EXCAVATE ISOLATED, BLDG. A | 2 | 09-Dec-19 | 09-Dec-19 | 14-Jan-20 A | 15-Jan-20 A | -27 |
| E00060 | REINFORCE FOOTINGS, BLDG. A | 3 | 10-Dec-19 | 12-Dec-19 | 14-Jan-20 A | 16-Jan-20 A | -35 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
FAB & DELIVER - ROOF HATCHES/LADDERS
10-Jun-20, Fire Sprinkler
SHOP DRAWINGS & SUBMITTALS - FIRE SPRINKLER
A/E REVIEW & APPROVAL - FIRE SPRINKLER
FAB & DELIVER - FIRE SPRINKLER
23-Jul-20, Playground Equipments
SHOP DRAWINGS & SUBMITTALS - PLAYGROUND EQUIPMENTS
A/E REVIEW & APPROVAL - PLAYGROUND EQUIPMENTS
FAB & DELIVER - PLAYGROUND EQUIPMENTS
30-Apr-20, Dade County Buildign Department Permit Holds
Wood trusses shop drawings Dade County Approval
Roof Joists shop drawings Dade County Approval
Doors & Hardware shop drawings Dade County Approval
25-Feb-21, Construction
29-Jun-20, Site Work
03-Dec-19 A, Demolition
DEMOLITION OF EXISTING DEMO EXISTING INFRASTRUCTURE
SURVEY/TREE REMOVAL/ TREE PROTECTION
20-Dec-19 A, Mobilization
MOBILIZATION
SET LINE AND GRADE BENCHMARKS
PREPARE SITE - CONSTRUCTION ENTRANCE AND SILT FENCE
20-May-20, Building Excavation and Utilities
21-Jan-20 A, Building Excavation
SITE CLEARING
BUILDING EXCAVATION
26-Feb-20 A, Drainage
LAYOUT / GRADE/ STAKES SEWAGE SYSTEM
DRAINAGE EXCAVATION
INSTALL STORM DRAINAGE 6"
INSTALL CATCH BASINS
INSTALL FRENCH DRAIN
INSTALL SAND FILTERED FRENCH DRAIN
INSTALL STORM DRAINAGE 10"
06-May-20, Sewage
EXCAVATE SEWAGE SYSTEM (ONSITE)
EXCAVATE SEWAGE SYSTEM (OFFSITE)
13-May-20, Water Service
INSTALL WATER SERVICE, WATER SERVICE
INSTALL UNDERGROUND FIRE SERVICE PIPE, WATER SERVICE
INSTALL NEW WATER METER, WATER SERVICE
20-May-20, Fire Hydrant
PREPARE AREA FIRE HYDRANTS
INSTALL FIRE HYDRANTS/COMPLETE ASSEMBLY
29-Jun-20, Precast Perimeter Wall
INSTALL PRECAST WALL, BLDG. A
29-Jan-21, Building
16-Jan-20 A, Startup
BEGIN CONSTRUCTION, 09-Jan-20 A
LAYOUT BUILDING & UTILITY
30-Jul-20, Building Pad & Structure
16-Jul-20, BLDG. A
28-Jan-20 A, Foundation Construction BLDG. A
EXCAVATE CONTINUOUS FOOTINGS, BLDG. A
EXCAVATE ISOLATED, BLDG. A
REINFORCE FOOTINGS, BLDG. A

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| E00070 | INSPECT FOOTINGS, BLDG. A | 0 | 13-Dec-19 | | 19-Jan-20 A | | -36 |
| E00080 | POUR FOOTINGS, BLDG. A | 1 | 16-Dec-19 | 16-Dec-19 | 28-Jan-20 A | 28-Jan-20 A | -31 |
| **Under Slab Utilities, BLDG. A** | | **36** | **17-Dec-19** | **18-Dec-19** | **09-Mar-20 A** | **27-Apr-20 A** | **-93** |
| E00097 | INSTALL UTILITIES UNDER SLAB, BLDG. A | 10 | | | 09-Mar-20 A | 20-Mar-20 A | |
| E00095 | COVID-19 DELAY (UNDERGROUND UTILITIES DELAYED) | 16 | | | 20-Mar-20 A | 10-Apr-20 A | |
| E00090 | INSTALL UTILITIES UNDER SLAB, BLDG. A | 26 | 17-Dec-19 | 18-Dec-19 | 21-Mar-20 A | 27-Apr-20 A | -93 |
| E00100 | INSPECT UTILITIES UNDER SLAB, BLDG. A | 0 | 18-Dec-19 | | 27-Apr-20 A | | -92 |
| **Concrete Slab, BLDG. A** | | **7** | **17-Dec-19** | **24-Dec-19** | **30-Apr-20** | **08-May-20** | **-98** |
| E00110 | FINE GRADE UNDER SLAB, BLDG. A | 1 | 17-Dec-19 | 17-Dec-19 | 30-Apr-20 | 30-Apr-20 | -97 |
| E00120 | TERMITE TREATMENT UNDER SLAB, BLDG. A | 1 | 17-Dec-19 | 17-Dec-19 | 01-May-20 | 01-May-20 | -98 |
| E00140 | FORM SOG, BLDG. A | 3 | 18-Dec-19 | 20-Dec-19 | 04-May-20 | 06-May-20 | -98 |
| E00145 | Provide Termite tratment Certificate, BLDG. A | 0 | | | 04-May-20 | | |
| E00150 | REINFORCE SOG, BLDG. A | 1 | 23-Dec-19 | 23-Dec-19 | 07-May-20 | 07-May-20 | -98 |
| E00160 | POUR SOG, BLDG. A | 1 | 24-Dec-19 | 24-Dec-19 | 08-May-20 | 08-May-20 | -98 |
| E00170 | INSPECT SOG, BLDG. A | 1 | 24-Dec-19 | 24-Dec-19 | 08-May-20 | 08-May-20 | -98 |
| **Masonry Construction, BLDG. A** | | **74** | **25-Dec-19** | **31-Jan-20** | **22-Jan-20 A** | **04-May-20** | **-66** |
| E00180 | INSTALL MASONRY, BLDG. A | 74 | 25-Dec-19 | 31-Dec-19 | 22-Jan-20 A | 04-May-20 | -89 |
| E00200 | INSTALL MASONRY PARAPET, BLDG. A | 70 | 30-Jan-20 | 31-Jan-20 | 27-Jan-20 A | 01-May-20 | -65 |
| E00190 | INSPECT MASONRY, BLDG. A | 0 | 01-Jan-20 | | 29-Jan-20 A | | -19 |
| **First Floor Concrete Columns, BLDG. A** | | **25** | **25-Dec-19** | **01-Jan-20** | **22-Jan-20 A** | **25-Feb-20 A** | **-39** |
| E00220 | INSTALL REINFORCING CONCRETE COLUMNS, BLDG. A | 22 | 25-Dec-19 | 27-Dec-19 | 22-Jan-20 A | 20-Feb-20 A | -39 |
| E00230 | FORM CONCRETE COLUMNS, BLDG. A | 20 | 27-Dec-19 | 31-Dec-19 | 27-Jan-20 A | 21-Feb-20 A | -38 |
| E00240 | INSPECT CONCRETE COLUMNS, BLDG. A | 0 | 01-Jan-20 | | 24-Feb-20 A | | -37 |
| E00250 | POUR CONCRETE COLUMNS, BLDG. A | 1 | 01-Jan-20 | 01-Jan-20 | 25-Feb-20 A | 25-Feb-20 A | -39 |
| **Roof Level Concrete Beams, BLDG. A** | | **7** | **02-Jan-20** | **09-Jan-20** | **17-Mar-20 A** | **25-Mar-20 A** | **-54** |
| E00260 | FORM CONCRETE BEAMS, ROOF LEVEL, BLDG. A | 7 | 02-Jan-20 | 06-Jan-20 | 17-Mar-20 A | 25-Mar-20 A | -57 |
| E00270 | REINFORCE CONCRETE BEAMS, ROOF LEVEL, BLDG. A | 7 | 06-Jan-20 | 08-Jan-20 | 17-Mar-20 A | 25-Mar-20 A | -55 |
| E00275 | REMOVE TIE-BEAM HOLD | 1 | | | 23-Mar-20 A | 23-Mar-20 A | |
| E00280 | INSPECT CONCRETE BEAMS, ROOF LEVEL, BLDG. A | 0 | 09-Jan-20 | | 24-Mar-20 A | | -52 |
| E00290 | POUR CONCRETE BEAMS, ROOF LEVEL, BLDG. A | 1 | 09-Jan-20 | 09-Jan-20 | 25-Mar-20 A | 25-Mar-20 A | -54 |
| **Roof Metal Framing, BLDG. A** | | **20** | **10-Jan-20** | **17-Jan-20** | **13-Apr-20 A** | **11-May-20** | **-80** |
| E00300 | INSTALL STEEL COLUMNS AND GIRDERS, ROOF LEVEL, BLDG. A | 1 | 10-Jan-20 | 10-Jan-20 | 13-Apr-20 A | 13-Apr-20 A | -66 |
| E00310 | INSTALL STEEL JOISTS, ROOF LEVEL, BLDG. A | 19 | 13-Jan-20 | 17-Jan-20 | 14-Apr-20 A | 08-May-20 | -80 |
| E00320 | INSPECT STEEL JOIST, ROOF LEVEL, BLDG. A | 0 | 17-Jan-20 | | 11-May-20 | | -80 |
| **Roofing, BLDG. A** | | **49** | **20-Jan-20** | **03-Feb-20** | **11-May-20** | **16-Jul-20** | **-118** |
| E00330 | INSTALL GALVANIZED METAL DECK, BLDG. A | 7 | 20-Jan-20 | 23-Jan-20 | 11-May-20 | 19-May-20 | -83 |
| E00370 | INSTALL MECHANICAL ROUGH-IN, ROOF DECK, BLDG. A | 3 | 22-Jan-20 | 22-Jan-20 | 11-Jun-20 | 16-Jun-20 | -104 |
| E00380 | INSTALL FIRESTOPPING, ROOF DECK, BLDG. A | 3 | 22-Jan-20 | 22-Jan-20 | 12-Jun-20 | 16-Jun-20 | -104 |
| E00390 | INSTALL ELECTRICAL ROUGH-IN, ROOF DECK, BLDG. A | 3 | 23-Jan-20 | 23-Jan-20 | 15-Jun-20 | 17-Jun-20 | -104 |
| E00400 | INSTALL PLUMBING ROUGH-IN, ROOF DECK, BLDG. A | 3 | 24-Jan-20 | 24-Jan-20 | 16-Jun-20 | 18-Jun-20 | -104 |
| E00385 | INSPECT ROOF METAL DECK, BLDG. A | 0 | | | 19-Jun-20 | | |
| E01260 | INSTALL WOOD TRUSSES, BLDG. A | 5 | 20-Jan-20 | 23-Jan-20 | 22-Jun-20 | 29-Jun-20 | -112 |
| E01265 | INSPECT WOOD TRUSSES, BLDG. A | 0 | | | 29-Jun-20 | | |
| E00360 | POUR LIGHTWEIGHT INSULATED CONCRETE ROOF DECK, BLDG. A | 2 | 29-Jan-20 | 29-Jan-20 | 30-Jun-20 | 01-Jul-20 | -110 |
| E00365 | INSTALL STANDING SEAM METAL PANELS, BLDG. A | 4 | | | 01-Jul-20 | 07-Jul-20 | |
| E00410 | CURE CONCRETE ROOF DECK, BLDG. A | 3 | 30-Jan-20 | 03-Feb-20 | 06-Jul-20 | 08-Jul-20 | -112 |
| E00415 | PERFORM PULL TEST ON LIGHTWEIGHT CONCRETE, BLDG. A | 1 | | | 09-Jul-20 | 09-Jul-20 | |
| E00417 | INSTALL SINGLE PLY MEMBRANE, BLDG. A | 5 | | | 10-Jul-20 | 16-Jul-20 | |
| E00367 | INSPECT ROOFING SYSTEM - BLDG A | 0 | | | 16-Jul-20 | | |
| **BLDG. ADMIN** | | **137** | **17-Dec-19** | **11-Mar-20** | **14-Jan-20 A** | **22-Jul-20** | **-95** |
| **Foundation Construction BLDG. ADMIN** | | **13** | **17-Dec-19** | **25-Dec-19** | **14-Jan-20 A** | **30-Jan-20 A** | **-26** |
| E00430 | EXCAVATE CONTINUOUS FOOTINGS, BLDG. ADMIN | 1 | 17-Dec-19 | 17-Dec-19 | 14-Jan-20 A | 14-Jan-20 A | -20 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
INSPECT FOOTINGS, BLDG. A, 19-Jan-20 A
27-Apr-20 A, Under Slab Utilities, BLDG. A
COVID-19 DELAY (UNDERGROUND UTILITIES DELAYED)
DELAY AFFECTING THE MOST CRITICAL PATH
INSPECT UTILITIES UNDER SLAB, BLDG. A, 27-Apr-20 A
08-May-20, Concrete Slab, BLDG. A
Provide Termite tratment Certificate, BLDG. A, 04-May-20
04-May-20, Masonry Construction, BLDG. A
INSPECT MASONRY, BLDG. A, 29-Jan-20 A
25-Feb-20 A, First Floor Concrete Columns, BLDG. A
INSPECT CONCRETE COLUMNS, BLDG. A, 24-Feb-20 A
25-Mar-20 A, Roof Level Concrete Beams, BLDG. A
INSPECT CONCRETE BEAMS, ROOF LEVEL, BLDG. A, 24-Mar-20 A
11-May-20, Roof Metal Framing, BLDG. A
INSPECT STEEL JOIST, ROOF LEVEL, BLDG. A, 11-May-20
16-Jul-20, Roofing, BLDG. A
INSPECT ROOF METAL DECK, BLDG. A, 19-Jun-20
INSPECT WOOD TRUSSES, BLDG. A, 29-Jun-20
INSPECT ROOFING SYSTEM - BLDG A, 16-Jul-20
22-Jul-20, BLDG. ADMIN
30-Jan-20 A, Foundation Construction BLDG. ADMIN

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance BL Finish |
|---|---|---|---|---|---|---|---|
| E0040 | EXCAVATE ISOLATED & LEG/WFOOT'G FOOTINGS, BLDG. ADMIN | 1 | 17-Dec-19 | 17-Dec-19 | 14-Jan-20 A | 14-Jan-20 A | -20 |
| E0045 | REINFORCE FOOTINGS, ADMIN | 1 | 24-Dec-19 | | 28-Jan-20 A | 28-Jan-20 A | -25 |
| E0470 | INSPECT FOOTINGS, BLDG. ADMIN | 0 | | | 29-Jan-20 A | 29-Jan-20 A | -25 |
| E0040 | POUR FOOT SOG, BLDG. ADMIN | 1 | 25-Dec-19 | 25-Dec-19 | 30-Jan-20 A | 30-Jan-20 A | -25 |
| | **Under Slab Utilities, BLDG. ADMIN** | 30 | 26-Dec-19 | 29-Dec-19 | 23-Mar-20 A | 04-May-20 | -90 |
| E0040 | INSTALL UTILITIES UNDER SLAB, BLDG. ADMIN | 30 | 26-Dec-19 | 26-Dec-19 | 31-Mar-20 A | 01-May-20 | -90 |
| E0470 | INSPECT UTILITIES UNDER SLAB, BLDG. ADMIN | 0 | 27-Dec-19 | | 28-Mar-20 A | | -90 |
| | **Final Prep/Pour Slab, BLDG. ADMIN** | 3 | 30-Dec-19 | 31-Dec-19 | 05-May-20 | 07-May-20 | -93 |
| E0010 | FINE GRADE UNDER SLAB, BLDG. ADMIN | 1 | 26-Dec-19 | 30-Dec-19 | 30-Apr-20 | 30-Apr-20 | -90 |
| E0050 | TERMITE TREATMENT UNDER SLAB, BLDG. ADMIN | 1 | 26-Dec-19 | 26-Dec-19 | 30-Apr-20 | 30-Apr-20 | -90 |
| E0470 | INSPECT TERMITE TREATMENT UNDER SLAB, BLDG. ADMIN | 0 | 27-Dec-19 | 27-Dec-19 | 01-May-20 | 01-May-20 | -90 |
| E0040 | FORM SOG, BLDG. ADMIN | 1 | 30-Dec-19 | 30-Dec-19 | 04-May-20 | 04-May-20 | -90 |
| E0050 | REINFORCE SOG, BLDG. ADMIN | 1 | 31-Dec-19 | 31-Dec-19 | 04-May-20 | 05-May-20 | -90 |
| E0060 | POUR SOG, BLDG. ADMIN | 1 | 31-Dec-19 | | 04-May-20 | 05-May-20 | -90 |
| E0470 | INSPECT SOG, BLDG. ADMIN | 0 | 31-Dec-19 | | 05-May-20 | | -90 |
| | **Masonry Construction, BLDG. ADMIN** | 51 | 01-Jan-20 | 20-Jan-20 | 20-Feb-20 A | 30-Apr-20 | -73 |
| E0080 | INSTALL MASONRY, BLDG. ADMIN | 4 | 01-Jan-20 | 07-Jan-20 | 20-Feb-20 A | 25-Feb-20 A | -35 |
| E0080 | INSPECT MASONRY BLDG. ADMIN | 0 | 08-Jan-20 | | 25-Feb-20 A | | -33 |
| E0080 | INSTALL MASONRY PARAPET, BLDG. ADMIN | 47 | 17-Jan-20 | 20-Jan-20 | 26-Feb-20 A | 30-Apr-20 | -73 |
| | **First Floor Concrete Columns, BLDG. ADMIN** | 17 | 01-Jan-20 | 08-Jan-20 | 29-Jan-20 A | 25-Feb-20 A | -34 |
| E0040 | REINFORCE CONCRETE COLUMNS, 1ST FLOOR, BLDG. ADMIN | 17 | 01-Jan-20 | 01-Jan-20 | 29-Jan-20 A | 20-Feb-20 A | -34 |
| E0050 | FORM CONCRETE COLUMNS, BLDG. ADMIN | 1 | 03-Jan-20 | 03-Jan-20 | 19-Feb-20 A | 21-Feb-20 A | -33 |
| E0040 | INSPECT CONCRETE COLUMNS, BLDG. ADMIN | 1 | 08-Jan-20 | 08-Jan-20 | 24-Feb-20 A | 24-Feb-20 A | -32 |
| E0060 | POUR CONCRETE COLUMNS, BLDG. ADMIN | 1 | 08-Jan-20 | 08-Jan-20 | 25-Feb-20 A | 25-Feb-20 A | -34 |
| | **Roof Level Concrete Beams, BLDG. ADMIN** | 9 | 08-Jan-20 | 16-Jan-20 | 24-Mar-20 A | 03-Apr-20 A | -56 |
| E0080 | INSPECT CONCRETE BEAMS, ROOF LEVEL, BLDG. ADMIN | 0 | 19-Jan-20 | | 24-Mar-20 A | | -47 |
| E0060 | FORM CONCRETE BEAMS, ROOF LEVEL, BLDG. ADMIN | 6 | 09-Jan-20 | 13-Jan-20 | 25-Mar-20 A | 01-Apr-20 A | -57 |
| E0050 | REINFORCE CONCRETE BEAMS, ROOF LEVEL, BLDG. ADMIN | 5 | 13-Jan-20 | 15-Jan-20 | 27-Mar-20 A | 30-Mar-20 A | -53 |
| E0060 | POUR CONCRETE BEAMS, ROOF LEVEL, BLDG. ADMIN | 2 | 16-Jan-20 | 16-Jan-20 | 02-Apr-20 A | 03-Apr-20 A | -56 |
| | **Roof Metal Framing, BLDG. ADMIN** | 23 | | | 13-Apr-20 A | 14-May-20 | -72 |
| E0081 | INSTALL STEEL COLUMNS AND GIRDERS, ROOF LEVEL, BLDG. ADMIN | 1 | | | 13-Apr-20 A | 13-Apr-20 A | -60 |
| E0080 | INSTALL JOISTS, ROOF LEVEL, BLDG. ADMIN | 22 | | | 14-Apr-20 A | 13-May-20 | -? |
| E0083 | INSPECT STEEL JOIST, ROOF LEVEL, BLDG. ADMIN | 0 | | | 14-May-20 | | -? |
| | **Roofing, BLDG. ADMIN** | 59 | 17-Jan-20 | 11-Mar-20 | 01-May-20 | 22-Jul-20 | -95 |
| E0060 | INSTALL GALVANIZED METAL DECK, BLDG. ADMIN | 4 | 03-Feb-20 | 04-Feb-20 | 14-May-20 | 19-May-20 | -73 |
| E0065 | INSTALL ROOF HATCH, BLDG. ADMIN | 1 | | | 03-Jun-20 | 04-Jun-20 | -? |
| E0070 | INSPECT ROOF METAL DECK, BLDG. ADMIN | 0 | 17-Jan-20 | | 22-Jun-20 | | -111 |
| E0070 | POUR LIGHTWEIGHT INSULATED CONCRETE ROOF DECK, BLDG. ADMIN | 2 | 12-Feb-20 | 12-Feb-20 | 23-Jun-20 | 23-Jun-20 | -94 |
| E0070 | INSTALL MECHANICAL ROUGH-IN, ROOF DECK, BLDG. ADMIN | 5 | 05-Feb-20 | 05-Feb-20 | 24-Jun-20 | 24-Jun-20 | -100 |
| E0070 | CURE CONCRETE ROOF DECK, BLDG. ADMIN | 3 | 13-Feb-20 | 17-Feb-20 | 24-Jun-20 | 26-Jun-20 | -94 |
| E0070 | INSTALL ELECTRICAL ROUGH-IN, ROOF DECK, BLDG. ADMIN | 6 | 04-Feb-20 | 04-Feb-20 | 25-Jun-20 | 25-Jun-20 | -100 |
| E0070 | INSTALL PLUMBING ROUGH-IN, ROOF DECK, BLDG. ADMIN | 1 | 07-Feb-20 | 07-Feb-20 | 26-Jun-20 | 26-Jun-20 | -100 |
| E0070 | INSTALL FIRESTOPPING, ROOF DECK, BLDG. ADMIN | 1 | 05-Feb-20 | 05-Feb-20 | 29-Jun-20 | 29-Jun-20 | -103 |
| E0015 | PERFORM FULL TEST ON LIGHTWEIGHT CONCRETE ROOF DECK, BLDG. ADMIN | 1 | | | 09-Jul-20 | 09-Jul-20 | -? |
| E0070 | INSTALL SINGLE PLY MEMBRANE, BLDG. ADMIN | 5 | 31-Jan-20 | | 10-Jul-20 | 16-Jul-20 | -119 |
| E0070 | INSTALL STANDING SEAM METAL PANELS, BLDG. ADMIN | 4 | | | 16-Jul-20 | 22-Jul-20 | -? |
| E0027 | INSPECT ROOFING SYSTEM, BLDG. ADMIN | 0 | | | 22-Jul-20 | | -? |
| | **Back Overhang Roofing** | 17 | 20-Feb-20 | 03-Mar-20 | 01-May-20 | 25-May-20 | -59 |
| E0134 | INSTALL TUBES FRAMING, BO, BLDG. ADMIN | 10 | 24-Feb-20 | 21-Feb-20 | 01-May-20 | 14-May-20 | -59 |
| E0134 | INSTALL EXTERIOR PLYWOOD ROOF SHEATHING, BO, BLDG. ADMIN | 1 | 24-Feb-20 | 26-Feb-20 | 15-May-20 | 19-May-20 | -59 |
| E0135 | INSTALL METAL ROOFING, BO, BLDG. ADMIN | 4 | 27-Feb-20 | 03-Mar-20 | 20-May-20 | 25-May-20 | -59 |
| | **Front Overhang Roofing** | 9 | 24-Feb-20 | 05-Mar-20 | 15-May-20 | 27-May-20 | -59 |

---

Legend: Remaining Level of Effort · Critical Remaining Work · Actual Level of Effort · Milestone · Actual Work · Summary · Remaining Work · Baseline Milestone · Target Schedule





LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| E01360 | INSTALL LIGHT GAGE FRAMING, FO, BLDG. ADMIN | 2 | 24-Feb-20 | 25-Feb-20 | 15-May-20 | 18-May-20 | -59 |
| E01370 | INSTALL EXTERIOR PLYWOOD ROOF SHEATHING, FO, BLDG. ADMIN | 3 | 26-Feb-20 | 28-Feb-20 | 19-May-20 | 21-May-20 | -59 |
| E01380 | INSTALL SEAM METAL ROOFING, FO, BLDG. ADMIN | 4 | 02-Mar-20 | 05-Mar-20 | 22-May-20 | 27-May-20 | -59 |
| **Upper Lobby Roofing** | | 11 | 26-Feb-20 | 11-Mar-20 | 19-May-20 | 02-Jun-20 | -59 |
| E01390 | INSTALL LIGHT JOIST AND EDGE TUBE FRAMING, UL, BLDG. ADMIN | 2 | 26-Feb-20 | 27-Feb-20 | 19-May-20 | 20-May-20 | -59 |
| E01400 | INSTALL GALVANIZED METAL DECK, UL, BLDG. ADMIN | 2 | 28-Feb-20 | 02-Mar-20 | 21-May-20 | 22-May-20 | -59 |
| E01410 | INSTALL EXTERIOR PLYWOOD ROOF SHEATHING, UL, BLDG. ADMIN | 3 | 03-Mar-20 | 05-Mar-20 | 25-May-20 | 27-May-20 | -59 |
| E01420 | INSTALL SEAM METAL ROOFING, UL, BLDG. ADMIN | 4 | 06-Mar-20 | 11-Mar-20 | 28-May-20 | 02-Jun-20 | -59 |
| **BLDG. B** | | 142 | 26-Dec-19 | 01-Apr-20 | 14-Jan-20 A | 30-Jul-20 | -85 |
| **Foundation Construction BLDG. B** | | 13 | 26-Dec-19 | 18-Feb-20 | 14-Jan-20 A | 30-Jan-20 A | 13 |
| E00815 | EXCAVATE ISOLATED FOOTINGS, FOUNDATION, BLDG. B | 1 | | | 14-Jan-20 A | 14-Jan-20 A | |
| E00830 | EXCAVATE CONTINUOUS FOOTINGS, FOUNDATION, BLDG. B | 1 | 26-Dec-19 | 26-Dec-19 | 14-Jan-20 A | 14-Jan-20 A | -13 |
| E00820 | REINFORCE FOOTINGS, FOUNDATION, BLDG. B | 1 | 18-Feb-20 | 18-Feb-20 | 28-Jan-20 A | 28-Jan-20 A | 15 |
| E00870 | INSPECT FOOTINGS, FOUNDATION, BLDG. B | 0 | 02-Jan-20 | | 29-Jan-20 A | | -18 |
| E00880 | POUR FOOTINGS, FOUNDATION, BLDG. B | 1 | 03-Jan-20 | 03-Jan-20 | 30-Jan-20 A | 30-Jan-20 A | -19 |
| **Under Slab Utilities, BLDG. B** | | 34 | 06-Jan-20 | 07-Jan-20 | 21-Mar-20 A | 07-May-20 | -87 |
| E00890 | INSTALL UTILITIES UNDER SLAB, BLDG. B | 30 | 06-Jan-20 | 07-Jan-20 | 21-Mar-20 A | 01-May-20 | -83 |
| E00900 | INSPECT UTILITIES UNDER SLAB, BLDG. B | 28 | 07-Jan-20 | 07-Jan-20 | 31-Mar-20 A | 07-May-20 | -87 |
| **First Floor Concrete Slab, BLDG. B** | | 6 | 06-Jan-20 | 09-Jan-20 | 30-Apr-20 | 07-May-20 | -85 |
| E00910 | FINE GRADE UNDER SLAB, F1 CONCRETE SLAB, BLDG. B | 1 | 06-Jan-20 | 06-Jan-20 | 30-Apr-20 | 30-Apr-20 | -83 |
| E00920 | TERMITE TREATMENT UNDER SLAB, F1 CONCRETE SLAB, BLDG. B | 1 | 06-Jan-20 | 06-Jan-20 | 01-May-20 | 01-May-20 | -84 |
| E00930 | INSPECT TERMITE TREATMENT UNDER SLAB, F1 CONCRETE SLAB, BLDG. B | 1 | 06-Jan-20 | 06-Jan-20 | 01-May-20 | 01-May-20 | -84 |
| E00940 | FORM SOG, F1 CONCRETE SLAB, BLDG. B | 1 | 07-Jan-20 | 07-Jan-20 | 04-May-20 | 04-May-20 | -84 |
| E00950 | REINFORCE SOG, F1 CONCRETE SLAB, BLDG. B | 1 | 08-Jan-20 | 08-Jan-20 | 05-May-20 | 05-May-20 | -84 |
| E00960 | POUR SOG, F1 CONCRETE SLAB, BLDG. B | 1 | 09-Jan-20 | 09-Jan-20 | 07-May-20 | 07-May-20 | -85 |
| E00970 | INSPECT SOG, F1 CONCRETE SLAB, BLDG. B | 1 | 09-Jan-20 | 09-Jan-20 | 07-May-20 | 07-May-20 | -85 |
| **Masonry Construction, BLDG. B** | | 88 | 10-Jan-20 | 26-Feb-20 | 22-Jan-20 A | 22-May-20 | -62 |
| E00980 | INSTALL MASONRY, BLDG. B | 34 | 10-Jan-20 | 16-Jan-20 | 22-Jan-20 A | 09-Mar-20 A | -37 |
| E00990 | INSPECT MASONRY, BLDG. B | 1 | 17-Jan-20 | 17-Jan-20 | 25-Feb-20 A | 25-Feb-20 A | -27 |
| E01000 | INSTALL MASONRY PARAPET, BLDG. B | 3 | 24-Feb-20 | 26-Feb-20 | 20-May-20 | 22-May-20 | -62 |
| **Precast Wall, BLDG. B** | | 5 | 10-Jan-20 | 16-Jan-20 | 30-Apr-20 | 06-May-20 | -79 |
| E01010 | INSTALL PRECAST WALL, BLDG. B | 5 | 10-Jan-20 | 16-Jan-20 | 30-Apr-20 | 06-May-20 | -79 |
| **First Floor Concrete Columns, BLDG. B** | | 25 | 10-Jan-20 | 17-Jan-20 | 22-Jan-20 A | 25-Feb-20 A | -27 |
| E01020 | REINFORCE CONCRETE COLUMNS, BLDG. B | 22 | 10-Jan-20 | 14-Jan-20 | 22-Jan-20 A | 20-Feb-20 A | -27 |
| E01030 | FORM CONCRETE COLUMNS, BLDG. B | 3 | 14-Jan-20 | 16-Jan-20 | 19-Feb-20 A | 21-Feb-20 A | -26 |
| E01040 | INSPECT CONCRETE COLUMNS, BLDG. B | 1 | 17-Jan-20 | 17-Jan-20 | 24-Feb-20 A | 24-Feb-20 A | -26 |
| E01050 | POUR CONCRETE COLUMNS, BLDG. B | 1 | 17-Jan-20 | 17-Jan-20 | 25-Feb-20 A | 25-Feb-20 A | -27 |
| **Roof Level Concrete Beams, BLDG. B** | | 10 | 20-Jan-20 | 27-Jan-20 | 17-Mar-20 A | 30-Mar-20 A | -45 |
| E01060 | FORM CONCRETE BEAMS, ROOF LEVEL, BLDG. B | 9 | 20-Jan-20 | 22-Jan-20 | 17-Mar-20 A | 27-Mar-20 A | -47 |
| E01070 | REINFORCE CONCRETE BEAMS, ROOF LEVEL, BLDG. B | 4 | 22-Jan-20 | 24-Jan-20 | 20-Mar-20 A | 25-Mar-20 A | -43 |
| E01080 | INSPECT CONCRETE BEAMS, ROOF LEVEL, BLDG. B | 1 | 27-Jan-20 | 27-Jan-20 | 26-Mar-20 A | 26-Mar-20 A | -43 |
| E01090 | POUR CONCRETE BEAMS, ROOF LEVEL, BLDG. B | 1 | 27-Jan-20 | 27-Jan-20 | 30-Mar-20 A | 30-Mar-20 A | -45 |
| **Roof Metal Framing, BLDG. B** | | 19 | 28-Jan-20 | 11-Feb-20 | 13-Apr-20 A | 07-May-20 | -62 |
| E01100 | INSTALL STEEL COLUMNS AND GIRDERS, ROOF LEVEL, BLDG. B. | 1 | 28-Jan-20 | 28-Jan-20 | 13-Apr-20 A | 13-Apr-20 A | -54 |
| E01110 | INSTALL STEEL JOISTS, ROOF LEVEL, BLDG. B | 18 | 29-Jan-20 | 11-Feb-20 | 14-Apr-20 A | 07-May-20 | -62 |
| E01120 | INSPECT STEEL JOIST, ROOF LEVEL, BLDG. B | 1 | 11-Feb-20 | 11-Feb-20 | 07-May-20 | 07-May-20 | -62 |
| **Roofing, BLDG. B** | | 57 | 12-Feb-20 | 01-Apr-20 | 12-May-20 | 30-Jul-20 | -85 |
| **Lightweight Insulated Concrete** | | 57 | 12-Feb-20 | 01-Apr-20 | 12-May-20 | 30-Jul-20 | -85 |
| E01140 | REINFORCE CONCRETE ROOF DECK, BLDG. B | 4 | 14-Feb-20 | 19-Feb-20 | 12-May-20 | 15-May-20 | -62 |
| E01170 | INSTALL MECHANICAL ROUGH-IN, ROOF DECK, BLDG. B | 1 | 14-Feb-20 | 14-Feb-20 | 12-May-20 | 12-May-20 | -62 |
| E01180 | INSTALL FIRESTOPPING, ROOF DECK, BLDG. B | 1 | 14-Feb-20 | 14-Feb-20 | 12-May-20 | 12-May-20 | -62 |
| E01190 | INSTALL ELECTRICAL ROUGH-IN, ROOF DECK, BLDG. B | 1 | 17-Feb-20 | 17-Feb-20 | 13-May-20 | 13-May-20 | -62 |
| E01200 | INSTALL PLUMBING ROUGH-IN, ROOF DECK, BLDG. B | 1 | 18-Feb-20 | 18-Feb-20 | 14-May-20 | 14-May-20 | -62 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
02-Jun-20, Upper Lobby Roofing
30-Jul-20, BLDG. B
30-Jan-20 A, Foundation Construction BLDG. B
INSPECT FOOTINGS, FOUNDATION, BLDG. B, 29-Jan-20 A
07-May-20, Under Slab Utilities, BLDG. B
07-May-20, First Floor Concrete Slab, BLDG. B
22-May-20, Masonry Construction, BLDG. B
06-May-20, Precast Wall, BLDG. B
25-Feb-20 A, First Floor Concrete Columns, BLDG. B
30-Mar-20 A, Roof Level Concrete Beams, BLDG. B
07-May-20, Roof Metal Framing, BLDG. B
30-Jul-20, Roofing, BLDG. B
30-Jul-20, Lightweight Insulated Concrete

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21

LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| E01150 | INSPECT CONCRETE ROOF DECK, BLDG. B | 1 | 20-Feb-20 | 20-Feb-20 | 18-May-20 | 18-May-20 | -62 |
| E01160 | POUR LIGHTWEIGHT INSULATED CONCRETE ROOF DECK, BLDG. B | 1 | 21-Feb-20 | 21-Feb-20 | 19-May-20 | 19-May-20 | -62 |
| E01210 | CURE CONCRETE ROOF DECK, BLDG. B | 3 | 24-Feb-20 | 26-Feb-20 | 20-May-20 | 22-May-20 | -62 |
| E01430 | INSTALL ROOF HATCHES / LADDERS, BLDG. B | 3 | 26-Feb-20 | 28-Feb-20 | 20-May-20 | 22-May-20 | -60 |
| E01220 | REMOVE CONCRETE ROOF DECK, BLDG. B | 1 | 27-Feb-20 | 27-Feb-20 | 25-May-20 | 25-May-20 | -62 |
| E01450 | INSTALL ROOFING, BLDG. B | 15 | 12-Mar-20 | 01-Apr-20 | 09-Jul-20 | 29-Jul-20 | -85 |
| E01460 | INSTALL WOOD TRUSSES, BLDG. B | 6 | 12-Feb-20 | 17-Feb-20 | 14-Jul-20 | 21-Jul-20 | -111 |
| E01472 | INSTALL GALVANIZED METAL DECK, BLDG. B | 5 | | | 14-Jul-20 | 20-Jul-20 | |
| E01470 | INSTALL GALVANIZED METAL DECK, BLDG. B | 6 | 14-Feb-20 | 19-Feb-20 | 16-Jul-20 | 23-Jul-20 | -111 |
| E01480 | INSTALL EXTERIOR PLYWOOD ROOF SHEATHING, BLDG. B | 6 | 18-Feb-20 | 21-Feb-20 | 20-Jul-20 | 27-Jul-20 | -111 |
| E01490 | INSTALL STANDING SEAM METAL ROOF SYSTEM, BLDG. B | 6 | 20-Feb-20 | 25-Feb-20 | 22-Jul-20 | 29-Jul-20 | -111 |
| E01440 | INSTALL ROOF SHEET METAL FLASHING & TRIM, BLDG. B | 3 | 26-Feb-20 | 28-Feb-20 | 27-Jul-20 | 29-Jul-20 | -108 |
| E01500 | FINAL INSPECTION ROOFING | 0 | 01-Apr-20 | | 30-Jul-20 | | -85 |
| **Interior** | | 196 | 13-Feb-20 | 30-Sep-20 | 30-Apr-20 | 29-Jan-21 | -86 |
| **Interior BLDG. A** | | 87 | 17-Feb-20 | 30-Sep-20 | 29-Jul-20 | 27-Nov-20 | -42 |
| E01530 | OH DUCTWORK ROUGH-IN, INT. BDLG. A | 6 | 17-Feb-20 | 06-Mar-20 | 29-Jul-20 | 06-Aug-20 | -109 |
| E01540 | LAY-OUT PARTITION WALLS, INT. BDLG. A | 2 | 18-Feb-20 | 19-Feb-20 | 31-Jul-20 | 03-Aug-20 | -118 |
| E01550 | OH FIRE ALARM ROUGH-IN, INT. BDLG. A | 5 | 20-Feb-20 | 11-Mar-20 | 04-Aug-20 | 10-Aug-20 | -108 |
| E01570 | OH FIRE SPRINKLER ROUGH-IN, INT. BDLG. A | 5 | 06-Mar-20 | 26-Mar-20 | 05-Aug-20 | 11-Aug-20 | -98 |
| E01560 | OH PLUMBING ROUGH, INT. BDLG. A | 3 | 06-Mar-20 | 26-Mar-20 | 12-Aug-20 | 14-Aug-20 | -101 |
| E01580 | INSPECT OH MEP ROUGH, INT. BDLG. A | 1 | 27-Mar-20 | 27-Mar-20 | 17-Aug-20 | 17-Aug-20 | -101 |
| E01590 | SET AHU'S, INT. BDLG. A | 2 | 30-Mar-20 | 31-Mar-20 | 18-Aug-20 | 19-Aug-20 | -101 |
| E01600 | INSULATE DUCTWORK, INT. BDLG. A | 5 | 01-Apr-20 | 14-Apr-20 | 20-Aug-20 | 26-Aug-20 | -96 |
| E01610 | FRAME PARTITION WALLS, INT. BDLG. A | 3 | 15-Apr-20 | 24-Apr-20 | 27-Aug-20 | 31-Aug-20 | -91 |
| E01620 | INSPECT FRAMED PARTITION WALLS, INT. BDLG. A | 8 | 27-Apr-20 | 06-May-20 | 01-Sep-20 | 10-Sep-20 | -91 |
| E01630 | IN-WALL ELECTRICAL ROUGH-IN, INT. BDLG. A | 5 | 07-May-20 | 21-May-20 | 11-Sep-20 | 17-Sep-20 | -85 |
| E01640 | INSTALL INTERIOR DOOR FRAMES, INT. BDLG. A | 5 | 07-May-20 | 13-May-20 | 11-Sep-20 | 17-Sep-20 | -91 |
| E01650 | IN-WALL PLUMBING ROUGH-IN, INT. BDLG. A | 5 | 07-May-20 | 18-May-20 | 11-Sep-20 | 17-Sep-20 | -88 |
| E01660 | OH LIGHTING ROUGH-IN, INT. BDLG. A | 8 | 08-May-20 | 19-May-20 | 14-Sep-20 | 23-Sep-20 | -91 |
| E01670 | IN-WALL LOW VOLTAGE ROUGH-IN, INT. BDLG. A | 7 | 08-May-20 | 22-May-20 | 14-Sep-20 | 22-Sep-20 | -87 |
| E01680 | INSTALL BACKING FOR CASEWORK, INT. BDLG. A | 5 | 08-May-20 | 12-May-20 | 14-Sep-20 | 18-Sep-20 | -93 |
| E01690 | ELECT/PLUMB ROUGH COMPLETE, INT. BDLG. A | 0 | 21-May-20 | | 18-Sep-20 | | -85 |
| E01710 | INSPECT MEP IN-WALL ROUGH-IN, INT. BDLG. A | 1 | 25-May-20 | 25-May-20 | 23-Sep-20 | 23-Sep-20 | -87 |
| E01700 | OH LOW VOLTAGE ROUGH-IN, INT. BDLG. A | 3 | 25-May-20 | 03-Jun-20 | 24-Sep-20 | 28-Sep-20 | -83 |
| E01720 | INSPECT OH LOW VOLTAGE/LIGHTING ROUGH-IN, INT. BDLG. A | 1 | 04-Jun-20 | 04-Jun-20 | 29-Sep-20 | 29-Sep-20 | -83 |
| E01730 | INSTALL METAL STUD, INT. BDLG. A | 3 | 04-Jun-20 | 08-Jun-20 | 29-Sep-20 | 01-Oct-20 | -83 |
| E01890 | INSTALL CEILING GRID, INT. BDLG. A | 5 | 11-Aug-20 | 17-Aug-20 | 30-Sep-20 | 06-Oct-20 | -36 |
| E01740 | INSULATE PARTITION WALLS, INT. BDLG. A | 5 | 08-Jun-20 | 17-Jun-20 | 01-Oct-20 | 07-Oct-20 | -80 |
| E01920 | INSTALL CEILING GRID COMPLETE, INT. BDLG. A | 0 | | 17-Aug-20 | | 06-Oct-20 | -36 |
| E01990 | INSTALL LIGHTS, INT. BDLG. A | 4 | 04-Sep-20 | 09-Sep-20 | 07-Oct-20 | 12-Oct-20 | -23 |
| E02000 | A/C TRIM-OUT, INT. BDLG. A | 3 | 04-Sep-20 | 08-Sep-20 | 07-Oct-20 | 09-Oct-20 | -23 |
| E02010 | SIGNAGE, INT. BDLG. A | 2 | 04-Sep-20 | 07-Sep-20 | 07-Oct-20 | 08-Oct-20 | -23 |
| E01750 | INSPECT INSULATION WALLS, INT. BDLG. A | 5 | 18-Jun-20 | 29-Jun-20 | 08-Oct-20 | 14-Oct-20 | -77 |
| E02030 | DROP CEILING TILE, INT. BDLG. A | 5 | 15-Sep-20 | 21-Sep-20 | 09-Oct-20 | 15-Oct-20 | -18 |
| E02040 | FIRE SPRINKLER TRIM-OU, INT. BDLG. A | 4 | 17-Sep-20 | 22-Sep-20 | 13-Oct-20 | 16-Oct-20 | -18 |
| E01760 | HANG DRYWALL, INT. BDLG. A | 5 | 30-Jun-20 | 20-Jul-20 | 15-Oct-20 | 21-Oct-20 | -67 |
| E02050 | INSTALL BATHROOM ACCESSORIES, INT. BDLG. A | 2 | 23-Sep-20 | 24-Sep-20 | 19-Oct-20 | 20-Oct-20 | -18 |
| E01770 | TAPE & FINISH DRYWALL, INT. BDLG. A | 5 | 06-Jul-20 | 17-Jul-20 | 21-Oct-20 | 27-Oct-20 | -72 |
| E02060 | FINAL CLEAN 5 COATS, INT. BDLG. A | 2 | 25-Sep-20 | 28-Sep-20 | 21-Oct-20 | 22-Oct-20 | -18 |

Remaining Level of Effort — Actual Level of Effort — Critical Remaining Work
Baseline Milestone — Actual Work — Milestone
Target Schedule — Remaining Work — summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| E01790 | HANG DRYWALL COMPLETE, INT. BDLG. A | 0 | 20-Jul-20 | | 22-Oct-20 | | -67 |
| E02070 | WAX FLOORS, INT. BDLG. A | 2 | 29-Sep-20 | 30-Sep-20 | 23-Oct-20 | 26-Oct-20 | -18 |
| E01780 | INSPECT TAPE & FINISH DRYWALL, INT. BDLG. A | 1 | 20-Jul-20 | 20-Jul-20 | 28-Oct-20 | 28-Oct-20 | -72 |
| E01870 | INSTALL CASEWORK/TOILET DIVISION, INT. BDLG. A | 5 | 11-Aug-20 | 13-Aug-20 | 28-Oct-20 | 03-Nov-20 | -58 |
| E01950 | PLUMBING TRIM-OUT, INT. BDLG. A | 4 | 25-Aug-20 | 28-Aug-20 | 28-Oct-20 | 02-Nov-20 | -46 |
| E01800 | SOUND-CAULK TOP & BOTTOM PARTITION WALLS, INT. BDLG. A | 4 | 21-Jul-20 | 24-Jul-20 | 29-Oct-20 | 03-Nov-20 | -72 |
| E01810 | FIRE CAULK PENETRATIONS, INT. BDLG. A | 3 | 27-Jul-20 | 29-Jul-20 | 04-Nov-20 | 06-Nov-20 | -72 |
| E01820 | PRIME WALLS, INT. BDLG. A | 5 | 27-Jul-20 | 31-Jul-20 | 04-Nov-20 | 10-Nov-20 | -72 |
| E01830 | SMOKE TAPE PARTITIONS, INT. BDLG. A | 3 | 27-Jul-20 | 29-Jul-20 | 04-Nov-20 | 06-Nov-20 | -72 |
| E01880 | PAINT WALLS, INT. BDLG. A | 5 | 11-Aug-20 | 17-Aug-20 | 04-Nov-20 | 10-Nov-20 | -61 |
| E01960 | FIRE EXTINGUISHER, INT. BLDG. A | 1 | 04-Sep-20 | 04-Sep-20 | 09-Nov-20 | 09-Nov-20 | -46 |
| E01970 | ELECTRICAL TRIM-OUT, INT. BDLG. A | 3 | 04-Sep-20 | 10-Sep-20 | 09-Nov-20 | 11-Nov-20 | -44 |
| E01980 | FIRE ALARM TRIM-OUT, INT. BDLG. A | 3 | 04-Sep-20 | 10-Sep-20 | 09-Nov-20 | 11-Nov-20 | -44 |
| E02080 | FINISH, INT. BDLG. A | 0 | 30-Sep-20 | | 10-Nov-20 | | -28 |
| E01840 | INSTALL VCT FLOORING, INT. BDLG. A | 5 | 03-Aug-20 | 10-Aug-20 | 11-Nov-20 | 17-Nov-20 | -71 |
| E01900 | INSTALL DOORS, INT. BDLG. A | 5 | 11-Aug-20 | 13-Aug-20 | 11-Nov-20 | 17-Nov-20 | -68 |
| E02020 | MEP TRIM COMPLETE, INT. BDLG. A | 0 | | 10-Sep-20 | | 11-Nov-20 | -44 |
| E01850 | VCT FLOORING COMPLETE, INT. BDLG. A | 0 | | 10-Aug-20 | | 17-Nov-20 | -71 |
| E01860 | INSTALL CERAMIC, INT. BLDG. A | 5 | 11-Aug-20 | 17-Aug-20 | 18-Nov-20 | 24-Nov-20 | -71 |
| E01910 | CERAMIC COMPLETE, INT. BDLG. A | 0 | | 17-Aug-20 | | 24-Nov-20 | -71 |
| E01930 | INSTALL CASEWORK COMPLETE, INT. BDLG. A | 0 | | 17-Aug-20 | | 24-Nov-20 | -71 |
| E01940 | INSPECT CEILING GRID, INT. BDLG. A | 3 | 18-Aug-20 | 24-Aug-20 | 25-Nov-20 | 27-Nov-20 | -69 |
| **Interior BLDG. ADMIN** | | 102 | 20-Feb-20 | 24-Sep-20 | 30-Jul-20 | 21-Dec-20 | -61 |
| E02110 | OH DUCTWORK ROUGH-IN, INT. BLDG. ADMIN | 6 | 20-Feb-20 | 11-Mar-20 | 30-Jul-20 | 06-Aug-20 | -106 |
| E02120 | LAY-OUT PARTITION WALLS, INT. BLDG. ADMIN | 6 | 21-Feb-20 | 25-Feb-20 | 31-Jul-20 | 07-Aug-20 | -118 |
| E02130 | OH FIRE ALARM ROUGH-IN, INT. BLDG. ADMIN | 6 | 26-Feb-20 | 17-Mar-20 | 10-Aug-20 | 17-Aug-20 | -109 |
| E02140 | OH PLUMBING ROUGH, INT. BLDG. ADMIN | 6 | 27-Feb-20 | 18-Mar-20 | 11-Aug-20 | 18-Aug-20 | -109 |
| E02150 | OH FIRE SPRINKLER ROUGH-IN, INT. BLDG. ADMIN | 6 | 27-Feb-20 | 18-Mar-20 | 11-Aug-20 | 18-Aug-20 | -109 |
| E02160 | INSPECT OH MEP ROUGH, INT. BLDG. ADMIN | 1 | 19-Mar-20 | 19-Mar-20 | 19-Aug-20 | 19-Aug-20 | -109 |
| E02170 | SET AHU'S, INT. BLDG. ADMIN | 4 | 20-Mar-20 | 25-Mar-20 | 20-Aug-20 | 25-Aug-20 | -109 |
| E02180 | INSULATE DUCTWORK, INT. BLDG. ADMIN | 6 | 26-Mar-20 | 08-Apr-20 | 26-Aug-20 | 02-Sep-20 | -105 |
| E02190 | FRAME PARTITION WALLS, INT. BLDG. ADMIN | 6 | 09-Apr-20 | 20-Apr-20 | 03-Sep-20 | 10-Sep-20 | -103 |
| E02200 | INSPECT FRAMED PARTITION WALLS, INT. BLDG. ADMIN | 3 | 21-Apr-20 | 30-Apr-20 | 11-Sep-20 | 15-Sep-20 | -98 |
| E02210 | IN-WALL ELECTRICAL ROUGH-IN, INT. BLDG. ADMIN | 3 | 01-May-20 | 15-May-20 | 16-Sep-20 | 18-Sep-20 | -90 |
| E02220 | INSTALL INTERIOR DOOR FRAMES, INT. BLDG. ADMIN | 3 | 01-May-20 | 07-May-20 | 16-Sep-20 | 18-Sep-20 | -96 |
| E02230 | IN-WALL PLUMBING ROUGH-IN, INT. BLDG. ADMIN | 3 | 01-May-20 | 12-May-20 | 16-Sep-20 | 18-Sep-20 | -93 |
| E02240 | OH LIGHTING ROUGH-IN, INT. BLDG. ADMIN | 3 | 04-May-20 | 13-May-20 | 17-Sep-20 | 21-Sep-20 | -93 |
| E02250 | IN-WALL LOW VOLTAGE ROUGH-IN, INT. BLDG. ADMIN | 3 | 04-May-20 | 18-May-20 | 17-Sep-20 | 21-Sep-20 | -90 |
| E02260 | INSTALL BACKING FOR CASEWORK, INT. BLDG. ADMIN | 3 | 04-May-20 | 06-May-20 | 17-Sep-20 | 21-Sep-20 | -98 |
| E02270 | ELECT /PLUMB ROUGH COMPLETE, INT. BLDG. ADMIN | 0 | 15-May-20 | | 21-Sep-20 | | -90 |
| E02280 | OH LOW VOLTAGE ROUGH-IN, INT. BLDG. ADMIN | 3 | 19-May-20 | 28-May-20 | 22-Sep-20 | 24-Sep-20 | -85 |
| E02290 | INSPECT MEP IN-WALL ROUGH-IN, INT. BLDG. ADMIN | 1 | 19-May-20 | 19-May-20 | 22-Sep-20 | 22-Sep-20 | -90 |
| E02300 | INSPECT OH LOW VOLTAGE/LIGHTING ROUGH-IN, INT. BLDG. ADMIN | 1 | 29-May-20 | 29-May-20 | 25-Sep-20 | 25-Sep-20 | -85 |
| E02310 | INSTALL METAL STUD, INT. BLDG. ADMIN | 3 | 29-May-20 | 02-Jun-20 | 25-Sep-20 | 29-Sep-20 | -85 |
| E02320 | INSULATE PARTITION WALLS, INT. BLDG. ADMIN | 3 | 02-Jun-20 | 11-Jun-20 | 29-Sep-20 | 01-Oct-20 | -80 |
| E02330 | INSPECT INSULATION WALLS, INT. BLDG. ADMIN | 3 | 12-Jun-20 | 23-Jun-20 | 02-Oct-20 | 06-Oct-20 | -75 |
| E02340 | HANG DRYWALL, INT. BLDG. ADMIN | 3 | 24-Jun-20 | 07-Jul-20 | 07-Oct-20 | 09-Oct-20 | -68 |
| E02360 | HANG DRYWALL COMPLETE, INT. BLDG. ADMIN | 0 | 07-Jul-20 | | 12-Oct-20 | | -68 |
| E02350 | TAPE & FINISH DRYWALL, INT. BLDG. ADMIN | 3 | 30-Jun-20 | 13-Jul-20 | 13-Oct-20 | 15-Oct-20 | -68 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
HANG DRYWALL COMPLETE, INT. BDLG. A, 22-Oct-20
FINISH, INT. BDLG. A, 10-Nov-20
21-Dec-20, Interior BLDG. ADMIN
ELECT /PLUMB ROUGH COMPLETE, INT. BLDG. ADMIN, 21-Sep-20
HANG DRYWALL COMPLETE, INT. BLDG. ADMIN, 12-Oct-20

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| E02370 | INSPECT TAPE & FINISH DRYWALL, INT. BLDG. ADMIN | 1 | 14-Jul-20 | 14-Jul-20 | 16-Oct-20 | 16-Oct-20 | -68 |
| E02380 | SOUND-CAULK TOP & BOTTOM PARTITION WALLS, INT. BLDG. ADMIN | 4 | 15-Jul-20 | 20-Jul-20 | 19-Oct-20 | 22-Oct-20 | -68 |
| E02390 | FIRE CAULK PENETRATIONS, INT. BLDG. ADMIN | 3 | 21-Jul-20 | 23-Jul-20 | 23-Oct-20 | 27-Oct-20 | -68 |
| E02400 | PRIME WALLS, INT. BLDG. ADMIN | 3 | 21-Jul-20 | 27-Jul-20 | 23-Oct-20 | 27-Oct-20 | -66 |
| E02410 | SMOKE TAPE PARTITIONS, INT. BLDG. ADMIN | 3 | 21-Jul-20 | 23-Jul-20 | 23-Oct-20 | 27-Oct-20 | -68 |
| E02420 | INSTALL VCT FLOORING, INT. BLDG. ADMIN | 6 | 28-Jul-20 | 04-Aug-20 | 28-Oct-20 | 04-Nov-20 | -66 |
| E02430 | VCT FLOORING COMPLETE, INT. BLDG. ADMIN | 0 | 04-Aug-20 | | 05-Nov-20 | | -66 |
| E02440 | INSTALL CERAMIC, INT. BLDG. ADMIN | 5 | 05-Aug-20 | 11-Aug-20 | 05-Nov-20 | 11-Nov-20 | -66 |
| E02450 | INSTALL CASEWORK/TOILET DIVISION, INT. BLDG. ADMIN | 3 | 05-Aug-20 | 07-Aug-20 | 05-Nov-20 | 09-Nov-20 | -66 |
| E02460 | PAINT WALLS, INT. BLDG. ADMIN | 5 | 05-Aug-20 | 11-Aug-20 | 05-Nov-20 | 11-Nov-20 | -66 |
| E02470 | INSTALL CEILING GRID, INT. BLDG. ADMIN | 5 | 05-Aug-20 | 11-Aug-20 | 05-Nov-20 | 11-Nov-20 | -66 |
| E02480 | INSTALL DOORS, INT. BLDG. ADMIN | 3 | 05-Aug-20 | 07-Aug-20 | 05-Nov-20 | 09-Nov-20 | -66 |
| E02490 | CERAMIC COMPLETE, INT. BLDG. ADMIN | 0 | 11-Aug-20 | | 12-Nov-20 | | -66 |
| E02500 | INSTALL CASEWORK COMPLETE, INT. BLDG. ADMIN | 0 | 11-Aug-20 | | 12-Nov-20 | | -66 |
| E02510 | INSPECT CEILING GRID, INT. BLDG. ADMIN | 5 | 12-Aug-20 | 18-Aug-20 | 12-Nov-20 | 18-Nov-20 | -66 |
| E02530 | PLUMBING TRIM-OUT, INT. BLDG. ADMIN | 4 | 19-Aug-20 | 24-Aug-20 | 12-Nov-20 | 17-Nov-20 | -61 |
| E02520 | INSTALL CEILING GRIDCOMPLETE, INT. BLDG. ADMIN | 0 | 18-Aug-20 | | 19-Nov-20 | | -66 |
| E02550 | ELECTRICAL TRIM-OUT, INT. BLDG. ADMIN | 5 | 31-Aug-20 | 04-Sep-20 | 24-Nov-20 | 30-Nov-20 | -61 |
| E02560 | FIRE ALARM TRIM-OUT, INT. BLDG. ADMIN | 5 | 31-Aug-20 | 04-Sep-20 | 24-Nov-20 | 30-Nov-20 | -61 |
| E02570 | INSTALL LIGHTS, INT. BLDG. ADMIN | 4 | 31-Aug-20 | 03-Sep-20 | 24-Nov-20 | 27-Nov-20 | -61 |
| E02580 | A/C TRIM-OUT, INT. BLDG. ADMIN | 3 | 31-Aug-20 | 02-Sep-20 | 24-Nov-20 | 26-Nov-20 | -61 |
| E02590 | SIGNAGE, INT. BLDG. ADMIN | 2 | 31-Aug-20 | 01-Sep-20 | 24-Nov-20 | 25-Nov-20 | -61 |
| E02595 | FIRE EXTINGUISHER, INT. BLDG. ADMIN | 1 | | | 24-Nov-20 | 24-Nov-20 | |
| E02600 | MEP TRIM COMPLETEE, INT. BLDG. ADMIN | 0 | 04-Sep-20 | | 01-Dec-20 | | -61 |
| E02610 | DROP CEILING TILE, INT. BLDG. ADMIN | 5 | 09-Sep-20 | 15-Sep-20 | 03-Dec-20 | 09-Dec-20 | -61 |
| E02620 | FIRE SPRINKLER TRIM-OU, INT. BLDG. ADMIN | 4 | 11-Sep-20 | 16-Sep-20 | 07-Dec-20 | 10-Dec-20 | -61 |
| E02630 | INSTALL BATHROOM ACCESSORIES, INT. BLDG. ADMIN | 2 | 17-Sep-20 | 18-Sep-20 | 11-Dec-20 | 14-Dec-20 | -61 |
| E02640 | FINAL CLEAN 5 COATS, INT. BLDG. ADMIN | 2 | 21-Sep-20 | 22-Sep-20 | 15-Dec-20 | 16-Dec-20 | -61 |
| E02650 | WAX FLOORS, INT. BLDG. ADMIN | 2 | 23-Sep-20 | 24-Sep-20 | 17-Dec-20 | 18-Dec-20 | -61 |
| E02660 | FINISH, INT. BLDG. ADMIN | 0 | 24-Sep-20 | | 21-Dec-20 | | -61 |
| **Interior BLDG. B** | | 196 | 13-Feb-20 | 29-Sep-20 | 30-Apr-20 | 29-Jan-21 | -87 |
| E02670 | FRP HOUSEKEEPING PADS, INT. BLDG. B | 5 | 13-Feb-20 | 19-Feb-20 | 30-Apr-20 | 06-May-20 | -55 |
| E02690 | LAY-OUT PARTITION WALLS, INT. BLDG. B | 2 | 12-Mar-20 | 13-Mar-20 | 30-Apr-20 | 01-May-20 | -35 |
| E02700 | OH DUCTWORK ROUGH-IN, INT. BLDG. B | 15 | 16-Mar-20 | 03-Apr-20 | 04-May-20 | 22-May-20 | -35 |
| E02680 | SET AHU'S, INT. BLDG. B | 2 | 20-Feb-20 | 21-Feb-20 | 07-May-20 | 08-May-20 | -55 |
| E02710 | INSPECT OH DUCTWORK ROUGH-IN, INT. BLDG. B | 1 | 06-Apr-20 | 06-Apr-20 | 25-May-20 | 25-May-20 | -35 |
| E02720 | INSULATE DUCTWORK, INT. BLDG. B | 10 | 07-Apr-20 | 20-Apr-20 | 26-May-20 | 08-Jun-20 | -35 |
| E02730 | FRAME PARTITION WALLS, INT. BLDG. B | 12 | 21-Apr-20 | 04-May-20 | 11-Sep-20 | 28-Sep-20 | -105 |
| E02740 | INSTALL INTERIOR DOOR FRAMES, INT. BLDG. B | 3 | 28-Apr-20 | 04-May-20 | 18-Sep-20 | 22-Sep-20 | -101 |
| E02750 | IN-WALL PLUMBING ROUGH-IN, INT. BLDG. B | 8 | 05-May-20 | 14-May-20 | 29-Sep-20 | 08-Oct-20 | -105 |
| E02760 | IN-WALL ELECTRICAL ROUGH-IN, INT. BLDG. B | 17 | 05-May-20 | 25-May-20 | 29-Sep-20 | 21-Oct-20 | -107 |
| E02770 | IN-WALL LOW VOLTAGE ROUGH-IN, INT. BLDG. B | 17 | 05-May-20 | 25-May-20 | 29-Sep-20 | 21-Oct-20 | -107 |
| E02780 | INSTALL BACKING FOR CASEWORK, INT. BLDG. B | 3 | 05-May-20 | 07-May-20 | 29-Sep-20 | 01-Oct-20 | -105 |
| E02790 | OH LIGHTING ROUGH-IN, INT. BLDG. B | 10 | 05-May-20 | 18-May-20 | 29-Sep-20 | 12-Oct-20 | -105 |
| E02800 | OH FIRE ALARM ROUGH-IN, INT. BLDG. B | 14 | 05-May-20 | 22-May-20 | 29-Sep-20 | 16-Oct-20 | -105 |
| E02810 | OH LOW VOLTAGE ROUGH-IN, INT. BLDG. B | 10 | 05-May-20 | 18-May-20 | 29-Sep-20 | 12-Oct-20 | -105 |
| E02820 | OH FIRE SPRINKLER ROUGH-IN, INT. BLDG. B | 17 | 05-May-20 | 25-May-20 | 29-Sep-20 | 21-Oct-20 | -107 |
| E02830 | OH PLUMBING ROUGH-IN, INT. BLDG. B | 14 | 05-May-20 | 22-May-20 | 29-Sep-20 | 16-Oct-20 | -105 |
| E02840 | ELECT/PLUMB ROUGH COMPLETE, INT. BLDG. B | 0 | 25-May-20 | | 22-Oct-20 | | -107 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
VCT FLOORING COMPLETE, INT. BLDG. ADMIN, 05-Nov-20
CERAMIC COMPLETE, INT. BLDG. ADMIN, 12-Nov-20
INSTALL CASEWORK COMPLETE, INT. BLDG. ADMIN, 12-Nov-20
INSTALL CEILING GRIDCOMPLETE, INT. BLDG. ADMIN, 19-Nov-20
MEP TRIM COMPLETEE, INT. BLDG. ADMIN, 01-Dec-20
FINISH, INT. BLDG. ADMIN, 21-Dec-20
29-Jan-21, Interior BLDG. B
ELECT/PLUMB ROUGH COMPLETE, INT. BLDG. B, 22-Oct-20

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| E02850 | INSPECT OH MEP ROUGH-IN, INT. BLDG. B | 1 | 26-May-20 | 26-May-20 | 22-Oct-20 | 22-Oct-20 | -107 |
| E02860 | INSULATE PARTITION WALLS, INT. BLDG. B | 9 | 26-May-20 | 04-Jun-20 | 22-Oct-20 | 03-Nov-20 | -108 |
| E02870 | INSTALL METAL STUD, INT. BLDG. B | 3 | 26-May-20 | 28-May-20 | 22-Oct-20 | 26-Oct-20 | -107 |
| E02880 | INSPECT INSULATION WALLS, INT. BLDG. B | 1 | 05-Jun-20 | 05-Jun-20 | 04-Nov-20 | 04-Nov-20 | -108 |
| E02890 | HANG DRYWALL, INT. BLDG. B | 12 | 08-Jul-20 | 21-Jul-20 | 05-Nov-20 | 20-Nov-20 | -88 |
| E02900 | TAPE & FINISH DRYWALL, INT. BLDG. B | 12 | 10-Jul-20 | 23-Jul-20 | 09-Nov-20 | 24-Nov-20 | -88 |
| E02910 | HANG DRYWALL COMPLETE, INT. BLDG. B | 0 | 21-Jul-20 | | 23-Nov-20 | | -88 |
| E02920 | SOUND-CAULK TOP & BOTTOM PARTITION WALLS, INT. BLDG. B | 3 | 22-Jul-20 | 24-Jul-20 | 23-Nov-20 | 25-Nov-20 | -88 |
| E02930 | FIRE CAULK PENETRATIONS, INT. BLDG. B | 3 | 24-Jul-20 | 28-Jul-20 | 25-Nov-20 | 27-Nov-20 | -88 |
| E02940 | SMOKE TAPE PARTITIONS, INT. BLDG. B | 3 | 24-Jul-20 | 28-Jul-20 | 25-Nov-20 | 27-Nov-20 | -88 |
| E02950 | INSPECT TAPE & FINISH DRYWALL, INT. BLDG. B | 1 | 24-Jul-20 | 24-Jul-20 | 25-Nov-20 | 25-Nov-20 | -88 |
| E02960 | PRIME WALLS, INT. BLDG. B | 6 | 28-Jul-20 | 03-Aug-20 | 26-Nov-20 | 03-Dec-20 | -88 |
| E02970 | PAINT WALLS, INT. BLDG. B | 3 | 04-Aug-20 | 10-Aug-20 | 04-Dec-20 | 08-Dec-20 | -86 |
| E02980 | INSTALL VCT FLOORING, INT. BLDG. B | 3 | 05-Aug-20 | 11-Aug-20 | 07-Dec-20 | 09-Dec-20 | -86 |
| E02990 | ELECTRICAL TRIM-OUT, INT. BLDG. B | 3 | 07-Aug-20 | 13-Aug-20 | 09-Dec-20 | 11-Dec-20 | -86 |
| E03000 | SIGNAGE, INT. BLDG. B | 2 | 11-Aug-20 | 12-Aug-20 | 09-Dec-20 | 10-Dec-20 | -86 |
| E03010 | VCT FLOORING COMPLETE, INT. BLDG. B | 0 | 11-Aug-20 | | 10-Dec-20 | | -86 |
| E03020 | INSTALL CERAMIC, INT. BLDG. B | 5 | 12-Aug-20 | 18-Aug-20 | 10-Dec-20 | 16-Dec-20 | -86 |
| E03030 | INSTALL CASEWORK/TOILET DIVISION, INT. BLDG. B | 3 | 12-Aug-20 | 14-Aug-20 | 10-Dec-20 | 14-Dec-20 | -86 |
| E03040 | INSTALL DOORS, INT. BLDG. B | 3 | 12-Aug-20 | 14-Aug-20 | 10-Dec-20 | 14-Dec-20 | -86 |
| E03050 | INSTALL CASEWORK COMPLETE, INT. BLDG. B | 0 | 14-Aug-20 | | 15-Dec-20 | | -86 |
| E03060 | CERAMIC COMPLETE, INT. BLDG. B | 0 | 18-Aug-20 | | 17-Dec-20 | | -86 |
| E03080 | FIRE ALARM TRIM-OUT, INT. BLDG. B | 5 | 19-Aug-20 | 25-Aug-20 | 17-Dec-20 | 23-Dec-20 | -86 |
| E03085 | FIRE EXTINGUISHER, INT. BLDG. ADMIN | 1 | | | 17-Dec-20 | 17-Dec-20 | |
| E03090 | MEP TRIM COMPLETE, INT. BLDG. B | 4 | 19-Aug-20 | 25-Aug-20 | 18-Dec-20 | 23-Dec-20 | -86 |
| E03100 | MEP TRIM COMPLETEE, INT. BLDG. B | 0 | 25-Aug-20 | | 24-Dec-20 | | -86 |
| E03110 | PLUMBING TRIM-OUT, INT. BLDG. B | 4 | 26-Aug-20 | 31-Aug-20 | 24-Dec-20 | 29-Dec-20 | -86 |
| E03120 | INSTALL CEILING GRID, INT. BLDG. B | 4 | 01-Sep-20 | 07-Sep-20 | 30-Dec-20 | 04-Jan-21 | -85 |
| E03130 | INSTALL CEILING GRID COMPLETE, INT. BLDG. B | 0 | 07-Sep-20 | | 05-Jan-21 | | -85 |
| E03140 | INSPECT CEILING GRID, INT. BLDG. B | 2 | 08-Sep-20 | 08-Sep-20 | 05-Jan-21 | 06-Jan-21 | -86 |
| E03150 | INSTALL LIGHTS, INT. BLDG. B | 4 | 09-Sep-20 | 14-Sep-20 | 07-Jan-21 | 12-Jan-21 | -86 |
| E03160 | A/C TRIM-OUT, INT. BLDG. B | 4 | 09-Sep-20 | 15-Sep-20 | 07-Jan-21 | 12-Jan-21 | -85 |
| E03170 | DROP CEILING TILE, INT. BLDG. B | 4 | 16-Sep-20 | 22-Sep-20 | 13-Jan-21 | 18-Jan-21 | -84 |
| E03180 | FIRE SPRINKLER TRIM-OUT, INT. BLDG. B | 4 | 17-Sep-20 | 22-Sep-20 | 14-Jan-21 | 19-Jan-21 | -85 |
| E03190 | INSTALL BATHROOM ACCESSORIES, INT. BLDG. B | 3 | 23-Sep-20 | 24-Sep-20 | 20-Jan-21 | 22-Jan-21 | -86 |
| E03200 | WAX FLOORS, INT. BLDG. B | 3 | 25-Sep-20 | 28-Sep-20 | 25-Jan-21 | 27-Jan-21 | -87 |
| E03210 | FINAL CLEAN, INTERIOR BLDG. B | 1 | 29-Sep-20 | 29-Sep-20 | 28-Jan-21 | 28-Jan-21 | -87 |
| E03220 | FINISH, INTERIOR BLDG. B | 0 | 29-Sep-20 | | 29-Jan-21 | | -87 |
| **Exterior** | | 128 | 20-Feb-20 | 23-Jun-20 | 30-Apr-20 | 26-Oct-20 | -89 |
| **Exterior BLDG. A** | | 85 | 20-Feb-20 | 04-May-20 | 30-Apr-20 | 26-Aug-20 | -82 |
| E03230 | FRAME SOFFITS, EXT. BLDG. A | 6 | 20-Feb-20 | 27-Feb-20 | 30-Apr-20 | 07-May-20 | -50 |
| E03240 | INSTALL WIRE LATH, EXT. BLDG. A | 5 | 21-Feb-20 | 27-Feb-20 | 01-May-20 | 07-May-20 | -50 |
| E03250 | INSTALL EXTERIOR DOORS & HARDWARE, EXT. BLDG. A | 5 | 28-Feb-20 | 05-Mar-20 | 08-May-20 | 14-May-20 | -50 |
| E03270 | INSTALL VINYL SOFFIT ROOF VENTS, EXT. BLDG. A | 3 | 28-Feb-20 | 03-Mar-20 | 08-May-20 | 12-May-20 | -50 |
| E03260 | INSTALL WINDOWS, EXT. BLDG. A | 7 | 28-Feb-20 | 09-Mar-20 | 25-Jun-20 | 03-Jul-20 | -84 |
| A1040 | INSPECT WINDOWS, EXT. BLDG. A | 5 | | | 26-Jun-20 | 03-Jul-20 | |
| E03290 | TEST WINDOWS FOR LEAKS, EXT. BLDG. A | 1 | 10-Mar-20 | 10-Mar-20 | 06-Jul-20 | 06-Jul-20 | -84 |
| E03310 | STUCCO BASE COAT, EXT. BLDG. A | 7 | 11-Mar-20 | 19-Mar-20 | 07-Jul-20 | 15-Jul-20 | -84 |
| E03320 | STUCCO SOFFITS, EXT. BLDG. A | 7 | 20-Mar-20 | 30-Mar-20 | 16-Jul-20 | 24-Jul-20 | -84 |

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| E03330 | PRESSURE CLEAN EXTERIOR OF BUILDING, EXT. BLDG. A | 4 | 31-Mar-20 | 07-Apr-20 | 27-Jul-20 | 30-Jul-20 | -82 |
| E03340 | CAULK WINDOWS & DOOR FRAMES, EXT. BLDG. A | 3 | 08-Apr-20 | 10-Apr-20 | 31-Jul-20 | 04-Aug-20 | -82 |
| E03350 | TEXT COAT EXTERIOR WALLS, EXT. BLDG. A | 6 | 13-Apr-20 | 20-Apr-20 | 05-Aug-20 | 12-Aug-20 | -82 |
| E03360 | PRIME EXTERIOR WALLS, EXT. BLDG. A | 5 | 21-Apr-20 | 27-Apr-20 | 13-Aug-20 | 19-Aug-20 | -82 |
| E03370 | PAINT EXTERIOR WALLS, EXT. BLDG. A | 5 | 28-Apr-20 | 04-May-20 | 20-Aug-20 | 26-Aug-20 | -82 |
| **Exterior BLDG. ADMIN** | | 56 | 12-Mar-20 | 29-May-20 | 03-Jun-20 | 19-Aug-20 | -58 |
| E03380 | FRAME SOFFITS, EXT. BLDG. ADMIN | 5 | 12-Mar-20 | 18-Mar-20 | 03-Jun-20 | 09-Jun-20 | -59 |
| E03390 | INSTALL WIRE LATH, EXT. BLDG. ADMIN | 5 | 13-Mar-20 | 19-Mar-20 | 04-Jun-20 | 10-Jun-20 | -59 |
| E03400 | INSTALL EXTERIOR DOORS & HARDWARE, EXT. BLDG. ADMIN | 5 | 19-Mar-20 | 25-Mar-20 | 10-Jun-20 | 16-Jun-20 | -59 |
| E03410 | INSTALL WINDOWS, EXT. BLDG. ADMIN | 7 | 20-Mar-20 | 30-Mar-20 | 10-Jun-20 | 18-Jun-20 | -58 |
| E03420 | INSTALL VINYL SOFFIT ROOF VENTS, EXT. BLDG. ADMIN | 3 | 20-Mar-20 | 24-Mar-20 | 11-Jun-20 | 15-Jun-20 | -59 |
| E03425 | INSPECT WINDOWS, EXT. BLDG. ADMIN | 5 | | | 11-Jun-20 | 18-Jun-20 | |
| E03430 | INSTALL ROLLING DOORS / PARTITIONS, EXT. BLDG. ADMIN | 3 | 26-Mar-20 | 30-Mar-20 | 17-Jun-20 | 19-Jun-20 | -59 |
| E03450 | TEST WINDOWS FOR LEAKS, EXT. BLDG. ADMIN | 1 | 31-Mar-20 | 31-Mar-20 | 19-Jun-20 | 19-Jun-20 | -58 |
| E03480 | BASE COAT, EXT. BLDG. ADMIN | 7 | 01-Apr-20 | 09-Apr-20 | 22-Jun-20 | 30-Jun-20 | -58 |
| E03490 | STUCCO SOFFITS, EXT. BLDG. ADMIN | 10 | 10-Apr-20 | 23-Apr-20 | 01-Jul-20 | 14-Jul-20 | -58 |
| E03500 | PRESSURE CLEAN EXTERIOR OF BUILDING, EXT. BLDG. ADMIN | 5 | 24-Apr-20 | 30-Apr-20 | 15-Jul-20 | 21-Jul-20 | -58 |
| E03510 | CAULK WINDOWS & DOOR FRAMES, EXT. BLDG. ADMIN | 3 | 01-May-20 | 05-May-20 | 22-Jul-20 | 24-Jul-20 | -58 |
| E03520 | TEXT COAT EXTERIOR WALLS, EXT. BLDG. ADMIN | 5 | 06-May-20 | 12-May-20 | 27-Jul-20 | 31-Jul-20 | -58 |
| E03530 | PRIME EXTERIOR WALLS, EXT. BLDG. ADMIN | 5 | 13-May-20 | 19-May-20 | 03-Aug-20 | 07-Aug-20 | -58 |
| E03540 | PAINT EXTERIOR WALLS, EXT. BLDG. ADMIN | 8 | 20-May-20 | 29-May-20 | 10-Aug-20 | 19-Aug-20 | -58 |
| **Exterior BLDG. B** | | 63 | 02-Apr-20 | 23-Jun-20 | 30-Jul-20 | 26-Oct-20 | -89 |
| E03550 | FRAME SOFFITS, EXT. BLDG. B | 5 | 02-Apr-20 | 08-Apr-20 | 30-Jul-20 | 05-Aug-20 | -85 |
| E03560 | INSTALL WIRE LATH, EXT. BLDG. B | 5 | 03-Apr-20 | 09-Apr-20 | 31-Jul-20 | 06-Aug-20 | -85 |
| E03570 | INSTALL EXTERIOR DOORS & HARDWARE, EXT. BLDG. B | 5 | 09-Apr-20 | 15-Apr-20 | 06-Aug-20 | 12-Aug-20 | -85 |
| E03580 | INSTALL WINDOWS, EXT. BLDG. B | 7 | 09-Apr-20 | 17-Apr-20 | 06-Aug-20 | 14-Aug-20 | -85 |
| E03590 | INSTALL VINYL SOFFIT ROOF VENTS, EXT. BLDG. B | 3 | 10-Apr-20 | 14-Apr-20 | 07-Aug-20 | 11-Aug-20 | -85 |
| E03595 | INSPECT WINDOWS, EXT. BLDG. B | 5 | | | 14-Aug-20 | 21-Aug-20 | |
| E03600 | TEST WINDOWS FOR LEAKS, EXT. BLDG. B | 1 | 20-Apr-20 | 20-Apr-20 | 17-Aug-20 | 17-Aug-20 | -85 |
| E03630 | BASE COAT, EXT. BLDG. B | 10 | 21-Apr-20 | 04-May-20 | 24-Aug-20 | 04-Sep-20 | -89 |
| E03640 | STUCCO SOFFITS, EXT. BLDG. B | 10 | 05-May-20 | 18-May-20 | 07-Sep-20 | 18-Sep-20 | -89 |
| E03650 | PRESSURE CLEAN EXTERIOR OF BUILDING, EXT. BLDG. B | 5 | 19-May-20 | 25-May-20 | 21-Sep-20 | 25-Sep-20 | -89 |
| E03660 | CAULK WINDOWS & DOOR FRAMES, EXT. BLDG. B | 3 | 26-May-20 | 28-May-20 | 28-Sep-20 | 30-Sep-20 | -89 |
| E03670 | TEXT COAT EXTERIOR WALLS, EXT. BLDG. B | 5 | 29-May-20 | 04-Jun-20 | 01-Oct-20 | 07-Oct-20 | -89 |
| E03680 | PRIME EXTERIOR WALLS, EXT. BLDG. B | 5 | 05-Jun-20 | 11-Jun-20 | 08-Oct-20 | 14-Oct-20 | -89 |
| E03690 | PAINT EXTERIOR WALLS, EXT. BLDG. B | 8 | 12-Jun-20 | 23-Jun-20 | 15-Oct-20 | 26-Oct-20 | -89 |
| **Food Service** | | 101 | 25-Dec-19 | 15-Apr-20 | 11-May-20 | 28-Sep-20 | -118 |
| E03700 | FOOD SERVICE EQUIPMENT SUMMARY | 74 | 25-Dec-19 | 15-Apr-20 | 11-May-20 | 20-Aug-20 | -91 |
| **Food Service Hood** | | 5 | 25-Dec-19 | 31-Dec-19 | 11-May-20 | 15-May-20 | -98 |
| E03710 | INSTALL KITCHEN HOOD | 5 | 25-Dec-19 | 31-Dec-19 | 11-May-20 | 15-May-20 | -98 |
| **Food Service Equipment** | | 40 | 20-Feb-20 | 15-Apr-20 | 04-Aug-20 | 28-Sep-20 | -118 |
| E03720 | PREPARE AREA FOOD SERVICE | 10 | 20-Feb-20 | 04-Mar-20 | 04-Aug-20 | 17-Aug-20 | -118 |
| E03730 | INSTALL FOOD SERVICE EQUIPMENT | 15 | 05-Mar-20 | 25-Mar-20 | 18-Aug-20 | 07-Sep-20 | -118 |
| E03740 | INSTALL CABINETS FOOD SERVICE | 10 | 26-Mar-20 | 08-Apr-20 | 08-Sep-20 | 21-Sep-20 | -118 |
| E03750 | FINISH AREA FOOD SERVICE | 5 | 09-Apr-20 | 15-Apr-20 | 22-Sep-20 | 28-Sep-20 | -118 |
| **Residential Appliances** | | 5 | 30-Sep-20 | 13-Oct-20 | 21-Dec-20 | 25-Dec-20 | -53 |
| E03760 | RESIDENTIAL APPLIANCES | 5 | 30-Sep-20 | 13-Oct-20 | 21-Dec-20 | 25-Dec-20 | -53 |
| **Furnishings** | | 5 | 14-Oct-20 | 27-Oct-20 | 28-Dec-20 | 01-Jan-21 | -48 |
| **Blinds** | | 5 | 14-Oct-20 | 27-Oct-20 | 28-Dec-20 | 01-Jan-21 | -48 |
| E03770 | INSTALL BLINDS | 5 | 14-Oct-20 | 27-Oct-20 | 28-Dec-20 | 01-Jan-21 | -48 |
| **General MEP System** | | 48 | 22-May-20 | 17-Sep-20 | 21-Sep-20 | 25-Nov-20 | -49 |
| E03780 | CABLE TRAYS FOR ELECTRICAL SYSTEMS, MEP SYSTEM | 5 | 22-May-20 | 04-Jun-20 | 21-Sep-20 | 25-Sep-20 | -81 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
19-Aug-20, Exterior BLDG. ADMIN
26-Oct-20, Exterior BLDG. B
28-Sep-20, Food Service
15-May-20, Food Service Hood
28-Sep-20, Food Service Equipment
25-Dec-20, Residential Appliances
01-Jan-21, Furnishings
01-Jan-21, Blinds
25-Nov-20, General MEP System

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| E03790 | LOW-VOLTAGE ELECTRICAL SERVICE ENTRANCE, MEP SYSTEM | 5 | 05-Jun-20 | 16-Jun-20 | 28-Sep-20 | 02-Oct-20 | -78 |
| E03800 | TRANSFER SWITCHES, MEP SYSTEM | 5 | 17-Jun-20 | 23-Jun-20 | 05-Oct-20 | 09-Oct-20 | -78 |
| E03810 | LIGHTNING PROTECTION FOR STRUCTURES, MEP SYSTEM | 5 | 17-Jun-20 | 30-Jun-20 | 12-Oct-20 | 16-Oct-20 | -78 |
| E03820 | STRUCTURED CABLING FOR VOICE AND DATA - INSIDE-PLANT, MEP SYSTEM | 5 | 11-Sep-20 | 17-Sep-20 | 19-Oct-20 | 23-Oct-20 | -26 |
| E03830 | PERMANENT POWER / INSTALL TRASFORMER, MEP SYSTEM | 5 | 11-Sep-20 | 17-Sep-20 | 26-Oct-20 | 30-Oct-20 | -31 |
| E03840 | START-UP OF HVAC SYSTEMS, MEP SYSTEM | 8 | 11-Sep-20 | 14-Sep-20 | 02-Nov-20 | 11-Nov-20 | -42 |
| E03845 | COMMISSIONING, MEP SYSTEM | 5 | | | 12-Nov-20 | 18-Nov-20 | |
| E03850 | TEST & BALANCE, MEP SYSTEM | 10 | | | 12-Nov-20 | 25-Nov-20 | |
| E03860 | TEST FIRE ALARM SYSTEM / FINAL INSPECTION NFPA72, MEP SYSTEM | 5 | | | 12-Nov-20 | 18-Nov-20 | |
| E03870 | INTERCOM / SYSTEMS FINAL INSPECTION, MEP SYSTEM | 5 | | | 12-Nov-20 | 18-Nov-20 | |
| E03880 | FIRE SPRINKLER TEST & CERTIFICATION NFPA25, MEP SYSTEM | 2 | | | 12-Nov-20 | 13-Nov-20 | |
| **Out Bldgs Construction/ Play Area** | | 228 | 27-Dec-19 | 05-Jun-20 | 07-Feb-20 A | 22-Dec-20 | -142 |
| **Dog Kennel** | | 71 | 10-Apr-20 | 14-May-20 | 11-Feb-20 A | 19-May-20 | -3 |
| F00010 | SURVEY AND LAYOUT, KENNEL | 1 | 10-Apr-20 | 10-Apr-20 | 11-Feb-20 A | 11-Feb-20 A | 43 |
| F00020 | CONSTRUCT BUILDING, KENNEL | 51 | 13-Apr-20 | 24-Apr-20 | 12-Feb-20 A | 22-Apr-20 A | 2 |
| F00000 | PREPAREA AREA, KENNEL | 1 | 10-Apr-20 | 16-Apr-20 | 12-Feb-20 A | 12-Feb-20 A | 46 |
| F00030 | INSTALL ROOFING, KENNEL | 4 | 27-Apr-20 | 30-Apr-20 | 30-Apr-20 | 05-May-20 | -3 |
| F00040 | FINISH BUILDING, KENNEL | 8 | 01-May-20 | 12-May-20 | 06-May-20 | 15-May-20 | -3 |
| F00050 | INSTALL DOOR SYSTEM KENNEL | 2 | 13-May-20 | 14-May-20 | 18-May-20 | 19-May-20 | -3 |
| **Guard House** | | 124 | 13-May-20 | 05-Jun-20 | 14-Feb-20 A | 05-Aug-20 | -43 |
| F00070 | SURVEY AND LAYOUT, GUARD HOUSE | 1 | 13-May-20 | 13-May-20 | 14-Feb-20 A | 14-Feb-20 A | 63 |
| F00080 | CONSTRUCT BUILDING, GUARD HOUSE | 56 | 14-May-20 | 20-May-20 | 17-Feb-20 A | 04-May-20 | 12 |
| F00060 | PREPAREA AREA, GUARD HOUSE | 1 | 13-May-20 | 19-May-20 | 17-Feb-20 A | 17-Feb-20 A | 66 |
| F00065 | COVID-19 DELAY (MATERIALS DELAYED) | 97 | | | 28-Feb-20 A | 13-Jul-20 | |
| F00090 | INSTALL ROOFING, GUARD HOUSE | 4 | 21-May-20 | 26-May-20 | 21-Jul-20 | 24-Jul-20 | -43 |
| F00100 | FINISH BUILDING, GUARD HOUSE | 6 | 27-May-20 | 03-Jun-20 | 27-Jul-20 | 03-Aug-20 | -43 |
| F00110 | INSTALL DOOR SYSTEM, GUARD HOUSE | 2 | 04-Jun-20 | 05-Jun-20 | 04-Aug-20 | 05-Aug-20 | -43 |
| **Play Ground** | | 3 | 01-Jun-20 | 03-Jun-20 | 24-Jul-20 | 28-Jul-20 | -39 |
| F00120 | PREPARE PLAY AREAS, PLAY GROUND | 1 | 01-Jun-20 | 01-Jun-20 | 24-Jul-20 | 24-Jul-20 | -39 |
| F00130 | INSTALL PLAY AREA 1 - OUTDOOR PATIO, PLAY GROUND | 1 | 02-Jun-20 | 02-Jun-20 | 27-Jul-20 | 27-Jul-20 | -39 |
| F00140 | INSTALL PLAY AREA 2 - LABYRINTH, PLAY GROUND | 1 | 03-Jun-20 | 03-Jun-20 | 28-Jul-20 | 28-Jul-20 | -39 |
| **Chillers** | | 93 | 27-Dec-19 | 07-May-20 | 07-Feb-20 A | 16-Jun-20 | -28 |
| F00150 | PREPARE ROOM, CHILLERS | 1 | 27-Dec-19 | 02-Jan-20 | 07-Feb-20 A | 07-Feb-20 A | -26 |
| F00160 | CONSTRUCT SLAB, CHILLERS | 15 | 03-Jan-20 | 09-Jan-20 | 07-Feb-20 A | 27-Feb-20 A | -35 |
| F00165 | COVID-19 DELAY (MATERIALS DELAYED) | 46 | | | 28-Feb-20 A | 01-May-20 | |
| F00167 | CONSTRUCT SLAB, CHILLERS | 5 | | | 04-May-20 | 08-May-20 | |
| F00170 | FINISH AREA, CHILLERS | 5 | 10-Jan-20 | 16-Jan-20 | 11-May-20 | 15-May-20 | -86 |
| F00180 | INSTALL DOOR SYSTEM, CHILLERS | 2 | 17-Jan-20 | 20-Jan-20 | 18-May-20 | 19-May-20 | -86 |
| F00190 | PLACE CONTROL PANELS, CHILLERS | 5 | 10-Apr-20 | 16-Apr-20 | 20-May-20 | 26-May-20 | -28 |
| F00200 | INSTALL PIPING SYSTEM, CHILLERS | 5 | 17-Apr-20 | 23-Apr-20 | 27-May-20 | 02-Jun-20 | -28 |
| F00210 | CONNECT ALL EQUIPMENTS, CHILLERS | 10 | 24-Apr-20 | 07-May-20 | 03-Jun-20 | 16-Jun-20 | -28 |
| **Generator System** | | 158 | 09-Mar-20 | 20-Mar-20 | 15-May-20 | 22-Dec-20 | -197 |
| **Fuel Tank** | | 156 | 11-Mar-20 | 20-Mar-20 | 19-May-20 | 22-Dec-20 | -197 |
| F00330 | SURVEY AND LAYOUT, FUEL TANK | 2 | 11-Mar-20 | 12-Mar-20 | 19-May-20 | 20-May-20 | -49 |
| F00340 | PREPAREA AREA, FUEL TANK | 2 | 13-Mar-20 | 16-Mar-20 | 21-May-20 | 22-May-20 | -49 |
| F00350 | CONSTRUCT PAD, FUEL TANK | 2 | 17-Mar-20 | 18-Mar-20 | 25-May-20 | 26-May-20 | -49 |
| F00360 | PLACE CONTROL PANELS, FUEL TANK | 2 | 19-Mar-20 | 20-Mar-20 | 21-Dec-20 | 22-Dec-20 | -197 |
| **Generator** | | 158 | 09-Mar-20 | 18-Mar-20 | 15-May-20 | 22-Dec-20 | -199 |
| F00290 | SURVEY AND LAYOUT, GENERATOR | 2 | 09-Mar-20 | 10-Mar-20 | 15-May-20 | 18-May-20 | -49 |
| F00300 | PREPAREA AREA, GENERATOR | 2 | 11-Mar-20 | 12-Mar-20 | 19-May-20 | 20-May-20 | -49 |
| F00310 | CONSTRUCT PAD, GENERATOR | 2 | 13-Mar-20 | 16-Mar-20 | 21-May-20 | 22-May-20 | -49 |

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21



LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| F00320 | PLACE CONTROL PANELS, GENERATOR | 2 | 17-Mar-20 | 18-Mar-20 | 21-Dec-20 | 22-Dec-20 | -199 |
| **Dumpster** | | 11 | 06-Jan-20 | 20-Jan-20 | 30-Apr-20 | 14-May-20 | -83 |
| F00370 | PREPARE ROOM, DUMPSTER | 3 | 06-Jan-20 | 08-Jan-20 | 30-Apr-20 | 04-May-20 | -83 |
| F00380 | CONSTRUCT SLAB, DUMPSTER | 3 | 09-Jan-20 | 13-Jan-20 | 05-May-20 | 07-May-20 | -83 |
| F00390 | FINISH AREA, DUMPSTER | 3 | 14-Jan-20 | 16-Jan-20 | 08-May-20 | 12-May-20 | -83 |
| F00400 | INTALL DOOR SYSTEM, DUMPSTER | 2 | 17-Jan-20 | 20-Jan-20 | 13-May-20 | 14-May-20 | -83 |
| **Metal Trusses** | | 5 | | | 13-Jul-20 | 20-Jul-20 | |
| F00405 | INSTALL LIGHT GAUGE METAL TRUSSES | 5 | | | 13-Jul-20 | 20-Jul-20 | |
| **Hardscape** | | 200 | 05-May-20 | 09-Oct-20 | 10-Jan-20 A | 15-Oct-20 | -4 |
| **Finish Site/Parking Area** | | 200 | 05-May-20 | 09-Oct-20 | 10-Jan-20 A | 15-Oct-20 | -4 |
| **Staff & Visitor Parking** | | 155 | 05-May-20 | 26-Jun-20 | 10-Jan-20 A | 14-Aug-20 | -34 |
| F00430 | CLEAR & GRUB, STAFF & VISITOR PARKING | 1 | 05-May-20 | 11-May-20 | 10-Jan-20 A | 10-Jan-20 A | 86 |
| F00460 | PROOF ROLL SUB-BASE, STAFF & VISITOR PARKING | 21 | 14-May-20 | 15-May-20 | 28-Jan-20 A | 25-Feb-20 A | 58 |
| F00440 | U/G ELECTRICAL SITE LIGHTING, STAFF & VISITOR PARKING | 2 | 12-May-20 | 14-May-20 | 08-Apr-20 A | 09-Apr-20 A | 25 |
| F00450 | INSTALL SLEEVES FOR IRRIGATION LINES, STAFF & VISITOR PARKING | 2 | 12-May-20 | 13-May-20 | 08-Apr-20 A | 09-Apr-20 A | 24 |
| F00480 | INSTALL ROCK ROAD, STAFF & VISITOR PARKING | 2 | 18-May-20 | 19-May-20 | 22-Apr-20 A | 23-Apr-20 A | 18 |
| F00470 | INSPECT SUB-BASE, STAFF & VISITOR PARKING | 1 | 18-May-20 | 18-May-20 | 24-Apr-20 A | 24-Apr-20 A | 16 |
| F00500 | INSTALL CURBS, STAFF & VISITOR PARKING | 3 | 20-May-20 | 26-May-20 | 24-Apr-20 A | 28-Apr-20 A | 20 |
| F00490 | INSTALL LIGHT POLES, STAFF & VISITOR PARKING | 2 | 20-May-20 | 21-May-20 | 30-Apr-20 | 01-May-20 | 14 |
| F00510 | PLACE CONCRETE PAVING, STAFF & VISITOR PARKING | 1 | 27-May-20 | 27-May-20 | 04-May-20 | 04-May-20 | 17 |
| F00520 | INSTALL SIGNAGE, STAFF & VISITOR PARKING | 2 | 28-May-20 | 29-May-20 | 05-May-20 | 06-May-20 | 17 |
| F00530 | INSTALL IRRIGATION, STAFF & VISITOR PARKING | 2 | 28-May-20 | 29-May-20 | 05-May-20 | 06-May-20 | 17 |
| F00540 | INSTALL PARKING STOPS, STAFF & VISITOR PARKING | 3 | 01-Jun-20 | 05-Jun-20 | 07-May-20 | 11-May-20 | 19 |
| F00560 | F/R/P SIDEWALKS, STAFF & VISITOR PARKING | 3 | 08-Jun-20 | 10-Jun-20 | 12-May-20 | 14-May-20 | 19 |
| F00550 | PAINT PARKING STALLS, STAFF & VISITOR PARKING | 4 | 03-Jun-20 | 10-Jun-20 | 28-Jul-20 | 31-Jul-20 | -37 |
| F00570 | INSTALL SOD/PLANTS, STAFF & VISITOR PARKING | 3 | 11-Jun-20 | 15-Jun-20 | 03-Aug-20 | 05-Aug-20 | -37 |
| F00580 | INSTALL PERMANENT FENCE & GATES, STAFF & VISITOR PARKING | 3 | 16-Jun-20 | 23-Jun-20 | 06-Aug-20 | 10-Aug-20 | -34 |
| F00590 | IRRIGATION TRIM-OUT, STAFF & VISITOR PARKING | 3 | 24-Jun-20 | 26-Jun-20 | 11-Aug-20 | 13-Aug-20 | -34 |
| F00600 | STAFF & VISITOR PARKING COMPLETE | 0 | 26-Jun-20 | | 14-Aug-20 | | -34 |
| **Vehicular Loop** | | 84 | 30-Jun-20 | 20-Aug-20 | 24-Jan-20 A | 20-May-20 | 66 |
| F00620 | SURVEY, VEHICULAR LOOP | 1 | 30-Jun-20 | 30-Jun-20 | 24-Jan-20 A | 24-Jan-20 A | 112 |
| F00650 | INSTALL ROCK ROAD, VEHICULAR LOOP | 11 | 06-Jul-20 | 10-Jul-20 | 28-Jan-20 A | 11-Feb-20 A | 108 |
| F00640 | PROOF ROLL SUB-BASE, VEHICULAR LOOP | 21 | 01-Jul-20 | 03-Jul-20 | 28-Jan-20 A | 25-Feb-20 A | 93 |
| F00670 | INSPECT ROCK ROAD, VEHICULAR LOOP | 1 | 13-Jul-20 | 13-Jul-20 | 13-Feb-20 A | 13-Feb-20 A | 107 |
| F00630 | U/G SITE LIGHTING, VEHICULAR LOOP | 2 | 01-Jul-20 | 02-Jul-20 | 08-Apr-20 A | 09-Apr-20 A | 60 |
| F00690 | INSTALL IRRIGATION SLEEVES, VEHICULAR LOOP | 3 | 16-Jul-20 | 20-Jul-20 | 08-Apr-20 A | 10-Apr-20 A | 71 |
| F00680 | LAY-OUT SIDEWALKS, VEHICULAR LOOP | 1 | 15-Jul-20 | 15-Jul-20 | 16-Apr-20 A | 16-Apr-20 A | 64 |
| F00710 | FINE GRADE FOR SIDEWALKS, VEHICULAR LOOP | 1 | 21-Jul-20 | 24-Jul-20 | 22-Apr-20 A | 22-Apr-20 A | 67 |
| F00740 | F/R/P SIDEWALKS, VEHICULAR LOOP | 1 | 27-Jul-20 | 31-Jul-20 | 23-Apr-20 A | 23-Apr-20 A | 71 |
| F00700 | INSTALL CURBS, VEHICULAR LOOP | 1 | 16-Jul-20 | 16-Jul-20 | 24-Apr-20 A | 24-Apr-20 A | 59 |
| F00720 | PLACE CONCRETE PAVING, VEHICULAR LOOP | 3 | 27-Jul-20 | 27-Jul-20 | 28-Apr-20 A | 30-Apr-20 | 62 |
| F00660 | INSTALL LIGHT POLES, VEHICULAR LOOP | 2 | 13-Jul-20 | 14-Jul-20 | 30-Apr-20 | 01-May-20 | 52 |
| F00730 | INSPECT SIDEWALKS, VEHICULAR LOOP | 1 | 27-Jul-20 | 27-Jul-20 | 30-Apr-20 | 30-Apr-20 | 62 |
| F00750 | IRRIGATION ROUGH-IN, VEHICULAR LOOP | 2 | 03-Aug-20 | 04-Aug-20 | 01-May-20 | 04-May-20 | 66 |
| F00760 | INSTALL SOD / PLANTS, VEHICULAR LOOP | 2 | 10-Aug-20 | 11-Aug-20 | 08-May-20 | 11-May-20 | 66 |
| F00770 | IRRIGATION TRIM-OUT, BVEHICULAR LOOP | 1 | 12-Aug-20 | 12-Aug-20 | 12-May-20 | 12-May-20 | 66 |
| F00780 | STRIPPING, VEHICULAR LOOP | 1 | 13-Aug-20 | 13-Aug-20 | 13-May-20 | 13-May-20 | 66 |
| F00790 | INSTALL FENCE / GATES, VEHICULAR LOOP | 2 | 14-Aug-20 | 17-Aug-20 | 14-May-20 | 15-May-20 | 66 |
| F00800 | REMOVE SILT FENCING, VEHICULAR LOOP | 1 | 18-Aug-20 | 18-Aug-20 | 18-May-20 | 18-May-20 | 66 |
| F00810 | REMOVE TEMP FENCING, VEHICULAR LOOP | 1 | 19-Aug-20 | 19-Aug-20 | 19-May-20 | 19-May-20 | 66 |
| F00820 | FINAL INSPECTION @ VEHICULAR LOOP | 1 | 20-Aug-20 | 20-Aug-20 | 20-May-20 | 20-May-20 | 66 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
PLACE CONTROL PANELS, GENERATOR
14-May-20, Dumpster
PREPARE ROOM, DUMPSTER
CONSTRUCT SLAB, DUMPSTER
FINISH AREA, DUMPSTER
INTALL DOOR SYSTEM, DUMPSTER
20-Jul-20, Metal Trusses
INSTALL LIGHT GAUGE METAL TRUSSES
15-Oct-20, Hardscape
15-Oct-20, Finish Site/Parking Area
14-Aug-20, Staff & Visitor Parking
CLEAR & GRUB, STAFF & VISITOR PARKING
PROOF ROLL SUB-BASE, STAFF & VISITOR PARKING
U/G ELECTRICAL SITE LIGHTING, STAFF & VISITOR PARKING
INSTALL SLEEVES FOR IRRIGATION LINES, STAFF & VISITOR PARKING
INSTALL ROCK ROAD, STAFF & VISITOR PARKING
INSPECT SUB-BASE, STAFF & VISITOR PARKING
INSTALL CURBS, STAFF & VISITOR PARKING
INSTALL LIGHT POLES, STAFF & VISITOR PARKING
PLACE CONCRETE PAVING, STAFF & VISITOR PARKING
INSTALL SIGNAGE, STAFF & VISITOR PARKING
INSTALL IRRIGATION, STAFF & VISITOR PARKING
INSTALL PARKING STOPS, STAFF & VISITOR PARKING
F/R/P SIDEWALKS, STAFF & VISITOR PARKING
PAINT PARKING STALLS, STAFF & VISITOR PARKING
INSTALL SOD/PLANTS, STAFF & VISITOR PARKING
INSTALL PERMANENT FENCE & GATES, STAFF & VISITOR PARKING
IRRIGATION TRIM-OUT, STAFF & VISITOR PARKING
STAFF & VISITOR PARKING COMPLETE, 14-Aug-20
20-May-20, Vehicular Loop
SURVEY, VEHICULAR LOOP
INSTALL ROCK ROAD, VEHICULAR LOOP
PROOF ROLL SUB-BASE, VEHICULAR LOOP
INSPECT ROCK ROAD, VEHICULAR LOOP
U/G SITE LIGHTING, VEHICULAR LOOP
INSTALL IRRIGATION SLEEVES, VEHICULAR LOOP
LAY-OUT SIDEWALKS, VEHICULAR LOOP
FINE GRADE FOR SIDEWALKS, VEHICULAR LOOP
F/R/P SIDEWALKS, VEHICULAR LOOP
INSTALL CURBS, VEHICULAR LOOP
PLACE CONCRETE PAVING, VEHICULAR LOOP
INSTALL LIGHT POLES, VEHICULAR LOOP
INSPECT SIDEWALKS, VEHICULAR LOOP
IRRIGATION ROUGH-IN, VEHICULAR LOOP
INSTALL SOD / PLANTS, VEHICULAR LOOP
IRRIGATION TRIM-OUT, BVEHICULAR LOOP
STRIPPING, VEHICULAR LOOP
INSTALL FENCE / GATES, VEHICULAR LOOP
REMOVE SILT FENCING, VEHICULAR LOOP
REMOVE TEMP FENCING, VEHICULAR LOOP
FINAL INSPECTION @ VEHICULAR LOOP

Remaining Level of Effort | Actual Level of Effort | Critical Remaining Work
Baseline Milestone | Actual Work | Milestone
Target Schedule | Remaining Work | summary

Variance Report - WBS
Project Finish: 01-Apr-21





LYNX CONSTRUCTION MANAGEMENT

# Empowerment Center - PS0513 - 30Apr20 Update

| Activity ID | Activity Name | OD | BL Start | BL Finish | Start | Finish | Variance - BL Finish |
|---|---|---|---|---|---|---|---|
| **Vehicular Access/ Service Loading** | | 36 | 21-Aug-20 | 09-Oct-20 | 27-Aug-20 | 15-Oct-20 | -4 |
| F00830 | U/G SITE LIGHTING, VEHICULAR ACCESS & SL | 3 | 21-Aug-20 | 25-Aug-20 | 27-Aug-20 | 31-Aug-20 | -4 |
| F00840 | GRADE FOR ROAD BED, VEHICULAR ACCESS & SL | 4 | 26-Aug-20 | 31-Aug-20 | 01-Sep-20 | 04-Sep-20 | -4 |
| F00850 | ROAD BASE, VEHICULAR ACCESS & SL | 3 | 01-Sep-20 | 03-Sep-20 | 07-Sep-20 | 09-Sep-20 | -4 |
| F00860 | FORM AND POUR NEW CURB, VEHICULAR ACCESS & SL | 4 | 07-Sep-20 | 10-Sep-20 | 11-Sep-20 | 16-Sep-20 | -4 |
| F00870 | INSTALL SIDEWALK AT ACCESS LANE, VEHICULAR ACCESS & SL | 2 | 11-Sep-20 | 14-Sep-20 | 17-Sep-20 | 18-Sep-20 | -4 |
| F00880 | FINAL GRADE ROAD BASE FOR CONCRETE PAVING, VEHICULAR ACCESS & SL | 3 | 16-Sep-20 | 18-Sep-20 | 22-Sep-20 | 24-Sep-20 | -4 |
| F00890 | FINAL GRADE ROAD BASE FOR ASPHALT (TURN LANE, AVENUE G), VEHICULAR ACCESS & SL | 3 | 16-Sep-20 | 18-Sep-20 | 22-Sep-20 | 24-Sep-20 | -4 |
| F00900 | STRIPING / SIGNAGE, VEHICULAR ACCESS & SL | 3 | 21-Sep-20 | 23-Sep-20 | 25-Sep-20 | 29-Sep-20 | -4 |
| F00910 | CONCRETE WHEEL STOPS, VEHICULAR ACCESS & SL | 4 | 24-Sep-20 | 29-Sep-20 | 30-Sep-20 | 05-Oct-20 | -4 |
| F00920 | INSTALL IRRIGATION SYSTEM, VEHICULAR ACCESS & SL | 2 | 30-Sep-20 | 01-Oct-20 | 06-Oct-20 | 07-Oct-20 | -4 |
| F00930 | INSTALL LIGHT POLES, VEHICULAR ACCESS & SL | 4 | 30-Sep-20 | 05-Oct-20 | 06-Oct-20 | 09-Oct-20 | -4 |
| F00940 | INSTALL SOD/PLANTS, VEHICULAR ACCESS & SL | 4 | 06-Oct-20 | 09-Oct-20 | 12-Oct-20 | 15-Oct-20 | -4 |
| **Concrete Sidewalk** | | 10 | 26-Aug-20 | 08-Sep-20 | 01-Sep-20 | 14-Sep-20 | -4 |
| F01000 | PREPARE AREA | 5 | 26-Aug-20 | 01-Sep-20 | 01-Sep-20 | 07-Sep-20 | -4 |
| F01010 | CONSTRUCT SIDE 8' SIDEWALK | 5 | 02-Sep-20 | 08-Sep-20 | 08-Sep-20 | 14-Sep-20 | -4 |
| **Fencing** | | 15 | 04-Jun-20 | 24-Jun-20 | 13-Aug-20 | 02-Sep-20 | -50 |
| F01020 | INSTALL FENCING SYSTEM AROUND BUILDINGS | 10 | 04-Jun-20 | 17-Jun-20 | 13-Aug-20 | 26-Aug-20 | -50 |
| F01030 | INSTALL ENTRY GATES | 5 | 18-Jun-20 | 24-Jun-20 | 27-Aug-20 | 02-Sep-20 | -50 |
| **Fence Electrical System** | | 23 | 21-Jul-20 | 13-Aug-20 | 08-Apr-20 A | 08-May-20 | 69 |
| F01050 | INSTALL ELECTRICAL UNDER SLAB, VEHICULAR LOOP | 2 | 03-Aug-20 | 05-Aug-20 | 08-Apr-20 A | 09-Apr-20 A | 84 |
| F01040 | INSTALL ELECTRICAL UNDER SLAB, STAFF & VISITOR PARKING | 0 | 21-Jul-20 | 23-Jul-20 | 30-Apr-20 | 30-Apr-20 | 61 |
| F01060 | IN-WALL ELECTRICAL ROUGH-IN, VEHICULAR ACCESS & SL | 1 | 03-Aug-20 | 03-Aug-20 | 01-May-20 | 01-May-20 | 66 |
| F01080 | IN-WALL ELECTRICAL ROUGH-IN, STAFF & VISITOR PARKING | 2 | 06-Aug-20 | 07-Aug-20 | 01-May-20 | 04-May-20 | 69 |
| F01070 | OH LIGHTING ROUGH-IN, VEHICULAR ACCESS & SL | 1 | 04-Aug-20 | 04-Aug-20 | 04-May-20 | 04-May-20 | 66 |
| F01090 | OH LIGHTING ROUGH-IN, VEHICULAR LOOP | 2 | 10-Aug-20 | 11-Aug-20 | 05-May-20 | 06-May-20 | 69 |
| F01100 | ELECTRICAL TRIM-OUT, VEHICULAR ACCESS & SL | 1 | 12-Aug-20 | 12-Aug-20 | 07-May-20 | 07-May-20 | 69 |
| F01110 | ELECTRICAL TRIM-OUT,STAFF & VISITOR PARKING | 2 | 12-Aug-20 | 13-Aug-20 | 07-May-20 | 08-May-20 | 69 |
| **Exterior Walls** | | 20 | 24-Jul-20 | 21-Aug-20 | 20-May-20 | 17-Jun-20 | 47 |
| F01115 | PREPARE AREA EXTERIOR WALL | 15 | 24-Jul-20 | 14-Aug-20 | 20-May-20 | 10-Jun-20 | 47 |
| F01120 | CONSTRUCT EXTERIOR WALL | 15 | 31-Jul-20 | 21-Aug-20 | 27-May-20 | 17-Jun-20 | 47 |
| **Landscape** | | 57 | 05-Aug-20 | 21-Aug-20 | 05-May-20 | 22-Jul-20 | 22 |
| G00010 | INSTALL SOD / PLANTS, LAWN AREA AROUND BUILDING | 3 | 05-Aug-20 | 07-Aug-20 | 05-May-20 | 07-May-20 | 66 |
| G00020 | INSTALL BIKE RACKS | 5 | 10-Aug-20 | 14-Aug-20 | 02-Jul-20 | 08-Jul-20 | 27 |
| G00025 | INSTALL ALUMINUM CANOPY ABOVE BIKE RACKS | 5 | 17-Aug-20 | 21-Aug-20 | 16-Jul-20 | 22-Jul-20 | 22 |
| **Substantial Completion** | | 20 | 12-Oct-20 | 06-Nov-20 | 29-Jan-21 | 25-Feb-21 | -79 |
| G00027 | SUBSTANTIAL COMPLETION | 0 | | 06-Nov-20 | | 29-Jan-21 | -59 |
| G00030 | TCO AE PUNCHLIST | 3 | 12-Oct-20 | 16-Oct-20 | 29-Jan-21 | 02-Feb-21 | -77 |
| G00040 | TCO CO PUNCHLIST | 3 | 12-Oct-20 | 16-Oct-20 | 29-Jan-21 | 02-Feb-21 | -77 |
| G00050 | TCO PUNCHIST COMPLETION | 7 | 13-Oct-20 | 26-Oct-20 | 01-Feb-21 | 09-Feb-21 | -76 |
| G00060 | TCO FINAL INSPECTIONS | 10 | 26-Oct-20 | 06-Nov-20 | 12-Feb-21 | 25-Feb-21 | -79 |
| **Closeout** | | 25 | 09-Nov-20 | 08-Dec-20 | 26-Feb-21 | 01-Apr-21 | -82 |
| H00010 | DE MOBILIZATION, CL | 3 | 09-Nov-20 | 13-Nov-20 | 26-Feb-21 | 02-Mar-21 | -77 |
| H00020 | FINAL INSPECTIONS, CL | 4 | 16-Nov-20 | 19-Nov-20 | 03-Mar-21 | 08-Mar-21 | -77 |
| H00030 | FINAL PUCHLIST COMPLETION, CL | 4 | 20-Nov-20 | 25-Nov-20 | 09-Mar-21 | 12-Mar-21 | -77 |
| H00040 | FINAL TURN-OVER DOCUMENTS / CLOSE-OUT, CL | 6 | 26-Nov-20 | 01-Dec-20 | 15-Mar-21 | 22-Mar-21 | -79 |
| H00050 | AE PUNCHLIST, CL | 6 | 26-Nov-20 | 01-Dec-20 | 15-Mar-21 | 22-Mar-21 | -79 |
| H00060 | PUNCHIST COMPLETION, CL | 7 | 02-Dec-20 | 07-Dec-20 | 23-Mar-21 | 31-Mar-21 | -82 |
| H00070 | FURNITURE/FIXTURES/EQUIPMENTS, CL | 4 | 02-Dec-20 | 07-Dec-20 | 23-Mar-21 | 26-Mar-21 | -79 |
| H00080 | FINAL INSPECTIONS, CL | 1 | 08-Dec-20 | 08-Dec-20 | 01-Apr-21 | 01-Apr-21 | -82 |
| H00090 | FINAL COMPLETION, CL | 0 | | 08-Dec-20 | | 01-Apr-21 | -82 |

2020
2021
Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
15-Oct-20, Vehicular Access/ Service Loading
14-Sep-20, Concrete Sidewalk
02-Sep-20, Fencing
08-May-20, Fence Electrical System
17-Jun-20, Exterior Walls
22-Jul-20, Landscape
25-Feb-21, Substantial Completion
01-Apr-21, Closeout

Remaining Level of Effort — Actual Level of Effort — Critical Remaining Work
Baseline Milestone — Actual Work — Milestone
Target Schedule — Remaining Work — summary

Variance Report - WBS
Project Finish: 01-Apr-21

# Exhibit "C"

### Drawings Log / Addenda and Specifications

**Addenda (#1 through #8):**
https://www.dropbox.com/sh/qchpzo8lcteci86/AADeR5LTJMEtKIKIVzlSd9Ika?dl=0

**Specifications (Project Manuals Volume No. 1 and Volume No. 2:**
https://www.dropbox.com/sh/rj8yqhuk7bxm420/AAC97hv6JOrj_VxUxqAcgmyya?dl=0





FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **35** of **42**

LCM_____ SUB_____

Lynx Construction Management LLC

Printed on Wed Apr 22, 2020 at 11:00 am EDT

Job #: 182344 MDC Empowerment Center

Miami, Florida 33032
305123656

# Current Drawings

| Drawing No. | Drawing Title | Revision | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| **Architectural** | | | | | |
| A.1 | 1/16" OVERALL FLOOR PLAN | 6 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| A1.1 | 1/8" CENTRAL AREA FLOOR PLAN | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A1.2 | 1/8" WINGS "A" AND "B" FLOOR PLANS | 10 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A2.3 | ROOF PLAN | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A2.4 | 1/8" REFLECTIVE CEILING PLAN-CENTER | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A2.5 | CEILING PLANS-WINGS "A" | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A2.6 | GUARD HOUSE PLAN AND ELEVATIONS | 11 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A2.7 | KENNEL ENCLOSURE PLANS AND ELEV. | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A2.8 | CHILLER ENCLOSURE PLANS AND ELEV. | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A3.0 | EXTERIOR ELEVATIONS | 13 | 10/16/2017 | 01/22/2020 | BID SET (10/16/17) |
| A3.1 | EXTERIOR ELEVATIONS | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A3.10 | BUILDING SECTIONS | 13 | 10/16/2017 | 01/22/2020 | BID SET (10/16/17) |
| A3.11 | BUILDING SECTIONS | 4 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A4.0 | WALL SECTIONS | 5 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A4.1 | WALL SECTIONS | 5 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A4.2 | WALL SECTIONS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A5.0 | 1/4" ENTRANCE PLAN AND 1/4" UPPER LOBBY | 5 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A5.0.1 | LOBBY SECTIONS | 5 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A5.1 | 1/4" KITCHEN PLANS AND ELEVATIONS | 5 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A5.2 | 1/4" BEDROOM PLANS | 11 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A5.3 | 1/4" PUBLIC TOILET PLANS AND ELEVATIONS | 11 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A6.4 | INTERIOR ELEVATIONS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A6.5 | INTERIOR ELEVATIONS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A7.6 | ROOF DETAILS | 4 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A6A1 | ROOF DETAILS | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A7.0 | CABINET DETAILS | 0 | 10/16/2017 | 10/04/2018 | BID SET (10/16/17) |
| A7.0 | PARTITION DETAILS | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A7.1 | FIRE PENETRATION DETAILS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A7.2 | ROOF DETAILS | 4 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A7.3 | ROOF DETAILS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A7.4 | DETAILS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A7.5 | DETAILS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A8.0 | DOOR SCHEDULE | 10 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A8.1 | DOOR LEGEND | 4 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A8.2 | WINDOW | 4 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |



Lynx Construction Management LLC

Printed on Wed Apr 22, 2020 at 11:00 am EDT
Job #: 182344 MDC Empowerment Center
Miami, Florida 33032
305523656

| Drawing No. | Drawing Title | Revision | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| A9.0 | FINISH SCHEDULE | 6 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| A9.1 | ADA DETAILS | 4 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| A9.2 | ADA DETAILS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| C0.0 | 1/8" CENTRAL AREA FINISH FLOOR PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| C0.1 | 1/8" WINGS "A" AND "B" FINISH FLOOR PLANS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| C1.1 | 1/8" CENTRAL AREA FURNITURE & SIGN PLAN | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| C1.1 | 1/8" WINGS "A" AND "B" FURNITURE & SIGN PLANS | 8 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| **Civil** | | | | | |
| OD-1 | TYPICAL OFFSITE SECTIONS | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| OD-1 | OFFSITE DRAINAGE PLAN | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| OS-1 | OFFSITE SEWER PROFILES | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| OS-2 | OFFSITE SEWER PROFILES | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| OS-3 | OFFSITE SEWER PLAN AND PROFILE | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| OSM-1 | OFFSITE SIGNING AND MARKING | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| OSM-1 | OFFSITE GEOMETRIC SITE PLAN | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| PD-1 | PAVING, GRADING & DRAINAGE DETAIL SHEET | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| TSD-1 | TYPICAL SECTIONS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| TSD-2 | TYPICAL SECTIONS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| PGD-1 | GRADING & DRAINAGE PLAN | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| PGD-2 | GRADING & DRAINAGE PLAN | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| PGD-3 | PAVING, GRADING & DRAINAGE PLAN | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| PGD-4 | PAVING, GRADING & DRAINAGE PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| PGD-5 | PAVING, GRADING & DRAINAGE PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| PD-1 | STORMWATER POLLUTION PREVENTION | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| PPP-1 | STORMWATER POLLUTION PREVENTION | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| PPP-2 | STORMWATER POLLUTION PREVENTION | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| PPP-3 | STORMWATER POLLUTION PREVENTION | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| PPP-4 | STORMWATER POLLUTION PREVENTION | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| PP-5 | STORMWATER POLLUTION PREVENTION | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| SM-1 | SIGNING AND MARKING PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| SM-2 | SIGNING AND MARKING PLAN | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| SM-3 | SIGNING AND MARKING PLAN | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| SM-4 | SIGNING AND MARKING PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| SM-5 | SIGNING AND MARKING PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| ST-1 | CIVIL SITE PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| ST-2 | CIVIL SITE PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| ST-3 | CIVIL SITE PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| SP-4 | CIVIL SITE PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| SP-5 | CIVIL SITE PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| WS-1 | WATER & SEWER PLAN | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |

Lynx Construction Management LLC



Printed on Wed Apr 22, 2020 at 11:00 am EDT

Job #: 182344 MDC Empowerment Center

Miami, Florida 33032
305 523 3656

| Drawing No. | Drawing Title | Revision | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| WS-2 | WATER & SEWER PLAN | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| WS-3 | WATER & SEWER PLAN | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| WS-4 | WATER MAIN PROFILES | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| WS-5 | SANITARY LATERAL PROFILES | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| WS-6 | FIRE HYDRANT PROFILES | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| SD-1 | WATER & SEWER DETAIL SHEET | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| **COVER SHEET** | | | | | |
| X0.01 | COVER | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| **DEMOLITION** | | | | | |
| DBM-1 | SITE DEMOLITION PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| DBM-2 | SITE DEMOLITION PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| DBM-3 | SITE DEMOLITION PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| DBM-4 | SITE DEMOLITION PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| DBM-5 | SITE DEMOLITION PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| SDM-1 | OFFSITE DEMOLITION PLAN | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| **Electrical** | | | | | |
| E0.1 | GENERAL NOTES, LEGEND & SCHEDULES | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E1.0 | ELECTRICAL SITE PLAN | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E1.1 | LIGHTING PHOTOMETRIC CALCULATIONS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E2.1 | LIGHTING PLAN - BLDG. 'A'&'B' | 3 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E2.2 | LIGHTING PLAN - BLDG. 'ADMIN' | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E3.1 | POWER PLAN - BLDG. 'A'&'B' | 3 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E3.2 | POWER PLAN - BLDG. 'ADMIN' | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E4 | FIRE ALARM PLAN - BLDG. 'A' & 'B' | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E4 | FIRE ALARM PLAN - BLDG. 'ADMIN' | 2 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E5.1 | ENLARGED ELECTRICAL ROOMS | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E5.2 | ENLARGED ELECTRICAL ROOMS | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E5.3 | ENLARGED PLANS | 3 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E6.0 | ELECTRICAL ROOF PLAN | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E6.1 | RISER DIAGRAMS | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E6.2 | RISER DIAGRAMS | 1 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E7.0 | RISER DIAGRAMS | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E7.1 | PANEL SCHEDULES | 3 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E7.2 | PANEL SCHEDULES | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E7.3 | PANEL SCHEDULES | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E7.4 | PANEL SCHEDULES | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E7.5 | PANEL SCHEDULES | 3 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E7.6 | PANEL SCHEDULES | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E8.0 | DETAILS | 1 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |

Lynx Construction Management LLC



Printed on Wed Apr 22, 2020 at 11:00 am EDT

Job #: 182344 MDC Empowerment Center

Miami, Florida 33032
305523656

| Drawing No. | Drawing Title | Revision | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| EB.1 | DETAILS | 2 | 11/22/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| EB.2 | DETAILS | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| 0 | TELCOM LEGEND | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| 1 | TELCOM NOTES | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| 2 | TELCOM PLAN - BLDG. 'ADMIN' | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| 3 | TELCOM PLAN - BLDG. 'A' & 'B' | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| 4 | TELCOM SINGLE LINE DIAGRAM | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| 5 | TELCOM RACK ELEVATIONS | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| 6 | TELCOM DETAILS | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| 7 | TELCOM DETAILS | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| **Existing Condition** | | | | | |
| E-1 | EXISTING CONDITION PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| E-2 | EXISTING CONDITION | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| E-3 | EXISTING CONDITION | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| E-4 | EXISTING CONDITION | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| E-5 | EXISTING CONDITION | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| **Fire Protection** | | | | | |
| F-1 | GENERAL NOTES, LEGEND & SCHEDULES | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| F2.1 | FIRE PROTECTION PLAN BLDG. 'A' & 'B' | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| F2.2 | FIRE PROTECTION PLAN BLDG. 'ADMIN' | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| **General** | | | | | |
| G0.02 | DRAWING LIST AND RENDERING | 9 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| G0.03 | PROJECT INFORMATION LEGEND AND SYMBOLS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| G0.04 | GENERAL NOTES AND ABBREVIATIONS | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| GEN-1 | GENERAL NOTES & LEGEND | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| GEN-2A | GENERAL NOTES & LEGEND | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| **Landscape** | | | | | |
| L-00 | TREE DISPOSITION | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-01 | TREE DISPOSITION | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-02 | TREE DISPOSITION | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-03 | TREE DISPOSITION | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-04 | TREE DISPOSITION | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-05 | EXISTING TREE INVENTORY | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-100 | LANDSCAPE PLAN | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-101 | LANDSCAPE PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-102 | LANDSCAPE PLAN | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-103 | LANDSCAPE PLAN | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-204 | LANDSCAPE PLAN | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-205 | ISSUE DATE: | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| L-206 | LANDSCAPE DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |



**Lynx Construction Management LLC**

Printed on Wed Apr 22, 2020 at 11:00 am EDT

Job #: 182344 MDC Empowerment Center

Miami, Florida 33032
305523656

| Drawing No. | Drawing Title | Revision | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| L-207 | LANDSCAPE NOTES | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| IR800 | IRRIGATION PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| IR801 | IRRIGATION PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| IR802 | IRRIGATION PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| IR803 | IRRIGATION PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| IR804 | IRRIGATION PLAN | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| IR305 | IRRIGATION | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| IR306 | IRRIGATION | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| **Life Safety** | | | | | |
| LS1 | LIFE SAFETY | 10 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| LS1 | LIFE SAFETY | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| **Mechanical** | | | | | |
| M0.1 | GENERAL NOTES, LEGEND & SCHEDULES | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M0.2 | SCHEDULES | 9 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M0.3 | SCHEDULES | 9 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M1.0 | HVAC SITE PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M1.1 | HVAC PLAN BLDG.'A'&'B' | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M1.2 | HVAC PLAN BLDG.'ADMIN' | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M2.3 | HVAC ROOF PLAN | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M2.4 | HVAC PIPING PLAN BLDG.'ADMIN' | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M3.0 | ENLARGED & SECTION PLANS | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M3.1 | ENLARGED & SECTION PLANS | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M4.0 | RISER DIAGRAMS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.0 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.1 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.2 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.3 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.4 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.5 | DETAILS | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.6 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.7 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.8 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M5.9 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M6.10 | DETAILS | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M6.11 | DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M6.0 | CONTROLS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M6.1 | CONTROLS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M6.2 | CONTROLS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| M6.3 | CONTROLS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| **Plumbing** | | | | | |

Lynx Construction Management LLC

Printed on Wed Apr 22, 2020 at 11:00 am EDT
Job #: 182344 MDC Empowerment Center
Miami, Florida 33032
305523656

| Drawing No. | Drawing Title | Revision | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| P0.1 | GENERAL NOTES, LEGEND & SCHEDULES | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P1.0 | PLUMBING SITE PLAN | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P2.1 | DOMESTIC WATER & GAS PLUMBING PLAN BLDG. 'A' & 'B' | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P2.2 | DOMESTIC WATER & GAS PLUMBING PLAN BLDG. 'ADMIN' | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P3.1 | SANITARY & STORM PLUMBING PLAN BLDG. 'A' & 'B' | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P3.2 | SANITARY & STORM PLUMBING PLAN BLDG. 'ADMIN' | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P4.0 | PLUMBING ROOF PLAN | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P5.1 | ENLARGED PLANS - BLDG. 'A'&'B' KITCHEN | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P5.2 | ENLARGED PLANS - COMMON BATHROOM | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P5.3 | ENLARGED PLANS - BOILER RM, KENNEL & GUARDHOUSE | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P5.4 | ENLARGED PLANS - CHILLER | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P6.1 | RISER DIAGRAMS - DOMESTIC WATER - ADMIN | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P6.2 | RISER DIAGRAMS - DOMESTIC WATER - BLDG. B | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P6.3 | RISER DIAGRAMS - DOMESTIC WATER BLDG. A | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P6.4 | RISER DIAGRAMS - SANITARY PIPING - ADMIN | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P6.5 | RISER DIAGRAM - SANITARY PIPING | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P6.6 | RISER DIAGRAMS - SANITARY PIPING - BLDG. B | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P6.7 | RISER DIAGRAMS - STORM | 2 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P7.0 | PLUMBING DETAILS | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P7.1 | PLUMBING DETAILS | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P7.2 | PLUMBING DETAILS | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| P7.3 | PLUMBING DETAILS | 12 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| **Site Plan** | | | | | |
| SP-P1 | SITE PLAN | 11 | 10/16/2017 | 11/08/2019 | PERMIT SET (10/16/17) |
| SP-P2 | SITE PLAN DETAILS | 8 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| SP-P3 | SITE PLAN DETAILS | 8 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| SP-P4 | SITE PLAN DETAILS | 10 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| SP-P5 | PROPOSED PLAYGROUND DETAILS | 6 | 10/16/2017 | 10/15/2018 | BID SET (10/16/17) |
| **Structural** | | | | | |
| S0.0 | GENERAL STRUCTURAL NOTES | 0 | 10/16/2017 | 11/22/2019 | PERMIT SET (10/16/17) |
| S0.1 | CENTRAL AREA FLOOR | 13 | 01/28/2020 | 02/21/2020 | BID SET (10/16/17) |
| S0.2 | 1/8" WINGS "A" AND "B" FLOOR PLANS | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| S0.3 | CENTRAL AREA ROOF FRAMING PLAN | 13 | 01/28/2020 | 02/21/2020 | PERMIT SET (10/16/17) |
| S0.4 | WINGS "A" AND "B" ROOF FRAMING PLAN | 13 | 01/28/2020 | 02/21/2020 | BID SET (10/16/17) |
| S0.5 | CHILLER ENCLOSURE PLANS AND SECTIONS | 13 | 02/28/2020 | 02/21/2020 | BID SET (10/16/17) |
| S0.6 | KENNEL ENCLOSURE PLAN AND SECTIONS | 13 | 01/28/2020 | 02/21/2020 | BID SET (10/16/17) |
| S2.7 | GUARD HOUSE PLANS AND SECTIONS | 8 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| S3.1 | SCHEDULES AND DETAILS | 13 | 01/28/2020 | 11/08/2019 | BID SET (10/16/17) |
| S4.1 | SECTION 1 - BUILDING ENTRANCE AND UPPER LOBBY | 13 | 01/28/2020 | 02/21/2020 | BID SET (10/16/17) |
| S4.2 | SECTIONS | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |



Lynx Construction Management LLC

Printed on Wed Apr 22, 2020 at 11:00 am EDT

Job #: 182344 MDC Empowerment Center

Miami, Florida 33032
305523656

| Drawing No. | Drawing Title | Revision | Drawing Date | Received Date | Set |
|---|---|---|---|---|---|
| S4.3 | SECTIONS | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| .4 | ROOF STEEL JOISTS SECTIONS | 13 | 01/28/2020 | 02/21/2020 | BID SET (10/16/17) |
| .1 | TYPICAL DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| .2 | TYPICAL DETAILS | 1 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| .3 | TYPICAL DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| .4 | TYPICAL DETAILS | 0 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |
| Survey | TOPOGRAPHIC SURVEY (LAST REV 07/02/15) | 4 | 10/16/2017 | 11/08/2019 | BID SET (10/16/17) |



# Exhibit "D"

**Sample Pay Application / Suppliers List**

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **36** of **42**

LCM_____ SUB

# APPLICATION AND CERTIFICATE FOR PAYMENT

**DOCUMENT G702**   (INSTRUCTIONS ON REVERSE SIDE)   PAGE ONE OF ONE PAGE

TO (CONTRACTOR):
Lynx Construction Management
45 Almeria Ave
Coral Gables, FL 33134

PROJECT:
Empowerment Center
Miami, FL 33032

Application #:   1
Period To:   1-Apr-20

FROM (SUBCONTRACTOR):
Indan Painting and Waterproofing, Corp
12252 SW 128th St
Miami, FL 33186

VIA (ARCHITECT):
Saltz Michelson Architects
3501 Griffin Road
Fort Lauderdale, FL 33312

Application Date:   1-Apr-20
Job #:   **182344**
Contract #:   **09-900**

## CONTRACTOR'S APPLICATION FOR PAYMENT

**CHANGE ORDER SUMMARY**

| | Change Orders approved in previous months by Owner | DEDUCTIONS |
|---|---|---|
| | TOTAL | |
| Approved this Month | | |
| Number | Date Approved | |
| | | |

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, Document G703, is attached.

| | | |
|---|---|---|
| 1. **ORIGINAL CONTRACT SUM** .................................... | $ | 0.00 |
| 2. **Net change by Change Orders** ................................ | $ | 0.00 |
| 3. **CONTRACT SUM TO DATE (Line 1 +/- 2)** ................ | $ | 0.00 |
| 4. **TOTAL COMPLETED & STORED TO DATE** ................ | $ | 0.00 |
| (Column G on G703) | | |
| 5. **RETAINAGE** | | |
| a. 10% of Completed Work | 0.00 | |
| b. 10% of Stored Material | $0.00 | |
| Total Retainage (Line 5a + 5b or | | |
| Total in Column K of G703. | | |
| 6. **TOTAL EARNED LESS RETAINAGE** ......................... | $ | 0.00 |
| (Line 4 less Line 5 Total) | | |
| 7. **LESS PREVIOUS CERTIFICATES FOR** | $ | 0.00 |
| PAYMENT (Line 6 from prior Certificate) | | |
| 8. **CURRENT PAYMENT DUE** .................................... | $ | 0.00 |
| 9. **BALANCE TO FINISH, PLUS RETAINAGE** .................. | $ | 0.00 |
| (Line 3 less Line 6) | | |

The undersigned Subcontractor/Vendor certifies that to the best of his knowledge information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

**SUBCONTRACTOR:**

By:_____   Date

State of:   Florida   County of:   Dade
Subscribed and sworn to before me this _____ day of _____, 20 ___.
Notary Public:

My Commission expires:

**CONTRACTOR:**

**APPROVED FOR PAYMENT:**

By:_____   Date
Project Manager

**APPROVED FOR PAYMENT:**

By:_____   Date
Superintendent

Pay Upon Receipt of Owner Draw Request No: _____

**DOCUMENT G703**

| | APPLICATION NO. | 1 | |
|---|---|---|---|
| | APPLICATION DATE: | 04/01/20 | 4/1/2020 |
| | PERIOD TO: | 04/01/20 | 4/1/2020 |

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF WORK | ORIGINAL SCHEDULED VALUE | PREVIOUS APPLICATIONS | REQUISITION THIS PERIOD | STORED MATERIALS (NOT IN D OR E) | TOTAL TO DATE (D + E + F) | % COMP (H/D) | BALANCE TO FINISH (C - G) | RETAINAGE TO DATE |
| Item 1 | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| Item 2 | | | $0.00 | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| Item 3 | | | | $0.00 | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| | | | | | | $0.00 | #DIV/0! | $0.00 | $0.00 |
| TOTALS | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! | 0.00 | 0.00 |

**LYNX CONSTRUCTION MANAGEMENT**

CGC1518484

**SUBCONTRACTOR:** Indian Painting and Waterproofing, Corp

**PROJECT NAME:** Empowerment Center

**PROJECT NO.:** 182344

**THRU PERIOD:** ___ / ___ / ___

## LISTING OF MATERIAL SUPPLIERS AND SUB-SUBCONTRACTORS

Please use full company names, no abbreviations

| Supplier or Sub Name | Contact Person | Phone | Address | Type of Work |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*****INSTRUCTIONS:** This form must be submitted monthly with each payment application and include all suppliers/subcontractors for the thru period of the application. Until a final release of lien has been received from the supplier or sub progress lien releases must be provided to Lynx. Payment will not be processed without the appropriate releases of lien.

*The undersigned Subcontractor/Vendor certifies that to the best of his/her knowledge the information provided in this list contains all the suppliers/subcontractor for the thru period.*

By: _____     Date _____



# Exhibit "E"

## Safety Agreement

### SAFETY – EVERYONE'S RESPONSIBILITY

ALL of Lynx Construction Management's projects will be operated in strict compliance with the currently effective and applicable OSHA standards, 29 CFR parts 1926, 1910 and the General Duty Clause which addresses recognized hazards in conjunction with the Lynx Construction Management work and safety rules. In the event of conflict, the more stringent rule/standard will apply.

1. Clothing requirements are (a) shirts with sleeves, (b) work pants (no shorts), and (c) work shoes or boots.

2. Hardhats are required to be worn on all projects, at all times.

3. Use of protective devices, (PPE) i.e. eye and face protection, respirators, gloves, personal fall arrest systems, hearing protection are required when performing work on Lynx jobsites.

4. No alcohol or drug use is allowed at any time.

5. Safety is everyone's responsibility, report violations to your supervisor or the Lynx Construction Management Project Superintendent.

6. Report all injuries to the Lynx Construction Management Superintendent.

7. Provide to Lynx Construction Management copies of Material Safety Data Sheets (MSDS) on all hazardous materials in the workplace that are being used or provided by your firm.

8. The more stringent safety rules between Lynx Construction Management and OSHA must be followed.

All of Lynx Construction Management's Work and Safety Rules are hereto made part of this subcontract agreement in addition to the OSHA standards. Subcontractor acknowledges this fact by initialing in the designated area below.

Violations of Nos. 1 and 2 above will result in NO warning before the individual is removed from the project until correction has been effected. Failure to comply with any Safety Regulation will result in a written warning. If the violation is not corrected, the individual or company will be removed from the project. Any loss of revenue to Lynx Construction Management due to this situation will be borne by the violating company.

LCM _____ SUB _____

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **37** of **42**

LCM_____ SUB _____



# Exhibit "F"

## SBD Requirements

Applicable County Code:

- ☑ §2-11.16, Responsible Wage and Benefits
- ☑ §10-33.02, Small Business Enterprise Construction Services Program
- ☐ §2-8.1.1.1.1, Small Business Enterprise Services Program
- ☑ §2-8.1.1.1.2, Small Business Enterprise Goods Program
- ☐ §2-1701, Community Workforce Program
- ☑ §2-11.17, Residents First Training and Employment Program
- ☑ A.O. 3-63, Employ Miami-Dade Program
- ☑ R 1395-05, Job Clearinghouse

This Subcontract is subject to the above referenced County Codes.

The **Responsible Wages and Benefits of Miami Dade County 2019 and 2020** are applicable to this Subcontract, the Wage Scale is for the Building category, will be used the current Version 2019 and will be updated to 2020.

Each Subcontractor is responsible for submitting the Certified Payroll (in a weekly basis) to Lynx and the Originals Forms are required for each pay requisition, it's a Requirement for releasing payment. All onsite workers are subject to the wages requirements, and the following shall be listed on the Certified Payroll forms: employee name, address, last 4-digits of Social #, classification, hours worked, pay rate, gross pay, deductions and net pay. Failure on Submitting this, will result in the withholding of progress payments.

Independent contractors and temporary workers who perform trade work are subject to the wage requirements and must be listed on the certified payrolls.

LCP Tracker Software and Business Management Workforce System (BMWS) are implemented by County for Certified Payroll tracking. Assist to 2019 Training for both software is preferred (usually 2nd Wednesday of every Month 10am).

SBE-Cons firms meeting a goal shall maintain its Certification from the time of Bid, through the Project duration.

SBE-Construction firms meeting a goal must perform the work with its own workforces and cannot subcontract work unless Bid Documents permit such subcontracting, or the firms request and receive permission form SBD. Noncompliance will result in decertification for up to 3-years.

The **Resident First Training and Employment Program** requires that Subcontractors make their best reasonable efforts to have all 51% of all construction labor hours performed by Miami Dade County Residents and that all persons employed on this project performing construction

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **38** of **42**

LCM_____ SUB



shall have completed the OSHA 10 hours Safety Training. The employees must carry the OSHA card while at the jobsite. However, OSHA 30 Certification is preferred.

Prior to the NTP issuance, you shall submit to Lynx the Responsible Subcontractor Affidavit (Form RFTE 1), a Construction Workforce Plan (Form RFTE 2), and a List of all employees currently employed by the Subcontractor, including the employee's 4-last Social Security # digits.

All Certified Payrolls submitted shall include an OSHA Safety Training Affidavit (Form RFTE 3). A Payment requisition will be rejected if the Affidavit is not included.

All new employees hired must be from Miami Dade County.

This Subcontract is subject to the **Employ Miami-Dade Program**, Administrative Order 3-63, which requires that Subcontractors make a good faith effort to fill at least 20% of the labor workforce from Miami-Dade Register through Career Source South Florida. Positions shall be full time and for at least 120 days. The Subcontractor shall notify Lynx when he has a vacancy to be listed on Career Source South Florida.

This Subcontract is subject to the **Job Clearinghouse**, which requires a Notice of Job opportunities must be posted with the Miami Dade County Job Clearinghouse.

**Sanction and Penalties**

A fine of $75 per day for each employee on the job without OSHA 10 hours Safety Training.

**Monitoring Activities**

Small Business Development (SBD) Compliance staff will interview employees at project sites without previous notice.

SBD Compliance staff will review and conduct random audits, Certified Payrolls, Invoices, Timesheets, health and pension Benefits Plans and other related project documents.

SBD will notify all parties involved in writing of any non-compliance issues found.

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **39** of **42**

LCM_____ SUB



# Exhibit "G"

## Confidentiality Agreement

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **40** of **42**

LCM_____  SUB

**Confidentiality Agreement**

This is a confidentiality agreement (the "Agreement") dated this <u>7th</u> day of <u>May</u>, <u>2020</u>.

Bidder (defined on signature page) understands that, due to Bidder's involvement in the development of the Project No. W130069 ESP - Contract No. W130069-C Empowerment Center (the "**Project**"), Bidder will be entrusted with certain confidential information. This Agreement is required by Miami-Dade County prior to Bidder receiving the Confidential Information, as defined below. Bidder acknowledges and agrees that Miami-Dade County may enforce the terms of this Agreement.

"**Confidential Information**" means the location and address of the Project. This includes all descriptions of the location, including but not limited to maps, drawings, diagrams, and other descriptions, such as the use of cross streets (i.e., "at the corner of Miami Avenue and Flagler Street").

Bidder promises to protect the Confidential Information and keep it confidential. This means that Bidder agrees to the following:

1. Bidder promises to only reveal the Confidential Information to persons who need to know. "**Need to know**" means that the person must know the Confidential Information in order to assist in the development and/or construction of the Project.

2. Bidder agrees to contact Miami-Dade County at [Lynx Construction Management, LLC], attention [Christopher Moran], tel.: [305.523.3656], email:[Cmoran@lynxcs.com], if Bidder has questions about whether and when to reveal the Confidential Information.

3. Bidder agrees not to write the Confidential Information on emails, letters, plans, drawings, correspondence, and other documents and records unless absolutely necessary. When absolutely necessary and Confidential Information is included in a record, the record shall be marked "Confidential" and shall be protected from view by anyone without a need to know.

4. Bidder agrees to redact the Confidential Information from all records prior to producing them in response to a public records request and/or prior to producing records to anyone who does not need to know the Confidential Information.

5. Bidder agrees not to discuss the Confidential Information in public or with persons who do not need to know.

Confidentiality Agreement

6.  Bidder agrees to incorporate these confidentiality provisions into all of Bidder's subcontracts (if the Confidential Information is revealed to the subcontractors on a need-to-know basis).

7.  Bidder agrees to educate Bidder's employees and others Bidder shares the Confidential Information with about these confidentiality provisions and require that they abide by them.

8.  Bidder understands that these confidentiality obligations are on-going and do not end when the Project is completed.

9.  Bidder understands that failure to protect the Confidential Information may result in personal and/or corporate liability to Bidder or the person who signed this Agreement personally during the development of the Project and after the Project is completed.

10. Bidder agrees to notify Miami-Dade County (through the contact listed above) if Bidder has questions or concerns regarding the confidentiality provisions described in this Agreement.

I, _____Luis Inclan_____, understand that I am signing this Agreement on behalf of Bidder and in my individual, personal capacity.

BIDDER:    Inclan Painting & Waterproofing, Corp.
_____
Name of Bidder Entity

BY:    Luis Inclan
_____
Name of Person Signing on Behalf of Bidder and Individually

Signature: _____

Date:    05/07/2020
_____

2

Confidentiality Agreement



# Exhibit "H"

## Responsible Wages and Benefits 2020:
## Building

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **41** of **42**

LCM_____ SUB

# MIAMI-DADE COUNTY, FLORIDA

# RESPONSIBLE WAGES AND BENEFITS
## SECTION 2-11.16 OF THE CODE OF MIAMI-DADE COUNTY

## SUPPLEMENTAL GENERAL CONDITIONS

## WAGES AND BENEFITS SCHEDULE

## Construction Type: **BUILDING**

Building Construction generally is the construction of sheltered enclosures with walk-in access or for housing persons, machinery, equipment or supplies. It includes all construction of such structures, the installation of utilities and the installation of equipment, both above and below grade.

Note: Where multiple construction is "incidental" in function, the construction is considered a part of the building project for wage determination purposes.

## NOTICE TO EMPLOYEES

## FAIR WAGE AFFIDAVIT

## PAYROLL FORM
(For Contractors, Optional Use)

## 2020

INDEX
RESPONSIBLE WAGES AND BENEFITS
CONSTRUCTION TYPE: BUILDING

## A.  SUPPLEMENTAL GENERAL CONDITIONS

MINIMUM WAGES AND POSTING OF INFORMATION ............................................. 1-3

LIABILITY FOR UNPAID WAGES; PENALTIES; WITHHOLDING...................................3

PAYROLLS; BASIC RECORDS; REPORTING ....................................................... 3-5

SUBCONTRACTS ................................................................................................5

COMPLAINTS AND HEARINGS; CONTRACT TERMINATION AND DEBARMENT............. 5-6

APPRENTICES AND TRAINEES ......................................................................... 6-8

## B. WAGES AND BENEFITS SCHEDULES

BRICKLAYERS.......................................................................................................1

CARPENTERS ................................................................................................... 2-4

DRYWALL FINISHERS ...........................................................................................5

ELECTRICAL WORKERS ..................................................................................... 6-7

ELECTRICAL WORKERS (ELECTRIC SIGNS) ............................................................8

ELEVATOR CONSTRUCTORS .................................................................................9

GLAZIERS, ARCHITECTURAL METAL & METAL & GLASS WORKERS ...................10-11

INSULATORS AND ASBESTOS WORKERS .......................................................12-13

IRONWORKERS ................................................................................................14

LABORERS ................................................................................................15-16

MILLWRIGHTS, MACHINERY ERECTORS AND DIVERS .............................................17

OPERATING ENGINEERS ...............................................................................18-19

PAINTERS/WALL COVERING INSTALLATIONS ....................................................20-21

PILEDRIVERS, BRIDGE CARPENTERS AND DIVERS ...........................................22-23

PIPEFITTERS (AIR CONDITIONING, REFRIGERATION AND HEATING) ....................24-27

PLUMBERS ...............................................................................................28-29

ROOFERS ..................................................................................................30-31

INDEX
**RESPONSIBLE WAGES AND BENEFITS**
**CONSTRUCTION TYPE:  BUILDING**

SHEET METAL WORKERS ...................................................................................32

SPRINKLER FITTERS ........................................................................................33

WELDERS ...................................................................................................34

C. <u>NOTICE TO EMPLOYEES</u>

D. <u>FAIR WAGE AFFIDAVIT</u>

E. <u>LCPTRACKER - CONTRACTOR QUICK START GUIDE</u>

F. <u>LCPTRACKER - ACCOUNT MERGE FORM</u>

# SUPPLEMENTAL GENERAL CONDITIONS TO BIDDERS

Bidders are advised that the provisions of § 2-11.16 *et seq.*, Code of Miami-Dade County (the "Code"), pertaining to Responsible Wages on County Construction Contracts, will apply to any contract awarded pursuant to this bid.  By submitting a bid under these provisions, a bidder agrees to comply with these provisions of the Code and to acknowledge awareness of the penalties for non-compliance.  A copy of the Code may be obtained from the department issuing the specifications for this bid or online at http://www.municode.com/resources/gateway.asp?pid=10620&sid=9.

This Supplemental General Conditions is organized with the following sections:

      1.      Minimum Wages and Posting of Information
      2.      Liability for Unpaid Wages, Liquidated Damages and Withholding
      3.      Payrolls Records, Reporting and Inspection of Records
      4.      Subcontracts
      5.      Complaints, Hearings and Contracts Termination and Debarment
      6.      Apprentices and Trainees
      7.      Other State and Federal Wage Laws

## 1. MINIMUM WAGES AND POSTING OF INFORMATION

      A.      Minimum Wages

All employees working on the project must be paid the combined dollar value (hourly rate and benefits) listed in the Wages and Benefits Schedule for work being performed. Payment to workers shall be made in the form of check, money order or direct deposit. Cash payments are not allowed.  The rates paid shall be no less than those contained in the Wages and Benefits Schedule regardless of any contractual relationship that may exist between the contractor and the workers hired to perform under the contract.  For any classification of workers, the hourly rate paid must equal the sum of the base rate and the fringe benefit rates listed for that classification in the Wages and Benefits Schedule.  Paying below the base rate is not acceptable, even if the value of the fringe benefits exceeds the value of the required contribution.  Paying the base wage rate or above and making payments to legitimate fringe benefits providers on behalf of workers is acceptable.

Wages and benefits listed in the Wages and Benefits Schedule will be reviewed and increased, if appropriate, once a year, on January 1st.  The rates for wages and benefits to be paid for work performed under this contract and during each subsequent calendar year will be the rate in effect on January 1st of the year in which the work is performed.

      B.      Fringe Benefits

The contractor, or any subcontractor under the contractor, may pay the base rate to the employee plus pay contributions to employee benefit plans; or, pay the base rate plus the benefit rate in the Wages and Benefits Schedule in the form of check, money order or direct deposit, but not cash. If the value of the fringe benefits is less than the hourly amount required in the wage schedule the difference must be paid to the employee as an increase to their base pay.

Payments made to health insurance companies for hospitalization and medical costs, to dental insurance companies for dental costs, retirement plans, and life insurance companies for life insurance are fringe benefits.

Payments made irrevocably to a trustee or third party pursuant to a bona fide fringe benefit fund, plan or program for health, life, death and dismemberment, dental, vision insurance and retirement/pension can be credited towards meeting the required wages. These payments must be made not less often than quarterly. Annual payments to a fringe benefit fund, plan or program will not be accepted.

  C. More than One Classification

Workers must be paid the appropriate base rate and fringe benefits on the Wages and Benefits Schedule for the classification of work actually being performed without regard to skill. Workers performing work in more than one classification may be paid at the rate listed for each classification for the time they worked; however, the employer's payrolls must accurately show the time spent in each classification in which work is performed. This does not apply to workers performing tasks that are incidental to the trade they are working in, such as handling materials they will be installing or cleaning up the worksite after they complete their work.

  D. Classification Not Listed in the Wage Schedule

If you do not find a wage classification in the Wages and Benefits Schedule that describes the work actually being done, you must contact Small Business Development. Questions concerning the comparability of worker classifications or the applicability of Davis Bacon classifications will be determined by the County.

  E. Complaints by Workers

Any complaints of underpayment by the workers should be filed with:

**Internal Services Department**
**Small Business Development Division**
**111 NW 1ST Street, 19TH Floor Miami, FL 33128**
**Telephone: (305) 375-3111 FAX: (305) 375-3160**
**Email:  SBDMAIL@MIAMIDADE.GOV**

Neither the contractor nor any subcontractor on the project may terminate an employee

performing work on the contract because of such employee's filing a complaint regarding underpayment of required wage rates.

F.    Posting of Wages

The contractor and all subcontractors must permanently post the Wages and Benefits Schedule, together with a notice of the fines that may be assessed to the contractor or subcontractor, for failure to pay the required wage rates, at the site where the contract work is being performed in a prominent and accessible place where it can be easily seen by the workers. Failure to post the Wages and Benefits Schedule is a violation.

## 2.    LIABILITY FOR UNPAID WAGES; PENALTIES; WITHHOLDING

### A.   Compliance by Bidders

In the event of underpayment of the required wage rates, the contractor shall be liable to the underpaid employee for such underpayment. In addition, the contractor shall pay a penalty in accordance with the requirements of the Code and section 2B below. Contractors must pay all back wages and penalties on previous contracts before being awarded or participating on a new contract.

### B.  Penalties

In addition to any under payment due to employees, contractors may be fined a penalty in an amount equal to twenty percent (20%) of the first underpayment; forty percent (40%) of the amount of the second underpayment; for the third and successive underpayments, a penalty in an amount equal to sixty percent (60%) of the underpayment. A fourth violation will constitute a default of the contract and may be cause for a suspension or termination. If the required payments are not made within the specified period of time, the non-complying contractor and principal owners thereof shall be prohibited from bidding on or participating in County contracts for a period of three (3) years.

### C. Withholding Contractor Payments

The County may stop payment of monies to the contractor necessary to pay any wages that are required, and any penalties owed by the contractor or subcontractor. The withheld monies shall be given to the employee in accordance with the provisions of Section 5, "Complaints and Hearings; Contract Termination and Debarment".

## 3.    PAYROLL; BASIC RECORDS; REPORTING

### A. Payroll Records

The contractor and all subcontractors must keep accurate written records, signed under

oath as true and correct, showing payment of the required wages. These records must include the name, social security number of each worker, his or her address, correct classification, per hour rates of wages paid (including rates of contributions or costs anticipated for legitimate fringe benefits), and daily and weekly number of hours worked on this project. Contractors employing apprentices or trainees under approved programs shall keep records of the registration or apprenticeship programs, the certification of trainee programs, the registration of the apprentices and trainees, and wage rates as required by the applicable programs, in accordance with the provisions of Section 6 "Apprentices and Trainees".

      B.    LCPtracker

Each contractor and every low-tier subcontractor is required to submit all certified payrolls and labor compliance documentation electronically by the 10th of every month for the previous month using LCPtracker, a web-based Certified Payroll Management System (www.lcptracker.net). The system is managed by Small Business Development ("SBD"), a division of the Internal Services Department. The use of the system is **mandatory**, pursuant to Miami-Dade County Ordinance No. 18-33.

Each contractor and subcontractor on applicable contracts will be provided a username and password to access LCPtracker system. Use of the system will involve data entry of weekly payroll information including: employee name, social security number, trade classification, total hours and fractions of hours for every type of trade classification work performed on the project, and wage and benefits paid. LCPtracker's software can also interface with most payroll and accounting software programs that are capable of generating a CSV (comma delimited file). If your program does not have this capability, LCPtracker may be able to build an interface to communicate with your accounting software.

Hands-on training sessions for the LCPtracker system is available. To RSVP, please visit https://mdcsbd.gob2g.com/events.asp and select the training session you would like to attend.

If you are not able to attend a training class in person, there are other free training options available for contractors:

**Option 1: Web-Based Training Sessions**. Online and live training sessions facilitated by members of LCPtracker's Customer Support Team are offered several times per month. All you need to participate is a computer with internet access, an email address, and access to a phone.

- Go to the LCPtracker Website: www.lcptracker.net
- Enter your username/password
- Select "Book Now" on the Projects tab and register for the Online training sessions

**Option 2: Computer-Based Training Courses**.  Pre-recorded videos can be viewed at any time by logging into the LCPtracker website (www.lcptracker.net) and following these simple steps:

- Enter your username/password
- Select the "Training Materials" link located at the top of the page
- Select Contractor Training Videos

C.    Inspection of Records

The contractor or subcontractor must make these records available for inspection and copying by an authorized representative of the County and shall allow such representatives to interview employees during working hours on the job.  If the contractor or subcontractor fails to submit the reports or make the records on which they are based available, the County may, after written notice to the contractor, cause the stoppage of payments.  Also, failure to submit the reports upon request or make the records available may be reason for debarment.  The prime contractor is responsible for the submission of the information required and for the maintenance of records and provisions of access to same by all subcontractors.

**4.    SUBCONTRACTS**

The contractor must insert into any subcontracts the clauses set forth in paragraphs 1 through 6 of this Supplemental General Conditions and a clause reminding their subcontractors to include these paragraphs in any lower tier subcontract.  The prime contractor will be responsible for compliance by all subcontractors and their lower tier subcontractors with the clauses set forth in paragraphs 1 through 6 of this Supplemental General Conditions. In the event of non-payment or underpayment of the required wages, the prime contractor shall be liable to the underpaid employees of the subcontractor for each underpayment.

**5.    COMPLAINTS AND HEARINGS; CONTRACT TERMINATION AND DEBARMENT**

A.    Complaints

Upon receipt of a written complaint or identification of a violation pertaining to an employee wage underpayment of the required overall hourly rates, the County will investigate the complaint and notify the contractor or subcontractor employing said workers of the complaint/violation. The notice shall include a brief description of the said complaint/violation, the dollar amount that the contractor or subcontractor is liable for in back wages and fines, the required corrective action(s) to be taken and the due date for payment of back wages and fines or to request a compliance meeting. Failure to comply or request a compliance meeting within the due date specified shall constitute a waiver of the contractor's or subcontractor's right to a compliance meeting, and that such waiver shall constitute an admission of the complaint/violation.

The County may withhold from the contractor so much accrued payments as may be considered necessary by the Contracting Officer to pay employees of the contractor or subcontractor under them for the performance of the contract work, the difference between the combined overall hourly wage rate and benefits required to be paid by the contractor/subcontractor to the employee on the work and the amounts received by such employee where violations have been found.

Any employee of a contractor or subcontractor who performed work on a contract subject to this section, may instead of adhering to the County administrative procedure, but not in addition to such procedure, bring an action by filing suit against the contractor or subcontractor in any court of competent jurisdiction to enforce these provisions and may be awarded back pay, benefits, attorney's fees, costs. The applicable statute of limitations of such a claim will be two (2) years as provided in Section 95.11(4)(c), Florida Statutes, in an action for payment of wages. The court may also impose sanctions on the employer, including those persons or entities aiding or abetting the employer, to include wage restitution to the affected employee and damages payable to the covered employee in the sum of up to five hundred dollars ($500.00) for each week each employer is found to have violated these provisions.

    B.    Hearings

A contractor or subcontractor has the right to an administrative hearing to appeal a determination of non-compliance within (30) days of the notice.  To request a hearing the contractor or subcontractor must file a written request along with a $250.00 non-refundable filing fee with the County Mayor or his or her designee.  Upon timely receipt of a request for an administrative hearing request, the County Mayor shall appoint a hearing officer and fix a time for an administrative hearing thereon. A notice of hearing (together with a copy of SBD's determination of non-compliance) shall be served upon the contractor (or subcontractor). Upon completion of the hearing, the hearing officer shall submit proposed written findings and recommendations to the County Mayor within a reasonable time. The County Mayor or designee will review the findings and recommendations of the Hearing Officer and decide to accept or reject the recommendations of the Administrative Hearing Officer either with or without modifications.

    C.    Penalties

If the County Mayor or designee determines that the contractor or subcontractor substantially or repeatedly failed to comply, the non-complying contractor or subcontractor and the principal owners thereof shall be prohibited from bidding or otherwise participating in County contracts for the construction, alteration and/or repair, including painting or decorating, of public buildings or public works for a period of three years.  The County Mayor or designee may order the withheld amount equal to any underpayment remitted to the employee.  In addition, the County Mayor or designee may order payment of a penalty to the County.  If the required payment is not made

within a reasonable period of time, the County Mayor or designee may order debarment as described above.

A breach of the clauses contained in this Supplemental General Conditions shall be deemed a breach of this contract and may be grounds for termination of the contract, and for debarment.

6.    **APPRENTICES AND TRAINEES**

A.    Apprentices

Apprentices will be permitted to work at less than the rate listed in the Wages and Benefits Schedule for the work they perform when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau, or if a person is employed in his or her first 90 days probationary employment who is not individually registered in the program, but who has been certified by the Bureau of Apprenticeship and Training or a state apprenticeship agency (where appropriate) to be eligible for probationary employment as an apprentice. All apprentices participating on a project must approved in LCPtracker by SBD. LCPtracker will not allow a contractor to enter an apprentice on its certified payrolls until SBD has received and approved the Apprenticeship Certification, which is only valid for 90 days after issuance. To obtain SBD's approval, the Program Sponsor must submit the Apprenticeship Certification to:

<div align="center">

**Internal Services Department**
**Small Business Development Division**
**111 NW 1ST Street, 19TH Floor Miami, FL 33128**
**Telephone: (305) 375-3111 FAX: (305) 375-3160**
**Email:  SBDMAIL@MIAMIDADE.GOV**

</div>

Any worker listed as an apprentice on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, must be paid not less than the wage on the Wages and Benefits Schedule for the classification of work actually performed.

B.    Apprentice Ratio

The number of apprentices shall not be greater than the ratio listed in the Wages and Benefits Schedule. If the number of apprentices working on the project, is greater than the ratio permitted, the apprentices must be paid the wage rate on the Wages and Benefits Schedule for the work performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in the percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be

observed. Every apprentice must be paid at least the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable schedule.

C.    Apprentice Fringe Benefits

Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable apprentice classification; fringe benefits shall be paid in accordance with that determination.  In the event the Bureau of Apprenticeship and Training, or a state apprenticeship agency recognized by the Bureau, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is provided.

D.    Trainees

The rules for trainees are similar to those of apprentices. Except as provided in 29 C.F.R. § 5.16, trainees cannot work for less than the predetermined rate listed in the Wages and Benefits Schedule unless they are registered in a program certified by the U. S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site must not be greater than permitted under the plan approved by the Employment and Training Administration.

Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Trainees must be paid fringe benefits in accordance with the Trainee Program. If the Trainee Program does not specify fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the administrator of the wage and hour division determines that the rate is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination, which provides for less than the full fringe benefits for apprentices.

E.    Summary of Apprentices and Trainees

Any worker who is not registered in a training plan approved by the Employment and Training Administration must be paid not less than the wage rate on the Wages and Benefits Schedule for the work actually performed without regard to skill. In addition, if the number of apprentices and trainees are in excess of the ratio permitted under the registered program, then the wages that must be paid are those listed on the Wages and Benefits Schedule for the work actually performed by the apprentices or trainees. If the Employment and Training Administration cancels approval of an apprenticeship or training program, the contractor will no longer be permitted to pay the trainee or apprenticeship rate.

**7.    OTHER STATE AND FEDERAL WAGE LAWS**

All Miami-Dade County contracts require contractors to comply with all applicable state and federal wage laws including payment of overtime.  To obtain information regarding these laws, please visit the U.S. Department of Labor Wage and Hours Division at www.dol.gov/whd.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **BRICKLAYERS** | | | | |
| Cement Mason | $ 13.06 | $ 0.70 | $ - | $ 13.76 |
| Tile Setter | $ 18.01 | $ - | $ - | $ 18.01 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### CARPENTERS

| | | | | |
|---|---|---|---|---|
| Carpenter | $ 24.40 | $ 4.40 | $ 5.35 | 34.15 |
| Foreman (5 or more workers one must be a Forman) | $ 26.35 | $ 4.40 | $ 5.35 | 36.10 |
| Foreman (12 or more workers) | $ 27.33 | $ 4.40 | $ 5.35 | 37.08 |
| General Foreman (2 or more foremen) | $ 28.30 | $ 4.40 | $ 5.35 | 38.05 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st  6 month period | $ 15.13 | $ 4.40 | $ 5.35 | 24.88 |
| 2nd  6 month period | $ 16.35 | $ 4.40 | $ 5.35 | 26.10 |
| 3rd  6 month period | $ 17.57 | $ 4.40 | $ 5.35 | 27.32 |
| 4th  6 month period | $ 18.79 | $ 4.40 | $ 5.35 | 28.54 |
| 5th  6 month period | $ 20.01 | $ 4.40 | $ 5.35 | 29.76 |
| 6th  6 month period | $ 21.23 | $ 4.40 | $ 5.35 | 30.98 |
| 7th  6 month period | $ 22.45 | $ 4.40 | $ 5.35 | 32.20 |
| 8th  6 month period | $ 23.67 | $ 4.40 | $ 5.35 | 33.42 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

### Acoustic Ceilings

The unloading, distribution and installation of all materials and component parts of all types of acoustic ceilings and plenums, regardless of their material composition or method of manner of their installation, attachment or connection, including, but not limited to the following items: all hangers, carrying channels, cross furring, stiffeners, braces, all bars regardless of materials or methods of attachment, all integrated gypsum wall board ceiling heat panels, fill, all main tees, cross tees, splines, splays, wall and ceiling angles or moldings, all backing board and all finish ceiling materials regardless of method of installation excepting acoustic plaster.

### Doors

The unloading, distribution and installation of all prefinished wooden doors, hollow metal doors, overhead or mechanical doors, whether steel, aluminum or plastic and all supporting systems. Install all hollow metal jambs and hardware on doors whether they be interior or exterior.

### Floor Covering

Carpeting including all  measuring, lay-outs, remaking, cutting, fitting, sewing, binding, sizing, laying, stretching, repairing and installation, either by hand or power machine.  The installation of resilient flooring to include the laying of all cork, linoleum, asphalt, mastic, plastic, rubber tile, whether nailed or laid in with linopaste, glue, mastic or substitute materials. All wood flooring, whether nailed or laid in mastic. All necessary preparatory work including the scraping, filling of holes, nailing, lay of paper or other underlayments.  The sanding or refinishing of all wood floors either by hand or power machine.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"



## CARPENTERS, Continued

### Forms

The fabrication and re-fabrication of all forms and dismantling of forms when they are to be reused. This includes removable corrugated metal forming systems and all other patented forming systems. When power rigging is used in the setting or dismantling of forms, and the necessary false work, all handling, rigging and signaling. The setting, leveling and aligning of all templates for anchor bolts for structural members, machinery, and the placing, leveling, bracing, burning and welding for all bolts. The installation of embedded materials where attached to forms and/or embedded materials for machinery. Framing in connection with the setting of bulkhead; fabrication of screeds and stakes for floors and form for articles. The handling of lumber, fabricated forms and form hardware installed by carpenters. The building and moving of all scaffolding for runways and staging. The cutting or framing of openings for piles, conduit, ducts, when they pass through floors, partitions or forms. All rigging, setting, aligning and hand signaling when setting up pre-cast units.

### Furniture

The loading, unloading, handling, dismantling, distribution, erection, stockpiling, refurbishing, and installation of all modular and systems office furniture and all components parts, new and refurbished.

### Lathing

The prefabricating, erecting, construction, furring, making and erecting of brackets, clips and hangers, wood, wire and metal lath to which plaster-type materials are applied; corner beads, arches erected for the purpose of holding plaster or cement.

The rigging, erecting, staying and fastening in any manner of all pre-cast aggregate panels of all types. All carrying bars, purlins and furring, regardless of size; light iron and metal furring of all descriptions for the receipt of metal lath, rock lath and all light iron when studs are to receive metal lath or rock lath for the application of plaster; and all other light iron furring erected to receive lath and plaster. The nailing, typing and fastening of all wire and metallic lath such as wire cloth, wire mesh, expanded metal lath, hyrib and flat expanded metal lath and wire of all descriptions as well as the placing of all hangers to support suspended ceilings or any of the above types of light iron and metal furring which receive lath and plaster; the placing of all types of floor lath, such as hyrib lath, paperback steeltex floor lath, Penn metal rib, etc. The tying, nailing, clipping or fastening, mechanical or otherwise, of all types of lath regardless of size, such as wood lath, plasterboard, button board, flaxilinum board, bishopric, celetex, gypsum lath, foam and Styrofoam, rock lath or any and all other types of material erected to receive or hold plaster. The erection of all metal plastering accessories such as metal corner beads and other plastering accessories which are covered and/or serve as a ground of screed for plaster.

### Material Procedures

The unloading, handling and erection and power rigging in connection with laminated wood arches, trusses and decks. All power rigging and signaling of Carpenters' materials. The operation and maintenance of small air compressors generators, electric or gasoline power motors for the operation of woodworking machinery. The unloading, handling and distribution of materials erected and installed. by carpenters. All prefabricated, manufactured and finished materials regardless of packing, shall be unloaded distributed and installed by the Carpenters. This shall include, but not be limited to all forms, templates, bolt, cabinets and all materials normally installed by Carpenters. Underpinning, lagging, bracing, propping and shoring, raising and moving of all building structures of parts thereof by the use of jack, power rigging or other methods shall be the work. This includes the unloading and setting of modular units and all work related thereto. The assembly and erection of pole and pre-engineered buildings.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



### CARPENTERS, Continued

#### Railing
The installation of all construction of temporary guardrails, barricades and /or safety devices. The unloading, handling, distribution, installation and backing necessary for all aluminum, vinyl, plastic or wood handrails and guardrails.

#### Scaffolding
The installation of all construction of temporary guardrails, barricades and /or safety devices. The unloading, handling, distribution, installation and backing necessary for all aluminum, vinyl, plastic or wood handrails and guardrails.

#### Sink Tops and Cabinets
The unloading, distribution and installation of all sink tops, cabinets, hoods base and wall units.

#### Weather and Spray Protection
The fabrication, erection and removal of frames, enclosures of buildings or scaffoldings, the draping of tarps, visqueen or similar coverings when secured by wire, nailing, bolting or clamps. The handling and setting up of all temporary enclosures.

#### Windows, Walls and Partitions
The installation, erection and/or application of all material component parts of wall and partitions regardless of all materials composition or method or manner of their installation, attachment of connection, including but not limited to the following items: All floor and ceiling runners, studs, stiffeners, cross bracings, Te-Blocking, resilient channels, furring channels, doors and windows including frames, casing, molding, base, accessory trim items, gypsum drywall materials, the making and installing of all backing for fixtures and welding of studs or other fasteners to receive materials being applied; laminated gypsum systems backing board, finish board, fireproofing of beams and columns, fireproofing of chase, sound and thermal installation materials, fixture attachments including all layout work, preparation of all openings for lighting, air vents or other purposes, all toilet partitions and insulated translucent wall and ceiling systems, and all other necessary or related work.

The erection of exterior metal studs and the installation windows metal or wood and those attached to metal studs.

The installation of rockwool, cork, fiberglass, tectum, Styrofoam and other insulation material used form sound of weatherproofing, the renewal for caulking and replacing of staff bead, brick mould and all Oakum, caulking, substitutes and all other caulking in connection there with, and the installation of chalkboards, cork and tack boards.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### DRYWALL FINISHERS

| | | | |
|---|---|---|---|
| Drywall (Hand Tools) | $  20.26 | $   5.50 | $   4.70 | $   30.46 |
| Drywall (Bazooka Box) | $  21.26 | $   5.50 | $   4.70 | $   31.46 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st  6 months | $   13.17 | $   5.50 | $   1.50 | $   20.17 |
| 2nd  6 months | $   14.18 | $   5.50 | $   1.50 | $   21.18 |
| 3rd  6 months | $   15.20 | $   5.50 | $   1.50 | $   22.20 |
| 4th  6 months | $   16.21 | $   5.50 | $   1.50 | $   23.21 |
| 5th  6 months | $   17.22 | $   5.50 | $   1.50 | $   24.22 |
| 6th  6 months | $   18.23 | $   5.50 | $   1.50 | $   25.23 |
| 7th and 8th 6 months | $   19.25 | $   5.50 | $   1.50 | $   26.25 |

### Per Hour Premiums:

$1.00 Charge person working up to 5 employees
$1.50 Charge person working 6 or more employees
$1.00 General Foreman above highest paid charge person

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to: the preparation or leveling of any surface or substrate which is to receive a coating, finishing and/or wall covering; this will include, but not be limited to, all levels of finishing and/or spackling of all surfaces, including gypsum wallboard taping and finishing, fire taping and all fire stopping systems, glaze coatings, skim coating or any other finishing system, spotting of nails, finishing of corner beads/flex beads.  Patching and sanding is within the system of preparing surface for finishes.  All stucco and dryvit systems.

APPRENTICE RATIO: One (1) Apprentice to every one (1) Drywall Finishers.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### ELECTRICAL WORKERS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Electrician - Wiremen | $ | 35.36 | $ | 5.95 | $ | 5.42 | $ 46.73 |
| Electrician - Cable Splicer | $ | 35.86 | $ | 5.95 | $ | 5.50 | $ 47.31 |
| Welder | $ | 35.86 | $ | 5.95 | $ | 5.50 | $ 47.31 |
| Foreman (2) | $ | 38.89 | $ | 5.95 | $ | 5.95 | $ 50.79 |
| General Foreman (22 or more Electricians) | $ | 42.43 | $ | 5.95 | $ | 6.48 | $ 54.86 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st year | $ | 17.62 | $ | 4.47 | $ | 0.53 | $ 22.62 |
| 2nd year | $ | 18.62 | $ | 4.47 | $ | 2.91 | $ 26.00 |
| 3rd year | $ | 20.62 | $ | 4.47 | $ | 3.21 | $ 28.30 |
| 4th year | $ | 22.61 | $ | 4.47 | $ | 3.51 | $ 30.59 |
| 5th year | $ | 26.52 | $ | 4.47 | $ | 4.10 | $ 35.09 |

Add $1.00 per hour to the per hour wage rate for electricians working in hazardous locations, above or below ground in high places such as silos, hangers, beacon lights, or other similar structures where a free fall of 30 feet or more is possible.

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

(2) On any job where 3-9 electricians are employed, one shall be designated foreman. One (1) additional electrician shall be designated as a foreman if there are 10-14 electricians, and one (1) additional for 15-21 electricians.

Scope of work under this trade includes but is not limited to: installation, inspection, operation, maintenance, service, repair, testing or retrofit of all energized and de-energized electrical power and communications conductors, electrical materials, electrical devices and electrical power distribution equipment, or a part of there which generates, transmits, transforms or utilize electrical energy in any form AC or DC voltages for heat, light or power used in the construction, alteration, temporary power, maintenance, service and repair of public and private premises including building, floating buildings, structures, bridges, street, highway and tunnel work including all signaling, shafts, dams or levees, river and harbor work, airports, mobile homes, recreational vehicles, yards, lots, parking lots, carnivals, tradeshows, events and industrial substations, The installations of electrical conductors and electrical distribution equipment that connect to the supply of electricity, installations used by an electric utility that are not an integral part of a generating plant, substation or control center and all electrical raceways of whatever form for electrical and communications conductors and fiber optics.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### ELECTRICAL WORKERS, Continued

As related to an electrical system in its entirety, the chasing, channeling, opening and closing of places above and below ground, placement, installation or temporary installation, erection, inspection, operation, welding, maintenance, service, repair, testing or connection of any electrical conductors, electrical lighting fixtures, appliances, instrumentation apparatus, raceway systems, conduit systems , pipe systems, underground systems, cable tray systems, grounding, bonding systems, lightening protection systems, power-generating green technology systems or other systems of renewable energy including but not limited to photovoltaic, solar, wind turbine, hydro-generation, geothermal or tidal systems, electric vehicle technology, electrical power conductors and communications conductors for energy management systems, electrical power conductors and communications conductors for building automation systems, railroad, signalman, maintainer and railroad communication, nuclear, or the erection, alteration, repair, modification, splicing, termination of electric transmission lines on private property, structured cabling systems for transmission of voice, data, video, notification, warning systems, smoke and fire alarm systems, other life safe safety and security systems and appurtenances.

The installation of electrical lighting, heating and power equipment, fiber optics, and the installation and connecting of all electronic equipment, including computing machines and devices, monitoring of radiation hazards where such monitoring work is not preempted or performed by an electrical utility, the installation of all temporary power and light wiring, high-voltage cable splicing and terminations, breaker testing and the commission and decommission of electrical control systems. Clean, service, repair, replace, operate and adjust high and low voltage switchgear; transformers, conductors, connectors, breakers, fuses and buses. Operations, maintenance and repair of high voltage electrical power connections, circuit protection devices and associated switchgear. Pre-fabricated parts and materials shall be unloaded, distributed and installed by employees covered under this trade and working for the electrical contractor. There are no restrictions on an employers utilization of pre-fabricated or pre-assembled parts, fixtures or other materials when obtained from a third party supplier, except as set forth above.

APPRENTICE RATIO: Two (2) Apprentices to (1-3) Wiremen, Cable Splicer or Welders, four (4) Apprentices to (4 to 6) Wiremen, Cable Splicer or Welders, six (6) Apprentices to (7 to 9) Wireman, Cable Splicer or Welders

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### ELECTRICAL WORKERS (ELECTRIC SIGN)

| | PER HOUR WAGE RATE | PER HOUR HEALTH | PER HOUR PENSION | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| Electrician - Wiremen | $ 35.36 | $ 5.95 | $ 5.42 | $ 46.73 |
| Foreman (2) | $ 38.89 | $ 5.95 | $ 5.95 | $ 50.79 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | PER HOUR WAGE RATE | PER HOUR HEALTH | PER HOUR PENSION | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| 1st year | $ 17.62 | $ 4.47 | $ 0.53 | $ 22.62 |
| 2nd year | $ 18.62 | $ 4.47 | $ 2.91 | $ 26.00 |
| 3rd year | $ 20.62 | $ 4.47 | $ 3.21 | $ 28.30 |
| 4th year | $ 22.61 | $ 4.47 | $ 3.51 | $ 30.59 |
| 5th year | $ 26.52 | $ 4.47 | $ 4.10 | $ 35.09 |

Add $2.00 per hour to the per hour wage rate for Electrician working in high places, seventy-five feet (75') above the ground floor except safety-guarded swing stage, walkways, or 2 man remote baskets.

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

(2) On any job where ten (10) Electricians are employed, one shall be designated foreman.

Scope of work under this trade includes but is not be limited to: the installation, alteration, dismantling or removing of all illuminated signs, non illuminated signs or displays, whether luminous tube, light emitting diodes, receptacle, plastic, reflector type, plaques and panels. The installation of all interior neo tubing and light emitting diodes for lighting or decorating all secondary conduit work, flashers, timers or other auxiliary equipment, also the steel structures for the support of signs or displays. In the event of billboards or displays not served from an existing building or group of buildings and which in itself is an individual entity, having its own service and meter, all such service conduit meter and secondary conduit. Also covered is the service, maintenance and patrolling of all electrical equipment on signs, displays, and tube lighting after they have been erected and in operation.

APPRENTICE RATIO: Two (2) Apprentices to (1-3) Wiremen, four (4) Apprentices to (4 to 6) Wiremen, six (6) Apprentices to (7 to 9) Wireman

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### ELEVATOR CONSTRUCTORS

| | | | | |
|---|---|---|---|---|
| Mechanics | $ 45.91 | $ 15.73 | $ 18.41 | 80.05 |
| Mechanic In Charge | $ 51.65 | $ 15.73 | $ 18.41 | 85.79 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| Probationary Apprentice/Helper (0 - 6 mo.) | $ 22.96 | $ - | $ - | 22.96 |
| Probationary Apprentice/Helper (6 mo. - 1 yr.) | $ 25.25 | $ 15.73 | $ 18.41 | 59.39 |
| 1st year | $ 25.25 | $ 15.73 | $ 18.41 | 59.39 |
| 2nd year | $ 29.84 | $ 15.73 | $ 18.41 | 63.98 |
| 3rd year & Helpers | $ 32.14 | $ 15.73 | $ 18.41 | 66.28 |
| 4th year & Asst. Mechanics | $ 36.73 | $ 15.73 | $ 18.41 | 70.87 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

(2) Probationary Apprentice/Helper receive health and pension after 1st 6 months.

APPRENTICE RATIO: One (1) Apprentice to one (1) Mechanic.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## GLAZIERS, ARCHITECTURAL METAL & GLASS WORKERS

| | | | | |
|---|---|---|---|---|
| Glazier (Commercial) | $ 23.51 | $ 5.50 | $ 4.50 | 33.51 |
| Foreman (4 to 10 employees) | $ 24.51 | $ 5.50 | $ 4.50 | 34.51 |
| Foreman (10 or more employees) | $ 25.51 | $ 5.50 | $ 4.50 | 35.51 |
| General Foreman | $ 26.51 | $ 5.50 | $ 4.50 | 36.51 |

Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| First Level | $ 15.27 | $ 5.80 | $ 0.95 | 22.02 |
| Second Level | $ 16.45 | $ 5.80 | $ 0.95 | 23.20 |
| Third Level | $ 17.62 | $ 5.80 | $ 0.95 | 24.37 |
| Fourth Level | $ 18.80 | $ 5.80 | $ 0.95 | 25.55 |
| Fifth Level | $ 19.98 | $ 5.80 | $ 0.95 | 26.73 |
| Sixth Level | $ 21.16 | $ 5.80 | $ 0.95 | 27.91 |
| Seventh Level | $ 22.33 | $ 5.80 | $ 0.95 | 29.08 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not limited to: the installation, setting, cutting, preparing, fabricating, distributing, handling or removal of the following:  glass and glass substitutes used in place of glass, pre-glazed windows, retrofit window systems, mirrors, curtain wall systems, window wall systems, suspended glass systems, louvers, photovoltaic and other collections systems, skylights, entranceways including automatic doors, patio doors, store front, column covers, panels and panel systems, glass hand rails, decorative metals as part of the glazing systems and the sealing of all architectural metal and glass systems for weatherproofing and structural reasons. Art glass, prim glass, beveled glass, leaded glass, automotive glass, protection glass, plate glass, window glass, wire glass, ribbed glass, ground glass, colored glass, figured glass, vitrolite glass, carrara glass, all types of opaque glass, glass chalk boards, structural glass, tempered and laminated glass, thiokol, neoprene, all types of insulating glass units, all plastics or other similar materials when used in place of glass to be set or glazed in its final resting place with or without putty, vinyl, molding, rubber, lead, sealants, silicone and all types of mastics in wood, iron, aluminum, sheet metal or vinyl sash, doors, frames, stone wall cases, show cases, book cases, sideboards, partitions and fixtures.

The installation of the above systems materials when on the job site, either temporary or permanent, on or for any building in the course of repair, remodel, alteration, retrofit or construction;

The installation and welding of all extruded, rolled or fabricated materials including, but not limited to, all metals, plastic and vinyls or any materials that replace same, metal and vinyl tubes, mullions, metal facing materials, corrugated flat metals, aluminum panels, muntins, fascia, trim moldings, porcelain panels, architectural porcelain, plastic panels, unitized panels, show-case doors, all handrails and relative materials, including those in any or all types of building related to store front, door/window construction and curtain wall systems;

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



## GLAZIERS, ARCHITECTURAL METAL & GLASS WORKERS

The installation of automatic door entrances, door(s) and window(s) frame assemblers such as patio sliding or fixed doors, vented or fixed windows, shower doors, bathtub enclosures, storm sash where the glass becomes an integral part of the finished product, including the maintenance of all the above;

Bevelers, silverers, scratch polishers, abrasive blasters, flat glass wheel cutting, mitre cutters, engravers, hole drilling, machine operations, belt machines and all machines used in the processing of glass, automatic beveling, silvering, grinding, polishing, unpacking and racking of glass, packing glass, glass cleaners in shops, mirror cleaning, assembling, framing and fabrication and assembling of all insulated and non-insulated units, fabrication and mounting of mirrors and the operations of all machines and equipment for these operations;

The selecting, cutting, preparing, designing, art painting, and installing of fused glass, thick facet glass in concrete and cementing of art glass, and the assembly and installing or removal of all art glass, engraving, drafting, etching, embossing, designing, abrasive blasting, chipping, glass bending, glass mosaic workers, cutters of all flat and bent glass; glass shade workers, and glaziers in lead or other glass metals; the fabrication and distribution of all glass and glass-related products;

Any and all transportation, handling, unloading and loading of tools, equipment and materials.

APPRENTICE RATIO: One (1) Apprentice to every one (1) Glazier.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## INSULATORS & ASBESTOS WORKERS

| | | | | |
|---|---|---|---|---|
| Insulators or Asbestos Workers | $ 22.05 | $ 8.07 | $ 6.65 | 36.77 |
| Foreman (1 to 4 workers) | $ 22.55 | $ 8.07 | $ 6.65 | 37.27 |
| Foreman (5 or more workers) | $ 22.80 | $ 8.07 | $ 6.65 | 37.52 |
| General Foreman (15 or more workers) | $ 23.55 | $ 8.07 | $ 6.65 | 38.27 |

## Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st year | $ 13.89 | $ 8.07 | $ 6.65 | 28.61 |
| 2nd year | $ 15.43 | $ 8.07 | $ 6.65 | 30.15 |
| 3rd year | $ 17.64 | $ 8.07 | $ 6.65 | 32.36 |
| 4th year | $ 19.84 | $ 8.07 | $ 6.65 | 34.56 |

## Per Hour Premiums:

$0.25 for time spent in or on a boatswain chair or swinging scaffold, suspended by cable or ropes.

Employees required on industrial work, to work on a boatswain chair or swinging scaffold suspended by cable or ropes will be paid 5% above the Insulator or Asbestos workers wage rate.

On light Industrial work, Foremen are required for eight (8) workers at a rate of 10% over the Insulators /Asbestos Workers rate. General Foremen will be required when there are one (1) Foreman or more at 15% over the Insulators/Asbestos Workers

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not limited to: the preparation, fabrication, application, alteration, erection, assembling molding, spraying, pouring, mixing, hanging, adjusting, repairing, dismantling, reconditioning, maintenance, finishing and/or weatherproofing of cold or hot thermal, insulation with such materials as may be specified when these materials are to be installed for thermal, fireproofing and acoustical purposes in voids, or to create voids, or on either piping, fittings, valves, boilers, ducts, flues, tanks, vats equipment, or on any cold or hot surfaces for the purpose of thermal control. Exclude is the manufacture or pipe covering and/or fittings in one piece halves or the facing of flexible blanket duct insulation.

Preparation and application of all exterior material, excluding factory applied for the purpose of weatherproofing or protection, etc. This is also to include all labor connected with the handling and distribution of thermal insulation materials on the job premises and all other such work for the purpose of thermal control. All exterior material, excluding factory applied for the purpose of weatherproofing or protection, etc., shall be prepared and applied by the Asbestos Workers. This is also to include all labor connected with the handling and distribution of thermal insulation materials on the job premises.

Page 12 of 34

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



## INSULATORS & ASBESTOS WORKERS, Continued

It shall also includes firestopping or fireproofing technicians, & apprentices engaged in the manufacture, fabrication, assembling, molding, handling, erection, spraying, pouring, mixing, hanging, preparation, application, adjusting, alteration, repairing, dismantling, reconditioning, testing, and maintenance of the following, when applied by machine or other application methods of all firestopping materials including, but not limited to: intumescent firestop sealant, intumescent firestop blocks, elastomeric firestop sealant, self-leveling firestop sealant, trowel able firestop compound, firestop collars, composite sheets, putty pads, fire containment pillows, wrap strips, putty sticks, firestop mortar, firestop mastic, refractory ceramic fiber blanket for kitchen exhaust and fire rated duct systems, or other materials used in connection with labor, and to include other fire protection materials such as boots and cable coatings which are connected with the handling or distribution of the above insulating materials, or the repair and maintenance of all equipment, on job premises.

The types of work shall include but not be limited to: top of wall, curtain wall, fire rated wall penetrations, grease ducts, stairwell pressurization systems, beam, column, and deck fireproofing, application of materials or devices within or around penetrations and openings in all rated wall or floor assemblies in order to prevent the passage of fire, smoke, or other gases. The application include all components involved in creating the rated barrier at perimeter slab edges and cavities, the head of gypsum board or concrete walls, joints between rated wall or floor components, and sealing of penetrating items and blank openings.

The unloading and distribution on the job site of all insulation material and related material and equipment, the assembling, dismantling of scaffolding and clean up when necessary.

APPRENTICE/IMPROVER RATIO: One (1) Apprentice/Improver to two (2) Insulators or Asbestos Workers. A one (1) to one (1) ratio is permitted on overtime hours on job sites requiring the work of only two (2) men. For duct work jobs three (3) Apprentices to (1) Insulator or Asbestos Worker.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### IRONWORKERS

| | | | | |
|---|---|---|---|---|
| Ironworkers | $ 25.49 | $ 5.75 | $ 5.40 | 36.64 |
| Foreman (2) | $ 28.04 | $ 5.75 | $ 5.40 | 39.19 |
| General Foreman (2) | $ 30.59 | $ 5.75 | $ 5.40 | 41.74 |

**Apprentices:**
NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.

| | | | | |
|---|---|---|---|---|
| 1st 6 months - 800 Hours | $ 12.74 | $ 5.75 | $ - | 18.49 |
| 2nd 6 months - 800 Hours | $ 14.02 | $ 5.75 | $ - | 19.77 |
| 3rd 6 months - 800 Hours | $ 15.29 | $ 5.75 | $ - | 21.04 |
| 4th 6 months - 800 Hours | $ 16.57 | $ 5.75 | $ - | 22.32 |
| 5th 6 months - 800 Hours | $ 17.84 | $ 5.75 | $ - | 23.59 |
| 6th 6 months - 800 Hours | $ 19.12 | $ 5.75 | $ - | 24.87 |
| 7th 6 months - 800 Hours | $ 20.39 | $ 5.75 | $ - | 26.14 |
| 8th 6 months - 800 Hours | $ 21.66 | $ 5.75 | $ - | 27.41 |

**Per Hour Premiums:**
Diving Pay add $40.00 rental plus $5.00 to the Ironworker's wage rate.

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

(2) A foreman is required when two (2) or more Ironworkers are employed by one employer, one shall be a foreman. When the crew exceeds 12 or more, another foreman is required. A general foreman is required if three (3) or more Ironworker Foremen are employed on a job.

Scope of work under this trade includes but is not limited to: erection and installation of all bridges, structural, ornamental, reinforcing, and reinforcing ironwork; which includes but is not limited to the following: reinforcing steel (rebar), post tensioning (cables), structural steel and iron, miscellaneous steel and iron, stairs – joist – decking, curtains and window walls, storefronts – windows, metal doors (manual and electric), glass doors (manual and electric), glass slider doors, screens – fences, tilt walls – precast – stone, space frames – skylights, pre-engineered metal buildings, cladding covers (all types),column covers (all types), towers – cranes – hoists, standing seam metal roofs, handrails – rails (all types), rigging – welding, conveyors – erectors and maintenance, glazing – caulking – sealants and louvers -fixed.

APPRENTICE RATIO: One (1) Apprentice to four (4) Ironworkers. Ornamental work one (1) Apprentice to two (2) Ironworkers

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

### "BUILDING CONSTRUCTION"



| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

**This classification cannot be used for unskilled employees performing work in other trades OR for employees in other trades that handle their own materials and/or must clean up after their work is performed. Employees must be paid in accordance with the type of work being performed without regard to skill.**

### LABORERS

| Laborer | $ 16.00 | $ 3.90 | $ 2.37 | $ 22.27 |
|---|---|---|---|---|

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section – http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| 1st  6 month period | $ 12.80 | $ 3.90 | $ 2.37 | 19.07 |
| 2nd  6 month period | $ 13.60 | $ 3.90 | $ 2.37 | 19.87 |
| 3rd  6 month period | $ 14.40 | $ 3.90 | $ 2.37 | 20.67 |
| 4th  6 month period | $ 15.20 | $ 3.90 | $ 2.37 | 21.47 |

### Per Hour Premiums:

Laborer Foremen (4 or more laborers)  -  $1.50 per hour on top of the highest paid laborers

General Foreman (15 or more laborers) - $2.50 per hour on top of the highest paid laborers

**$1.50** - Mason and Plaster Tenders, Concrete Placement Patch Men, and Finisher Tenders, Scaffold Builders, Strippers and Wreckers, Electric and Air-Hammers, Concrete Grinders, Saws, Coring Machines, Nozzle and Hopper & Mixers, Cutting Torch, Hydro-Blasting, Chain Saw.

**$3.00 -** Sidewalks and curb and gutter form builders and setters, Plaster and Concrete Finish and Repair, Loader, Lulls, Forklifts, Bobcats, Water Sewer and Storm Drain Pipe layers, Asbestos Removal, Hazardous Waste, and Lead Removal, Remediation and Handling.

*Contracts for the inspection of sewer lines for leakage and damage through the use of Closed Circuit T.V. inspections and the simultaneous sealing of leaks or other damage in the lines as the machine inspects the sewer line is covered under the Responsible Wages and Benefits. Contracts for inspection only are not covered. Workers performing on a Closed Circuit T.V. crew should be classified and paid as laborer. The CCTV Operator should receive the $3.00 per hour supplement for Water Sewer & Storm Drain Pipe layers. The rate for the Vactor Trucks Operator is listed under the Operating Engineers Wage Schedule.*

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes tending masons, plasterers, carpenters and other building and construction crafts. Tending shall consist of preparation of materials and the handling and conveying of materials. Unloading, handling and distributing of all materials, fixtures, furnishings and appliances from point of delivery to point of installation. Cleaning and clearing of all debris. Ageing and curing of concrete, mortar and other materials.

Scaffolds - erection, planking and removal.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

This classification cannot be used for unskilled employees performing work in other trades OR for employees in other trades that handle their own materials and/or must clean up after their work is performed. Employees must be paid in accordance with the type of work being performed without regard to skill.

## LABORERS, Continued

Excavations and Foundations, Site Preparation and Clearance, Transportation and Transmissions Lines - Excavation for building and all other construction, digging of trenches, piers, foundations and holes, digging, lagging, sheeting, cribbing, bracing and propping of foundations, holes, caissons, cofferdams, dams, dikes, and irrigation trenches, canals and all handling filling and placing of sand bags connected therewith. All drilling, blasting and scaling on the site or along the right of way, as well as all access roads, reservoirs, including areas adjacent or pertinent to the construction site, installation of temporary lines. Preparation and compacting of roadbeds for highway construction and the preparation of trenches, footings, etc. for cross country transmission or underground lines or cables. On site preparation and right-of-way clearance, for construction of any structures or the installation of traffic and transportation facilities such as highways, pipelines, electrical transmission lines, dam sites and reservoir areas, access roads, etc. Erection, dismantling and/pre-installation of all fences.

Concrete, Bituminous Concrete and Aggregates - Mixing, handling, conveying, pouring, vibrating, gunniting and otherwise placing concrete or aggregates, whether done by hand or other process. Wrecking, stripping, dismantling and handling concrete forms and falsework. Placing of concrete or aggregates whether poured, pumped, gunnited, or placed by any other process. All vibrating, grinding, spreading, flowing, puddling, leveling and strike off of concrete aggregates by floating rodding or screeding, by hand or mechanical means prior to finishing. The filling and patching of voids, crevices etc. to correct defects in concrete.

Underpinning, Lagging, Bracing, Propping and Shoring; Drilling and Blasting; Signal Men; General Excavation and Grading and Landscaping of all sites for all purposes; and Wrecking.

Construction Cleaners, Janitors, Fire Watchers, Hole Watchers, Material Handlers, Escorts and Equipment Monitors, Decontamination Workers, Flaggers and Landscapers, Guardrail and Fencer Erectors, Rod Carriers and Mowers.

APPRENTICE RATIO: After employing one (1) Laborer, the next laborer employed may be an apprentice, after employing four (4) Laborers, an apprentice shall be employed as the next laborer employed. After the first apprentice is employed, the ratio of Apprentices to Laborers shall not exceed one (1) Apprentice for three (3) Laborers.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## MILLWRIGHTS & MACHINERY ERECTORS

| | | | | |
|---|---|---|---|---|
| Millwrights, Machinery Erectors | $ 31.70 | $ 4.70 | $ 10.73 | $ 47.13 |
| Diver (2) (wet dry days) | $ 37.99 | $ 4.70 | $ 10.73 | $ 53.42 |

### Per Hour Premiums:

$2.00 Foreman (Required if 2 or more Millwrights on job; no Foreman shall supervise more than 10 Millwrights)
$3.00 General Foreman (Required if more than one Foreman is required and can serve as a Crew Foreman)
On wet days, Divers shall be paid the divers rate and penetration pay of $2.00 per foot per day in excess of twenty (20) feet after entering an enclosed structure that has no direct path to the surface.

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st Year | $ 20.61 | $ 4.70 | $ 10.73 | $ 36.04 |
| 2nd Year | $ 23.78 | $ 4.70 | $ 10.73 | $ 39.21 |
| 3rd Year | $ 26.95 | $ 4.70 | $ 10.73 | $ 42.38 |
| 4th Year | $ 30.12 | $ 4.70 | $ 10.73 | $ 45.55 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

(2) Diver classification applies to any Millwright that performs work beneath the water surface.

Scope of work under this trade includes but is not be limited to: installation, assembly, and, when necessary, dismantling machinery in factories, power plants, and construction sites.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **OPERATING ENGINEERS** | | | | |
| All Cranes 160 Ton Capacity & Over | $ 35.50 | $ 4.80 | $ 5.00 | 45.30 |
| All Cranes over 15 Tons Capacity | $ 34.50 | $ 4.80 | $ 5.00 | 44.30 |
| Backhoe-Loader Combination | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Batching Plant | $ 25.00 | $ 4.80 | $ 5.00 | 34.80 |
| Bobcat/Skid Steer | $ 19.00 | $ 3.90 | $ 2.37 | 25.27 |
| Boring Machine | $ 25.00 | $ 4.80 | $ 5.00 | 34.80 |
| Compressor, Above 250 CFM | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |
| Concrete Placing Booms | $ 30.75 | $ 4.80 | $ 5.00 | 40.55 |
| Concrete Pump, Trailer Mounted | $ 25.00 | $ 4.80 | $ 5.00 | 34.80 |
| Concrete Pump, Truck Mounted | $ 30.75 | $ 4.80 | $ 5.00 | 40.55 |
| Oiler/Driver/Flagman | $ 25.75 | $ 4.80 | $ 5.00 | 35.55 |
| Dozer | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Dragline | $ 30.75 | $ 4.80 | $ 5.00 | 40.55 |
| Drill Rig, Truck Mounted Watson | $ 30.75 | $ 4.80 | $ 5.00 | 40.55 |
| Drill Rig, Truck Mounted, Sterling | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Driver, Miscellaneous Trucks | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |
| Excavator | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Forklift/Lull | $ 19.00 | $ 3.90 | $ 2.37 | 25.27 |
| Front-End Loader | $ 19.00 | $ 3.90 | $ 2.37 | 25.27 |
| Gradall | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Grader | $ 30.75 | $ 4.80 | $ 5.00 | 40.55 |
| Hoist (Electric, Hydraulic, Air) Personnel, Material, Tugger | $ 25.00 | $ 4.80 | $ 5.00 | 34.80 |
| Inside Elevators, Temporary Only | $ 25.00 | $ 4.80 | $ 5.00 | 34.80 |
| Mechanic I | $ 34.50 | $ 4.80 | $ 5.00 | 44.30 |
| Mechanic II | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Mechanic's Helper | $ 24.50 | $ 4.80 | $ 5.00 | 34.30 |
| Off-Road Trucks | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |
| Oiler, Crawler Crane | $ 24.50 | $ 4.80 | $ 5.00 | 34.30 |
| Pavement Breaker | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Pumps/Dewatering Systems, 4 in. and over | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |
| Roller | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |
| Scraper | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |
| Spreading/Finishing Machine | $ 25.00 | $ 4.80 | $ 5.00 | 34.80 |
| Straddle Buggy/Travel Lift | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Track Hoe | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Tractors | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |
| Trenching Machine | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Utility Operator, Less than 6 Pieces of Miscellaneous Equipment | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |
| Vactor Truck | $ 14.21 | $ - | $ - | 14.21 |
| Welder | $ 25.50 | $ 4.80 | $ 5.00 | 35.30 |
| Welding Machines, three (3) or more | $ 23.85 | $ 4.80 | $ 5.00 | 33.65 |

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"



| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### OPERATING ENGINEERS, Continued

### Apprentices:

NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.

| | Wage | Health | Pension | Combined |
|---|---|---|---|---|
| 1st  6 months | $  13.81 | $  4.80 | $  5.00 | $  23.61 |
| 2nd  6 months | $  15.19 | $  4.80 | $  5.00 | $  24.99 |
| 3rd  6 months | $  16.57 | $  4.80 | $  5.00 | $  26.37 |
| 4th  6 months | $  17.95 | $  4.80 | $  5.00 | $  27.75 |
| 5th  6 months | $  19.33 | $  4.80 | $  5.00 | $  29.13 |
| 6th  6 months | $  20.72 | $  4.80 | $  5.00 | $  30.52 |
| 7th  6 months | $  22.10 | $  4.80 | $  5.00 | $  31.90 |
| 8th  6 months | $  23.48 | $  4.80 | $  5.00 | $  33.28 |

APPRENTICE RATIO: Three (3) Apprentices to one (1) Operator.  Apprentices must be under the supervision of an Operator.

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## PAINTERS/WALL COVERING INSTALLATIONS

| | | | | |
|---|---|---|---|---|
| Painter - Commercial | $ 16.51 | $ 5.10 | $ 4.77 | 26.38 |
| Painter - Industrial | $ 20.51 | $ 5.50 | $ 4.78 | 30.79 |
| Painter (Highway/Parking Lot Striper) | $ 12.13 | $ - | $ - | 12.13 |
| Operator (Spray Nozzleman) | $ 11.16 | $ - | $ - | 11.16 |
| Operator (Striping Machine) | $ 15.07 | $ - | $ - | 15.07 |

Industrial Rates are used on Water Treatment Plants, Pump Stations, Elevated / Ground Storage Tanks and Communication Towers.

### Apprentices:

NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.

| | | | | |
|---|---|---|---|---|
| 1st 6 months | $ 10.73 | $ 5.10 | $ 1.50 | 17.33 |
| 2nd 6 months | $ 11.56 | $ 5.10 | $ 1.50 | 18.16 |
| 3rd 6 months | $ 12.38 | $ 5.10 | $ 1.50 | 18.98 |
| 4th 6 months | $ 13.21 | $ 5.10 | $ 1.50 | 19.81 |
| 5th 6 months | $ 14.03 | $ 5.10 | $ 1.50 | 20.63 |
| 6th 6 months | $ 14.86 | $ 5.10 | $ 1.50 | 21.46 |
| 7th and 8th 6 months | $ 15.68 | $ 5.10 | $ 1.50 | 22.28 |

### Per Hour Premiums:

$1.00 Swing-Stage
$2.00 Thermal-Spay/Metalizing
$1.00 Charge person working up to 5 employees
$1.50 Charge person working 6 or more employees
$1.00 General Foreman above highest paid charge person
$ .50 Apprentices - steel, swing/stage, tanks, lead/asbestos abatement, power facilities, catalyzed epoxies, urethanes, HIPAC coatings

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not limited to:  preparation, application and removal of all types of coatings and coating systems in relation to all painting, decorating, protective coatings, coating and staining of concrete floors and toppings, waterproofing, masonry restoration, fireproofing, fire retarding, metal polishing, refinishing, sealing, lining, fiber glassing, E-Glass fiberglass, carbon fiber, encapsulating, insulating, metalizing, flame spray, the application of Exterior Insulating Finishing Systems;

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



## PAINTERS/WALL COVERING INSTALLATIONS, Continued

Each and all such applications, and similar or substitute applications, on all surfaces, interior and exterior, to include, but not to be limited to: residences; buildings; structures; industrial, power, chemical and manufacturing plants; bridges; tanks; vats; pipes; stacks; light and high tension poles; parking, traffic and air strip lines; trucks; automobile and railroad cars; ships; aircraft; and all machinery and equipment;

Any and all material used in preparation, application or removal of any paint, coatings or applications, including, but not limited to: the handling and use of thinners, dryers, sealers, binders, pigments, primers, extenders, air and vapor barriers, emulsions, waxes, stains, mastics, plastics, enamels, acrylics, epoxies, epoxy injection and T-Lock welding, alkalis, sheet rubber, foams, seamless and tile-like coatings, etc.;

All preparation for and removal of any and all materials for finishes, such as deep cleaning, patching, all levels of finishing, taping/finishing skim coating, pointing, caulking, high pressure water, chemical and abrasive blasting, environmental . blasting, wet/dry vacuum work, chemical stripping, scraping, air tooling, bleaching, steam cleaning, asbestos and lead abatement/removal; mold remediation and vapor barrier systems;

The inspection of all coatings and/or coating systems during their applications.

## WALL COVERING INSTALLATIONS

All material applied to walls or ceilings with adhesive, staples, tacks, by stretching or adhered by any other method, including all papers, vinyl, flexible woods, fabrics, borders, metals upholstered wall systems, the fabric covered panels made of plastic/wood or pre-finished products of micro fiberglass, etc., acrovin and various plastic wall coverings such as wainscot, caps, corner moldings and accessories;

Any and all preparation of walls and ceilings such as scraping or any methodology for removal of existing materials, including patching, leveling, skim coating and priming.

APPRENTICE RATIO: One (1) Apprentice to one (1) Apprentice to every one (1) Painter/Wall Covering Installer.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### PILEDRIVERS, BRIDGE CARPENTERS & DIVERS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Piledrivers and Bridge Carpenters | $ | 25.20 | $ | 4.15 | $ | 6.35 | $ 35.70 |
| Foreman | $ | 28.70 | $ | .4.15 | $ | 6.35 | $ 39.20 |

(All piledriving crews shall consist of at least one paid foreman)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Divers  (Wet days up to 59' or Dry days) | $ | 29.65 | $ | 4.15 | $ | 6.35 | $ 40.15 |
| Diver Tenders | $ | 29.65 | $ | 4.15 | $ | 6.35 | $ 40.15 |

Foremen (10 or less ) -  $2.00 per hour over the Divers rate

Foreman (11 or more workers) - $ 4.00 per hour over the Diver rate

Diver Wet Days -  The diver and tender must receive the diver rate with a premium pay of $1.00 per hour/ per foot per day for (60'-100'). Over 100' will be negotiated between the diver and the employer.

Foreman Wet Days - The foreman must receive the foremen rate with a premium pay of $2.00 per hour/ per foot per day for (50'-100'). Over 100' will be negotiated between the diver and the employer.

For Effluent Diving (working in hazardous waters such as waste water treatment plant/tanks, sewer pipes or storm water out fall pipes) the diver and tender must receive 1.5 times the diver and tender base rate and on wet days the diver and tender must also receive a premium pay of $1.00 per foot per day for (60' - 100') and over 100' will be negotiated between the diver and the employer.

Penetration: $1.00 per foot per day in excess of 20' after entering an enclosed structure that has no direct path to the surface.

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau.  In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship.  Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1st  year | $ | 15.12 | $ | 4.15 | $ | 6.35 | $ 25.62 |
| 2nd year | $ | 17.64 | $ | 4.15 | $ | 6.35 | $ 28.14 |
| 3rd year | $ | 20.16 | $ | 4.15 | $ | 6.35 | $ 30.66 |
| 4th year | $ | 22.68 | $ | 4.15 | $ | 6.35 | $ 33.18 |

### Per Hour Premiums:

$0.50 Certified Welders

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not limited to: all work historically related to piledrivers, welders, drillers, burners, riggers, divers, bridge, deck and wharf builders, signaling, and highway construction. Such work includes, but is not limited to, the following kinds, classes, or descriptions of work:  fabricating, erecting, dismantling, loading, unloading, moving,  spotting, and handling of all piledriving equipment on the jobsite;

### MIAMI-DADE COUNTY
### §2-11.16 CODE OF MIAMI-DADE COUNTY
### RESPONSIBLE WAGES AND BENEFITS SCHEDULE
### 2020

#### "BUILDING CONSTRUCTION"



| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## PILEDRIVERS, BRIDGE CARPENTERS & DIVERS, Continued

Jobsite moving and spotting of barges used in connection with piledriving work; anchoring, bolting, boom-tending, bracing, building, burning, capping, caulking, cutting, chipping of all types of piles, dismantling, drilling, erecting, fabricating, fitting, handling, lagging, loading, moving, plumbing, rafting, securing, signaling, spotting, welding, wrapping, and tying back, unloading and removing, all materials of any kind, make, shape or composition, whether prestressed or post stressed concrete, pipe, corrugated shell where power rigging is used, sand piles, sheet piles, auger cast type piling, wood, plastic, fiberglass, steel or any metal or synthetic which is used or installed in, or for, the building, construction, alteration, maintenance, or repair of wharfs, bridges, docks, piers, bulkheads, trestles, offshore drilling platforms of oil, gas, or any other purpose, coal docks, cofferdams, tunnels, seawalls, seawall caps, boardwalks, deck, and temporary flotation devices;

Pilings used in retaining walls, reservoirs, ditches, canals, spillways, cuts, or in any place where retaining walls are used, made of any kind of material, whether temporary or permanent; weights for piers, caissons, and test piles; Test piles and other test materials, including the securing of such materials except for independent testing equipment done by an independent testing laboratory;

Foundation work, including all piling, whether cast-in-place, poured-in-place, driven, jetted, augured, pre-augured or placed, and all caisson, drilled shaft and vibro-flotation foundations;

The splicing, heading, placing of stringers for frame work, fabrication and placing of wailing, spring and fender lines of any material described above;

The driving, vibrating, jetting, sinking, or screwing of all materials described above, whether by steam, pneumatic, hydraulic, electric, diesel, gravity, or vibratory hammer power; All other work in connection with drilling of any holes, shafts or caissons, for foundation work, spotting, aligning, monitoring, plumbing, and leveling of all drilling equipment whether the drilling is vertical, diagonal, on land or water, and is performed by equipment mounted on trucks, cranes, platforms or barges, or any other kind of mounted or self-contained water or land unit; and the handling, loading, unloading, changing, setting up, repairing, welding, or maintenance of the drilling equipment on the job site.

The fabrication and placing of all decking and guards on all docks, wharfs, and piers on the jobsite. All labor (except the work of the Operating Engineers and Oilers) employed in the actual operation of Piledriving equipment used from whatever purpose, including the operation of deck winches. The operation of vibratory hammer controls, hammer throttle values and panels not permanently fixed to a crane within reach of the Operator work.

Diving: shall be defined as any work performed beneath the water surface, which require individual external life support systems for safe and efficient performance. All underwater construction and reconstruction and the salvage of, and removing of, underwater structures; underwater inspection and repair of hulls, docks, bridges and dams, underwater pipelines, sewages and water systems, underwater suction and discharge lines such as those used at chemical plants, pull mills, and desalinization plants; inspecting, surveying , removing, rescuing, and recovering of all objects below water surfaces; all underwater work necessary on offshore oil platforms permanent or temporary, including all offshore floating drill rights and offshore jack up platforms; all underwater work on pipelines and hookups including oil, gas, water sewage systems; the laying of under water power and telephone cables; offshore marine mining and dredging operations using divers in any phase of tier work; all petroleum, fisheries, oceanographic, research and experimental work, nuclear reactors where the use of divers is necessary; all underwater demolition and blasting work requiring divers.

APPRENTICE RATIO: Two (2) Apprentices to three (3) Piledrives/Bridge Carpenter

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## PIPEFITTERS, AIR CONDITIONING & REFRIGERATION

**R-1 ALL PIPING NOT FOR AIR CONDITIONING WORK; AND, COMMERCIAL UNLIMITED, ALL PIPING SYSTEMS OVER 100 TONS**

| | | | | |
|---|---|---|---|---|
| Pipefitter, Air Conditioning & Refrigeration | $ 36.88 | $ 6.95 | $ 6.35 | $ 50.18 |

**R-2 COMMERCIAL LIMITED, PIPING LIMITED, ALL AC REFRIGERATION, PIPING UP TO 100 TONS**

| | | | | |
|---|---|---|---|---|
| Pipefitter, Air Conditioning & Refrigeration | $ 29.50 | $ 6.95 | $ 6.00 | $ 42.45 |

**R-3 COMMERCIAL AC, REFRIGERATION, ICE MACHINES, SELF CONTAINED AND SPLIT SYSTEMS UP TO 50 TONS**

| | | | | |
|---|---|---|---|---|
| Pipefitter, Air Conditioning & Refrigeration | $ 23.97 | $ 6.70 | $ 5.40 | $ 36.07 |

**R-4 UNLIMITED RESIDENTIAL AND LIGHT COMMERCIAL UP TO 10 TONS**

| | | | | |
|---|---|---|---|---|
| Pipefitter, Air Conditioning & Refrigeration | $ 20.28 | $ 6.70 | $ 1.40 | $ 28.38 |

| | | | | |
|---|---|---|---|---|
| **Foreman (2)** | $ 42.41 | $ 6.95 | $ 6.35 | 55.71 |
| **General Foreman (3)** | $ 46.10 | $ 6.95 | $ 6.35 | 59.40 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st year | $ 14.75 | $ - | $ 0.35 | 15.10 |
| 2nd year | $ 16.60 | $ 5.70 | $ 0.35 | 22.65 |
| 3rd year | $ 20.28 | $ 5.70 | $ 0.35 | 26.33 |
| 4th year | $ 22.13 | $ 5.70 | $ 3.44 | 31.27 |
| 5th year | $ 27.66 | $ 6.15 | $ 3.60 | 37.41 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

(2) Foreman required for 5 or more workers; also required on all jobs 150 tons or over. A foreman may supervise up to nine (9) Pipefitter, Air Conditioning & Refrigeration Workers.

(3) General Foreman required when 3 foreman are required. A general foreman may supervise up to five (5) foreman.

Scope of work under this trade includes but is not be limited to: All piping, setting and hanging of all units and fixtures for air conditioning, cooling, heating, roof cooling, refrigeration, ice making, humidifying, dehumidifying, dehydrating, by any method, and the charging and testing, servicing of all work after completion.

The installation and service of all circulating water lines when used for the distribution of heat and heat transfer equipment on ornamental pools, commercial and residential pools and spas, display fountains and aquariums.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



## PIPEFITTERS, AIR CONDITIONING & REFRIGERATION, Continued

All piping, handling and setting of equipment in connection with central distributing filtration treatment stations, boosting stations, water treatment, waste and sewage disposal plants, central chlorination and chemical treatment work and all underground supply lines to cooling wells, suction basins, filter basins, settling tanks, aeration basins or tanks and lift stations. (This applies to public work when installed or serviced and would apply to private work after its completion and or under pubic operation.)

The handling, assembling and erecting of all economizers, super heaters, regardless of mode or method of making joints, hangers and erection of same, when used in connection with the pipefitting industry.

All internal and external piping on boilers, heaters, tanks and evaporators, water legs, water backs and water grates, boiler compound equipment, etc., when in connection with the pipefitting industry.

The setting and erecting of all boiler feeders, water heaters, filters, water softeners, purifiers, condensate equipment, pumps, condensers, coolers and all piping for same when used in connection with the pipefitting industry.

The setting and erecting of all underfeed stokers, fuel burners and piping, including gas, oil, power fuel, hot and cold air piping and all accessories and parts of burners and stokers, etc., when used in connection with the pipefitting industry.

Make-up water supply from main to equipment installed by Pipefitters.

All meters for measuring a volume of any substance, when used in connection with the pipefitting industry.

The setting and hanging of all units or fixtures for ice making when unit must be assembled before operation. (Shipping bolts, grids and other parts are to be removed or put in place.)

All solar systems, piping and collectors of every description when used in connection with the pipefitting industry.

The installation and service of hydraulic or pneumatic door openers when in connection with industrial, manufacturing and commercial applications. Airports included.

All gas piping from the main to the meter. All distribution lines.

The assembling, erecting, handling and setting of tanks used in connection with the pipefitting industry.

The setting, erecting and piping for all smoke consuming and smoke washing and regulating devises, when used in connection with the pipefitting industry.

The setting, erecting and piping of instruments, measuring devices, thermostatic controls, gauge boards and other controls used in connection with power, heating, refrigeration, air conditioning, manufacturing, mining and industrial work.

The setting and erection of all oil heaters, oil coolers, storage and distribution tanks, transfer pumps and mixing devices and piping thereto, when used in connection with the pipefitting industry.

Installations of drain lines from equipment installed by pipefitters where drain lines drop to a safe waste, floor drain, roof, or any open fixture and where drain lines are not directly connected to a sanitary system.

Recovery condensate systems in their entirety.

The setting, erecting and piping of all cooling units, pumps, reclaiming systems and appurtenances in connection with transformer and piping to switches of every description.

The installation and service of vacuum cleaning equipment and piping when used in connection with manufacturing plants, maintenance facilities, airport terminals, post offices, etc.

The installation and service of vacuum systems when used in connection with manufacturing plants, maintenance facilities, airport terminals, post offices, etc.

The installation and service of oxygen systems when used in connection with manufacturing, commercial & industrial application.

All sheet lead lining for tanks or vats for all purpose, when in the category of industrial work.

All piping for railing work and racks of every description, whether screwed or welded when assigned by the Contractor.

All power plant piping of every description, as it applies to the pipefitting industry.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT ($) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## PIPEFITTERS, AIR CONDITIONING & REFRIGERATION, Continued

The unloading, handling and setting of all sterilizers, laundry and cleaning equipment will be done by composite crew. Steam and oil lines will be done by this trade classification.

Laying out, cutting, bending and fabricating of all pipe work of every description by whatever mode or method, when used in connection with the pipefitting industry.

All acetylene and arc welding, brazing, lead burning, soldered and wiped joints, caulked joints, expanded joints, rolled joints or any other mode or method of making joints used in connection with the pipefitting industry including pipe fusing.

The laying out and cutting of all holes, chases and channels, the setting and erection of bolts, inserts, stands, brackets, supports, sleeves, thimbles, hangers, conduit and boxes, used in connection with the pipefitting industry. Hangers, supports, brackets requiring off site fabrication may be purchased from miscellaneous metal or structural steel fabricators.

The handling and using of all tools and equipment that may be necessary for the erection and installation of all work and materials used in connection with the pipefitting industry.

The operation, maintenance, repairing, servicing, test and balance, and dismantling of all work installed by this trade classification.

All soot blowers and soot collecting piping systems, when used in, connection with the pipefitting industry.

All piping for artificial gases, natural gases, holders and equipment for same, chemicals, minerals and by products and refining of same, when used in connection with the pipefitting industry.

All ash collecting and conveyor piping systems, including all air washing and dust collecting piping and equipment, accessories and appurtenances and regulating devices, etc., when used in connection with the pipefitting industry.

All pneumatic transit tube work and all piping for carrying systems by vacuum.

All process piping and equipment for refining, manufacturing, and industrial purposes.

The installation and service of all piping systems and equipment with grease pressure lubricating and hydraulic lifts in connection with industrial manufacturing, commercial and maintenance facilities applications (excluding schools). Service station installations optional pertaining to grease pressure and hydraulic lift installations until assigned.

The installation of all related piping, fuel storage tanks and exhaust piping for emergency generators, manufacturing plants, airports, post offices and industrial applications.

The installation and service of all air piping and related equipment in connection with manufacturing plants, industrial, airports, post offices, etc.

The installation and service of all fuel oil, gasoline and cleaning solvent piping and related equipment in connection with manufacturing plants, industrial, airports, post offices. Maintenance facilities and service stations optional until assigned.

The installation and service of all oxygen and acetylene piping systems and related equipment in connection with manufacturing plants or remote distribution systems and industrial applications. Maintenance facilities and service stations optional until assigned.

The setting, erecting and piping of all cooling towers and evaporative condensers.

All work related to the removal and replacement of CFC Refrigerants as mandated by the federal, state and local laws.

All work done in the pipefitter industry to comply with any environmental rules or regulations as set forth by federal, state, or local governments.

Equipment used on building and construction work in conjunction with the work of the trade, as a time and labor saving device, shall be operated by qualified Employees under this trade classification.

The operation of pumps, air compressors and welding machines when used in conjunction with work covered by the pipefitters, shall be done by this trade classification.

The testing and balancing of all piping systems or component parts thereof and solar systems, shall be done by this trade classification.

Temporary mechanical equipment and air conditioning systems shall be installed and serviced by this trade classification.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



## PIPEFITTERS, AIR CONDITIONING & REFRIGERATION, Continued

The unloading and handling from curbstone delivery, all equipment (including cooling towers) materials, the erection, installation of all tubing and piping, the setting and hanging of all units and fixtures which are included and necessary to make and complete an air conditioning, refrigeration, heating, piping installation, and solar installation, including the charging, testing, air and water balancing, servicing and maintenance of same and warranty of same.

APPRENTICE RATIO: One (1) Apprentice to one (1) Pipefitter, Air Conditioning & Refrigeration Worker.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| **PLUMBERS** | | | | |
| Plumbers | $ 30.28 | $ 5.50 | $ 4.99 | $ 40.77 |
| Foremen (10 or more employees) | $ 34.82 | $ 5.50 | $ 4.99 | $ 45.31 |
| General Foremen (16 or more employees) | $ 39.36 | $ 5.50 | $ 4.99 | $ 49.85 |

**Apprentices:**

NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau.  In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship.  Please see page 6 of the Supplemental General Conditions for more information.

| | | | | |
|---|---|---|---|---|
| 1st year | $ 13.63 | $ 2.75 | $ 0.30 | $ 16.68 |
| 2nd year | $ 15.29 | $ 3.80 | $ 1.75 | $ 20.84 |
| 3rd year | $ 17.44 | $ 3.90 | $ 1.93 | $ 23.27 |
| 4th year | $ 19.68 | $ 4.00 | $ 1.93 | $ 25.61 |
| 5th year | $ 22.71 | $ 3.55 | $ 1.93 | $ 28.19 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not limited to: the installation of appliances, piping and plumbing fixtures to be done by plumber and plumbers apprentices. All job site unloading from tailgate and after, all of the handling and rigging of materials, fixtures, appliances having waste, water or gas connections, tools and equipment, for use in the work covered shall be done by plumbers and plumber apprentices. Also included, where required, cement under tubs and all cementing of pipe supports and columns for piping systems. All filling and testing fixtures and pipes as required, including the layout and hook-up of water hoses for tests. Additionally where required: covering of fixtures for protection, grouting of all fixtures and cementing of all plumbing pipe chases and sleeves.

Plumber shall mean any person employed by a firm or corporation lawfully licensed to contract for and install work covered by the Plumbing Code of Miami-Dade County.  The scope of work shall be, but not limited to as follows: All piping, setting and hanging of all units and fixtures for plumbing systems, water, waste, floor drains, drain gates, supply, leader, soil pipe, grease traps, sewage and vent lines. All cold, hot and circulating water lines, piping for house pumps, cellar drains, ejectors, house tanks, pressure tanks, swimming pools, ornamental pools, display fountains, drinking fountains, aquariums, plumbing fixtures and appliances, and the handling and setting of the above mentioned equipment. All piping in connection with central distributing filtration treatment stations, boosting stations, water and sewage disposal plants, central chlorination and chemical treatment work, and all underground supply lines to cooling wells, suction basin, filter basins, settling basins, and aeration basins or tanks and lift stations on private property.

All potable water mains for whatever source, including branches and fire hydrants, etc. All potable water services from mains to buildings, including water meters and water meter foundations. All piping for potable water filters, water softeners, water meters and the setting of the same. All meters for measuring a volume of any substance, when used in connection with the plumbing industry. The laying out and cutting of holes, chases and channels, the setting and erection of bolts, inserts, stands, brackets, supports and boxes used in connection with the plumbing industry. The handling and using of all tools and equipment that may be necessary for the erection and installation of all work and material used in connection with plumbing. Laying out, cutting, bending and fabricating of all pipe work of every description, by whatever mode or method, when used in connection with the plumbing industry.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"



## PLUMBERS, Continued

Prepare and grade trenches either manually or with machines in connection with the plumbing. The setting and hanging of all units or fixtures for ice making when units are complete and ready for operation. All Solar systems, piping and collectors of every description when used. All gas piping on the building side of meter, all piping of air systems including the assembling, erecting, handling and setting of all equipment used in the systems. The assembling, erecting, handling and setting of tanks, piping of instruments, measuring devices, thermostatic controls, gauges boards and other controls, oil heaters, oil coolers, storage and distribution tanks, transfer pumps and mixing devices and piping thereto. Installation of drain lines from equipment installed by pipefitters where directly connected to a sanitary system and condensate drain as part of system.

Down spouts and drainage area soil pipes, catch basins, manholes, drains, gravel basins, storm water sewers, septic tanks, cesspools, water storage tanks, air conditioning and heating drain directly connected to storm drains and condensation systems. The installation and service of vacuum cleaning equipment and piping, vacuum systems and the installation and service of oxygen systems. All acetylene and arc welding, brazing, lead burning, soldering and wiped joints, caulked, expanded and rolled joints, or any other mode or method of making joints in connection with the plumbing industry.

Inspections of sewer lines for leak and damages through the use of video camera inspections and the repairing of any leaks or replacing pipes.

Smoke testing on sanitary piping systems and the repairing of damaged pipes; domestic water piping, reclaim water and irrigation water distribution; water pipe locating and leak detection and repairs of all water services, water distribution, irrigation and reclaim water piping.

All reclaim water systems and water harvesting systems installed and maintained by the plumbers including underground tank, above ground tanks, pumps and filters and filtering systems.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### ROOFERS

| | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|
| Roofers | $ 22.79 | $ 6.27 | $ 2.00 | $ 31.06 |
| Foreman | $ 24.79 | $ 6.27 | $ 2.00 | $ 33.06 |
| Helper 1st year | $ 11.89 | $ 6.27 | $ 2.00 | $ 20.16 |
| Helper 2nd year | $ 14.07 | $ 6.27 | $ 2.00 | $ 22.34 |
| Helper 3rd year | $ 16.25 | $ 6.27 | $ 2.00 | $ 24.52 |

(1) Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

The application and installation of the following types of work:  All forms of elastomeric, elasto-plastic and thermo-plastic roofing systems, both sheet and liquid applied, whether single-ply or multi-ply.  These shall include but not be limited to Polyvinyl chloride systems (PVC), Butyl Rubber, ethylene propylene diene monomer (EDPM), Polyisobutylene (PIB), Chlorinated polyethylene (CPE), Chlorosulfonated polyethylene (CSPE), Neoprene, Nitrile Alloy (NBP), Ethylene Interpolymers (EIP), Thermoplastic Polyolefins (TPO), Ethylene Tetra Fluoro Ethylene (ETFE).

All base flashings, curb flashings and counter flashings of elastomeric, elasto-plastic or thermos-plastic composition as outlined in (1) used to roof or waterproof intersections of horizontal surfaces.

All components of elastomeric, elasto-plastic and thermos-plastic roofing systems used to seal the roof, including but not limited to nailers, blocking, ballast of all types of walkways, reinforcements, preformed panels, protection boards, plaza pavers, expansion joints, pitch pans, scupper flashing, drain flashings, compression seal, termination bars, caulking, and sealants.

All insulations applied with the above systems, whether laid dry, mechanically fastened or attached with adhesives.

All forms of composite insulations having nailable surfaces or any other means of attachments (e.g. plywood, pressboard, chipboard, drywall, or other laminates) bonded to the insulation wherever such composite insulations are used as an integral thermal insulating component of the roofing system.

All types of aggregates, blocks, bricks, stones, pavers, soils, overburdens, vegetation or units of photovoltaic cell construction used to ballast or protect these elastomeric, elasto-plastic and thermo-plastic systems.

All solar or photovoltaic cell-type integrated roof membranes used to transform solar energy to electrical energy.

All types of aggregates, blocks, bricks, stones, pavers, soils, overburdens, vegetation or units of photovoltaic cell construction used to ballast or protect inverted roof membrane assembly (IRMA) roofs or roofs of similar construction where the insulation is laid over the roof membrane.

All sealing and caulking of seams and joints on these elastomeric, elasto-plastic and thermos-plastic systems to ensure that these systems are watertight.

All cleaning, preparing, priming and sealing of surfaces to be roofed, whether done by roller, mop, swab three-knot brush, squeegees, spray systems or any other means of application.

All handling, hoisting, lifting and storing of all roofing materials.

All tear off and/or removal of any type of roofing including ballast and all overburdens, all spading, sweeping, vacuuming and/or cleanup of any and all areas of any type where an elastomeric, elasto-plastic or thermos-plastic or similar product as listed above to be re-laid or any cleanup of any materials on any construction site and operation of equipment that are used these roofing systems under the roofing trade.

All components of water recapturing systems that is an integral part of these types of roofing systems that protect against water and moisture mitigation or intrusion.

All components of rooftop and sub-surface water recapture or rainwater harvest systems that are an integral part of these type roof systems where the primary purpose is to control and manage water run-off.

All water and flood testing of all roofing systems

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**



| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## ROOFERS, Continued

All substitutions, improvements, changes, modifications and/or alternatives to roofer jurisdiction or materials listed above.

All other materials, equipment and/or applications necessary or appropriate to complete, perform or apply the processes and/or materials under this trade.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

## SHEET METAL WORKERS

### Commercial
| | | | | |
|---|---|---|---|---|
| Sheet Metal Workers | $ 26.66 | $ 6.02 | $ 6.63 | 39.31 |
| Foremen  (4 - 10 workers) | $ 29.33 | $ 6.02 | $ 6.63 | 41.98 |
| General Foremen (2 or more Foremen) | $ 30.66 | $ 6.02 | $ 6.63 | 43.31 |

### Apprentices:
**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

| | | | | |
|---|---|---|---|---|
| 1st  6 months | $ 13.33 | $ 6.02 | $ 3.32 | 22.67 |
| 2nd  6 months | $ 14.66 | $ 6.02 | $ 3.65 | 24.33 |
| 3rd  6 months | $ 16.00 | $ 6.02 | $ 3.98 | 25.99 |
| 4th  6 months | $ 17.33 | $ 6.02 | $ 4.31 | 27.66 |
| 5th  6 months | $ 18.66 | $ 6.02 | $ 4.64 | 29.32 |
| 6th  6 months | $ 20.00 | $ 6.02 | $ 4.98 | 31.00 |
| 7th  6 months | $ 21.33 | $ 6.02 | $ 5.30 | 32.65 |
| 8th  6 months | $ 22.66 | $ 6.02 | $ 5.64 | 34.32 |

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not be limited to:  (a) manufacture, fabrication, assembling, handling, erection, installations, dismantling, conditioning, adjustment, alteration, repairing and serving of all ferrous or nonferrous metal work and all other materials used in lieu thereof and of all HVAC systems, air veyor systems, exhaust systems and air-handling systems regardless of materials used including the setting of all equipment and all reinforcements in connection therewith; (b) all lagging over insulation and all duct lining; (c) testing and balancing of all air-handling equipment and duct work; (d) the preparation of all shop and field sketches whether manually drawn or computer assisted used in fabrication and erection, including those taken from original architectural and engineering drawings or sketches; and, (e) installation of proprietary and non proprietary metal roofing.

APPRENTICE RATIO: three (3) Apprentices to three (3) Sheet metal Workers.

**MIAMI-DADE COUNTY**
**§2-11.16 CODE OF MIAMI-DADE COUNTY**
**RESPONSIBLE WAGES AND BENEFITS SCHEDULE**
**2020**

**"BUILDING CONSTRUCTION"**

| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
|---|---|---|---|---|

### SPRINKLER FITTERS

Low Commercial: Construction up to 12 stories and all warehouses with unlimited areas.

| | | | | |
|---|---|---|---|---|
| Sprinkler Fitters | $ 27.93 | $ 9.88 | $ 9.30 | $ 47.11 |
| Foremen (4 or less workers) | $ 29.68 | $ 9.88 | $ 9.30 | $ 48.86 |
| Foremen (5 or more workers) | $ 30.18 | $ 9.88 | $ 9.30 | $ 49.36 |
| General Foreman (15 or more workers) | $ 32.18 | $ 9.88 | $ 9.30 | $ 51.36 |

Commercial: Construction 13 stories or more.

| | | | | |
|---|---|---|---|---|
| Sprinkler Fitters | $ 29.18 | $ 9.88 | $ 9.30 | $ 48.36 |
| Foremen ( 4 or less workers) | $ 30.93 | $ 9.88 | $ 9.30 | $ 50.11 |
| Foremen ( 5 or more workers) | $ 31.43 | $ 9.88 | $ 9.30 | $ 50.61 |
| General Foreman (15 or more workers) | $ 33.43 | $ 9.88 | $ 9.30 | $ 52.61 |

### Apprentices:

**NOTE: Apprentices will be permitted to work at these rates when they are employed pursuant to and individually registered in a legitimate apprenticeship program registered with the U. S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a state apprenticeship agency recognized by the Bureau. In Florida this agency is the Florida Department of Education, Division of Career and Adult Education, Apprenticeship Section - http://www.fldoe.org/workforce/apprenticeship. Please see page 6 of the Supplemental General Conditions for more information.**

**For Apprentices indentured after June 30, 2011 but prior to July 1, 2017**

| | | | | |
|---|---|---|---|---|
| 1st  year | $ 14.59 | $ 9.88 | $ 1.25 | $ 25.72 |
| 2nd year | $ 16.05 | $ 9.88 | $ 1.38 | $ 27.30 |
| 3rd year | $ 17.51 | $ 9.88 | $ 1.63 | $ 29.01 |
| 4th year | $ 20.95 | $ 9.88 | $ 8.68 | $ 39.50 |
| 5th year | $ 23.74 | $ 9.88 | $ 8.93 | $ 42.55 |

**For Apprentices indentured after June 30, 2017**

| | | | | |
|---|---|---|---|---|
| 1st  year | $ 14.59 | $ 9.88 | $ 1.25 | $ 25.72 |
| 2nd year | $ 16.05 | $ 9.88 | $ 1.25 | $ 27.18 |
| 3rd year | $ 17.51 | $ 9.88 | $ 1.25 | $ 28.64 |
| 4th year | $ 20.95 | $ 9.88 | $ 8.05 | $ 38.88 |
| 5th year | $ 23.74 | $ 9.88 | $ 8.05 | $ 41.67 |

(1)  Per hour health benefit includes hospitalization, medical, life, vision and dental insurance.

Scope of work under this trade includes but is not limited to: the installation of all fire protection and fire control systems including the unloading, handling by hand, power equipment and installation of all piping and tubing appurtenances and equipment pertaining thereto, including both overhead and underground water mains, fire hydrants and hydrant mains, hose houses and hydrants, standpipes and hose connections with sprinkler and alarm systems, also  all tanks and pumps connected thereto, but excluding steam fire protection systems. Also, included shall be $CO_2$ and Cardox systems and detection systems, mulsifyre, fog and fog foam, also dry chemical systems.

APPRENTICE RATIO: One (1) Apprentice for every two (2) Sprinkler Fitters.

MIAMI-DADE COUNTY
§2-11.16 CODE OF MIAMI-DADE COUNTY
RESPONSIBLE WAGES AND BENEFITS SCHEDULE
2020

"BUILDING CONSTRUCTION"



| TRADE/WORK LEVEL CLASSIFICATION | PER HOUR WAGE RATE | PER HOUR HEALTH BENEFIT (1) | PER HOUR PENSION BENEFIT | COMBINED DOLLAR VALUE |
| --- | --- | --- | --- | --- |

**WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.**

For any class of laborers or mechanics which is not listed in the wage determination
and which is to be employed under the contract, please contact Small Business Development
for a wage determination.

Questions concerning the comparability of worker classifications or the applicability
of Davis-Bacon classification shall be determined by the County.

**Please Contact:**

**Internal Services Department
Small Business Development Division
The Stephen P. Clark Center
111 N.W. 1st Street - 19th Floor
Miami, Florida 33128-1906
Phone Number: (305) 375-3111
Fax Number:  (305) 375-3160**

# NOTICE
**County Code §2-11.16**



## NOTICE TO ALL EMPLOYEES WORKING ON COUNTY CONSTRUCTION PROJECTS

### RESPONSIBLE WAGES AND BENEFITS

**MINIMUM WAGE**
You must be paid not less than the required base hourly rate and benefits listed in the Wages and Benefits Schedule for every hour worked. You may not be paid below the base rate even if the value of the fringe benefits provided to you exceeds the value of the health and pension required in the schedule. Additionally, you must be paid not less than the combined dollar value (Base Rate + Health + Pension Benefit) listed in the wage and benefits schedule posted with this notice for the type of work you are performing if benefits are not provided.

**OVERTIME**
You must be paid time and one-half of your rate of pay for all hours worked in excess of 40 hours in a week.

**APPRENTICES & TRAINEES**
Apprentices/trainees rates apply only to apprentices and trainees properly registered under an approved Federal or State apprenticeship or training program.

**SANCTIONS**
Sanctions for a first-time offender are 20% of the amount of underpayment payable to the County. The sanctions increase to 40% for the second underpayment and 60% for the third underpayment. Contractors found to have underpaid a fourth time may be subject to suspension or termination in accordance with the contract terms and debarment in accordance with the debarment procedures of the County.

**COMPLAINTS**  Written complaints of underpayment should be filed with:

Internal Services Department
Small Business Development Division
111 NW 1ST Street, 19TH Floor Miami, FL 33128
Telephone: (305) 375-3111 FAX: (305) 375-3160
Email:  SBDMAIL@MIAMIDADE.GOV



**MIAMI·DADE
COUNTY**

Carlos A. Gimenez, Mayor

## FAIR WAGE AFFIDAVIT

Before me, the undersigned authority appeared _____ **Luis Inclan** _____
(PRINT NAME)

the _____ **President** _____ of <u>Inclan Painting & Waterproofing, Corp.</u>,
(PRINT TITLE)                                    (PRINT NAME OF BIDDER OR PROPOSER)

who attests that ___ <u>Inclan Painting & Waterproofing, Corp.</u> shall pay workers on
(PRINT NAME OF BIDDER OR PROPOSER)

the project minimum wage rates in accordance with Responsible Wages and Benefits,

Section 2-11.16 of the Code of Miami-Dade County and the Labor Provisions of the

contract documents.


**State of FLORIDA
County of Miami-Dade**

Sworn to (or affirmed) and subscribed before me this ___ **7th** ___ day   of   ___ **May** ___,
**2020** .

___✓___ Personally known or ___✓___ produced identification.

_____          ___ **Rebeca Ferreira** ___
(Signature of Notary Public - State of Florida)      (Print, Type, or Stamp Commissioned
Name of                                              Notary Public)

Type of identification produced: ___ Flordia Drivers License ___

*Delivering Excellence Every Day*







# Contractor

# Quick-Start

# Guide

*RESPONSIBLE WAGES & BENEFITS*

**Phone:** 714-669-0052 **Email:** info@lcptracker.com **Web:** lcptracker.com **Address:** 117 E. Chapman Ave. Orange, CA 92866

Revised 07/05/2018



# CONTRACTOR QUICK START GUIDE

Here at LCPtracker (Labor Compliance Program Tracker), we are aware that using a Prevailing wage software may be a new undertaking for many Contractors. We have designed this guide to explain what LCPtracker is used for and how to start using the software.

LCPtracker has been in business since 2001, and we are constantly changing to better suit your labor compliance needs. LCPtracker is used by over 200 Government Agencies and 55,000 Contractors.

LCPtracker is an online, cloud-based software company that provides users with the proper tools to easily ensure that each contractor is meeting prevailing wage guidelines as well as to easily create the detailed reports that can be required by agencies like the United States Army Corp of Engineers or the FHWA.

Whether it's Davis-Bacon laws that are set by the United States Department of Labor (USDOL), California prevailing wages set by the Department of Industrial Relations (DIR), or any other labor laws set by a specific state or local government agency, LCPtracker makes it easy to guarantee that every Contractor is compliant.

## HOW DOES IT WORK?

The LCPtracker service is a paperless, online system of entering Certified Payroll Reports (CPRs). Payroll data may be entered directly into the system, or uploaded from major construction accounting systems or payroll programs. This service eliminates the need for Contractors to submit paper documents and forms while providing an online database that stores all CPRs.

All contract-specific wage rates, fringe rates and worker crafts/classifications are online within the system, and Contractors may then select craft/classifications from a drop-down menu. Potential errors in wage rates or work classification entries are flagged to Contractors preemptively, allowing them to correct data prior to submittal. (This is contingent on how the Agency sets up their project validations.)

A few of the **immediate benefits** experienced by using LCPtracker are:

- All Contractor reports are available instantly to Contractors in hardcopy and electronic format.
- No need to mail in paperwork! Payrolls will be submitted electronically.

There is no cost to Contractors for this service or for online training and we have a dedicated Support staff available Monday through Friday from 5:00am until 5:30pm PST.

**Phone:** 714-669-0052 **Email:** info@lcptracker.com **Web:** lcptracker.com **Address:** 117 E. Chapman Ave. Orange, CA 92866



## CONTACTING LCPTRACKER SUPPORT

Contractors may access the various options for training after receiving a User ID and password, which will be sent by a "no reply" email address from LCPtracker (i.e., NOREPLY@LCPtracker.com.) This email, with login instructions, will be sent to Contractors once they're assigned to an account in LCPtracker by your Agency or Prime Contractor. Every Contractor account is created by the Agency or their Prime Contractor. Complete and full support is offered directly to Contractors by LCPtracker for any technical questions on the use of the software.

**Contact LCPtracker Support**



* 714-669-0052 option 4; or
* Support@LCPtracker.com; or
* Live Chat

If you send the Support Team an email or prefer to leave a voice message, LCPtracker asks that you include the information listed below. (Because of the high number of users stored within LCPtracker, we cannot look up your account with only your company name or project you are working on.)

* Your Company Name
* Your User ID
* Your Name and Phone Number
* What the Issue is – please be a specific as possible so we can re-create the issue

## LCPTRACKER TRAINING OPTIONS

Contractors may access the various options for training after receiving a User ID and password. An email with login instructions will be sent to Contractors once they are assigned to an account in LCPtracker. Every Contractor account is created by the Agency or their Prime Contractor.



---

**Phone:** 714-669-0052 **Email:** info@lcptracker.com **Web:** lcptracker.com **Address:** 117 E. Chapman Ave. Orange, CA 92866



## ADD/EDIT EMPLOYEE

To add an employee into system or edit someone already in system, click on **Set Up** and then **Add/Edit Employee**.



### Add / Edit Employee Information

This section is used to enter Contractor employees and their personal information. Enter the appropriate employee information in the data fields. Tab key or mouse click to move between fields. Any RED asterisk field is required by the Agency, and the system will not save unless the information is entered in the required fields.

### Default Hourly Paid Fringes (As paid to Fund on behalf of employee)

This section is known as a "time saver". You may wish to fill in the hourly fringe rates in this section. This will allow for ease of use when entering payroll records manually, as you will be able to click the "calculate fringes" button on the Payroll Entry screen, and the system will perform the mathematical calculation of the hourly fringes multiplied by the hours worked. (Keep in mind that if you have any predetermined increases, or your Union updates once a year, you will need to come back to this section and update your fringes accordingly.)

If you have multiple projects with different fringe rates, built in increases, or everyone has the same fringes and you only want to enter those dollar values once, you may wish to skip this section and use the Fringe Benefit Maintenance table to enter your hourly fringe rates into system. (Note that any fringe amount entered in this section will supersede the fringe amount entered in that time saver section of the employee setup.)

| ▼ Default Hourly Paid Fringes (As paid to Fund on behalf of employee) | | | | |
|---|---|---|---|---|
| Vac / Hol / Dues | Health & Welfare | Pension | All Other | Training |
| * | | | ** | * |
| * DO NOT USE - Not allowed by Responsible Wages & Benefits | | | ** Use to enter vision, dental, life and accidental death & dismemberment insurance only | |

Phone: 714-669-0052 Email: info@lcptracker.com Web: lcptracker.com Address: 117 E. Chapman Ave. Orange, CA 92866

Revised 07/05/2018



**Default Other Deductions Notes**

Any deduction that is permissible according to the USDOL or your Agency (such as IRS garnishments, child support, a company loan, etc.) would fall under this "other" deduction section. Any amount listed in "other" will then dictate that "other deduction notes" is required. You can always come back and add/edit the employee and enter value in this section to save yourself time.

## 1. PAYROLL RECORDS

There are five methods of payroll entry available to all Contractors:

1. Copy Payroll feature in LCPtracker
2. Upload from a payroll system export file
3. Upload from the Excel spreadsheet
4. Direct Payroll Subscription / Interface (DPI)
5. Manual entry

We will be discussing manual entry in detail below, but here is some information regarding the other four:

### 1. COPY PAYROLL

This option is only available if you have already completed a week of payroll. Once you're in the Payroll Records tab, simply click on the "Copy Previous Payroll" button, select your project, then select the CPR you'd like to copy.



### 2. UPLOAD FROM A PAYROLL SYSTEM EXPORT FILE

From the Payroll Record tab, click on the "Upload Records" button. Further click on the "Accounting Systems" button, and you will see a partial list of the payroll companies that we have partnered with to create a payroll interface, or export file. To see a complete list of payroll interfaces available, please visit www.lcptracker.com, and click on Partners>Payroll Interfaces. If you do not find your payroll company, and would like to see if there is an opportunity to partner, please fill out the informational form listed under the "Upload Records" section and someone from LCPtracker will contact you.

---

**Phone:** 714-669-0052 **Email:** info@lcptracker.com **Web:** lcptracker.com **Address:** 117 E. Chapman Ave. Orange, CA 92866

Revised 07/05/2018





**Current Accounting Systems Available**

1. Paychex Flex
2. Foundation
3. Viewpoint – Vista
4. Viewpoint – ProContractor
5. Pay-Net
6. Construction Partner
7. California Payroll
8. Quantum Systems – Quickbooks Partner
9. Sunburst – Quickbooks Partner
10. Paylocity
11. ComputerEase
12. Benepay Technologies
13. Dexter+Chaney – Spectrum
14. Payday Workforce Solutions
15. Quickbooks – Desktop Version (in the works)
16. Computer Guidance
17. Event 1 Software – Sage 100/Timberline

You can click on the name of your payroll company, and you will either find a list of directions on how to obtain your export file, or you will see a request that you contact your payroll company directly for instructions on how to obtain that export file.

Once you have it, you can use it to upload your CPR from that "Upload Records" button. For more information, feel free to either contact Support, or look in the Training Materials section for more detailed instructions.

### 3. UPLOAD FROM THE EXCEL SPREADSHEET

LCPtracker has an Excel spreadsheet template available for you to download in the same "Upload Records" section mentioned above. There is a legend as well as instructions available on the Excel template.

You can manually enter info into this Excel spreadsheet, or you can confer with your IT department to see if they can utilize this spreadsheet to create a report out of your existing payroll system.





## 4. DIRECT PAYROLL SUBSCRIPTION / INTERFACE (DPI)

This is another option available to Contractors who would prefer to not enter their CPRs manually, do not want to use the Excel spreadsheet, and do not use a payroll company that LCPtracker partners with. You can choose to have LCPtracker map your existing payroll so that you may use it (as a PDF or .CSV file) as an upload file. Once you have it, you can use it to upload your CPR from that "Upload Records" button.

For more information, feel free to either contact Support, or look in the Training Materials section for more detailed instructions.



## 5.  MANUAL ENTRY

You will enter a record each week for every employee that performs work covered by prevailing wages on their project. If your employee works in more than one classification (i.e., they've worked 20 hours as a Carpenter and 20 hours as a Power Equipment Operator) please enter two separate pay records to show that they are being paid according to the work performed.



Phone: 714-669-0052 Email: info@lcptracker.com Web: lcptracker.com Address: 117 E. Chapman Ave. Orange, CA 92866



**AMOUNTS PAID** (top section of the Payroll Record Entry Form)

Enter the appropriate amounts in the appropriate sections. Keep in mind this is just a transfer of historical data from your already existing payroll records.

**Payroll record entry form (2 of 2)**

| Week End Date: | 6/3/2018 | | Contractor: | Darren's Demo |
| Project: | M59 Realignment | | Sub To: | |
| Employee: | DUCK, DONALD | | Contract ID: | 5 |

☐ Is Foreman   ☐ Is Owner/Operator

| Gross Employee Pay This Project (Usually No Fringes) | Wages Paid in Lieu of Fringes (Total Cash Fringes) | These fields are Hourly rate fields (Usually No Fringes) | | | Rate in Lieu of Fringes (Cash Fringes) |
| --- | --- | --- | --- | --- | --- |
| | | Base Hourly | Overtime Hourly | Doubletime Hourly | |
| 0.000 | 0.000 | 50.000 | 0.000 | 0.000 | 0.000 |

Gross Employee Pay This Project – The amount of basic wages paid for this project only. This is typically the hourly rate of pay multiplied by the hours worked (it could be more complex with overtime figured in).

Wages Paid-in-Lieu of Fringes – The amount paid to the employee instead of fringe benefits paid to a plan, fund or program. This amount is sometimes included in the Gross Employee Pay this Project depending on the accounting system and the agency reporting requirements. (Whether you are a Union Shop or Open Shop typically determines whether you pay these required fringes to an approved plan, fund or program, or pay them directly to the employee in cash.) This amount would be the rate-in-lieu of Fringes multiplied by the number of hours worked.

Rate-in-lieu of fringes – The hourly rate paid-in-lieu of fringes. If you pay your employees directly for the required fringe benefit instead of paying into an approved plan, fund or program, please list the hourly rate paid here.

Base Hourly – The hourly rate of pay not including fringes. Some accounting systems include taxable fringes and fringes paid-in-lieu in this amount, do not include those in this field.

Overtime Hourly – The hourly rate of pay multiplied by a factor of 1.5. Do not include fringe benefits in this equation, unless specifically called for by your Agency.

Doubletime Hourly – The hourly rate of pay multiplied by a factor of 2. Do not include fringe benefits in this equation, unless specifically called for by your Agency.

Revised 07/05/2018



## CLASSIFICATIONS

This section lists the craft and classification that your employee worked on your project and will be paid for. If you mistakenly choose the wrong classification on the original entry page, you may change it here by clicking on the Edit button. (Please remember that if your employee worked in more than one classification within this work week, you will need to enter a separate payroll record for that classification.)

▼ Classifications

| Jurisdiction | Location | Craft | Classification | Construction Type | |
|---|---|---|---|---|---|
| Federal Wages | Huron County, MI | Carpenter | Carpenter - Pending USDOL 02/01/2017 | Highway | Edit |

## HOURS WORKED EACH DAY FOR THIS PROJECT ONLY

Enter the hours worked each day. The first row is for regular time worked, the second row is for overtime worked and the third row for is for double time worked. You ONLY enter hours worked on this prevailing wage job for this week. The system will total each type of hours worked, the days worked and the week under the totals hours column.

▼ Hours Worked Each Day for This Project Only

| | Monday 5/28/2018 | Tuesday 5/29/2018 | Wednesday 5/30/2018 | Thursday 5/31/2018 | Friday 6/1/2018 | Saturday 6/2/2018 | Sunday 6/3/2018 | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Regular Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Overtime at 1.5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Double-Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## FRINGES/CONTRIBUTIONS PAID TO OTHER (NOT EMPLOYEE) FOR THIS PROJECT ONLY

You may utilize this section in two different ways:

1.    Auto calculate
2.    Manual entry

The first is by simply clicking the Calculate Fringes button so that the system automatically calculates the fringe benefit rates paid. This only works if you filled out the hourly fringe benefit rates in the Add/Edit Employee screen (or the Fringe Benefit Maintenance section, also available in the Set Up tab). This function multiplies the hours worked times the fringe benefit rate to get the values.

The second way is to manually enter the total amounts paid per section (Vac/Hol/Dues, Health & Welfare, Pension, etc.) from your payroll register or paystubs. Mark the appropriate check boxes as required. If they are checked in the Add/Edit Employee setup then that value carries over.

---

Phone: 714-669-0052 Email: info@lcptracker.com Web: lcptracker.com Address: 117 E. Chapman Ave. Orange, CA 92866

# LCPtracker

---

▼ Fringes / Contributions paid to others (not employee) for This Project Only (Rate Times the # of Hours Worked)

| * | | ** | * | | Voluntary Contributions for all Projects | | Vac/Hol/Dues Included in Gross Emp. Pay |
|---|---|---|---|---|---|---|---|
| Vac / Hol / Dues | Health & Welf. | Pension | All Other | Training | | | Some or All Fringes Paid to Employee |
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Pension | Medical | Voluntary Contributions Included in Gross Emp. Pay |
| More ... | | More ... | | | 0 | 0 | Calculate Fringes |

\* DO NOT USE - Not allowed by Responsible Wages and Benefits

\*\* Use to enter vision, dental, life and accidental death & dismemberment insurance only

## PAYCHECK – DEDUCTIONS, PAYMENTS AND NOTES (values entered in this section apply to all hours worked on all projects during the week.)

---

▼ Paycheck - Deductions, Payments and Notes (For All Projects Worked This Week)

◉ Single Paycheck    ○ Multiple Paychecks

Deductions

| Fed Tax | Social Security | Medicare | State Tax | Local Taxes/SDI | Other | Vac/Dues | Savings | Total Deductions |
|---|---|---|---|---|---|---|---|---|
| 0.000 | + 0.000 | + 0.000 | + 0.000 | + 0.000 | + 0.000 | + 0.000 | + 0.000 | = 0.000 |

Payments (If included in paycheck)

| Trav/Subs | Gross Pay All Projects | Paycheck Amount | Check Number * | | Payment Date |
|---|---|---|---|---|---|
| 0.000 | 0.000 | 0.000 | | | |

Notes

Other Deduction Notes

---

Deductions - the Total Deductions box will add as you enter values in the taxes, other deductions, Vac/Dues and Savings fields.

Other Deduction - this field is for permissible deductions that do not fall into the other available fields. If you put an amount in the Other deductions field, an Other Deduction Note will become required.

Trav/Subs - this field is for travel or subsistence paid to your employee. This amount does figure into the mathematical calculation that the system to ensure that Gross and Net pays are correct.

Gross Pay All Projects – the gross amount on the paycheck for the week including all projects worked.

Paycheck Amount – this is also referred to as Net pay. This is the actual amount of pay the employee received.

Check Number – you have the option of putting different information in this field. If you hand out actual checks to your employees, please enter the check number in this field. If you utilize direct deposit and no check numbers exists, enter "DD".

---

**Phone:** 714-669-0052 **Email:** info@lcptracker.com **Web:** lcptracker.com **Address:** 117 E. Chapman Ave. Orange, CA 92866

Revised 07/05/2018



Payment Date – this is the actual date of the paycheck. Not all Agencies require this field.

Notes – this is a section that allows you to communicate anything out of the ordinary that you would like your Agency to know.

Other Deduction Notes – if you entered a permissible deduction in the above-mentioned field, then you will be required to leave a note describing that deduction. Please remember to be transparent in your notes entered. We recommend that you list what the actual deduction is, and not write "other deduction" or "N/A".

## WHEN YOU HAVE COMPLETED ALL THE ABOVE-MENTIONED FIELDS, CLICK SAVE.

### SAVE WITH NO NOTICES

With a successful save you will get this message:



### SAVE WITH NOTICES

If you do not get this message, look for the **RED** message on the screen. You may have to scroll up or down on the payroll record to see what you have missed that may be a required field.



Phone: 714-669-0052 Email: info@lcptracker.com Web: lcptracker.com Address: 117 E. Chapman Ave. Orange, CA 92866

Revised 07/05/2018



## 2. NOTICES

Once you have entered all payroll records for the week, you should go into the Notices tab to check and see if you have any payroll Notices. Your records have been saved: perhaps there are issues ranging from forgetting to add an employee ID or phone number to forgetting to enter the Gross Employee Pay This Project field at the top of the Payroll Record Entry screen.

**Contractor Notices**

Project | All Projects ▼
From Date | 🗓 To Date | 🗓 ☐ Include Closed Admin Notices | Load Data | Help

| Payroll Notices (0) | Daily Log Notices (0) | Administrator Notices (6) |

No payroll notices

If you have an employee who shows up in this screen, you will need to clear that notice.



To clear your notice, click on the Edit button to the right of the employee name. From there, you will be taken back into the Payroll Record Entry screen. Scroll down the bottom and you will see detailed notes on exactly what your notice is.

If you do not understand the notice, you have options on how to get help. You can click on the Video Assistance "Play Now" button and you will see a video that explains what the notice is and how to address it, or you can contact our Support department and they will assist you.

You must clear all notices to certify your payroll.

## 3. CERTIFICATION

You are almost finished, and now it's time to certify your payroll. You will do this for each week beginning when you first start work on your project until the last week on the project.

You have three options available to you when you certify your payroll:
* Certify a payroll for a week during which work was performed
* Certify a payroll for a week during which no work was performed (non-work week payroll)
* Certify a payroll for multiple consecutive weeks during which no work was performed

Phone: 714-669-0052 Email: info@lcptracker.com Web: lcptracker.com Address: 117 E. Chapman Ave. Orange, CA 92866

Revised 07/05/2018


**LCP**tracker

## CERTIFICATION WIZARD, STEP 1 OF 2

To certify your payroll:
- Choose your project
- Choose the type of payroll you are certifying
- Choose your week ending date (if you choose multiple consecutive weeks, you will enter the start date and the last date)
- Enter your name as the person certifying your payroll
- Enter your title
- Click next

Certification Wizard, Step 1 of 2

Project Last CPR Info Date 1/28/2015 | Payroll Number 54
M59 Realignment | 5

Work performed this week?
◉ Work activity to be reported for this week
○ No work activity to be reported for this week
○ No work activity to be reported for multiple consecutive weeks

Week End Date
06/03/2016

Payroll Number
1

Name of Person Certifying
Mickey Mouse

Title
Payroll Manager

[ Cancel ] [ Next ] [ Help ]

## CERTIFICATION WIZARD, STEP 2 OF 2

You are now seeing your Statement of Compliance (SOC) portion of your certified payroll report. You are just a few clicks away from certifying your payroll.

You now need to denote how you pay your fringe benefits (if you do both, you may choose both):
- 4a -- paid into an approved plan, fund or program
- 4b -- paid in cash to the employee
- 4c -- section to note any exceptions you might have, per craft/classification.

If you have any final remarks that you'd like to leave for your Agency, there is a section available to you to do so. Note: this field is mandatory is you are recertifying a CPR.

You may also click on a checkbox to note if your CPR is a final.

eSignature Password:

Lastly, you will put in your eSignature and click Save. This completes your CPR, and it will pop up in another window so long as you have your pop-up blocker turned off. (If you forget your e-Signature, go back to the Set Up tab, edit your eSignature, and then go back to the Certification Tab and follow the above procedures again.)

*Congratulations*  You have now completed certifying your payroll.

Your CPRs are electronically sent to your Administrator, and unless otherwise specified, there is no need to send or print out a hardcopy unless you would like to do so for your own records.



## USER ID MERGE REQUEST FORM

This form is for LCPtracker system users who have more than one User ID (i.e., log-in to system) and they would prefer one log-in. User **MUST** fill out form and email back to the Support department or database Admin as directed for merge requests to be fulfilled. Please note that incorrect information could delay your request. Be certain your information is correctly listed.

| Enter Information for each User ID you have and need merged. Please note that "DPI - yes/no:" is asking whether you have purchased a Direct Payroll Interface (DPI) from LCPtracker. We need this information to complete your request. | | Current User ID# (Do NOT include passwords!) | Move All Accounts associated with ID#? Yes/No |
|---|---|---|---|
| Example | Company Name: GD Inspection Services, LLC<br>Contact Name: Stacey L. Doll<br>Contact email: support@lcptracker.com<br>DPI - Yes/No: DPI: no | 8885551212 | Yes |
| 1 | Company Name:<br>Contact Name:<br>Contact email:<br>DPI - Yes/No: | | |
| 2 | Company Name:<br>Contact Name:<br>Contact email:<br>DPI - Yes/No: | | |
| 3 | Company Name:<br>Contact Name:<br>Contact email:<br>DPI - Yes/No: | | |
| 4 | Company Name:<br>Contact Name:<br>Contact email:<br>DPI - Yes/No: | | |
| | USER ID YOU WANT TO KEEP>>> | | |

Request fulfilled within 5 business days (or sooner) and User will be notified when completed. User may continue working under all User IDs individually and once merge(s) completed all information will be under one User ID.  If you have more than two user ID's, please send use multiple forms. Please note there are scenarios where User IDs may not be merged unless account is Multiple Assignment enabled:

- User is on same project more than once as subcontractor to different companies;
- User may be on same project as subcontractor to same company with different contracts;
- Please note that some administrator(s) do NOT allow merges without their permission. You will be notified if any of your request IDs fall under these accounts.

By submitting this form to LCPtracker and checking the box below, you hereby authorize the merge of your ID as described above.

☐ I _____, hereby authorize merging the above-referenced User IDs.
     {Name and title, if applicable}

Please email this completed form to either Support@lcptracker.com, or to your client if so directed.

Revised 06/14/19



# Exhibit "I"

## Data Base Indemnity Agreement

FL: CGC1518484
FL: CMC1250004

45 Almeria Avenue | Coral Gables, Florida 33134
O: 305.523.3656 | F: 888.499.1748
LynxConstructionManagement.com

Page **42** of **42**

LCM_____   SUB_____



Job Name:  Empowerment Center        Project #    2015-120

Location:   Miami-Dade County, Florida    File Description:

## DATABASE INDEMNITY AGREEMENT

By execution of this document below, we hereby agree to accept an original copy of your copyrighted database via email with regard to the above referenced project.  We agree that you retain all ownership to the copyright and the information and that you are granting to us only a limited license to make derivative work solely for the purpose of preparation of the work we have contracted to perform for the project.  We agree that you will retain a copy of the database for your future reference.

We agree to assume all responsibility and liability to you and your employees for any loss, claims, liability, damages and awards incurred by you arising from (1) our use of the database, (2) amendments or revisions to the database made by us or our consultants, or (3) use of such amendments or revisions.  Such agreement includes our obligation to indemnify and hold you harmless from such loss, claims, liability, damages or awards.

In Witness Whereof, this instrument has been signed this  7th   day of      May        , 2019.

_____        Luis Inclan
Signature                                              Print Name

                                                   Inclan Painting & Waterproofing, Corp.
                                                              Company Name

_____        Rebeca Ferreira
Signature of Witness                            Print Name of Witness



# EXHIBIT C

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702*

| TO OWNER: | Lynx Construction Management, LLC. | PROJECT: | Empowerment Center | APPLICATION NO: | 1 |
|---|---|---|---|---|---|
| | 45 Almeria Ave. | | 25005 S.W. 133rd Avenue | PERIOD TO: | 25-Nov-20 |
| | Coral Gables, Fl. 33134 | | Homesteadd, Fl. 33032 | | |
| | Contact: Christopher Moran (305) 523-3656 | | | | |
| FROM SUBCONTRACTOR: | Inclan Painting and Waterproofing, Corp. | | | CONTRACT DATE : | 7-May-20 |
| | 12252 S.W. 128 Street | ARCHITECT: | N/A | APPLICATION DATE: | 11/25/2020 |
| | Miami, Fl. 33186 | | | | |

CONTRACT FOR:

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | | |
|---|---|---|---|
| 1. | ORIGINAL CONTRACT SUM | $ | 151,866.00 |
| 2. | NET CHANGE BY CHANGE ORDERS | | $0.00 |
| 3. | CONTRACT SUM TO DATE (Line 1 + 2) | $ | 151,866.00 |
| 4. | TOTAL COMPLETED & STORED TO DATE | | $45,182.85 |
| 5. | RETAINAGE: | | |
| | a.  0.000%   of Completed Work | 4,518.29 | |
| | (Columns D + E on continuation sheet) | | |
| | b.  0.000%   of Stored Material | - | |
| | (Columns F on continuation sheet) | | |
| | Total Retainage (Line 5a + 5b or | | |
| | Total in Column I on continuation sheet) | $ | 4,518.29 |
| 6. | TOTAL EARNED LESS RETAINAGE | | $40,664.57 |
| | (Line 4 less Line 5 Total) | | |
| 7. | LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
| | (Line 6 from prior Certificate) | | |
| 8. | CURRENT PAYMENT DUE | | $40,664.57 |
| 9. | BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 111,201.44 |
| | (Line 3 less Line 6) | | |

| CHANGE AUTHORIZATION SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Total changes approved in previous months by Contractor | $0.00 | | |
| Total approved this Month | $0.00 | | |
| TOTALS | $ | | - |
| NET CHANGES by Change Authorization | $ | | - |

The Undersigned Subcontractor certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Subcontractor for Work and Labor for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

SUBCONTRACTOR:  Inclan Painting and Waterproofing, Corp.

By:                                                    Date:

State of: Florida
County : Dade
Subscribed and sworn to before me this day of:  1/28
Notary Public:
My commission expires:

REBECA FERREIRA
MY COMMISSION # GG 186295
EXPIRES: March 20, 2022
Bonded Thru Notary Public Underwriters

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $    $0.00

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By:                                          Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CONTINUATION SHEET

| APPLICATION FOR PAYMENT #: | 1 |
|---|---|
| PERIOD TO: | 25-Nov-20 |
| APPLICATION DATE: | 11/25/ |

| | A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C-G) | RETAINAGE (If Variable) 10 % |
| ITEM | ACTIVITY ID | DESCRIPTION | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 1 | | | | | | | | | | |
| 2 | | Interior Painting Services | $84,737.00 | | 33,894.80 | | 33,894.80 | 40% | 50,842.20 | 3,389.48 |
| 3 | | Exterior Painting Services | $26,726.00 | | 9,354.10 | | 9,354.10 | 35% | 17,371.90 | 935.41 |
| 4 | | Kennel Guard House and Chiller Room | $12,893.00 | | 1,933.95 | | 1,933.95 | 15% | 10,959.05 | 193.40 |
| 5 | | Concrete Floor Epoxy Coating | $27,510.00 | | - | | - | 0% | 27,510.00 | - |
| 6 | | | | | | | - | 0% | - | - |
| 7 | | | | | | | - | 0% | - | - |
| 8 | | | | | - | | - | 0% | - | - |
| 9 | | | | | - | | - | 0% | - | - |
| 10 | | | | | - | | - | 0% | - | - |
| 11 | | | | | - | | - | 0% | - | - |
| 12 | | | | | - | | - | 0% | - | - |
| 13 | | | | | - | | - | 0% | - | - |
| 14 | | | | | - | | - | 0% | - | - |
| 15 | | | | | - | | - | 0% | - | - |
| 16 | | | | | - | | - | 0% | - | - |
| 17 | | | | | - | | - | 0% | - | - |
| 18 | | | | | - | | - | 0% | - | - |
| 19 | | | | | - | | - | 0% | - | - |
| 20 | | | | | - | | - | 0% | - | - |
| 21 | | | | | - | | - | 0% | - | - |
| 22 | | | | | - | | - | 0% | - | - |
| 23 | | | | | - | | - | 0% | - | - |
| 24 | | | | | - | | - | 0% | - | - |
| 25 | | | | | - | | - | 0% | - | - |
| 26 | | | | | - | | - | 0% | - | - |
| 27 | | | | | - | | - | 0% | - | - |
| 28 | | | | | - | | - | 0% | - | - |
| 29 | | | | | - | | - | 0% | - | - |
| 30 | | | | | - | | - | 0% | - | - |
| 31 | | | | | - | | - | 0% | - | - |
| 32 | | | | | - | | - | 0% | - | - |
| 33 | | | | | - | | - | 0% | - | - |
| 34 | | | | | - | | - | 0% | - | - |
| 35 | | | | | - | | - | 0% | - | - |
| 36 | | | | | - | | - | 0% | - | - |
| 37 | | | | | - | | - | 0% | - | - |
| 38 | | | | | - | | - | 0% | - | - |
| 39 | | | | | | | | 0% | | |
| 40 | | ORIGINAL CONTRACT TOTALS | $151,866.00 | $0.00 | $45,182.85 | $0.00 | $45,182.85 | 30% | $106,683.15 | $4,518.29 |
| 41 | | | | | | | | | | |
| 42 | | AUTHORIZED CHANGES | | | | | | | | |
| 43 | | | | | - | | - | 0% | - | - |
| 44 | | | | | - | | - | 0% | - | - |
| 45 | | | | | - | | - | 0% | - | - |
| 46 | | | | | - | | - | 0% | - | - |
| 47 | | | | | - | | - | 0% | - | - |
| 48 | | | | | - | | - | 0% | - | - |
| 49 | | | | | | | - | 0% | - | |
| 50 | | AUTHORIZED CHANGES TOTAL: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| 51 | | | | | | | | | | |
| 52 | | GRAND TOTALS: | $151,866.00 | $0.00 | $45,182.85 | $0.00 | $45,182.85 | 30% | $106,683.15 | $4,518.29 |

## APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702*

| TO OWNER: | Lynx Construction Management, LLC. | | PROJECT: | Empowerment Center | APPLICATION NO: | 2 |
|---|---|---|---|---|---|---|
| | 45 Almeria Ave. | | | 25005 S.W. 133rd Avenue | PERIOD TO: | 25-Dec-20 |
| | Coral Gables, Fl. 33134 | | | Homesteadd, Fl. 33032 | | |
| | Contact: Christopher Moran (305) 523-3656 | | | | | |
| FROM SUBCONTRACTOR: | Inclan Painting and Waterproofing, Corp. | | | | CONTRACT DATE : | 7-May-20 |
| | 12252 S.W. 128 Street | | ARCHITECT: | N/A | APPLICATION DATE: | 12/23/2020 |
| | Miami, Fl. 33186 | | | | | |

**CONTRACT FOR:  Painting**

### SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

| | | | | |
|---|---|---|---|---|
| 1. | **ORIGINAL CONTRACT SUM** | | **$** | **151,866.00** |
| 2. | **NET CHANGE BY CHANGE ORDERS** | | | **$0.00** |
| 3. | **CONTRACT SUM TO DATE** (Line 1 + 2) | | **$** | **151,866.00** |
| 4. | **TOTAL COMPLETED & STORED TO DATE** | | | **$87,049.20** |
| 5. | **RETAINAGE:** | | | |
| | a.   0.000%   of Completed Work | 8,704.92 | | |
| | (Columns D + E on continuation sheet) | | | |
| | b.   0.000%   of Stored Material | - | | |
| | (Columns F on continuation sheet) | | | |
| | Total Retainage (Line 5a + 5b or | | | |
| | Total in Column I on continuation sheet) | | **$** | **8,704.92** |
| 6. | **TOTAL EARNED LESS RETAINAGE** | | | **$78,344.28** |
| | (Line 4 less Line 5 Total) | | | |
| 7. | **LESS PREVIOUS CERTIFICATES FOR PAYMENT** | | **$** | **40,664.57** |
| | (Line 6 from prior Certificate) | | | |
| 8. | **CURRENT PAYMENT DUE** | | | **$37,679.71** |
| 9. | **BALANCE TO FINISH, INCLUDING RETAINAGE** | | **$** | **73,521.72** |
| | (Line 3 less Line 6) | | | |

The Undersigned Subcontractor certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Subcontractor for Work and Labor for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

SUBCONTRACTOR:  Inclan Painting and Waterproofing, Corp.

By: _____ Date: 23-Dec-20
State of: Florida
County : Dade
Subscribed and sworn to before me this day 23-Dec-20
Notary Public:
My Commission expires  12/5/20

MIRELLA M GARCIA
Notary Public - State of Florida
Commission # HH 069072
My Comm. Expires Dec 5, 2024
Bonded through National Notary Assn.

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $  $0.00

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE AUTHORIZATION SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Total changes approved in previous months by Contractor | $0.00 | | |
| Total approved this Month | $0.00 | | |
| TOTALS | $ | | - |
| NET CHANGES by Change Authorization | $ | | - |

CONTINUATION SHEET

APPLICATION FOR PAYMENT #: 2
PERIOD TO: 25-Dec-20
APPLICATION DATE: 12/23/2020

| | A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G / C) | BALANCE TO FINISH (C-G) | RETAINAGE (If Variable) 10 % |
| ITEM | ACTIVITY ID | DESCRIPTION | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 1 | | | | | | | | | | |
| 2 | | Interior Painting Services | $84,737.00 | $33,894.80 | 25,421.10 | | $59,315.90 | 70% | 25,421.10 | 5,931.59 |
| 3 | | Exterior Painting Services | $26,726.00 | $9,354.10 | 9,354.10 | | 18,708.20 | 70% | 8,017.80 | 1,870.82 |
| 4 | | Kennel Guard House and Chiller Room | $12,893.00 | 1,933.95 | 7,091.15 | | 9,025.10 | 70% | 3,867.90 | 902.51 |
| 5 | | Concrete Floor Epoxy Coating | $27,510.00 | | - | | - | 0% | 27,510.00 | - |
| 6 | | | | | | | - | 0% | - | - |
| 7 | | | | | | | - | 0% | - | - |
| 8 | | | | | - | | - | 0% | - | - |
| 9 | | | | | - | | - | 0% | - | - |
| 10 | | | | | - | | - | 0% | - | - |
| 11 | | | | | - | | - | 0% | - | - |
| 12 | | | | | - | | - | 0% | - | - |
| 13 | | | | | - | | - | 0% | - | - |
| 14 | | | | | - | | - | 0% | - | - |
| 15 | | | | | - | | - | 0% | - | - |
| 16 | | | | | - | | - | 0% | - | - |
| 17 | | | | | - | | - | 0% | - | - |
| 18 | | | | | - | | - | 0% | - | - |
| 19 | | | | | - | | - | 0% | - | - |
| 20 | | | | | - | | - | 0% | - | - |
| 21 | | | | | - | | - | 0% | - | - |
| 22 | | | | | - | | - | 0% | - | - |
| 23 | | | | | - | | - | 0% | - | - |
| 24 | | | | | - | | - | 0% | - | - |
| 25 | | | | | - | | - | 0% | - | - |
| 26 | | | | | - | | - | 0% | - | - |
| 27 | | | | | - | | - | 0% | - | - |
| 28 | | | | | - | | - | 0% | - | - |
| 29 | | | | | - | | - | 0% | - | - |
| 30 | | | | | - | | - | 0% | - | - |
| 31 | | | | | - | | - | 0% | - | - |
| 32 | | | | | - | | - | 0% | - | - |
| 33 | | | | | - | | - | 0% | - | - |
| 34 | | | | | - | | - | 0% | - | - |
| 35 | | | | | - | | - | 0% | - | - |
| 36 | | | | | - | | - | 0% | - | - |
| 37 | | | | | - | | - | 0% | - | - |
| 38 | | | | | - | | - | 0% | - | - |
| 39 | | | | | - | | - | 0% | - | - |
| 40 | | ORIGINAL CONTRACT TOTALS | $151,866.00 | $45,182.85 | $41,866.35 | $0.00 | $87,049.20 | 57% | $64,816.80 | $8,704.92 |
| 41 | | | | | | | | | | |
| 42 | | AUTHORIZED CHANGES | | | | | | | | |
| 43 | | | | - | | | - | 0% | - | - |
| 44 | | | | - | - | | - | 0% | - | - |
| 45 | | | | - | - | | - | 0% | - | - |
| 46 | | | | - | - | | - | 0% | - | - |
| 47 | | | | - | - | | - | 0% | - | - |
| 48 | | | | - | - | | - | 0% | - | - |
| 49 | | | | | | | - | 0% | - | - |
| 50 | | AUTHORIZED CHANGES TOTAL: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| 51 | | | | | | | | | | |
| 52 | | GRAND TOTALS: | $151,866.00 | $45,182.85 | $41,866.35 | $0.00 | $87,049.20 | 57% | $64,816.80 | $8,704.92 |

# APPLICATION AND CERTIFICATE FOR PAYMENT

*AIA DOCUMENT G702*

| | | |
|---|---|---|
| **TO OWNER:** Lynx Construction Management, LLC. 45 Almeria Ave. Coral Gables, Fl. 33134 Contact: Christopher Moran (305) 323-3656 | **PROJECT:** Empowerment Center 25005 S.W. 133rd Avenue Homesteadd, Fl. 33032 | **APPLICATION NO:** 3 **PERIOD TO:** 25-Jan-20 |
| **FROM SUBCONTRACTOR:** Inclan Painting and Waterproofing, Corp. 12252 S.W. 128 Street Miami, Fl. 33186 | **ARCHITECT:** N/A | **CONTRACT DATE :** 7-May-20 **APPLICATION DATE:** 1/23/2020 |

**CONTRACT FOR:   Painting**

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. **ORIGINAL CONTRACT SUM** | $ | 151,866.00 |
| 2. **NET CHANGE BY CHANGE ORDERS** | | $0.00 |
| 3. **CONTRACT SUM TO DATE** (Line 1 + 2) | $ | 151,866.00 |
| 4. **TOTAL COMPLETED & STORED TO DATE** | | $123,470.30 |
| 5. **RETAINAGE:** | | |
| a. 0.000% of Completed Work (Columns D + E on continuation sheet) | 12,347.03 | |
| b. 0.000% of Stored Material (Columns F on continuation sheet) | - | |
| Total Retainage (Line 5a + 5b or Total in Column I on continuation sheet) | $ | 12,347.03 |
| 6. **TOTAL EARNED LESS RETAINAGE** (Line 4 less Line 5 Total) | | $111,123.27 |
| 7. **LESS PREVIOUS CERTIFICATES FOR PAYMENT** (Line 6 from prior Certificate) | $ | 78,344.28 |
| 8. **CURRENT PAYMENT DUE** | | $32,778.99 |
| 9. **BALANCE TO FINISH, INCLUDING RETAINAGE** (Line 3 less Line 6) | $ | 40,742.73 |

| CHANGE AUTHORIZATION SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Total changes approved in previous months by Contractor | $0.00 | | |
| Total approved this Month | $0.00 | | |
| TOTALS | $ | | - |
| NET CHANGES by Change Authorization | $ | | - |

The Undersigned Subcontractor certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Subcontractor for Work and Labor for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

SUBCONTRACTOR:  Inclan Painting and Waterproofing, Corp.

By: *Luis Inclan*                                     Date: 23-Dec-20

State of: Florida
County : Dade
Subscribed and sworn to before me this da[...]                    [...]-Dec-20
Notary Public:
My Commission expires

MIRELLA M GARCIA
Notary Public - State of Florida
Commission # HH 069072
My Comm. Expires Dec 5, 2024
Bonded through National Notary Assn.

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . $    $0.00

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By:                                     Date:

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

Page 2 of 2

CONTINUATION SHEET

APPLICATION FOR PAYMENT #: 3
PERIOD TO: 25-Jan-20
APPLICATION DATE: 1/23/2020

| ITEM | A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | ACTIVITY ID | DESCRIPTION | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) | RETAINAGE (If Variable) 10 % |
| 1 | | | | | | | | | | |
| 2 | | Interior Painting Services | $84,737.00 | $58,315.90 | 26,421.10 | | $84,737.00 | 100% | - | 8,473.70 |
| 3 | | Exterior Painting Services | $26,726.00 | $18,708.20 | 7,500.00 | | 26,208.20 | 98% | 517.80 | 2,620.82 |
| 4 | | Kennel Guard House and Chiller Room | $12,893.00 | $9,025.10 | 3,500.00 | | 12,525.10 | 97% | 367.90 | 1,252.51 |
| 5 | | | | | | | | | | |
| 6 | | Concrete Floor Epoxy Coating | $27,510.00 | | - | | - | 0% | 27,510.00 | - |
| 7 | | | | | - | | - | 0% | - | - |
| 8 | | | | | - | | - | 0% | - | - |
| 9 | | | | | | | - | 0% | - | - |
| 10 | | | | | - | | - | 0% | - | - |
| 11 | | | | | - | | - | 0% | - | - |
| 12 | | | | | - | | - | 0% | - | - |
| 13 | | | | | - | | - | 0% | - | - |
| 14 | | | | | - | | - | 0% | - | - |
| 15 | | | | | - | | - | 0% | - | - |
| 16 | | | | | - | | - | 0% | - | - |
| 17 | | | | | - | | - | 0% | - | - |
| 18 | | | | | - | | - | 0% | - | - |
| 19 | | | | | - | | - | 0% | - | - |
| 20 | | | | | - | | - | 0% | - | - |
| 21 | | | | | - | | - | 0% | - | - |
| 22 | | | | | - | | - | 0% | - | - |
| 23 | | | | | - | | - | 0% | - | - |
| 24 | | | | | - | | - | 0% | - | - |
| 25 | | | | | - | | - | 0% | - | - |
| 26 | | | | | - | | - | 0% | - | - |
| 27 | | | | | - | | - | 0% | - | - |
| 28 | | | | | - | | - | 0% | - | - |
| 29 | | | | | - | | - | 0% | - | - |
| 30 | | | | | - | | - | 0% | - | - |
| 31 | | | | | - | | - | 0% | - | - |
| 32 | | | | | - | | - | 0% | - | - |
| 33 | | | | | - | | - | 0% | - | - |
| 34 | | | | | - | | - | 0% | - | - |
| 35 | | | | | - | | - | 0% | - | - |
| 36 | | | | | - | | - | 0% | - | - |
| 37 | | | | | - | | - | 0% | - | - |
| 38 | | | | | - | | - | 0% | - | - |
| 39 | | | | | - | | - | 0% | - | - |
| 40 | | ORIGINAL CONTRACT TOTALS: | $151,866.00 | $87,049.20 | $36,421.10 | $0.00 | $123,470.30 | 81% | $28,395.70 | $12,347.03 |
| 41 | | | | | | | | | | |
| 42 | | AUTHORIZED CHANGES | | | | | | | | |
| 43 | | | | | - | | - | 0% | - | - |
| 44 | | | | | - | | - | 0% | - | - |
| 45 | | | | | - | | - | 0% | - | - |
| 46 | | | | | - | | - | 0% | - | - |
| 47 | | | | | - | | - | 0% | - | - |
| 48 | | | | | - | | - | 0% | - | - |
| 49 | | | | | - | | - | 0% | - | - |
| 50 | | AUTHORIZED CHANGES TOTAL: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| 51 | | | | | | | | | | |
| 52 | | GRAND TOTALS: | $151,866.00 | $87,049.20 | $36,421.10 | $0.00 | $123,470.30 | 81% | $28,395.70 | $12,347.03 |



# EXHIBIT D

# ADDITIONAL WORK AUTHORIZATION

## INCLAN PAINTING & WATERPROOFING, CORP.

12252 SW 128th Street  Miami, FL 33186
Phone: 786.293.7428
Fax: 786.293.7430
Email: info@inclanpainting.com
**www.inclanpainting.net**

C.C. 93BS00212

| OWNER'S NAME | *LYNX Construction* | PHONE | *305 523-3856* | DATE | |
| STREET | *45 ALHEDIA AVE* | JOB NAME | *EMPOWERMENT C.* | JOB NUMBER | |
| CITY | *CORAL GABLES* | STATE | *FL* | STREET | *25005 SW 133 AVE* |
| EXISTING CONTRACT NO. | | DATE OF EXISTING CONTRACT | | CITY | *HOMESTEAR* | STATE | *FL* |

You are hereby authorized to perform the following specifically described additional work:

*THIRD COAT OF FINISH AT INTERIOR*
*OF B WING.*
*WORKERS ALBERTO HERNANDEZ*

*― 6 ― WORKERS x 8 HRS x $55 = $2,640.00*

*25 GALLONES P6 @ $.25°° X GALON = $625.00*
*5 GALLONES P7 @ $ = $ 16°° X GALON #80,00*

**ADDITIONAL CHARGE FOR ABOVE WORK IS: $** *3,345,00*

Payment will be made as follows: _____

Above additional work to be performed under same conditions as specified in original contract unless otherwise stipulated.

Date *1/13* 20 *21*  Authorizing Signature _____
(OWNER SIGNS HERE)

We hereby agree to furnish labor and materials - complete in accordance with the above specifications, at above stated price.

Authorizing Signature _____
(CONTRACTOR SIGNS HERE)   Date *1/13* 20 *21*

## THIS IS CHANGE ORDER NO. ___ *#1*

NOTE: This Revision becomes part of, and in conformance with, the existing contract.

# *ADDITIONAL WORK AUTHORIZATION*

## INCLAN PAINTING & WATERPROOFING, CORP.

12252 SW 128th Street  Miami, FL 33186
Phone: 786.293.7428
Fax: 786.293.7430
Email: info@inclanpainting.com
**www.inclanpainting.net**

C.C. 93BS00212

| OWNER'S NAME | *Lynx Construction* | PHONE *305-523-3656* | DATE *1/14/2021* |
|---|---|---|---|
| STREET | *45 Almeria Ave* | JOB NAME *Empowerment Center* | JOB NUMBER |
| CITY *Coral Gables* | STATE *Fl* | STREET *25005 Sw 133 Ave* | |
| EXISTING CONTRACT NO. | DATE OF EXISTING CONTRACT | CITY *Almestead* | STATE *Fl.* |

You are hereby authorized to perform the following specifically described additional work: *Primer and*

*Third coat of Finish at interior of*
*B Wing.*
*Workers:*

*9 Workers x 8 Hrs x $55.00 = $3960*

**ADDITIONAL CHARGE FOR ABOVE WORK IS: $** *3,960.00*

Payment will be made as follows: _____

Above additional work to be performed under same conditions as specified in original contract unless otherwise stipulated.

Date *1/14* 20 *21*  Authorizing Signature _____
(OWNER SIGNS HERE)

We hereby agree to furnish labor and materials - complete in accordance with the above specifications, at above stated price.

Authorizing Signature _____  Date *1/14* 20 *21*
(CONTRACTOR SIGNS HERE)

# THIS IS CHANGE ORDER NO. *#2*

NOTE: This Revision becomes part of, and in conformance with, the existing contract.

# ADDITIONAL WORK AUTHORIZATION

## INCLAN PAINTING & WATERPROOFING, CORP.

12252 SW 128th Street  Miami, FL 33186
Phone: 786.293.7428
Fax: 786.293.7430
Email: info@inclanpainting.com
**www.inclanpainting.net**

C.C. 93BS00212

| OWNER'S NAME | Lynx Construction | PHONE | 305 523 3626 | DATE | |
| STREET | 45 Almeria Ave | JOB NAME | Empowerment C. | JOB NUMBER | |
| CITY Coral Gables | STATE FL | STREET | 25005 SW 133 Ave | | |
| EXISTING CONTRACT NO. | | DATE OF EXISTING CONTRACT | CITY Homestead | STATE FL | |

You are hereby authorized to perform the following specifically described additional work:

Third Coat of Finish at Interior
of B Wing.

8 Workers x 8 Hrs x $55

## ADDITIONAL CHARGE FOR ABOVE WORK IS: $ 3,520.00

Payment will be made as follows: _____

Above additional work to be performed under same conditions as specified in original contract unless otherwise stipulated.

Date 1/15/ 20 21  Authorizing Signature _Vivian Alexander_
(OWNER SIGNS HERE)

We hereby agree to furnish labor and materials - complete in accordance with the above specifications, at above stated price.

Authorizing Signature _____  Date 1/15 20 21
(CONTRACTOR SIGNS HERE)

## THIS IS CHANGE ORDER NO. #3

NOTE: This Revision becomes part of, and in conformance with, the existing contract.

# ADDITIONAL WORK AUTHORIZATION

## INCLAN PAINTING & WATERPROOFING, CORP.

12252 SW 128th Street  Miami, FL 33186
Phone: 786.293.7428
Fax: 786.293.7430
Email: info@inclanpainting.com
**www.inclanpainting.net**

C.C. 93BS00212

| OWNER'S NAME | *Lynx Construction* | PHONE *305-523-3556* | DATE |
|---|---|---|---|
| STREET | *45 Almeria Ave* | JOB NAME *Empowerment C* | JOB NUMBER |
| CITY *Coral Gables* | STATE *FL* | STREET *25005 SW 133 Ave* | |
| EXISTING CONTRACT NO. | DATE OF EXISTING CONTRACT | CITY *Homestead* | STATE *FL* |

You are hereby authorized to perform the following specifically described additional work:

*Third Coat of Finish at Interior*
*of B Wing*

    *Workers:*

*5 Workers x 8 Hors x $55*

**ADDITIONAL CHARGE FOR ABOVE WORK IS: $** *2,200.00*

Payment will be made as follows: _____

Above additional work to be performed under same conditions as specified in original contract unless otherwise stipulated.

Date *1/16* 20 *21* Authorizing Signature _____
(OWNER SIGNS HERE)

We hereby agree to furnish labor and materials, complete in accordance with the above specifications, at above stated price.

Authorizing Signature _____ Date *1/16* 20 *21*
(CONTRACTOR SIGNS HERE)

# THIS IS CHANGE ORDER NO. *#4*

NOTE: This Revision becomes part of, and in conformance with, the existing contract.